UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLASSIC SOFT TRIM, INC.,
and ROADWIRE, LLC,

     Plaintiffs,

                                  CASE NO. 6:18-cv-01237-PGB-GJK

v.

ROSS ALBERT, KATZKIN LEATHER, INC.
and CLEARLIGHT PARTNERS, LLC,

     Defendants.

_____/

**DEFENDANTS' UNOPPOSED MOTION FOR OUT-OF-STATE ATTORNEY TO APPEAR *PRO HAC VICE* AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Defendants, Katzkin Leather, Inc. and ClearLight Partners, LLC (appearing specially) pursuant to Local Rule 2.02,[1] respectfully moves for the *pro hac vice* admission of attorney Tomas S. Glaspy, as lead counsel for Defendants Katzkin Leather, Inc. and ClearLight Partners, LLC (appearing specially) in this case.  In support thereof, Defendants state as follows:

1.      Tomas S. Glaspy is an attorney in the Los Angeles office of the law firm Howarth & Smith, which is located at 523 West Sixth Street, Los Angeles, CA 90014.  His telephone number is (213) 955-9400.  His facsimile number is (213) 622-0791.  His email address is tglaspy@howarth-smith.com.

2.      Mr. Glaspy is familiar with the Local Rules of the United States District Court for the Middle District of Florida, and has familiarized himself with the Code of Professional Conduct and other ethical rules governing the Bar of State of Florida.

---

[1] Though the language of Local Rule 2.02 appears to dispense with such motions, the Clerk's office has advised that it cannot accept the out-of-state attorney registration and fee contemplated by Rule 2.02 unless and until a separate motion is filed and granted by the Court.

3.      Mr. Glaspy is a member in good standing of the bar of the State of California and of the District Courts for the Northern and Central District Courts of California.

4.      Mr. Glaspy does not make frequent or regular appearances in separate cases in Florida to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

5.      Undersigned attorney Courtney B. Wilson, is a member of the bar of this Court, a resident of Florida, and is lead counsel for Defendant, Ross Albert, in this case.  Undersigned gives notice of, and consents to, designation as local counsel for Defendants, Katzkin Leather, Inc. and ClearLight Partners, LLC (appearing specially), upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney, Mr. Glaspy.

6.      The undersigned certifies that upon the granting of this motion, Mr. Glaspy will promptly comply with both the fee and e-mail registration requirements of Local Rule 2.01(d).

## CERTIFICATE OF COUNSEL

Pursuant to M.D. Fla. L.R. 3.01(g), the undersigned has conferred with counsel for the Plaintiff, and Plaintiff does not oppose the relief requested herein.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court grant the *pro hac vice* admission of Attorney Tomas S. Glaspy as counsel for Defendants, Katzkin Leather, Inc. and ClearLight Partners, LLC (appearing specially) in this case.

Dated this 11th day of January, 2019          Respectfully submitted,

By:  /s/ Courtney B. Wilson
Courtney B. Wilson, Esq.
Florida Bar No. 614580
E-Mail:  cwilson@littler.com
Secondary:  kljackson@littler.com
Lindsay M. Alter, Esq.

Florida Bar No. 103237
E-Mail:  lalter@littler.com
Secondary:  btapia@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone:  (305) 400-7500
Facsimile:   (305) 603-2552

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of January, 2019, I filed a true and correct copy of the foregoing document with the Clerk of the Court via the CM/ECF Portal,  and that the same was served on all counsel of record or pro se identified on the Service List via the CM/ECF Portal.

*/s/ Courtney B. Wilson*
Courtney B. Wilson, Esq.

3

## SERVICE LIST

***ATTORNEYS FOR PLAINTIFFS,
CLASSIC SOFT TRIM, INC. and
ROADWIRE, LLC***

Kevin W. Shaughnessy, Esq.
Florida Bar No.: 473448
E-Mail: kshaughnessy@bakerlaw.com
Secondary E-Mail: jnenstiel@bakerlaw.com
P. Alexander Quimby, Esq.
Florida Bar No. 099954
E-mail: aquimby@bakerlaw.com
BAKER & HOSTETLER, LLP
200 South Orange Avenue
Sun Trust Center, Suite 2300
P.O. Box 112
Orlando, FL 32802
Telephone: (407) 649-4000
Facsimile: (407) 841-0168

Douglas L. Mahaffey, Esq. *(Pro Hac Vice)*
E-Mail: dougm@mahaffeylaw.com
Secondary: janelle@mahaffeylaw.com
MAHAFFEY LAW GROUP, PC
20162 SW Birch Street, Suite 300
Newport Beach, CA 92660
Telephone: (949) 833-1400
Facsimile: (949) 263-8736

***ATTORNEYS FOR DEFENDANT,
ROSS ALBERT***

Courtney B. Wilson, Esq.
Florida Bar No. 614580
E-Mail: cwilson@littler.com
Secondary: kljackson@littler.com
Lindsay M. Alter, Esq.
Florida Bar No. 103237
E-Mail: lalter@littler.com
Secondary: btapia@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

***ATTORNEYS FOR DEFENDANTS,
KATZKIN LEATHER, INC. and
CLEARLIGHT PARTNERS, LLC***

Don Howarth, Esq. (*Pro Hac Vice pending)*
E-Mail: dhowarth@howarth-smith.com
Suzelle M. Smith, Esq. (*Pro Hac Vice pending)*
E-Mail: ssmith@howarth-smith.com
Tomas S. Glaspy, Esq. (*Pro Hac Vice pending)*
E-Mail: tglaspy@howarth-smith.com
HOWARTH & SMITH
523 West Sixth Street
Los Angeles, CA 90014
Telephone: (213) 955-9400
Facsimile: (213) 622-0791

FIRMWIDE:161748522.1 049386.1006