**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLASSIC SOFT TRIM, INC. and
ROADWIRE, LLC,

        Plaintiffs,

v.                                              Case No:  6:18-cv-1237-Orl-40GJK

ROSS ALBERT, KATZKIN LEATHER,
INC. and CLEARLIGHT PARTNERS,
LLC,

        Defendants.
_____/

**SECOND AMENDED CASE MANAGEMENT AND SCHEDULING ORDER[1]**

> **PLEASE TAKE NOTE**
>
> All parties must thoroughly review the contents of this order, which shall govern all proceedings in this action, unless subsequently modified by written order for good cause shown.

Having considered the Case Management and Scheduling Order, the Court enters this Amended Case Management and Scheduling Order:

| | |
|---|---:|
| **ClearLight and Katzkin to file motion under Fed. R. Civ. P. 12** | **FEBRUARY 12, 2019** |
| **Plaintiffs to file oppositions to Defendants' Rule 12 motions** | **MARCH 12, 2019** |
| **Mandatory Initial Disclosures** | **JUNE 28, 2019** |
| **Certificate of Interested Persons and Corporate Disclosure Statement** | **Completed** |
| **Motions to Add Parties or to Amend Pleadings** | **JUNE 28, 2019** |

---

[1] Correcting only Plaintiffs' expert report deadline.

| | | |
|---|---|---|
| **Disclosure of Expert Reports** <br><br> Plaintiff: <br> Defendant: | | **FEBRUARY 21, 2020** <br> **MARCH 20, 2020** |
| **Discovery Deadline** | | **APRIL 24, 2020** |
| ==The parties are advised that the pendency of a dispositive motion, such as a motion to dismiss or for summary judgment, does not stay the deadline for completion of discovery.  Parties who elect to forego discovery on the merits of any claim or defense due to the pendency of a dispositive motion or for any other reason, without leave of Court, will not be entitled to an extension of the deadlines set forth in this order.== | | |
| **Dispositive Motions, *Daubert*, and *Markman* Motions** | | **MAY 29, 2020** |
| *Meeting In Person* to Prepare Joint Final Pretrial Statement. ==Parties shall disclose to each other, in writing, whether any trial witness will be appearing live at trial, or via deposition designation.  Parties shall be bound by their disclosures, which shall be incorporated into the Court's Final Pretrial Order.== | | **SEPTEMBER 14, 2020** |
| *Joint Final Pretrial Statement* (including a single set of jointly-proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, Exhibit Lists with Objections on Approved Form, Deposition Designations, and Trial Briefs).  ==Also send Jointly-Proposed Jury Instructions and Verdict Form to Chamber's email [chambers_flmd_Byron@flmd.uscourts.gov] in Microsoft Word® format and send all full deposition transcripts the parties intend to designate for use at trial to the Court on a CD or thumb drive.== | | **SEPTEMBER 30, 2020** |
| **All Other Motions Including Motions *In Limine* and Objections to Deposition Designations and Counter-Designations on ==approved form==.** <br><br> (MULTIPLE MOTIONS IN LIMINE DISFAVORED.  ALL REQUESTS TO LIMIT EVIDENCE MUST BE INCLUDED IN A SINGLE MOTION NOT TO EXCEED 25 PAGES WITHOUT PRIOR LEAVE OF COURT.  RESPONSES LIMITED TO 20 PAGES WITHOUT PRIOR LEAVE OF COURT.) | | **OCTOBER 1, 2020** |
| **Objections to Counter-Designations** | | **OCTOBER 8, 2020** |
| **Final Pretrial Conference** | Date: | **NOVEMBER 17, 2020** |

| | | |
|---|---|---|
| | Time:<br>Judge: | 3:00 p.m.<br>Paul G. Byron<br>Courtroom 4B |
| **Trial Term Begins** | | DECEMBER 1, 2020<br>9:00 a.m. |
| **Estimated Length of Trial** | | 1-3 weeks |
| **Jury / Non-Jury** | | Jury |
| **Mediation**<br><br>**Designated Lead Counsel shall contact opposing counsel and the mediator to reserve a conference date and shall file a Notice with the Court within 14 days of this Order advising of the date.** | Deadline:<br>Mediator:<br>Address:<br><br><br>Telephone: | MARCH 27, 2020<br>To be determined. |
| **Designated Lead Counsel Pursuant to Local Rule 9.04(a)(3)**<br>**Lead Counsel Telephone Number** | Attorney Name: | Douglas L. Mahaffey<br>(949) 833-1400 |

All other provisions of the Case Management and Scheduling Order (Doc. 28) continue to apply.

**DONE AND ORDERED** in Orlando, Florida on February 12, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

3