# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLASSIC SOFT TRIM, INC. and
ROADWIRE, LLC,

    Plaintiffs,

v.                                             Case No: 6:18-cv-1237-Orl-40GJK

ROSS ALBERT, KATZKIN LEATHER,
INC. and CLEARLIGHT PARTNERS,
LLC,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Motions to Dismiss filed by Defendants ClearLight Partners, LLC, and Katzkin Leather, Inc. (Docs. 74, 77), filed February 12, 2019. Plaintiffs' responses were due on or before **Tuesday, February 26, 2019**. *See* Local Rule 3.01(b) (requiring that a party opposing a motion file a response within fourteen days after receiving service of the motion). Under Local Rule 3.01(b), such response must include a memorandum of legal authority not to exceed twenty pages in length.

In the absence of a response, the Court finds that the motions to dismiss are due to be granted as unopposed. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant Clearlight Partners, LLC's Motion to Dismiss (Doc. 74) is **GRANTED**.
2. Defendant Katzkin Leather's Motion to Dismiss (Doc. 77) is **GRANTED**.
3. The Amended Complaint (Doc. 35) is **DISMISSED WITHOUT PREJUDICE**.

4. On or before **Wednesday, March 13, 2019**, Plaintiffs may file a second amended complaint. Failure to timely file will result in dismissal of this action with prejudice as to Defendants ClearLight Partners, LLC, and Katzkin Leather, Inc.

**DONE AND ORDERED** in Orlando, Florida on March 6, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties