## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CLASSIC SOFT TRIM, INC. and
ROADWIRE, LLC,

Plaintiffs,

v.                                                      Case No. 6:18-cv-01237-WWB-GJK

ROSS ALBERT, KATZKIN LEATHER,
INC., a Delaware corporation,

Defendants.

_____/

### PLAINTIFFS' MOTION FOR SANCTIONS AGAINST DEFENDANT
### ROSS ALBERT AND COURTNEY WILSON

Plaintiffs, Classic Soft Trim, Inc. ("CST") and Roadwire, LLC ("Roadwire") (collectively, "Plaintiffs"), pursuant to Local Rule 3.01 (M.D. Fla.) and Fed. R. Civ. P. 37(b)(2)(i)(ii) (iii) and (vi) move for sanctions against Defendant Ross Albert ("Albert") for willful violation of the Court's orders contained in Dkts. 350 and 366.  Under section 37(b)(2)(iii) Plaintiffs seek an order striking Albert's answer, Dkt. 361, and directing that Plaintiffs may proceed by default. Rule 37(b)(2)(vi).  Alternatively, under section 37(b)(2)(ii) Plaintiffs seek an order prohibiting Albert from opposing the claims in the Second Amended Complaint (Dkt. 109) Claim One, Breach of Fiduciary Duty/Breach of Loyalty, and specifically prohibiting Albert from denying the allegations in paragraphs 67-83, and an order prohibiting Albert from opposing the claims in the second Amended Complaint (Dkt. 109) Claim Six, for violation of the Computer Fraud and Abuse Act and specifically prohibiting Albert from denying the allegations in paragraphs 244-261.

Alternatively, Plaintiffs seek an Order under section 37(b)(2)(i) directing that specific designated facts, identified herein, be established for this action as to Plaintiffs' claims. Plaintiffs additionally seek monetary sanctions under Rule 37(b)(2)(C) against defendant Albert jointly with his attorney Courtney Wilson, who has advised Defendant to disobey the Court's orders in Dkts. 350 and 366. Plaintiffs request that after a ruling, the Court allow a reasonable time for the Plaintiffs to file a supplemental declaration of the amount of expenses and attorneys' fees caused by the failure of Albert to comply with the subject orders.

## I.    <u>INTRODUCTION</u>

Two critical orders were violated in bad faith by Albert, the first compelling Albert to search for specific ESI (Dkt. 350) and a second order compelling Albert to produce access to *all* of his ESI so that Plaintiffs could independently search for responsive records. Plaintiffs' Second Amended Complaint contains two claims against Albert, Claim One for breach of fiduciary duty and loyalty to Plaintiffs, and Claim Six for Albert's violation of the Computer Fraud and Abuse Act. (18 U.S.C. 1030). Plaintiffs seek Rule 37 sanctions for these violations.

**a.    <u>Summary of Complaint Claims</u>**. Claim One is based on breaches of duty committed by Albert who was the general manager of Plaintiffs' most profitable leather installation branch in Orlando for Sixteen (16) years. Albert was a trusted, highly compensated fiduciary. This trust was shattered by Albert starting no later than nine months prior to his termination on March 18, 2016. During those nine months, Albert engaged with Defendant Katzkin Leather, Inc. ("Katzkin") and former Defendant Classic Design Automotive ("CDA") to divert all of Plaintiffs' car dealerships from buying Roadwire leather, to buying Katzkin leather. Albert spent months negotiating with Katzkin for a One Million dollar ($1,000,000) two year compensation package in exchange for delivering all of Plaintiffs' Orlando customers and branch employees to CDA and in

2

exchange for Albert conspiring with CST's Vice President Greg Vogel, who managed Plaintiffs' Cincinnati Ohio Branch, for Vogel to resign and destroy the Cincinnati branch profits.  At stake was millions of dollars of annual revenue Katzkin schemed to receive from CST's losses.  On February 12, 2016 Katzkin and Albert executed Albert's employment agreement, the next week Vice President Vogel resigned, and based on Albert's conduct, by April 1, 2016 both the CST Orlando branch and Cincinnati branch lost over 90% of their customers.

      **b.**   **History of Proceedings**.  On August 22, 2017 in Florida state court, CST sued Albert and former employee Daniel Valencia, along with competing Orlando restyler Classic Design Automotive (CDA) alleging Albert, Valencia and CDA principals John Held and John Donellan had conspired to divert all Orlando customers to CDA.  In June 2018 Valencia confessed and signed a declaration that revealed Katzkin had orchestrated the entire scheme and had actively participated with Albert in soliciting CST customers and employees, and had orchestrated CDA expanding its operations to become the primary recipient of all of CST's customers with an arrangement CDA would only install Katzkin leather.  On July 31, 2018 the state action was removed by Albert to this court, and on December 27, 2018, Plaintiff Roadwire, LLC was added, and Plaintiffs added Defendant Katzkin and its owner ClearLight Partners, alleging they had induced Albert to breach his duties of loyalty and his fiduciary duties, and they intentionally interfered with CST employment and customer contracts with unfair and illegal business practices. On August 13, 2020, Dkt. 347 dismissed CLP and several claims against Katzkin.

      **c.**   **History of Discovery and Orders.** Plaintiffs served Albert with three Rule 34 document demands seeking the substantial ESI Albert had between him and numerous Katzkin, CDA and former CST employees, including detailed requests for phone records, text messages and emails known to have existed between July 2015 and January 2017.  Albert refused to produce

any records forcing Plaintiffs to file several motions to compel (Dkts. 302, 305) and defending Albert's motion to strike cell phone company subpoenas. (Dkt. 342). Plaintiffs' motions addressed three Rule 34 demands that sought discovery related to Albert's pre-termination breach of duties of loyalty as general manager by engaging in tortious conduct against Plaintiffs, and discovery related to post-termination illegal use of Plaintiffs' confidential information and trade secrets up to the current date. (*Id*.). Plaintiffs defended their cell phone company subpoenas based on known text messages and phone calls that Albert denied sending and making, seeking independent proof to impeach him and support forensic examination of Albert's ESI. (Dkt. 353). Albert filed (Dkt 302), a Motion to Strike Plaintiffs' Dkt. 305 motion and continued to refuse any production. The Court responded to these motions by initially providing Albert an additional seven (7) days to meet and confer on Dkt. 302, and provided fourteen additional days for Albert to oppose Dkt. 305. (Dkt. 344). Albert failed to produce any records, and on August 18, 2020 the Court substantially granted Plaintiffs' first motion, Dkt. 302, and ordered Albert to comply with the Rule 34 demands within fourteen (14) days, i.e. on or before September 1, 2020. Those subject Rule 34 demands included detailed instructions on ESI searches Albert was ordered to comply with. The Court made no modifications to the instructions. (Dkt. 350). Albert opposed Dkt. 305, and on September 2, 2020, eight (8) days after the discovery cut off, the Court substantially granted Dkt. 305 and ordered Albert "to comply" with the Rule 34 demands at issue (two requests for independent ESI searches) and ordered Albert to further "produce the relevant devices for forensic imaging within fourteen (14) days." (Dkt. 366). The Court made no modifications to the Rule 34 ESI search instructions, but did narrow Request No. 2 from records between March 22, 2016 and January 1, 2018. (*Id.*)

    **d.**   **Summary of Violations**. On September 1, 2020, the last day of the deadline to comply with Dkt. 302, Albert filed a motion to enlarge the deadline, confirming he understood the

breadth of the order which covered "almost *sixty categories* over a time period of *almost six years*". (Dkt. 364, emphasis in the original). Albert claimed he was "diligently searching" and needed "five more business days". (*Id* at p.2). On September 16, 2020 the Court extended Albert's deadline to September 9, 2020. (Dkt. 375).  On September 9, 2020 Albert willfully violated order 350 by failing to produce any responsive records for the critical time frame of July 2015 to January 1, 2017. Not one single email from Theeleatherman@gmail.com or classicdesignleather@gmail.com was produced and not one text messages for the critical time frame of January 1, 2015 to January 1, 2017 was produced. (Declaration of Douglas L. Mahaffey). Attorney Wilson responded to the Court's order by placing conditions on the imaging, demanding NDA agreements, demanding new protocols for handling purported privileged documents and claiming "Mr. Albert has no other devices the he used during the applicable time frame." (Wilson September 14, 2020 email, attached hereto as Exhibit "11").  Wilson attempted to convince Plaintiffs' counsel that "you do not actually need, and will not get, any documents from a search of the laptop that you do not already have in your possession from our recent production." (Wilson September 11, 2020 email, attached as part of Exhibit "11").

Albert willfully violated Dkt. 366 and withheld access to numerous locations of ESI, including Albert's current iPhone 8, iPad Pro, and backup ESI storage located in his iCloud and Google accounts.   Attorney Wilson was correct that the laptop had none of the relevant theeleatherman@gmail.com emails, (and none were produced) a fact that was confirmed by Plaintiffs' IT consultant, who declares the laptop had been sanitized with back up folders deleted. (Brian Chase declaration attached as Exhibit "10", para. 11).  Further violations were confirmed by records produced on October 27, 2020 from AT&T and Verizon which had been subpoenaed on July 29, 2020.  As declared by IT expert Brian Chase, those phone records reveal thousands of

concealed SMS messages during the relevant time frame, and prove Albert engaged in hours of calls with Katzkin and CDA agents during the months leading up to his termination. (Exhibit "10", Chase, para. 40).  Chase's investigation and the AT&T records, combined with Wilson's admitted decision to withhold Albert's iPhone 8 and iPad Pro, support that Albert has violated Dkts. 350 and 366 with conduct that meets the 11th Circuit definition of "bad faith."

  **e.** <u>**Summary of Requested Relief**</u>. Based on the March 1, 2021 trial date, the expired August 24, 2020 discovery cut-off, and the imminent pre-trial conference deadlines, Albert's bad faith violations support the most severe Rule 37(b)(2) sanctions.  Even if Albert fully complied today, Plaintiffs cannot start over with deposing the twelve (12) witnesses allowed by numerous hard-fought court orders.  Under the CMSO order, without extraordinary relief, Plaintiffs have no remaining opportunity to conform their pleadings and pre-trial ordered documents to include the mountain of concealed evidence that existed on Albert's destroyed devices, or likely exist today in his iCloud and Google accounts. There have been three extensions of the CMSO deadlines.

  The only fair resolution is for the Court to strike Albert's answer and order a default prove up pursuant to Rule 37(b)(2)(iii) and (vi).  This is the relief Plaintiffs seek. A less fair but alternative option is for the Court to issue Rule 37(b)(i) or (ii) directives heavily restricting Albert's defenses.  This is the alternative relief Plaintiffs seek. This lesser alternative would still leave Plaintiffs severely prejudiced as Katzkin has benefitted from Albert's obstruction, and any order short of striking Albert's answer with a default judgment confirming his conspiracy with Katzkin to violate his fiduciary duties to Plaintiffs, will reward Katzkin for their behind the scenes orchestration of Albert's order violations.  Katzkin has controlled Albert through its joint counsel Courtney Wilson, and the additional relief sought by this motion is Plaintiffs' attorneys' fees related to Albert's failure to comply with Dkts. 350 and 366, awarded against Albert and Wilson

jointly.

      **f. <u>Summary of Wilson's Involvement.</u>**  It is attorney Wilson serving two masters, one of which (Katzkin) is paying his bills, who has orchestrated this bad faith disobedience.  Wilson's history of advising Albert to engage in bad faith conduct is extensive.  Wilson has listened to a phone recording that proves Albert has committed perjury, but Wilson refuses to comply with ethical mandates and cause Albert to remediate the record.  Wilson attempted desperately to intercept Albert's phone records with a disingenuous filing that claimed he would "compromise" the AT&T and Sprint subpoena return, by obtaining the records and then (after screening them) produce them to Plaintiffs, who he claimed was only concerned with the academic "need for a *court order* to obtain the records". (Dkt. 357, emphasis in the original).  Wilson attached one email from Plaintiffs' counsel out of multiple ones, which Plaintiffs argued in their response was blatantly misleading as Plaintiffs had steadfastly refused for Wilson to screen these phone records. (Dkt. 360). Wilson never did obtain and produce them, a direct violation of Dkt. 350.  Wilson inserted numerous conditions on Dkt. 366 with no leave of Court, including numerous demands of confidentiality agreements, the presence of third parties at the imaging, and a complete self-serving assessment that only the laptop had relevant ESI. (Exhibit "11").  Despite multiple efforts to convince Wilson to comply with Dkt. 366 by turning over Albert's iPhone, iPad and coordinating access to Albert's ESI backup, Wilson refused to offer any solution. (See Exhibit "12").  Wilson's conflicted loyalty to Katzkin's best interest is of course the reason for his bad faith advice to Albert, as the destroyed and concealed ESI implicate Katzkin.  Thus Albert, at Wilson's direction, is now taking the fall to protect Katzkin and CLP.

      Based on this record, this Court should strike Albert's answer.  Lesser sanctions, although available, do not protect the solemnity of the federal rules that Albert and his counsel have

blasphemed with conscious and premediated disobedience of these two final critical discovery orders.  Without the evidence Albert has destroyed or concealed, Plaintiffs cannot obtain a fair trial.  The Court should also award Rule 37(b)(2)(C) all reasonably related attorneys' fees in a sum according to proof, against Albert and Wilson.

## II.   ALBERT DESTROYED THREE CELL PHONES, ONE LAPTOP, AND CONCEALED ONE CELL PHONE, ONE IPAD AND TWO CLOUD ACCOUNTS.

Albert has known since March 18, 2016 when he received a Cease and Desist letter from CST, he had a duty to preserve all of devices and ESI.  (Exhibit 1). Katzkin's counsel has guided Albert from the first interview in July 2015, and independently had a duty to cause their employee Albert to preserve his ESI.  (See Exhibit 2, Katzkin privilege log showing counsel's engagement on March 16, 2016, see also Exhibit 8 preservation letter sent October 17, 2018 "Preservation Letter").  Katzkin's counsel was providing legal advice to Albert the same day Albert was recorded by Aaron Forrister in the damning confession call.  (See Exhibit 3, March 18, 2016, text message to Albert from Sheffler relaying Katzkin's legal advice to Albert in the middle of the confrontation: "Resign, say as little as possible".)  Albert's four-year electronic trail is on ten (10) ESI locations, comprised of four cell phones, two laptops, one iPad, two Google cloud accounts, and one iCloud account.  All ten of the ESI sources were ordered to be searched by Dkt. 350 and all seven devices produced for forensic imaging by Dkt. 366. He violated both orders by only searching and by producing only his laptop which had been carefully sanitized with substantial relevant ESI deleted. (See Ex. 11, declaration of Chase, para. 40).

### a.  Albert Destroyed his 2016 Motorola Cell Phone.

In 2016, the first device Albert was texting from was a Motorola cell phone which has been destroyed.  When asked where it was, Albert admitted it was "probably in an incinerator" based

on his claimed destruction of it on March 18, 2016.  (See Albert Deposition Excerpts "Albert" at Exhibit 9[1] at 11:13-18; 15:3-9; 16:19-20; 17:1-4)[2]  He claimed he did not extract any text messages from it. (Albert, 11:23-25; 24:8).

### b. Albert "Lost" his Replacement 2016 Nokia Flip Phone and Failed to Preserve any ESI.

The second cell phone used in March 2016, a Nokia cell phone, was allegedly "lost" in the middle of this litigation with no backup.  Albert testified that on March 18, 2016, he transferred all of "his contacts" from his Motorola cell phone to a Nokia cell phone, stating "I got a Nokia flip phone to replace my other flip phone, because my other flip phone was Sprint with no cell towers." (Albert 19:2-6).[3]  He then testified he "lost it" in a rental car and that "somebody at Fox Rent a Car now owns that phone". (Albert 19:14-20).  He admitted that he did not turn it over to his attorneys or preserve any ESI from it (Exhibit "8" preservation letter demanded a litigation hold) and admitted he had the Nokia phone up until June 2018, or possibly as late as December 2018. "I lost it about a year and half ago—no two years ago." (Albert 20:10-16, 21-25, 25:3-5).  All 2016-2017 ESI on that cell phone has been destroyed and no cell phone records from it were produced[4]. Katzkin agents Ron Leslie and Dave Sheffler texted and called Albert in 2015 and 2016 on Albert's Nokia phone. (See Exhibit "13", AT&T records).[5]

---

[1] Pursuant to Local Rule 3.03(c), Plaintiffs will file the complete transcript of Ross Albert upon request. The excerpts from the deposition referenced herein are Exhibit "9".

[2] This was the same date Albert learned that CST had uncovered the Defendants' scheme and he mistakenly called Roadwire executive Dave Edmondson's cell phone instead of Katzkin executive Dave Sheffler's cell phone.  *See* Albert Depo. at 149:11-20.

[3] The laptop imaging located that transfer, and it contains CST's entire proprietary customer list Albert transferred to Katzkin's computers, iPads and cell phones.

[4] Albert has two numbers, 407-466-8294 that he used with his flip phones, and 407-748-0132 that he used with his iPhones serviced by AT&T.

[5] A separate Rule 37(b)(2) motion against Katzkin includes they too concealed or destroyed these SMS messages in violation of Dkt. 296.

### c.   Albert Destroyed all ESI from his Panasonic Laptop.

His third device, a Panasonic laptop used while at CST, was first sanitized and then destroyed. (Albert 29:7-11).  Albert admits that "when Katzkin gave me a new computer" "I threw it (the Panasonic) away". (Albert 29:11-13).  Albert claims he did this *"sometime toward the end of March [2016] or the beginning of April [2016]."* (Albert 29:13-16 (emphasis added)).  He admitted he had two email addresses at that time, [theeleatherman@gmail.com](mailto:theeleatherman@gmail.com) and a CST email. (Albert, 30:2-5).  He further admitted he deleted "over the weekend when he resigned" all of the Panasonic's "CST data". (Albert 62:18- 63:21).  No ESI has been produced from Albert from this computer and no preservation of any ESI from it occurred.

### d.   Albert destroyed his 2016 iPhone 6.

Albert received at least five days before he commenced employment with Katzkin, a 2016 iPhone 6 from Katzkin. (Albert 19:7-9, Chase para. 17, Exhibit 10).  Albert had that iPhone for several years and ultimately upgraded it to an iPhone 8, which came out in late 2017.  Albert did not preserve that iPhone 6 despite active litigation, a preservation letter and despite knowing since March 16, 2016 litigation against him was imminent.  Records recovered from AT&T show that Albert used that iPhone 6 to *extensively* text and email.  IT expert Brian Chase analyzed those records and dissected data from the single laptop produced, confirming that *nine thousand nine hundred and fifty three* SMS messages were sent or received by that iPhone 6, with over three thousand (3,000) of them going to or from phone numbers, as opposed to AT&T sending data notices which comprise the balance. (Chase Decl. para. 40-43.)  Mr. Chase compared numbers from several of the text messages sent from the iPhone 6 during the exact events surrounding Albert's resignation and confirmed that each category of the specified list of witnesses sought by Request #3 existed.  Specifically, he identified text messages in the critical time frame from Albert

10

to car dealerships, Dave Sheffler, John Held and other Katzkin employees. (*See* highlighted phone records attached to Chase Decl. as Exhibit "A"). Albert destroyed this iPhone 6, produced none of these text messages, or the thousands of other text messages he sent during the subject Court-ordered time frame.  IT expert Chase declares he must have that iPhone 6 to potentially recover and examine all of these text messages.  The Court order was for ALL work text messages during that two-year time frame January 1, 2015 to January 1, 2017, (Rule 34 request #3), and any personal ones were to be logged.  Albert did not one produce *even one* responsive text message during that time frame, he produced no log and he has destroyed the only source they existed on.

### e.  Albert Concealed the Classicdesignleather@gmail.com account.

Dkt. 350's order also included all email accounts and *cloud storage back up.* (Rule 34 demands, nos. 3, 4, and 5).  When this order was issued, Albert knew he had two cloud-based email accounts he used between the dates of January 1, 2015 and January 1, 2017, one hosted at Google and one hosted at iCloud.  He also knew he used and accessed a third cloud account, Classicdesignleather@gmail.com, that was set up weeks before his March 18, 2016 resignation to aid CDA in diverting all of CST's customers, orders, scheduling procedures and related details. The Rule 34 requests 3, 4, and 5 ordered in Dkt. 350 squarely required all three of these accounts to be searched, and responsive documents produced. (See Exhibit "4" March 11, 2016 Google email confirming the account set up and note reference to "Ross" in header subject on 10:49 email.). As the Declaration of ESI expert Chase reveals, Albert violated this order and *produced nothing from any of them for the time frame at issue*. Chase Decl. para. 37-39.

The concealment of the Classicdesignleather@gmail.com account is one of Albert's  most egregious acts.  By the time it was discovered, the discovery cut off had expired and critical cross examination of John Held, Ron Leslie, Dave Sheffler, Tim Clyde, Bill North and Brooks Mayberry

did not include any questions on this concealed email and its contents. Throughout his deposition, Albert adamantly denied conspiring with Dave Sheffler of Katzkin, CST's operation manager, Danny Valencia and CST office administrator Naiomy Soto to set up a clone of CST's operations with competitor Classic Design Automotive (CDA). (Albert, 42:10-43:4, 68:11-69:18, 72:4-11, 79:4-80:22, 86:3-7). These lies have now been fully exposed by the discovery of this concealed Google email account, named classicdesignleather@gmail.com. This account and its numerous records and emails was fully responsive to the Dkt. 350. (See example of an Albert email from Classicdesignleather@gmail.com (leather classic) to Theeleatherman@gmail.com (Ross Albert) to email address attaching CST forms, converted to CDA's logo, attached at Exhibit "5", see also Exhibit "4"). The associated Google account contains several years of spreadsheets starting in 2016, that scheduled CST customer dealerships for CDA to install Katzkin leather kits. (See one example of hundreds of scheduling sheets, attached Exhibit "6" which was the first 5 spreadsheet schedule cars of 100+ CST customers diverted to CDA for installations during the last ten days of March 2016). Albert willfully violated the Court's order by not producing any emails to or from it, or any records in it. When asked point blank about it in his deposition he repeatedly lied and denied using it to email back and forth documents and other information. (Albert 31:9-25).

**f.   Albert   Concealed   and   Withheld   Numerous theeleatherman@gmail.com emails.**

Plaintiffs have also been deprived of highly probative 2015-2017 emails from Albert's Google account, theeleatherman@gmail.com. It was through this email he stole and transmitted CST's proprietary forms and customer list to the Classicdesigleather@gmail.com account. Exhibits 5 and 6 prove this as does the contact list discovered on his laptop and the dates it was created on March 17 and 18, 2016. (See Chase Decl. para. 17-21; note also the email "Ross Albert" when clicked on in the original goes to theeleatherman@gmail.com). Depriving Plaintiffs of any

use of the concealed emails in their claims and discovery against Katzkin, Albert has blocked all access to this account, and never conducted any ESI search in it.  His obstruction was plainly pre-mediated as confirmed by IT expert Chase who verifies that *none* of these theeleatherman@gmail.com emails were on the laptop he searched, and the 2018 created backup folder was empty. (Chase Decl.  para. 12, 34-38).

### g.  Albert Concealed an Entire iCloud Account and iCloud Email.

Albert also has an email account known as theeleatherman@iCloud.com.  This hidden email account was fully responsive to Dkt. 350 for the same reasons the two Google accounts were responsive.  IT expert Chase found proof of its existence on Albert's laptop, but none of its content could be recovered.  (Chase Decl. para. 26-31.)  Concealing a complete iCloud backup account and hiding its existence and refusing to provide its passwords, is further convincing evidence that Albert willfully disregarded  in bad faith the Court's orders.[6]

### III.   ALBERT HAS WILLFULLY VIOLATED TWO DISCOVERY ORDERS.

On August 18, 2020, the Court issued Dkt. 350 which ordered Albert to serve responses to two Rule 34 demands, one contained in a deposition notice (the "deposition demand"), and one served independently (the "Rule 34 demand").  The Court only limited three requests, #s 1, 9 and 10 of the Rule 34 demand to the time frame of January 1, 2015 to January 1, 2018, otherwise all twenty-three (23) Rule 34 requests, and all twenty-eight (28) deposition requests were found relevant.  Albert was ordered to provide responsive records within 14 days, on or before September 1, 2020.  The Court did not modify any of these requests or instructions, nor did Albert object to

---

[6] iCloud accounts come standard with all iPhones and they back up all data to this account which also automatically creates an iCloud email for the user. Using iCloud backup is how Albert transferred his data from his iPhone 6 to his iPhone 8.  It is unknown if attorney Wilson instructed Albert to preserve this account or they both know it was deleted once the Court issued Dkt. 366. Wilson refuses to assist in accessing it.

the ESI search instructions.  Here are three of the Court ordered Rule 34 requests that Albert blatantly violated (italics added):

Request no. 3:  "All YOUR work-related text messages for the time frame of January 1, 2015 to January 1, 2017 that show all your text messages you sent or received, including but not limited to those related to car dealerships, CST employees (former or then current) Katzkin employees, John Held, John Donnellan, other restylers, and all other text messages during that time frame."  Note of you claim any text message was strictly personal, you must log that call and identify the person and general description of the personal nature of the text. "*You also must search all computers, back up storge, cell phone data storage through ESI recovery tools so that both deleted and existing text messages from all cell phones you used during the subject time frame are searched for.*"

Request  no. 4: "All YOUR work-related emails for the time frame of January 1, 2015 to January 1, 2017 that show all your emails, including deleted emails, including but not limited to those related to car dealerships, CST employees, Katzkin employees, John Held, John Donnellan and all other emails from any device during this time frame. *You also must search all computers, back up storage, email data storage through ESI recovery tools so that both deleted and existing emails from all electronic devices you used during the subject time frame are searched for*".

Request No. 5: "All documents and communications regarding any orders for work, or inquires about work to be performed by CST which YOU diverted or otherwise caused to be directed to CDA, John Held, John Donnellan, or any other entity, from the period of January 1, 2015to January 1, 2017.  *Note this includes the orders you sent as images or image files to your wife in March 2016.*

No responsive documents were produced to these three requests, and numerous similar ones targeting this date range.  Responsive ESI created between these dates did exist, but Albert engaged in willful acts both before and after the order, to destroy and conceal all responsive documents.  The SMS messages on the backup, and originally on the iPhone 6, were between Albert and Katzkin, Held and CST customers, which would reveal the full extent of the conspiracy to steal Plaintiffs' customers, forms, and trade secrets. This conduct supports Rule 37(b)(2)(iii) and (vi) sanctions. (Striking Albert's answer and rendering a default judgment against Albert).

## IV.     ALBERT WILLFULLY VIOLATED DKT. 366.

Dkt. 366 ordered Albert to produce all of his devices, *yet all he produced was a single laptop*. [Dkt. 366].  He withheld an iPhone 8 and an iPad Pro that he still has possession of. He admitted he turned these over to his attorneys "possibly over two years ago" (Albert 26:10 – 27:9). Albert admitted he searched his iPad with a Katzkin IT person and claims that he forwarded some documents from it (Albert 27:13-20).  Attorney Wilson orchestrated these refusals. (Ex. "12").

The Court granted the imaging order after it analyzed the protracted history of discovery, citing to Dkt. 350, and it granted the requests for an independent search of all of Albert's devices and backup ESI storage, with the only limitation being a time limitation up to January 1, 2018.  It provided 14 days for Albert to produce the relevant devices for forensic images. The destroyed 2016 iPhone and iPad were the source of a CST work orders that were illegible and that were the subject of Dkt. 350. The Court analyzed the emails and illegible orders, overruled the spousal privilege objections, and compelled these emails. (Dkt. 350:11).  The Court then compelled the devices they were sent on to be produced, but Albert refused to turn them over*, and has never produced any legible copies of the CST orders he stole even though they were emailed to his wife's phone.* Both actions willfully violated the Court's order.

These two devices and their affiliated Google and iCloud accounts contain relevant ESI, as proven by event logs created on the laptop on August 24, 2020. (Chase, 13-17).  Selected data was backed up to the laptop, including a history of contacts that date back to March 17 and 18, 2016, proving there is some ESI trail left from the destroyed Nokia and Motorola flip phones.  But to track these deletions, Mr. Chase needs these actual iPhone and iPad devices and passwords. (Chase Decl. para. 13-17).  This willful violation also has deprived Plaintiffs from obtaining direct evidence of the full extent of Albert's ESI deletions. (Chase Decl. para 16). With the devices

destroyed or unavailable, the ESI content cannot be obtained. (See Exhibit "7" sample of AT&T SMS data and note the extensive text messaging starting on March 18, 2016 – March, 21, 2016. None of these were produced.

## V.     ALBERT HAS NOT RETRACTED HIS PERJURY.

During Albert's deposition, Albert repeatedly lied under oath with attorney Wilson refusing to remediate the record once the truth was exposed.[7] Albert's perjury is proven by the recording compared to numerous denials he gave in his deposition:

> Q[Counsel]. Did you ever say to any person that you had spoken to all the dealerships, and they said they were all going to come with you prior to March 18?
>
> A[Albert]. Absolutely not. . .
>        (Albert at 71)
>
> From the Recording: Q[Counsel]. Did you talk to any of the dealerships that were doing work at CST prior to March 18, 2016 [the day Albert technically left CST to go work for Katzkin Leather], and discuss with them switching their business at CDA?
>
> A[Albert]. Absolutely not. 100% no.
> (Albert at 72).
>
> Q [Counsel]. Are you denying that you made the statement to Aaron Forrister that you had talked to dealers?
>
> A [Albert]. I did not talk to dealers while I was working for Classic Soft Trim.
> (Albert at 258).

---

[7] A district court may impose sanctions pursuant to its inherent authority where a party destroys or conceals evidence or commits perjury. *Flury*, 427 F.3d at 944-45 (discussing the imposition of sanctions for spoliation of evidence); *Qantum Commc'ns Corp. v. Star Broad., Inc.*, 473 F. Supp. 2d 1249, 1269 (S.D. Fla. 2007) ("[T]he inherent powers doctrine is most often invoked where a party commits perjury or destroys or doctors evidence."). Moreover, several federal courts have held that "the need for sanctions is heightened when the misconduct relates to the pivotal or 'linchpin' issue in the case." *Qantum Commc'ns Corp.*, 473 F. Supp. 2d at 1269.

"Well what are the dealers thinking?" as follows:

> Well the few I have talked to say they are going to stay with me, but if they start calling the stuff in and it takes two weeks to get it and they call Classic "yeah we will pick it up today," it's going to be an issue. I mean Dave, I just went to Reed Nissan, "Oh no, yeah we will use you." Well they all say that and that's all good, but dealers want to turn cars around too. Yeah, we were doing 80 to 100 cars a week like butter you know, You pick it up one day and bring it back the next. It sounds to me now, if this Shit goes the way it is, With five or Six guys, I can't put this kind of stuff up, Even the door panel guy is still there, Man its looking ugly.

Combined with the contents of the concealed classicdesignleather@gmail.com account and the concealed text messages and contents discovered on CDA's devices, and the recent phone records, his perjury and obstruction of this Court's orders is untenable. Attorney Wilson's response to this blatant perjury was to advise Albert to file *two motions* against Mr. Mahaffey to disqualify him for using the recording and requesting Albert "come clean" as part of a settlement discussion. [Dkts. 316 and 373].[8] This should be the final straw and the Court should exercise its broad discretion and issue Rule 37(b)(2)(iii) and (iv) sanctions striking Albert's answer and enter a default judgment.

## I.   MEMORANDUM OF LAW

Based on this record, Albert's willful violation of Dkts. 350 and 366 support severe sanctions under Rule 37(b)(2)(iii); *Lambert v. Worldwide Marketing Technologies Corporation, 708* Fed. Appx. 559 (11th Cir. 2017). In *Lambert,* the Court dismissed Plaintiff's case as she refused to allow inspection of her computer in violation of a court order of discovery and committed perjury by denying, at a hearing, that she had improperly contacted Defendants'

---

[8] The one-sided consent by Arron Forrister to record his own conversation was fully legal under Federal law and this case includes a federal claim. (See Dkt. 329, analyzing 18 USC 2511(2)(d)).

customers.   As in the present case, there was independent confirmation of her perjury, as Defendants in *Lambert* were able to obtain surveillance videos identifying Plaintiff as the individual who had mailed the packages to Defendant's customers.   Lambert held, "[T]he district court did not abuse its discretion by dismissing Lambert's complaint with prejudice as a sanction for her misconduct. Lambert willfully violated the order directing her to produce her computer for examination. She disregarded warnings that she would be sanctioned for her failure to comply with the order, obstinately refused to cooperate with Worldwide, and challenged the meaning of the order during the sanctions hearing."   "Lambert's deceitfulness and disrespect of the district court justified dismissing her complaint with prejudice." *Id.* at 562.

### a.  Rule 37(b)(2)(A) Supports Sanctions

Rule 37(b)(2)(A) of the Federal Rules of Civil Procedure provides that if a party fails to obey a discovery order, the court where the action is pending may issue "further just orders" such as: "(i) directing that the matters embraced in the order or other designated facts be taken as established for purposes of the action, as the prevailing party claims; (ii) prohibiting the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence; (iii) striking pleadings in whole or in part, (vi) rendering a default judgment against the disobedient party." Fed. R. Civ. Pro. 37(b)(2)(A). Courts enjoy "substantial discretion in deciding whether and how to impose sanctions under Rule 37." *Chudasama v. Mazada Motor Corp.,* 123 F.3d. 1353, 1366 (11th Cir. 1997).  In imposing sanctions, the Court may consider "the unsuitability of another remedy, the intransigence of a party, and the absence of an excuse." *Watkis v. Payless ShoeSource, Inc.,* 174 F.R.D. 113, 116 (M.D. Fla. 1997). "Although dismissal with prejudice is the most severe Rule 37 sanction, dismissal may be appropriate when a [party's] recalcitrance is due to willfulness, bad faith or fault." *Id.* The courts find bad faith when

a party delays or disrupts the litigation or hampers enforcement of a court order. *In re Sunshine Jr. Stores, Inc*., 456 F.3d 1291, 1304 (11th Cir. 2006); *Marcelle v. Am. Nat'l Delivery, Inc.,* No. 3:09-cv-82-J-34MCR, 2010 WL 1655537, at 4 (M.D. Fla., Apr. 23, 2010) (holding that the defendant's failure to attend the depositions and comply with the court's discovery order was part of a pattern of willful disobedience and warranted a sanction of default judgment). "[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion." *Watkis*, 174 F.R.D. at 116.

**b. The Record Supports a Bad Faith Finding Supporting 37(b)(2)(iii) and (vi) sanctions.**

Whether noncompliance with an order was intentional or in bad faith, must be determined to justify terminating sanctions. *See Societe Internationale Pour Participations Industrielles et Commerciales v. Rogers*, 357 U.S. 197, 212, 78 S.Ct. 1087, 1096, 2 L.Ed.2d 1255 (1958); *Searock v. Stripling*, 736 F.2d 650, 653 (11th Cir. 1984). "Violation of a discovery order caused by simple negligence, misunderstanding, or inability to comply will not justify a Rule 37 default judgment or dismissal." *Malautea v. Suzuki Motor Co.*, 987 F.2d 1536, 1542 (11th Cir. 1993). Here there is no misunderstanding. Albert willfully destroyed both the source and actual relevant ESI justifying terminating sanctions under Rule 37(b)(2)(iii). "Spoliation" is "the intentional destruction, mutilation, alteration, or concealment of evidence." *Black's Law Dictionary* 1437 (8th ed. 2004). "Generally spoliation is established when the party seeking sanctions proves that (1) the missing evidence existed at one time; (2) the alleged spoliator had a duty to preserve the evidence; and, (3) the evidence was crucial to the movant being able to prove its prima facie case or defense." *Floeter v. City of Orlando*, 2007 U.S. Dist. LEXIS 9527, at 15 (M.D. Fla. Feb. 9, 2007). *Wooden v. Barringer*, 3:16-CV-446-MCR-GRJ, 2017 WL 5140518, at *7 (N.D. Fla. Nov. 6, 2017)). If the Court finds a party acted "with the intent to deprive another party of the information's use in the

litigation," the Court may impose the harsher sanctions--including entry of a default judgment--as delineated in Rule 37(e)(2). *Id*. Albert knew by March 18, 2016 when he received the cease and desist letter, litigation was "reasonably foreseeable." *Graff v. Baja Marine Corp*., 310 Fed. Appx 298, 301 (11th Cir. 2009). This is an objective standard and considers whether a party should reasonably have anticipated litigation. *See Alabama Aircraft Industries v. the Boeing Co*, 319 F.R.D. 730, 742 (N.D. Ala. 2017). The Eleventh Circuit holds that the "bad faith" standard and the "intent to deprive" standard in Rule 37(e) are connected." *ML Healthcare Services v. Publix Super Markets, Inc.*, 881 F.3d 1293, 1308 (11th Cir. 2018)); *Alabama Aircraft Indus.* 319 F.R.D. at 746). Where there is evidence of bad faith in the destruction of evidence, it may be inferred that missing evidence was unfavorable and that there was prejudice. *See Southeastern Mechanical Services, Inc*., 657 F.Supp. 2d at 1300. In making this determination, courts necessarily consider the context of the destruction. See *Telectron, Inc. v. Overhead Door Corp*., 116 F.R.D. 107, 110 (S.D. Fla. 1987) (noting that alleged spoliator's contention that no significant prejudice resulted from destruction to be unconvincing).

Albert did not comply as Katzkin prohibited it. Katzkin has mocked the truth with its "separate counsel" position. (See Dkt. 283-1: "As to those (Rule 34 demands) directed at Mr. Albert's devices...Plaintiffs chose to name Mr. Albert as a defendant, and *he has separate counsel*. Defendants will not in such circumstances come between Mr. Albert and his counsel" (emphasis added). Albert and Wilson agreed to protect Katzkin and gambled that by Albert's systematic destruction of all earlier devices, his concealment of emails he never expected Plaintiffs to find (classicdesignleather@gmail.com), Albert's willingness and ability to lie his way out of all liability, Albert would escape being caught. If he was exposed, Albert not Katzkin, would take the fall. It was not a misunderstanding or in ability to comply, it was premediated strategy. This

record supports striking Albert's answer and directing a default prove up to entry of a default judgment. (37(b)(2)(vi)).

### c.   Rule 37(b)(2)(i) and (ii) Sanctions Are Not Required First before 37(b)(2)(iii)

Rule 37 sanctions are intended to prevent unfair prejudice to the litigants and insure the integrity of the discovery process. *Gratton v. Great Am. Commc'n,* 178 F.3d 1373, 1374 (11th Cir. 1999) (per curiam). "[T]he severe sanction of a dismissal or default judgment is appropriate only as a last resort, when less drastic sanctions would not ensure compliance with the court's orders." Malautea, 987 F.2d at 1542.   A district court is not required to first impose lesser sanctions if the lesser sanction would be ineffective. *Id.* at 1544.   A district court does not abuse its discretion in dismissing a claim under Rule 37(b) if it finds that a party willfully failed to comply with the opposing party's discovery request, even if we would have imposed a lesser sanction. *OFS Fitel, LLC v. Epstein, Becker Green, P.C.*, 549 F.3d 1344, 1367 (11th Cir. 2008). *In Ins. Corp. of Ireland v. Compagnie des Bauxites de Guinee,* 456 U.S. 694 (1982), the Supreme Court affirmed sanctions under Rule 37(b)(2)(A)(i), determining that after defendants raised the defense of lack of personal jurisdiction but failed to comply with court orders to produce documents which related to the issue, it was deemed established that defendant had contacts with Pennsylvania, such that they were subject to personal jurisdiction.   The only "test" the Supreme Court provided was that any sanction must be "just" and must be "specifically related to the particular 'claim' which was at issue in the order to provide discovery."   In *Mystique, Inc. v. 138 Int'l, Inc*., No. 07-22937-CIV, 2011 WL 13173601, at *6 (S.D. Fla. Aug. 31, 2011), report and recommendation adopted, No. 10-21421-CIV, 2011 WL 13173603 (S.D. Fla. Dec. 19, 2011), the Plaintiff obtained a judgment against Defendant in a trademark infringement action.   Plaintiff then initiated proceedings supplementary against South Beach Corp. and two individuals, asserting they were Defendant's alter egos and

thus their assets were subject to execution on the final judgment.  After Defendant, South Beach Corp, and the two individuals violated multiple discovery orders to produce documents, Plaintiff sought a finding under Rule 37(b)(2) that South Beach Corp. and the individuals were Defendant's "alter ego"  The Court found that Defendant, South Beach Corp., and the two individuals "willfully and intentionally withheld documents" in "direct violation" of multiple discovery orders .   The Court noted that under Rule 37(b)(2), the sanction must be "just" and "specifically related to the particular 'claim' which was at issue in the order to provide discovery," and further held that the remedy should "correlate[] specifically to the discovery violations at issue." The court held "Plaintiff's inability to develop the record regarding the whereabouts of [Defendant's] assets was caused directly by Defendant's and the Impleaded Defendant's discovery-related conduct. Because the defense has thwarted Plaintiff's ability to determine whether the Implead Defendants are or were in possession of any of [Defendant's] assets, we will impose an adverse inference that South Beach is the alter ego of [Defendants]," meaning the burden would be on them at trial to disprove the inference.  The Court held this adverse inference "directly addresses the discovery failures of the defense."

**37(b)(2)(ii) Alternative**. Under 37(b)(2)(ii) the Court could issue an order prohibiting Albert from opposing the claims in the Second Amended Complaint (Dkt. 109) Claim One, Breach of Fiduciary Duty/Breach of Loyalty, and specifically prohibiting Albert from denying the allegations in paragraphs 67-83, and a companion order prohibiting Albert from opposing the claims in the Second Amended Complaint (Dkt. 109) Claim Six for violation of the Computer Fraud and Abuse Act and specifically prohibiting Albert from denying the allegations in paragraphs 244-261.  This would then send Albert to a jury for a damages trial.  The ESI concealed and destroyed included key text messages and emails that were on dates and times

(February to March 2016) that would confirm Albert was in a premediated conspiracy with

Katzkin to breach his duties to Plaintiffs.  The thousands (1000s) of concealed SMS messages

revealed on the AT&T records would prove how Albert continued after termination to exploit

Plaintiffs' trade secrets to benefit Katzkin.  Why else would Albert and his attorney lie, conceal,

violate two major Court orders and destroy such a large quantity of devices and ESI? Likely the

content is so offensive a jury would easily assess liability and award substantial punitive

damages.  The big picture is that Wilson is co-counsel for both CLP -a billion dollar backed

private equity Newport Beach, CA mogul- and Katzkin has over $125,000,000 in annual sales.

The order dismissing CLP was without prejudice (Dkt. 347) and Wilson is fully aware discovery

of the CLP IT expert is still in progress. (Dkt. 388).  The logical inferences are that concealing

Albert's damning ESI that fully exposes Katzkin and CLP's involvement to destroy Plaintiffs'

two most profitable branches, protects Wilson's deep pocket clients.  If Albert is punished as the

"fall guy", so be it, but at all costs Wilson and his co-counsel cannot allow Katzkin, and/or CLP

to be exposed to punitive damages. Thus, the inferences from Wilson's conduct are that

concealment, ESI spoliation and order violations, even with the risk of Rule 37(b)(2) sanctions,

was the strategy Wilson advised.   Claim One paragraphs 67-83 contain detailed facts that the

Court can infer the concealed ESI proves.

Claim Six centers on Albert hacking in and accessing without authorization, CST's

computer data to aid Katzkin and CDA in diverting customers, existing orders, and scheduling

new orders at CDA.  By destroying his 2016 laptop and cell phones, his access to information

that an IT expert could have located to prove the dates and times of his access, to correlate with

the hidden classicdesignleather@gmail.com email, is now non discoverable.  The Court could

direct paragraphs 244-261in Claim five be deemed admitted as the inference is that Albert

destroyed these devices to prevent discovery of his illegal access to CST's computers and his causation of damages which violated the Computer Fraud and Abuse Act.

**37(b)(2)(i) Alternative**. Alternatively, and as the least just solution, the Court could order under section 37(b)(2)(i) specific designated facts be established for this action as to Plaintiffs' claims. Because of the timing of the concealed or destroyed, devices, email and text messages, (January 1, 2015 to January 1, 2017) the Court could direct the following facts:

1. Between July 1, 2015 and March 18, 2016 Defendant Ross Albert and Defendant Katzkin Leather, Inc. communicated with each other to develop a detailed plan for Ross Albert to illegally divert CST customers and employees to Classic Design Automotive to increase Katzkin leather kit sales and to aid their goal to dominate the Orlando automotive leather aftermarket.

2. Those communications discussed in detail and contained admissions that Ross Albert and Ron Leslie, Dave Sheffler and Tim Clyde of Katzkin, and Joseph Schmidt of CLP, specifically discussed diverting CST customers and installation orders.[9] Each party to the communications participated and agreed to the diversion, and CLP and Katzkin agreed to compensate Albert with substantial money if he successfully completed this scheme.

3. Communications between Albert, and Katzkin and CLP agents confirm that the illegal scheme successfully diverted CST customers to CDA for the benefit of Katkzin, and the scheme caused Katzkin to increase its Orlando leather sales by millions of dollars a year.

4. Content on Albert's destroyed 2016 laptop and 2016 cell phone prove that Albert and Katzkin both illegally accessed CST computers to transmit Plaintiffs' proprietary information to CDA and Katzkin, and they admitted that they knew their conduct would cause Plaintiffs' substantial losses of sales and profits.

---

[9] Defense counsel admits that during the subject time frame, Joseph Schmidt a partner CLP traveled to Orlando to meet with Albert, (Dkt. 283-1, p.2 under Defendants position).

These facts are the minimum facts Albert concealed by his withholding of the responsive ESI.

**A.** <u>**THE COURT SHOULD AWARD ALL FEES AGAINST ALBERT AND WILSON.**</u>

Fed. R. Civ. P. 37(b)(2)(C) states, "I[n]stead of or in addition to the orders above, the court must order the disobedient party, the attorney advising that party, or both to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the failure was substantially justified or other circumstances make an award of expenses unjust." Plaintiffs seek an order that allows them to file a separate memorandum and supporting evidence for all the fees and costs caused by Albert's willful violation of this Court's orders and his spoliation of evidence. Attorney Wilson has guided each step of the way and should be jointly liable. Albert's bad faith, premediated conduct cannot be "substantially justified."

<u>**CERTIFICATE OF GOOD FAITH PURSANT TO LOCAL RULE 3.01(g).**</u>

The undersigned conferred with counsel for Albert and Katzkin, and they oppose the relief requested in this motion. The final meet and confer was set at the same time as the pretrial conference on October 14, 2020 but Mr. Wilson failed to attend. Voice messages were left and he has not responded. He did speak to Kevin Shaughnessy and Wilson did email confirming he would not oppose this motion based on any alleged Rule 3.01(g) noncompliance. The relief sought was discussed in multiple emails to him. (Exhibit "12").

Dated: November 1, 2020                              Respectfully submitted,


By: <u>/s/ *Douglas L. Mahaffey*</u>

MAHAFFEY LAW GROUP, PC
Douglas L. Mahaffey, ESQ, *(pro hac vice)*
California Bar No. 125980
20162 SW Birch St, Ste 300
Newport Beach, CA 92660

E-Mail: Dougm@mahaffeylaw.com
Telephone: (949) 833-1400
Facsimile: (949) 263-8736

Kevin W. Shaughnessy
Florida Bar No. 0473448
Primary E-Mail:  kshaughnessy@bakerlaw.com
P. Alexander Quimby
Florida Bar No. 099954
Email:  aquimby@bakerlaw.com
BAKER & HOSTETLER LLP
2300 SunTrust Center
200 South Orange Avenue
Post Office Box 112
Orlando, FL 32802
Telephone: 407-649-4000
Telecopier: 407-841-0168
***Attorneys for Plaintiffs***

## <u>DECLARATION OF DOUGLAS L. MAHAFFEY</u>

I, Douglas L. Mahaffey, declare as follows:

1.      I am an attorney licensed to appear before all the Courts of the United States of America and I have been been admitted to appear in this matter *pro hac vice*.  I am the principal of Mahaffey Law Group, counsel of record for Plaintiffs Classic Soft Trim Inc. and Roadwire LLC in this matter.  The following is based on my own personal knowledge and if called upon to testify I would state as follows:

2.      On September 9, 2020 Albert willfully violated Dkt. 350 by failing to produce any responsive records for the critical time frame of July 2015 to January 1, 2017.  Not one single email from Theeleatherman@gmail.com or classicdesignleather@gmail.com was produced and not one text messages for the critical time frame of January 1, 2015 to January 1, 2017 was produced.


I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and that this was executed on November 1, 2020 in Broker Arrow, Oklahoma.

_____
Douglas L. Mahaffey, Esq.

# EXHIBIT 1

# EXHIBIT 1



**Sheffler Ex. "28"**

Raymond Graham, Esq.
SVP General Counsel
Classic Soft Trim, Inc.
4516 Seton Center Pkwy, Ste 135
Austin, TX 78759

March 18, 2016

MR. ROSS ALBERT
3068 Kentshire Blvd.
Ocoee, Fl,    34761

## CEASE AND DESIT DEMAND

Greetings:

Initially I must inform you that, upon information and belief, the telephone number, 407.831.8283 is Classic's property. ( I understand that it has been in place before you were employed at the Orlando branch. If in fact you have personally paid all of the phone service and equipment bills on this line for the last 16 years, then you may argue that it is your property, and you must tender to me all proof of ownership and payments)

Otherwise, the phone number is property of Classic and your diversion of calls to your personal cell phone is tantamount to civil theft, and flagrant misappropriation of a corporate asset. You are hereby demanded to cease and desist from using such telephone number immediately.

I am general counsel to Classic Soft Trim, Inc. ("Classic") which owns and operates a branch office in Orlando, Florida, and by this letter am placing  Ross Albert, Danny Valencia, three other former Classic employees who voluntarily terminated their employment of Friday, March 18, 2016 together with, Classic Designs Automotive "LLC", John P. Held, John C. Donnellan, Jr., and all of Classic's shareholders, directors, officers, and employees, (collectively, "CD") on notice that Classic has sufficient reason to believe that various rights of Classic are, and will be in the upcoming hours and days, transgressed by CD.  Moreover, on legally sufficient information and belief, Classic maintains that other rights of Classic are, or will be, transgressed by CD working in tandem with certain current employees of Classic, specifically, Mr. Ross Albert, and Mr. Danny Valencia, and others. Given the valuable and irreplaceable rights which are now

4516 Seton Center Parkway, Suite 135 • Austin Texas • 78759 • 800.460.0640 • 512.491.3500

Katzkin 000018



Raymond Graham, Esq.
SVP General Counsel
Classic Soft Trim, Inc.
4516 Seton Center Pkwy, Ste 135
Austin, TX 78759

in jeopardy by the conduct of CD, and others, Classic hereby issues this Formal Cease and Desist Demand to CD, Albert, Valencia, and others involved effective immediately.

Very late on Wednesday, March 15, 2015 Classic learned from certain concerned Classic employees that CD and Messrs. Albert and Valencia are conspiring by various unlawful means to misappropriate and abscond with all of Classic's customers and turn them over to CD, effective either on Friday, March 18 or, on Monday, March 21, 2016. Moreover, Classic has learned that CD, Held and Donnellan have been conspiring to pilfer Classic's customers, and also solicit a number of Classic's employees to quit and become CD employees.

This concerted action is illegal and actionable under both Florida Statutes and Federal Statutes. And make no mistake about it: Classic will employ the full measure of legal recourse to stop this action, and to secure money damages, and even punitive damages from CD and all other responsible parties.

Therefore, Classic is placing CD, Albert, Valencia and the others on notice of the following facts:

**PLEASE TAKE LEGAL NOTICE THAT**, Classic has valid and enforceable employment agreements with all of its employees in the Orlando branch, and any and all actions by CD, Held, Donnellan, Albert, and Valencia to breach or interfere with such employment agreements will be pursued to the fullest extent of state and federal law; and

**PLEASE TAKE FURTHER LEGAL NOTICE THAT,** upon legally sufficient information and belief, Classic believes that CD, Albert, and Valencia are, and further intends to induce Classic employees to breach their employment agreements with Classic, to become employees of CD, and further to interfere tortuously in Classics' contracts with its own employees, together, actions that Classic will challenge in both Florida and Federal courts; and

**PLEASE TAKE FURTHER LEGAL NOTICE THAT** Classic has numerous customers and prospective customers in the greater Orlando, Florida vicinity, and Classic will defend each and every one of these relationships from interference from CD, and, in the event that any relations are transferred to CD, Classic will pursue all damages and claims available under the laws of the State of Florida, and The United States; and

Katzkin 000019



Raymond Graham, Esq.
SVP General Counsel
Classic Soft Trim, Inc.
4516 Seton Center Pkwy, Ste 135
Austin, TX 78759

**PLEASE TAKE FURTHER LEGAL NOTICE THAT**, Classic has valuable, intellectual property, proprietary assets, trade secrets, customer lists and methods of practice generated in the Orlando, Florida area, and Classic employees are not permitted to share or offer to CD; and, in the event that such proprietary information is solicited, or used, or implemented by CD, Classic will be forced to file legal actions to protect all such property; and

**PLEASE TAKE FURTHER LEGAL NOTICE THAT,** each and every Classic employee owes Classic a Duty of Loyalty protected by Florida and Federal Statutes; and, upon information and belief CD is inducing multiple Classic employees to breach all enforceable contract rights and the Duty of Loyalty owed to Classic, for which CD will be held legally responsible, and Classic will pursue claims against CD for inducing Classic employees to breach their Duty of Loyalty owed to Classic; and

**PLEASE TAKE FURTHER LEGAL NOTICE THAT**, Classic's President, Aaron Forrister is meeting this morning (Friday, March 18, 2016) with each Classic employee to ascertain the nature and extent of all of the nefarious conduct of CD, its agents, Albert, and Valencia which will grossly and rapaciously interfere with Classic's business; and, that Mr. Forrister

PLEASE TAKE NOTICE, DANNY VALENCIA, ROSS ALBERT AND OTHERS, you are not permitted, either before or after your termination with Classic, to take any proprietary information from Classic. Such conduct is theft. You are not permitted to evaluate, download, or copy any customer information or information stored, or maintained on Classic's computer network, NetSuite or in any other form;

**THERFORE, LEGAL NOTICE HAVING BEEN ISSUED AND DELIVERED, CLASSIC DEMANDS THAT YOU FORTHWITH AND FOREVER:**

**CEASE AND DESIST FROM PERFORMING AND ENGAGING IN ANY ACTION THAT WILL CAUSE MONETARY DAMAGE TO CLASSIC;**

**CEASE AND DESIST FROM PERFORMING AND ENGAGING IN ANY ACTION THAT CONSTITUTES TORTIOUS INTERFERENCE WITH CLASSIC'S CONTRACTUAL ARRANGEMENTS;**

Katzkin 000020



**Raymond Graham, Esq.**
**SVP General Counsel**
**Classic Soft Trim, Inc.**
**4516 Seton Center Pkwy, Ste 135**
**Austin, TX 78759**

CEASE AND DESIST FROM PERFORMING AND ENGAGING IN ANY AND ALL ACTIONS OR INACTIONS WHICH CONSTITUTE INTERFERENCE WITH CLASSIC'S VALID AND PROTECTED CONTRACT RIGHTS WITH ITS EMPLOYEES AND CUSTOMERS AND PROSPECTIVE CUSTOMERS;

CEASE AND DESIST FROM PERFORMING AND ENGAGING IN ANY ACTION THAT WILL CONSTITUTE "MISAPPROPRIATE OF PROPRIETARY INFORMATION" OWNED BY CLASSIC, INCLUDING CUSTOMER LISTS, METHODS OF OPERATION, AND ALL INFORMATION GAINED OR USED BY CLASSIC IN PURSUIT OF ITS BUSINESS OPERATIONS;

CEASE AND DESIST FROM ENGAGING AND UNDERTAKING ANY ACTION OR INACTION THAT VIOLATES ONE OR MORE FLORIDA STATUTES OR STATUTES OF THE UNITED STATES.

It goes without stating, but I would be remiss if I failed to do so, if Ross Alpert, a long term employee of Classic, had informed you that Classic Soft Trim avoids court actions, rest be assured that is no longer the case since I became corporate counsel. Prior counsel, Mr. M. McCoy, did not pursue claims and actions, but I am far more pugnacious than Mr. McCoy.

I do not know if you have legal counsel. If you do, I would request that you turn over this Cease and Desist Notice to him or her, and have the same call me at 303.324.6111.

LEGAL NOTICE HAVING BEEN PRIVIDED: GUIDE YOURSELVES ACCORDINGLY.

Sincerely,

R. Graham, ESQ.

cc: file;
AF, DF,

Katzkin 000021

# EXHIBIT 2

# EXHIBIT 2

| Bates Number | Identity and Position of Author | Identity and Position of Recipient | Date | Description | Subject Matter | Purpose | Privilege Claimed | Present Location |
|---|---|---|---|---|---|---|---|---|
| CLP 000570 | Brooks Mayberry (Katzkin employee) | Marcia Sugrue (outside counsel at Finn Dixon & Herling LLP), Peter Kim (Katzkin employee), and Tim Clyde (Katzkin employee) | 7/9/2015 | Email to outside counsel Marcia Sugrue | Correspondence from Katzkin employee to outside counsel re: request for legal advice, copying other Katzkin employees | Legal advice from outside counsel | Attorney-client privilege | Counsel for Katzkin |
| CLP 000571 to CLP 000573 | Alfred Pavlis (outside counsel at Finn Dixon & Herling LLP) | Brooks Mayberry (Katzkin employee), Susan Dixon (outside counsel at Finn Dixon & Herling LLP), Marcia Sugrue (outside counsel at Finn Dixon | 3/16/2016 | Thread of multiple emails from Katzkin employees to outside counsel at Finn Dixon & Herling LLP and emails from outside counsel at Finn Dixon & Herling LLP to Katzkin employees | Correspondence to and from outside counsel regarding Katzkin solicitation of legal advice | Legal advice from outside counsel | Attorney-client privilege | Counsel for Katzkin |

| Bates Number | Identity and Position of Author | Identity and Position of Recipient | Date | Description | Subject Matter | Purpose | Privilege Claimed | Present Location |
|---|---|---|---|---|---|---|---|---|
| | | & Herling LLP), Tim Clyde (Katzkin employee), and Peter Kim (Katzkin employee) | | | | | | |
| CLP 000574 to CLP 000576 | Brooks Mayberry (Katzkin employee) | Susan Dixon (outside counsel at Finn Dixon & Herling LLP), Alfred Pavlis (outside counsel at Finn Dixon & Herling LLP), Marcia Sugrue (outside counsel at Finn Dixon & Herling LLP), Tim | 3/16/2016 | Thread of multiple emails from Katzkin employees to outside counsel at Finn Dixon & Herling LLP and emails from outside counsel at Finn Dixon & Herling LLP to Katzkin employees, duplicative of email thread above at CLP000571 to CLP000573 | Correspondence from Katzkin employee to outside counsel re: request for legal advice, copying other Katzkin employees | Legal advice from outside counsel | Attorney-client privilege | Counsel for Katzkin |

| Bates Number | Identity and Position of Author | Identity and Position of Recipient | Date | Description | Subject Matter | Purpose | Privilege Claimed | Present Location |
|---|---|---|---|---|---|---|---|---|
| | | Clyde (Katzkin employee), and Peter Kim (Katzkin employee) | | | | | | |
| CLP 000577 to CLP 000581 | Ron Leslie (Katzkin employee) | Brooks Mayberry (Katzkin employee), Susan Dixon (outside counsel at Finn Dixon & Herling LLP), Tim Clyde (Katzkin employee), Peter Kim (Katzkin employee), Marcia Sugrue (outside counsel at Finn Dixon & Herling | March 21, 2016 | Email and attachment from Katzkin employee directed at outside counsel and other Katzkin employees regarding subject of Katzkin request for legal advice | Correspondence from Katzkin employee to Katzkin employee re: subject of Katzkin request for legal advice, copying outside counsel and other Katzkin employees | Ongoing legal advice from outside counsel | Attorney-client privilege | Counsel for Katzkin |

| Bates Number | Identity and Position of Author | Identity and Position of Recipient | Date | Description | Subject Matter | Purpose | Privilege Claimed | Present Location |
|---|---|---|---|---|---|---|---|---|
|  |  | LLP), Alfred Pavlis (outside counsel at Finn Dixon & Herling LLP) |  |  |  |  |  |  |

# EXHIBIT 3

# EXHIBIT 3

**Direction:** Incoming

**Date and time:** 3/18/2016 11:22

**Message:** "Please call asap."

**To/From:** Dave Sheffler

**Bate Number:** Katzkin008149


**Direction:** Outgoing

**Date and time:** 3/18/2016 11:25

**Message:** "Resign. Say as little as possible "

**To/From:** Dave Sheffler

**Bate Number:** Katzkin008149

# EXHIBIT 4

# EXHIBIT 4

| | |
|---|---|
| **From:** | classicdesignleather@gmail.com |
| **To:** | classicdesignleather@gmail.com |
| **Subject:** | Order entry form - Ross |
| **Date:** | Friday, March 11, 2016 10:49:18 AM |

Order Entry Form

I've invited you to fill out the form **Classic Design Response Order Form**. To fill it out, visit:
https://docs.google.com/forms/d/1FXUZxQG6qJ1-Mpkbxuucznjpss_t7hjtQZ_T7BJVJu4/viewform?c=0&w=1&usp=mail_form_link

# EXHIBIT 5

# EXHIBIT 5

**From:**       leather classic
**To:**         Ross Albert
**Subject:**    Fwd: Order entry form - Ross
**Date:**       Monday, March 14, 2016 4:59:16 AM

---

---------- Forwarded message ----------
From: <classicdesignleather@gmail.com>
Date: Friday, March 11, 2016
Subject: Order entry form - Ross
To: classicdesignleather@gmail.com


Order Entry Form

I've invited you to fill out the form **Classic Design Response Order Form**. To fill it out, visit:
https://docs.google.com/forms/d/1FXUZxQG6qJ1-
Mpkbxuucznjpss_t7hjtQZ_T7BJVJu4/viewform?c=0&w=1&usp=mail_form_link

# Classic Design Response Order Form

Order Entry Form

*Required



## Customer/Dealership *

Your answer

## Contact *

Your answer

Date of pickup *

Your answer

Vehicle Year *

○ 2020

○ 2019

○ 2018

○ 2017

○ 2016

○ Other:

○ Option 1

Stock or Sold *

○ Stock

○ Sold

Vehicle Make *

Choose ▾

Vehicle Model *

Your answer

Trim Level *

Your answer

Stock Number *

Your answer

## Seat Specifics

○ Bucket

○ Bench

○ Power

○ Non Power

○ Flip

○ Fold

○ Side Air Bags

○ Quad Buckets

○ Other:

## Vehicle Type

○ 1 Row

○ 2 Row

○ 3 Row 7 Passenger

○ 3 Row 8 Passenger

○ Regular Cab

○ Crew/Quad Cab

○ Extended/ Super cab

○ Other:

## Factory Color *

Your answer

## Classic Design Color *

Your answer

Two Tone *

Your answer

Perforation Placement ONLY !!

○ Placement A / insert

○ Placement B / combo

○ Placement C / body

○ Placement D / center

○ CCS - Reticulated Foam Only

○ Placement X / 2 tone face

○ Other:

Embroidery

Your answer

## Stitching

◯ Visible

◯ Contrast

◯ Other:

## Stitching Thread Color

Your answer

## Piping

Your answer

## Special Intructions

Your answer

## Leather Pricing to Customer

Your answer

Electronics & Safety

Your answer

Submit

Never submit passwords through Google Forms.

This content is neither created nor endorsed by Google. Report Abuse - Terms of Service - Privacy Policy

Google Forms

# EXHIBIT 6

# EXHIBIT 6

**From:**     leather classic
**To:**       Jpheld@hotmail.com
**Subject:**  Fwd: Classic Design Board Response - Invitation to edit
**Date:**     Saturday, March 19, 2016 8:14:31 AM

---------- Forwarded message ----------
From: **leather classic (via Google Sheets)** <classicdesignleather@gmail.com>
Date: Friday, March 11, 2016
Subject: Classic Design Board Response - Invitation to edit
To: classicdesignleather@gmail.com



leather classic has invited you to **edit** the following spreadsheet:

Classic Design Board Response

Open in Sheets

Google Sheets: Create and edit spreadsheets online.



| | Daily Count | Customer | Contact | Stk# | Yr | Make | Model | Color | Order# | Cost | Combo | Comments | SALES ORD | C# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | DON MEALY CHEVY | JENNIFER SVC | G110968 | | 2016 CHEVY | EQUINOX | l001 PERF | | | 899 | | | |
| 3 | 2 | TOYOYTA OF MEL | LEE | GS698432 | | 2016 TOY | SIENNA LE 8 P | l ASH | POWER | | 1099 | | | |
| 4 | 3 | TOYOTA OF MEL | LEE | | | 2015 TOY | RAV-4 | | | | 899 | | | |
| 5 | 4 | AUTOMAX OCALA | DANIEL | WILL CALL | | 2013 NISSAN | PATHFINDER S | l001 | | | 1199 | Dan to help lift middle row for seat pul | 279824 | |
| 6 | 5 | AUTOMAX OCALA | ERNASTO | M7023 | | 2015 DODGE | JOURNEY SR | l098 | | | 1199 | | 271734 | |
| 7 | 6 | | | | | | | | | | | | | |
| 8 | 7 | | | | | | | | | | | | | |
| 9 | 8 | | | | | | | | | | | | | |
| 10 | 9 | | | | | | | | | | | | | |
| 11 | 10 | | | | | | | | | | | | | |
| 12 | 11 | | | | | | | | | | | | | |
| 13 | 12 | | | | | | | | | | | | | |
| 14 | 13 | | | | | | | | | | | | | |
| 15 | 14 | | | | | | | | | | | | | |
| 16 | 15 | | | | | | | | | | | | | |
| 17 | 16 | | | | | | | | | | | | | |
| 18 | 17 | | | | | | | | | | | | | |
| 19 | 18 | | | | | | | | | | | | | |
| 20 | 19 | | | | | | | | | | | | | |
| 21 | 20 | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | | |
| 23 | BILLIABLE REPAIR | | | | | | | | | | | | | |
| 27 | REPAIR | | | | | | | | | | | | | |

Only show named versions

March 17, 2016, 10:24 AM
● leather classic

▶ March 17, 2016, 9:50 AM
● leather classic

▶ March 17, 2016, 9:48 AM
● leather classic

▶ March 17, 2016, 8:09 AM
● leather classic

▶ March 16, 2016, 4:25 PM
● leather classic

▶ March 16, 2016, 3:07 PM
● leather classic

▶ March 16, 2016, 12:25 PM
● leather classic

March 16, 2016, 11:28 AM
● leather classic

▶ March 16, 2016, 9:35 AM
● leather classic

▶ March 15, 2016, 12:50 PM
● leather classic

March 15, 2016, 12:16 PM
● leather classic

▶ March 10, 2016, 10:19 AM
● leather classic

March 10, 2016, 9:54 AM
● leather classic

# EXHIBIT 7

# EXHIBIT 7

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 56 of 184 PageID 16353
(with cell location)

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        09/27/2020
Run Time:        01:16:28
Data Usage For:  (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03/14/16 | 22:05:49 | 14077480132 | 0:12 | 0 | 0 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [180033545:703256:-80.69117:28.35883:120:-1.0] |
| 2 | 03/14/16 | 22:06:00 | 14077480132 | 0:01 | 0 | 0 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [180033545:703256:-80.69117:28.35883:120:-1.0] |
| 3 | 03/14/16 | 22:06:08 | 14077480132 | 60:00 | 23022 | 41426 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [180033545:703256:-80.69117:28.35883:120:-1.0, 180033538:703256:-80.69117:28.35883:120:-1.0, 180033545:703256:-80.69117:28.35883:120:-1.0, 181594377:709353:-80.6537194:28.3592806:120:-1.0, 179971849:703015:-80.613858:28.357458:120:-1.0] |
| 4 | 03/14/16 | 22:06:09 | 14077480132 | 60:00 | 39145 | 34355 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [180033545:703256:-80.69117:28.35883:120:-1.0, 180033538:703256:-80.69117:28.35883:120:-1.0, 180033545:703256:-80.69117:28.35883:120:-1.0, 181594377:709353:-80.6537194:28.3592806:120:-1.0, 179971849:703015:-80.613858:28.357458:120:-1.0] |
| 5 | 03/14/16 | 23:06:08 | 14077480132 | 60:00 | 618 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 6 | 03/14/16 | 23:06:09 | 14077480132 | 60:00 | 5624 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 7 | 03/15/16 | 00:06:08 | 14077480132 | 60:00 | 450 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 8 | 03/15/16 | 00:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 9 | 03/15/16 | 01:06:08 | 14077480132 | 60:00 | 615 | 315 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 10 | 03/15/16 | 01:06:09 | 14077480132 | 60:00 | 8444 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 11 | 03/15/16 | 02:06:08 | 14077480132 | 60:00 | 1090 | 840 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 12 | 03/15/16 | 02:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 13 | 03/15/16 | 03:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 14 | 03/15/16 | 03:06:09 | 14077480132 | 60:00 | 8460 | 4336 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
**(with cell location)**

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        09/27/2020
Run Time:        01:16:28
Data Usage For:  (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|------|-----------|------------------|--------------------|-----|----------|----------|-----|------|------|------|-------|---------------|
| 15 | 03/15/16 | 04:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 16 | 03/15/16 | 04:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 17 | 03/15/16 | 05:06:08 | 14077480132 | 60:00 | 615 | 315 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 18 | 03/15/16 | 05:06:09 | 14077480132 | 60:00 | 8444 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 19 | 03/15/16 | 06:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 20 | 03/15/16 | 06:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 21 | 03/15/16 | 07:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 22 | 03/15/16 | 07:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 23 | 03/15/16 | 08:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 24 | 03/15/16 | 08:06:09 | 14077480132 | 60:00 | 8460 | 4228 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 25 | 03/15/16 | 09:06:08 | 14077480132 | 60:00 | 615 | 315 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 26 | 03/15/16 | 09:06:09 | 14077480132 | 60:00 | 8460 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 27 | 03/15/16 | 10:06:08 | 14077480132 | 60:00 | 1832 | 8554 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 28 | 03/15/16 | 10:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 29 | 03/15/16 | 11:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 30 | 03/15/16 | 11:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 31 | 03/15/16 | 12:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 32 | 03/15/16 | 12:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 33 | 03/15/16 | 13:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 34 | 03/15/16 | 13:06:09 | 14077480132 | 60:00 | 8460 | 4228 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 35 | 03/15/16 | 14:06:08 | 14077480132 | 60:00 | 16463 | 88613 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
**(with cell location)**

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        09/27/2020
Run Time:        01:16:28
Data Usage For:  (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|------|-----------|------------------|--------------------|-----|----------|----------|-----|------|------|------|-------|---------------|
| 36 | 03/15/16 | 14:06:09 | 14077480132 | 60:00 | 8460 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 37 | 03/15/16 | 15:06:08 | 14077480132 | 60:00 | 3039 | 8095 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 38 | 03/15/16 | 15:06:09 | 14077480132 | 60:00 | 7456 | 4780 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 39 | 03/15/16 | 16:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 40 | 03/15/16 | 16:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 41 | 03/15/16 | 17:06:08 | 14077480132 | 60:00 | 615 | 315 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 42 | 03/15/16 | 17:06:09 | 14077480132 | 60:00 | 8444 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 43 | 03/15/16 | 18:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 44 | 03/15/16 | 18:06:09 | 14077480132 | 60:00 | 8460 | 4228 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 45 | 03/15/16 | 19:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 46 | 03/15/16 | 19:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 47 | 03/15/16 | 20:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 48 | 03/15/16 | 20:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 49 | 03/15/16 | 21:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 50 | 03/15/16 | 21:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 51 | 03/15/16 | 22:06:08 | 14077480132 | 60:00 | 32400 | 177791 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 52 | 03/15/16 | 22:06:09 | 14077480132 | 60:00 | 5624 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 53 | 03/15/16 | 23:06:08 | 14077480132 | 60:00 | 615 | 315 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 54 | 03/15/16 | 23:06:09 | 14077480132 | 60:00 | 8460 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 55 | 03/16/16 | 00:06:08 | 14077480132 | 60:00 | 6490 | 101135 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 56 | 03/16/16 | 00:06:09 | 14077480132 | 60:00 | 8460 | 4228 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
**(with cell location)**

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        09/27/2020
Run Time:        01:16:28
Data Usage For:  (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|------|-----------|------------------|--------------------|----|----------|----------|-----|------|------|------|-------|---------------|
| 57 | 03/16/16 | 01:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 58 | 03/16/16 | 01:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 59 | 03/16/16 | 02:06:08 | 14077480132 | 60:00 | 1090 | 840 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 60 | 03/16/16 | 02:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 61 | 03/16/16 | 03:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 62 | 03/16/16 | 03:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 63 | 03/16/16 | 04:06:08 | 14077480132 | 60:00 | 615 | 315 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 64 | 03/16/16 | 04:06:09 | 14077480132 | 60:00 | 8460 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 65 | 03/16/16 | 05:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 66 | 03/16/16 | 05:06:09 | 14077480132 | 60:00 | 8460 | 4228 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 67 | 03/16/16 | 06:06:08 | 14077480132 | 60:00 | 1884 | 8564 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 68 | 03/16/16 | 06:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 69 | 03/16/16 | 07:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 70 | 03/16/16 | 07:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 71 | 03/16/16 | 08:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 72 | 03/16/16 | 08:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 73 | 03/16/16 | 09:06:08 | 14077480132 | 60:00 | 615 | 315 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 74 | 03/16/16 | 09:06:09 | 14077480132 | 60:00 | 8444 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 75 | 03/16/16 | 10:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 76 | 03/16/16 | 10:06:09 | 14077480132 | 60:00 | 8460 | 4228 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 77 | 03/16/16 | 11:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |

AT&T Proprietary
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
**(with cell location)**

2986012.005
09/26/2020

**AT&T**

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        09/27/2020
Run Time:        01:16:28
Data Usage For:  (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | 03/16/16 | 11:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 79 | 03/16/16 | 12:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 80 | 03/16/16 | 12:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 81 | 03/16/16 | 13:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 82 | 03/16/16 | 13:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 83 | 03/16/16 | 14:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 84 | 03/16/16 | 14:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 85 | 03/16/16 | 15:06:08 | 14077480132 | 60:00 | 615 | 315 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 86 | 03/16/16 | 15:06:09 | 14077480132 | 60:00 | 8460 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 87 | 03/16/16 | 16:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 88 | 03/16/16 | 16:06:09 | 14077480132 | 60:00 | 8460 | 4228 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 89 | 03/16/16 | 17:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 90 | 03/16/16 | 17:06:09 | 14077480132 | 60:00 | 5624 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 91 | 03/16/16 | 18:06:08 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 92 | 03/16/16 | 18:06:09 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0] |
| 93 | 03/16/16 | 19:06:08 | 14077480132 | 56:51 | 3438 | 17129 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0, 180033545:703256:-80.69117:28.35883:120:-1.0, 180001553:703131:-80.81728:28.38445:240:-1.0] |
| 94 | 03/16/16 | 19:06:09 | 14077480132 | 56:50 | 8460 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179971849:703015:-80.613858:28.357458:120:-1.0, 180033545:703256:-80.69117:28.35883:120:-1.0, 180001553:703131:-80.81728:28.38445:240:-1.0] |
| 95 | 03/16/16 | 20:02:59 | 14077480132 | 1:50 | 0 | 0 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [27394/21122:-80.968335:28.453389:120:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 61 of 184 PageID 16358
(with cell location)

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:           09/27/2020
Run Time:           01:16:28
Data Usage For:     (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | 03/16/16 | 20:02:59 | 14077480132 | 1:50 | 8946 | 12689 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [27394/21122:-80.968335:28.453389:120:-1.0] |
| 97 | 03/16/16 | 20:04:49 | 14077480132 | 60:00 | 13960 | 206247 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179484688:701112:-80.96839:28.45336:120:-1.0, 179459336:701013:-81.24861:28.52806:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0] |
| 98 | 03/16/16 | 20:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179484688:701112:-80.96839:28.45336:120:-1.0, 179459336:701013:-81.24861:28.52806:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0] |
| 99 | 03/16/16 | 21:04:49 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 100 | 03/16/16 | 21:04:49 | 14077480132 | 60:00 | 8444 | 4228 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 101 | 03/16/16 | 22:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 102 | 03/16/16 | 22:04:49 | 14077480132 | 60:00 | 9250 | 47327 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 103 | 03/16/16 | 23:04:49 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 104 | 03/16/16 | 23:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 105 | 03/17/16 | 00:04:49 | 14077480132 | 60:00 | 3096 | 9152 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 106 | 03/17/16 | 00:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 107 | 03/17/16 | 01:04:49 | 14077480132 | 60:00 | 14196 | 9360 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0, 179460618:701018:-81.53722:28.54889:240:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 108 | 03/17/16 | 01:04:49 | 14077480132 | 60:00 | 31675 | 134266 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0, 179460618:701018:-81.53722:28.54889:240:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 109 | 03/17/16 | 01:20:12 | 14077480132 | 0:16 | 17652 | 24488 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 110 | 03/17/16 | 02:04:49 | 14077480132 | 60:00 | 2392 | 11359 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

MOBILITY
(with cell location)

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:          09/27/2020
Run Time:          01:16:28
Data Usage For:    (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|------|-----------|------------------|--------------------|----|----------|----------|-----|------|------|------|-------|---------------|
| 111 | 03/17/16 | 02:04:49 | 14077480132 | 60:00 | 8460 | 4336 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 112 | 03/17/16 | 03:04:49 | 14077480132 | 60:00 | 205 | 105 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 113 | 03/17/16 | 03:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 114 | 03/17/16 | 04:04:49 | 14077480132 | 60:00 | 205 | 105 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 115 | 03/17/16 | 04:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 116 | 03/17/16 | 05:04:49 | 14077480132 | 60:00 | 462 | 302 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 117 | 03/17/16 | 05:04:49 | 14077480132 | 60:00 | 8460 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 118 | 03/17/16 | 06:04:49 | 14077480132 | 60:00 | 257 | 197 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 119 | 03/17/16 | 06:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 120 | 03/17/16 | 07:04:49 | 14077480132 | 60:00 | 7492 | 29727 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 121 | 03/17/16 | 07:04:49 | 14077480132 | 60:00 | 8460 | 4228 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 122 | 03/17/16 | 08:04:49 | 14077480132 | 60:00 | 257 | 197 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 123 | 03/17/16 | 08:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 124 | 03/17/16 | 09:04:49 | 14077480132 | 60:00 | 205 | 105 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 125 | 03/17/16 | 09:04:49 | 14077480132 | 60:00 | 8460 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 126 | 03/17/16 | 10:04:49 | 14077480132 | 60:00 | 257 | 197 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 127 | 03/17/16 | 10:04:49 | 14077480132 | 60:00 | 5624 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 128 | 03/17/16 | 11:04:49 | 14077480132 | 60:00 | 1548 | 5332 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 129 | 03/17/16 | 11:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 130 | 03/17/16 | 12:04:49 | 14077480132 | 60:00 | 2242 | 5949 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 131 | 03/17/16 | 12:04:49 | 14077480132 | 60:00 | 8460 | 4228 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |

AT&T Proprietary
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
**(with cell location)**

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

Run Date:         09/27/2020
Run Time:         01:16:28
Data Usage For:   (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|------|-----------|------------------|---------------------|-----|----------|----------|-----|------|------|------|-------|---------------|
| 132 | 03/17/16 | 13:04:49 | 14077480132 | 60:00 | 3390 | 19440 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 133 | 03/17/16 | 13:04:49 | 14077480132 | 60:00 | 7440 | 4764 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 134 | 03/17/16 | 14:04:49 | 14077480132 | 60:00 | 257 | 197 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 135 | 03/17/16 | 14:04:49 | 14077480132 | 60:00 | 8460 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 136 | 03/17/16 | 15:04:49 | 14077480132 | 60:00 | 257 | 197 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 137 | 03/17/16 | 15:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 138 | 03/17/16 | 16:04:49 | 14077480132 | 60:00 | 257 | 197 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 139 | 03/17/16 | 16:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 140 | 03/17/16 | 17:04:49 | 14077480132 | 60:00 | 257 | 197 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 141 | 03/17/16 | 17:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 142 | 03/17/16 | 18:04:49 | 14077480132 | 60:00 | 23964 | 17136 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 143 | 03/17/16 | 18:04:49 | 14077480132 | 60:00 | 269454 | 1262038 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 144 | 03/17/16 | 18:40:41 | 14077480132 | 0:16 | 35467 | 34199 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 145 | 03/17/16 | 19:04:49 | 14077480132 | 60:00 | 119348 | 2036509 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575298:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |
| 146 | 03/17/16 | 19:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 64 of 184 PageID 16361
(with cell location)

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:          09/27/2020
Run Time:          01:16:28
Data Usage For:    (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|------|-----------|------------------|--------------------|----|----------|----------|-----|------|------|------|-------|---------------|
| 147 | 03/17/16 | 20:04:49 | 14077480132 | 60:00 | 205 | 105 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575312:701466:-81.55764:28.53229:120:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 148 | 03/17/16 | 20:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575312:701466:-81.55764:28.53229:120:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 149 | 03/17/16 | 21:04:49 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 150 | 03/17/16 | 21:04:49 | 14077480132 | 60:00 | 8460 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 151 | 03/17/16 | 22:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 152 | 03/17/16 | 22:04:49 | 14077480132 | 60:00 | 9339 | 49767 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 153 | 03/17/16 | 23:04:49 | 14077480132 | 60:00 | 1679 | 8062 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 154 | 03/17/16 | 23:04:49 | 14077480132 | 60:00 | 8460 | 4228 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 155 | 03/18/16 | 00:04:49 | 14077480132 | 60:00 | 2179 | 5817 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 156 | 03/18/16 | 00:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 157 | 03/18/16 | 01:04:49 | 14077480132 | 60:00 | 462 | 302 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 158 | 03/18/16 | 01:04:49 | 14077480132 | 60:00 | 8460 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 159 | 03/18/16 | 02:04:49 | 14077480132 | 60:00 | 13496 | 9876 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 160 | 03/18/16 | 02:04:49 | 14077480132 | 60:00 | 773974 | 1152100 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 161 | 03/18/16 | 02:56:05 | 14077480132 | 0:01 | 2267 | 4692 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 162 | 03/18/16 | 03:04:49 | 14077480132 | 60:00 | 2097 | 6157 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 163 | 03/18/16 | 03:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 164 | 03/18/16 | 04:04:49 | 14077480132 | 60:00 | 62601 | 52655 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 165 | 03/18/16 | 04:04:49 | 14077480132 | 60:00 | 8460 | 4228 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

MOBILITY
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 65 of 184 PageID 16362
(with cell location)

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

AT&T

Run Date:          09/27/2020
Run Time:          01:16:28
Data Usage For:    (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 166 | 03/18/16 | 05:04:49 | 14077480132 | 60:00 | 494 | 1035 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 167 | 03/18/16 | 05:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 168 | 03/18/16 | 06:04:49 | 14077480132 | 60:00 | 309 | 289 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 169 | 03/18/16 | 06:04:49 | 14077480132 | 60:00 | 8444 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 170 | 03/18/16 | 07:04:49 | 14077480132 | 60:00 | 257 | 197 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 171 | 03/18/16 | 07:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 172 | 03/18/16 | 08:04:49 | 14077480132 | 60:00 | 447 | 694 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 173 | 03/18/16 | 08:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 174 | 03/18/16 | 09:04:49 | 14077480132 | 48:41 | 233312 | 3206795 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179460616:701018:-81.53722:28.54889:0:-1.0, 181534217:709118:-81.53722:28.54889:120:-1.0, 179478794:701089:-81.47111:28.55139:240:-1.0, 179465482:701037:-81.45358:28.55047:0:-1.0, 179483393:701107:-81.4184:28.50584:0:-1.0, 179467793:701046:-81.41132:28.5475:270:-1.0, 179487247:701122:-81.39775:28.53367:60:-1.0, 179482383:701103:-81.38349:28.5505:0:-1.0, 179490313:701134:-81.38389:28.59417:120:-1.0, 179491343:701138:-81.39288:28.608683:0:-1.0, 181519376:709060:-81.4:28.629:120:-1.0, 179503625:701186:-81.39914:28.6424:120:-1.0] |

AT&T Proprietary
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

Run Date:         09/27/2020
Run Time:         01:16:28
Data Usage For:   (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 175 | 03/18/16 | 09:04:49 | 14077480132 | 60:00 | 81776 | 61728 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179467793:701046:-81.41132:28.5475:270:-1.0, 179487247:701122:-81.39775:28.53367:60:-1.0, 179490313:701134:-81.38389:28.59417:120:-1.0, 179490319:701134:-81.38389:28.59417:0:-1.0, 181590544:709338:-81.392856:28.608668:120:-1.0, 179491343:701138:-81.39288:28.608683:0:-1.0, 181519376:709060:-81.4:28.629:120:-1.0, 179503625:701186:-81.39914:28.6424:120:-1.0, 179476232:701079:-81.38953:28.68067:0:-1.0] |
| 176 | 03/18/16 | 09:47:52 | 14077480132 | 0:46 | 110309 | 95831 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179490319:701134:-81.38389:28.59417:0:-1.0] |
| 177 | 03/18/16 | 09:48:50 | 14077480132 | 0:29 | 32231 | 37055 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179491343:701138:-81.39288:28.608683:0:-1.0] |
| 178 | 03/18/16 | 09:49:31 | 14077480132 | 0:20 | 23101 | 41342 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181519376:709060:-81.4:28.629:120:-1.0] |
| 179 | 03/18/16 | 09:53:30 | 14077480132 | 0:29 | 18922 | 60052 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179476232:701079:-81.38953:28.68067:0:-1.0] |
| 180 | 03/18/16 | 09:53:30 | 14077480132 | 60:00 | 3155 | 16149 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179476232:701079:-81.38953:28.68067:0:-1.0, 179531784:701296:-81.3429:28.7139:0:-1.0] |
| 181 | 03/18/16 | 09:54:02 | 14077480132 | 0:21 | 16649 | 23572 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179476232:701079:-81.38953:28.68067:0:-1.0] |
| 182 | 03/18/16 | 09:54:38 | 14077480132 | 0:26 | 20263 | 25818 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179476232:701079:-81.38953:28.68067:0:-1.0] |
| 183 | 03/18/16 | 09:55:08 | 14077480132 | 0:10 | 17695 | 18101 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179476232:701079:-81.38953:28.68067:0:-1.0] |
| 184 | 03/18/16 | 10:04:49 | 14077480132 | 60:00 | 8460 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179476250:701440:-81.3575:28.69694:240:-1.0, 179531784:701296:-81.3429:28.7139:0:-1.0] |
| 185 | 03/18/16 | 10:53:30 | 14077480132 | 60:00 | 205 | 105 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179531784:701296:-81.3429:28.7139:0:-1.0] |
| 186 | 03/18/16 | 11:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179531784:701296:-81.3429:28.7139:0:-1.0] |
| 187 | 03/18/16 | 11:53:30 | 14077480132 | 60:00 | 205 | 105 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179531784:701296:-81.3429:28.7139:0:-1.0] |
| 188 | 03/18/16 | 12:04:49 | 14077480132 | 60:00 | 8460 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179531784:701296:-81.3429:28.7139:0:-1.0] |
| 189 | 03/18/16 | 12:53:30 | 14077480132 | 60:00 | 205 | 105 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179531784:701296:-81.3429:28.7139:0:-1.0] |
| 190 | 03/18/16 | 13:04:49 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179531784:701296:-81.3429:28.7139:0:-1.0, 179466248:701040:-81.3575:28.6969389:0:-1.0] |
| 191 | 03/18/16 | 13:53:30 | 14077480132 | 59:09 | 9199 | 51571 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179531784:701296:-81.3429:28.7139:0:-1.0, 179466248:701040:-81.3575:28.6969389:0:-1.0, 179465481:701037:-81.45358:28.55047:0:-1.0, 179481601:701100:-81.400563:28.542976:0:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
**(with cell location)**

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        09/27/2020
Run Time:        01:16:28
Data Usage For:  (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|------|-----------|------------------|--------------------|-----|---------|---------|-----|------|------|------|-------|---------------|
| 192 | 03/18/16 | 14:04:49 | 14077480132 | 47:50 | 8460 | 4228 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179466248:701040:-81.3575:28.6969389:0:-1.0, 179465481:701037:-81.45358:28.55047:0:-1.0, 179481601:701100:-81.400563:28.542976:0:-1.0] |
| 193 | 03/18/16 | 14:52:39 | 14077480132 | 60:00 | 3261 | 4081 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179459088:701012:-81.4257:28.56693:120:-1.0, 179467793:701046:-81.41132:28.5475:270:-1.0, 179531786:701296:-81.3429:28.7139:240:-1.0] |
| 194 | 03/18/16 | 14:52:42 | 14077480132 | 60:00 | 12697 | 8870 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179467793:701046:-81.41132:28.5475:270:-1.0, 179531784:701296:-81.3429:28.7139:0:-1.0, 179531786:701296:-81.3429:28.7139:240:-1.0] |
| 195 | 03/18/16 | 15:52:39 | 14077480132 | 60:00 | 205 | 157 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179476232:701079:-81.38953:28.68067:0:-1.0, 179467786:701046:-81.41132:28.5475:270:-1.0] |
| 196 | 03/18/16 | 15:52:42 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179476232:701079:-81.38953:28.68067:0:-1.0, 179456264:701001:-81.38378:28.52581:0:-1.0, 179459081:701012:-81.4257:28.56693:120:-1.0, 179467786:701046:-81.41132:28.5475:270:-1.0] |
| 197 | 03/18/16 | 16:52:39 | 14077480132 | 60:00 | 3267 | 19077 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179459081:701012:-81.4257:28.56693:120:-1.0, 179519512:701248:-81.71889:28.54694:240:-1.0] |
| 198 | 03/18/16 | 16:52:42 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179459081:701012:-81.4257:28.56693:120:-1.0, 179460618:701018:-81.53722:28.54889:240:-1.0, 179519512:701248:-81.71889:28.54694:240:-1.0] |
| 199 | 03/18/16 | 17:52:39 | 14077480132 | 60:00 | 3191 | 16236 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179519512:701248:-81.71889:28.54694:240:-1.0] |
| 200 | 03/18/16 | 17:52:42 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179519512:701248:-81.71889:28.54694:240:-1.0, 181593111:709348:-81.71889:28.54694:120:-1.0, 179519512:701248:-81.71889:28.54694:240:-1.0] |
| 201 | 03/18/16 | 18:52:39 | 14077480132 | 60:00 | 28704 | 70097 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179519512:701248:-81.71889:28.54694:240:-1.0, 181593111:709348:-81.71889:28.54694:120:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
**(with cell location)**

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

AT&T

Run Date:        09/27/2020
Run Time:        01:16:28
Data Usage For:  (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|------|-----------|------------------|--------------------|-----|----------|----------|-----|------|------|------|-------|---------------|
| 202 | 03/18/16 | 18:52:42 | 14077480132 | 60:00 | 101884 | 83924 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181593090:709348:-81.71889:28.54694:120:-1.0, 179519512:701248:-81.71889:28.54694:240:-1.0, 181593090:709348:-81.71889:28.54694:120:-1.0, 181593111:709348:-81.71889:28.54694:120:-1.0] |
| 203 | 03/18/16 | 19:13:19 | 14077480132 | 0:11 | 27276 | 28509 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179519512:701248:-81.71889:28.54694:240:-1.0] |
| 204 | 03/18/16 | 19:28:52 | 14077480132 | 0:03 | 3422 | 9652 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181593111:709348:-81.71889:28.54694:120:-1.0] |
| 205 | 03/18/16 | 19:29:13 | 14077480132 | 1:00 | 160679 | 97130 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181593111:709348:-81.71889:28.54694:120:-1.0] |
| 206 | 03/18/16 | 19:30:36 | 14077480132 | 0:04 | 0 | 1765 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181593111:709348:-81.71889:28.54694:120:-1.0] |
| 207 | 03/18/16 | 19:31:34 | 14077480132 | 2:53 | 477773 | 408185 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181593111:709348:-81.71889:28.54694:120:-1.0] |
| 208 | 03/18/16 | 19:41:44 | 14077480132 | 2:14 | 212553 | 164160 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181593111:709348:-81.71889:28.54694:120:-1.0] |
| 209 | 03/18/16 | 19:44:24 | 14077480132 | 0:53 | 74793 | 100777 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181593111:709348:-81.71889:28.54694:120:-1.0] |
| 210 | 03/18/16 | 19:47:40 | 14077480132 | 0:04 | 2319 | 14545 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181593111:709348:-81.71889:28.54694:120:-1.0] |
| 211 | 03/18/16 | 19:48:18 | 14077480132 | 6:03 | 626306 | 339373 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181593111:709348:-81.71889:28.54694:120:-1.0] |
| 212 | 03/18/16 | 19:52:39 | 14077480132 | 60:00 | 10198 | 14455 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181593111:709348:-81.71889:28.54694:120:-1.0] |
| 213 | 03/18/16 | 19:52:42 | 14077480132 | 60:00 | 55296 | 41356 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181593111:709348:-81.71889:28.54694:120:-1.0, 181593104:709348:-81.7188889:28.5469389:120:-1.0, 179550473:701369:-81.64736:28.54817:120:-1.0, 179486474:701119:-81.59389:28.55861:240:-1.0, 181534473:709119:-81.5938889:28.5586111:120:-1.0] |
| 214 | 03/18/16 | 20:00:29 | 14077480132 | 1:43 | 200432 | 271772 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181593111:709348:-81.71889:28.54694:120:-1.0] |
| 215 | 03/18/16 | 20:43:34 | 14077480132 | 0:12 | 14593 | 30370 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179550473:701369:-81.64736:28.54817:120:-1.0] |
| 216 | 03/18/16 | 20:44:44 | 14077480132 | 2:53 | 484984 | 513549 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179550473:701369:-81.64736:28.54817:120:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 69 of 184 PageID 16366
(with cell location)

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

Run Date:          09/27/2020
Run Time:          01:16:28
Data Usage For:    (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|------|-----------|------------------|--------------------|----|---------|---------|-----|------|------|------|-------|---------------|
| 217 | 03/18/16 | 20:48:55 | 14077480132 | 1:59 | 282217 | 225028 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179486474:701119:-81.59389:28.55861:240:-1.0] |
| 218 | 03/18/16 | 20:52:39 | 14077480132 | 48:04 | 479754 | 19521144 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181534473:709119:-81.5938889:28.5586111:120:-1.0, 179460618:701018:-81.53722:28.54889:240:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 219 | 03/18/16 | 20:52:42 | 14077480132 | 60:00 | 53424 | 47280 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181534473:709119:-81.5938889:28.5586111:120:-1.0, 179460618:701018:-81.53722:28.54889:240:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 220 | 03/18/16 | 21:24:06 | 14077480132 | 2:17 | 244818 | 410430 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 221 | 03/18/16 | 21:27:52 | 14077480132 | 2:09 | 305945 | 327319 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 222 | 03/18/16 | 21:32:42 | 14077480132 | 4:01 | 798037 | 561293 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 223 | 03/18/16 | 21:37:01 | 14077480132 | 0:29 | 6748 | 28895 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 224 | 03/18/16 | 21:40:43 | 14077480132 | 3:33 | 520448 | 19484070 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575298:701466:-81.55764:28.53229:120:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 225 | 03/18/16 | 21:44:16 | 14077480132 | 6:19 | 414249 | 19589881 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 226 | 03/18/16 | 21:50:35 | 14077480132 | 3:36 | 2769927 | 17241238 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 227 | 03/18/16 | 21:52:42 | 14077480132 | 60:00 | 148016 | 120772 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575312:701466:-81.55764:28.53229:120:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 228 | 03/18/16 | 21:54:11 | 14077480132 | 60:00 | 970257 | 5825788 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 229 | 03/18/16 | 22:05:33 | 14077480132 | 2:54 | 433675 | 437381 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 70 of 184 PageID 16367
(with cell location)

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:         09/27/2020
Run Time:         01:16:28
Data Usage For:   (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 230 | 03/18/16 | 22:11:40 | 14077480132 | 0:22 | 54274 | 40883 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 231 | 03/18/16 | 22:12:41 | 14077480132 | 1:17 | 203903 | 178857 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 232 | 03/18/16 | 22:15:54 | 14077480132 | 2:16 | 475962 | 273440 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 233 | 03/18/16 | 22:18:33 | 14077480132 | 3:25 | 502067 | 703482 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 234 | 03/18/16 | 22:24:30 | 14077480132 | 2:35 | 307734 | 475680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 235 | 03/18/16 | 22:33:17 | 14077480132 | 3:24 | 596606 | 526973 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 236 | 03/18/16 | 22:44:01 | 14077480132 | 0:38 | 16916 | 84415 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 237 | 03/18/16 | 22:45:41 | 14077480132 | 2:34 | 235065 | 391768 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 238 | 03/18/16 | 22:48:19 | 14077480132 | 0:24 | 2812 | 12872 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575312:701466:-81.55764:28.53229:120:-1.0] |
| 239 | 03/18/16 | 22:49:03 | 14077480132 | 0:23 | 39087 | 46729 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 240 | 03/18/16 | 22:50:12 | 14077480132 | 0:04 | 0 | 2390 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 241 | 03/18/16 | 22:50:59 | 14077480132 | 0:33 | 24380 | 68942 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 242 | 03/18/16 | 22:52:26 | 14077480132 | 2:03 | 300485 | 360481 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 243 | 03/18/16 | 22:52:42 | 14077480132 | 17:53 | 42408 | 39092 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575312:701466:-81.55764:28.53229:120:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 244 | 03/18/16 | 22:54:11 | 14077480132 | 16:27 | 2004191 | 1625488 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 245 | 03/18/16 | 22:54:37 | 14077480132 | 0:05 | 0 | 7370 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575312:701466:-81.55764:28.53229:120:-1.0] |
| 246 | 03/18/16 | 22:54:48 | 14077480132 | 0:04 | 0 | 3899 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575312:701466:-81.55764:28.53229:120:-1.0] |
| 247 | 03/18/16 | 22:55:33 | 14077480132 | 0:03 | 0 | 3455 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 248 | 03/18/16 | 22:55:48 | 14077480132 | 0:03 | 0 | 1314 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 249 | 03/18/16 | 22:57:36 | 14077480132 | 1:18 | 227200 | 184702 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 71 of 184 PageID 16368
(with cell location)

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

**AT&T**

| Run Date: | 09/27/2020 |
|---|---|
| Run Time: | 01:16:29 |
| Data Usage For: | (407)748-0132 |

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 250 | 03/18/16 | 23:16:40 | 14077480132 | 60:00 | 1449045 | 5614843 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575312:701466:-81.55764:28.53229:120:-1.0] |
| 251 | 03/18/16 | 23:16:42 | 14077480132 | 60:00 | 45873 | 37950 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575312:701466:-81.55764:28.53229:120:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 252 | 03/18/16 | 23:26:39 | 14077480132 | 2:51 | 534450 | 402556 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 253 | 03/18/16 | 23:47:35 | 14077480132 | 7:37 | 1773758 | 584904 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 254 | 03/18/16 | 23:57:49 | 14077480132 | 0:47 | 104144 | 84471 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 255 | 03/19/16 | 00:04:11 | 14077480132 | 0:13 | 0 | 19549 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 256 | 03/19/16 | 00:16:40 | 14077480132 | 60:00 | 1065628 | 5594820 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |
| 257 | 03/19/16 | 00:16:42 | 14077480132 | 60:00 | 29804 | 26624 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 258 | 03/19/16 | 00:26:28 | 14077480132 | 0:06 | 0 | 10790 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 259 | 03/19/16 | 00:27:23 | 14077480132 | 0:21 | 0 | 34908 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 260 | 03/19/16 | 00:30:37 | 14077480132 | 0:20 | 0 | 34111 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 261 | 03/19/16 | 00:34:30 | 14077480132 | 1:29 | 229377 | 229846 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 262 | 03/19/16 | 01:16:40 | 14077480132 | 60:00 | 16185 | 69665 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |
| 263 | 03/19/16 | 01:16:42 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 264 | 03/19/16 | 02:16:40 | 14077480132 | 60:00 | 5576 | 7978 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 72 of 184 PageID 16369
(with cell location)

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        09/27/2020
Run Time:        01:16:29
Data Usage For:  (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|------|-----------|------------------|--------------------|-----|----------|----------|-----|------|------|------|-------|---------------|
| 265 | 03/19/16 | 02:16:42 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 266 | 03/19/16 | 03:16:40 | 14077480132 | 60:00 | 205 | 105 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |
| 267 | 03/19/16 | 03:16:42 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 268 | 03/19/16 | 04:16:40 | 14077480132 | 60:00 | 2943 | 209 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |
| 269 | 03/19/16 | 04:16:42 | 14077480132 | 60:00 | 11280 | 5676 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 270 | 03/19/16 | 05:16:40 | 14077480132 | 60:00 | 410 | 262 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |
| 271 | 03/19/16 | 05:16:42 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 272 | 03/19/16 | 06:16:40 | 14077480132 | 60:00 | 205 | 105 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |
| 273 | 03/19/16 | 06:16:42 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 274 | 03/19/16 | 07:16:40 | 14077480132 | 60:00 | 205 | 105 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |
| 275 | 03/19/16 | 07:16:42 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 276 | 03/19/16 | 08:16:40 | 14077480132 | 60:00 | 6868 | 7912 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |
| 277 | 03/19/16 | 08:16:42 | 14077480132 | 60:00 | 11280 | 5568 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 278 | 03/19/16 | 09:16:40 | 14077480132 | 60:00 | 205 | 105 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |
| 279 | 03/19/16 | 09:16:42 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK  Document 395  Filed 11/02/20  Page 73 of 184 PageID 16370
(with cell location)

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

AT&T

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Run Date: | | 09/27/2020 | | | | | | | | | |
| Run Time: | | 01:16:29 | | | | | | | | | |
| Data Usage For: | | (407)748-0132 | | | | | | | | | |

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 280 | 03/19/16 | 10:16:40 | 14077480132 | 60:00 | 205 | 105 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |
| 281 | 03/19/16 | 10:16:42 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 282 | 03/19/16 | 11:16:40 | 14077480132 | 60:00 | 53967 | 142058 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |
| 283 | 03/19/16 | 11:16:42 | 14077480132 | 60:00 | 51356 | 38608 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 284 | 03/19/16 | 11:42:46 | 14077480132 | 2:11 | 326477 | 340701 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 285 | 03/19/16 | 11:45:20 | 14077480132 | 0:33 | 81947 | 64196 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 286 | 03/19/16 | 11:46:42 | 14077480132 | 7:42 | 1234346 | 1721786 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 287 | 03/19/16 | 12:01:32 | 14077480132 | 0:56 | 119731 | 127495 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 288 | 03/19/16 | 12:03:10 | 14077480132 | 0:39 | 70445 | 128217 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 289 | 03/19/16 | 12:16:40 | 14077480132 | 60:00 | 107445 | 159295 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179460618:701018:-81.53722:28.54889:240:-1.0, 179470088:701055:-81.5050306:28.5173889:345:-1.0, 181534217:709118:-81.53722:28.54889:120:-1.0, 179478794:701089:-81.47111:28.55139:240:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
**Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 74 of 184 PageID 16371**
(with cell location)

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

AT&T

---

Run Date:        09/27/2020
Run Time:        01:16:29
Data Usage For:  (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 290 | 03/19/16 | 12:16:42 | 14077480132 | 60:00 | 72856 | 64804 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179460625:701018:-81.53722:28.54889:240:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0, 179460625:701018:-81.53722:28.54889:240:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0, 179460618:701018:-81.53722:28.54889:240:-1.0, 181534217:709118:-81.53722:28.54889:120:-1.0, 179470088:701055:-81.5050306:28.5173889:345:-1.0, 179478794:701089:-81.47111:28.55139:240:-1.0, 179465482:701037:-81.45358:28.55047:0:-1.0] |
| 291 | 03/19/16 | 12:46:14 | 14077480132 | 2:21 | 555230 | 225473 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179460625:701018:-81.53722:28.54889:240:-1.0] |
| 292 | 03/19/16 | 12:50:09 | 14077480132 | 8:54 | 818247 | 2106323 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179460625:701018:-81.53722:28.54889:240:-1.0] |
| 293 | 03/19/16 | 13:05:09 | 14077480132 | 0:49 | 48501 | 143198 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179460618:701018:-81.53722:28.54889:240:-1.0] |
| 294 | 03/19/16 | 13:07:40 | 14077480132 | 2:15 | 325089 | 353934 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179460618:701018:-81.53722:28.54889:240:-1.0, 181534217:709118:-81.53722:28.54889:120:-1.0] |
| 295 | 03/19/16 | 13:11:48 | 14077480132 | 1:33 | 237740 | 178355 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470088:701055:-81.5050306:28.5173889:345:-1.0, 181534217:709118:-81.53722:28.54889:120:-1.0, 179478794:701089:-81.47111:28.55139:240:-1.0] |
| 296 | 03/19/16 | 13:14:02 | 14077480132 | 0:31 | 23389 | 73424 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179478794:701089:-81.47111:28.55139:240:-1.0] |
| 297 | 03/19/16 | 13:14:38 | 14077480132 | 2:16 | 414419 | 345775 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179478794:701089:-81.47111:28.55139:240:-1.0] |

---

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 75 of 184 PageID 16372
(with cell location)

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

(((( AT&T

| Run Date: | 09/27/2020 |
| Run Time: | 01:16:29 |
| Data Usage For: | (407)748-0132 |

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 298 | 03/19/16 | 13:16:40 | 14077480132 | 13:56 | 462476 | 19537927 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179465482:701037:-81.45358:28.55047:0:-1.0, 179465480:701037:-81.45358:28.55047:0:-1.0, 179465481:701037:-81.45358:28.55047:0:-1.0, 179459082:701012:-81.4257:28.56693:240:-1.0, 179459081:701012:-81.4257:28.56693:120:-1.0, 179467786:701046:-81.41132:28.5475:270:-1.0, 179467784:701046:-81.41132:28.5475:30:-1.0, 179459081:701012:-81.4257:28.56693:120:-1.0] |
| 299 | 03/19/16 | 13:16:42 | 14077480132 | 60:00 | 124520 | 113044 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179465482:701037:-81.45358:28.55047:0:-1.0, 179465480:701037:-81.45358:28.55047:0:-1.0, 179465481:701037:-81.45358:28.55047:0:-1.0, 179467786:701046:-81.41132:28.5475:270:-1.0, 179467784:701046:-81.41132:28.5475:30:-1.0, 179459081:701012:-81.4257:28.56693:120:-1.0, 179470346:701056:-81.40883:28.57536:-1.0, 179470344:701056:-81.40883:28.57536:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0, 179470346:701056:-81.40883:28.57536:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0] |
| 300 | 03/19/16 | 13:17:09 | 14077480132 | 2:06 | 375586 | 395163 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179465480:701037:-81.45358:28.55047:0:-1.0] |
| 301 | 03/19/16 | 13:19:54 | 14077480132 | 0:24 | 59690 | 32536 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179465481:701037:-81.45358:28.55047:0:-1.0] |
| 302 | 03/19/16 | 13:21:35 | 14077480132 | 1:34 | 263410 | 232358 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179467786:701046:-81.41132:28.5475:270:-1.0, 179459081:701012:-81.4257:28.56693:120:-1.0, 179467786:701046:-81.41132:28.5475:270:-1.0] |
| 303 | 03/19/16 | 13:26:37 | 14077480132 | 0:13 | 9136 | 35328 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179459081:701012:-81.4257:28.56693:120:-1.0] |
| 304 | 03/19/16 | 13:26:54 | 14077480132 | 0:28 | 59613 | 95466 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179459081:701012:-81.4257:28.56693:120:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0] |
| 305 | 03/19/16 | 13:30:36 | 14077480132 | 0:04 | 211971 | 19788902 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0, 179459081:701012:-81.4257:28.56693:120:-1.0] |
| 306 | 03/19/16 | 13:30:40 | 14077480132 | 60:00 | 241108 | 9042975 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0, 179470344:701056:-81.40883:28.57536:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0, 179470344:701056:-81.40883:28.57536:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0, 179470344:701056:-81.40883:28.57536:0:-1.0] |

AT&T Proprietary
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 76 of 184 PageID 16373
(with cell location)

2986012.005
09/26/2020

AT&T ⏺ AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Run Date: | 09/27/2020 | | | | | | | | | |
| Run Time: | 01:16:29 | | | | | | | | | |
| Data Usage For: | (407)748-0132 | | | | | | | | | |

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 307 | 03/19/16 | 13:33:07 | 14077480132 | 0:13 | 23281 | 23553 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 308 | 03/19/16 | 13:40:48 | 14077480132 | 0:40 | 124085 | 116899 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 309 | 03/19/16 | 13:53:34 | 14077480132 | 0:51 | 193054 | 104220 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 310 | 03/19/16 | 13:55:00 | 14077480132 | 0:02 | 0 | 603 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470344:701056:-81.40883:28.57536:0:-1.0] |
| 311 | 03/19/16 | 13:55:17 | 14077480132 | 0:07 | 9194 | 11155 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 312 | 03/19/16 | 13:55:33 | 14077480132 | 0:07 | 0 | 2742 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 313 | 03/19/16 | 13:58:26 | 14077480132 | 0:13 | 33848 | 34752 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 314 | 03/19/16 | 14:14:36 | 14077480132 | 0:48 | 78321 | 25854 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 315 | 03/19/16 | 14:15:43 | 14077480132 | 0:26 | 2185 | 13162 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 316 | 03/19/16 | 14:16:31 | 14077480132 | 1:48 | 372005 | 303677 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 317 | 03/19/16 | 14:16:42 | 14077480132 | 60:00 | 84892 | 68504 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0, 179470344:701056:-81.40883:28.57536:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0, 179470353:701056:-81.40883:28.57536:240:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0, 179470346:701056:-81.40883:28.57536:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0, 179470344:701056:-81.40883:28.57536:0:-1.0] |
| 318 | 03/19/16 | 14:26:03 | 14077480132 | 0:33 | 79321 | 67429 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470344:701056:-81.40883:28.57536:0:-1.0] |
| 319 | 03/19/16 | 14:26:54 | 14077480132 | 0:31 | 118795 | 58931 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
**(with cell location)**

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        09/27/2020
Run Time:        01:16:29
Data Usage For:  (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 320 | 03/19/16 | 14:30:40 | 14077480132 | 45:30 | 1237042 | 5336893 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0, 179470344:701056:-81.40883:28.57536:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0, 179470344:701056:-81.40883:28.57536:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0, 179470344:701056:-81.40883:28.57536:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0, 179470344:701056:-81.40883:28.57536:0:-1.0] |
| 321 | 03/19/16 | 14:34:24 | 14077480132 | 2:27 | 427113 | 267940 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 322 | 03/19/16 | 14:43:38 | 14077480132 | 3:55 | 577202 | 619840 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 323 | 03/19/16 | 14:56:24 | 14077480132 | 0:32 | 59628 | 80965 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 324 | 03/19/16 | 14:57:02 | 14077480132 | 0:32 | 92475 | 78866 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 325 | 03/19/16 | 15:02:41 | 14077480132 | 0:29 | 38829 | 79376 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 326 | 03/19/16 | 15:07:44 | 14077480132 | 1:31 | 302575 | 191749 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470344:701056:-81.40883:28.57536:0:-1.0] |
| 327 | 03/19/16 | 15:16:10 | 14077480132 | 44:38 | 4045247 | 4294741 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0, 179470344:701056:-81.40883:28.57536:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0, 179470344:701056:-81.40883:28.57536:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0, 179470344:701056:-81.40883:28.57536:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0, 179470344:701056:-81.40883:28.57536:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0, 179470344:701056:-81.40883:28.57536:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices when they are powered on. These communications will show as data usage on the customer records but do not necessarily indicate a customer initiated a transaction. AT&T does not retain records that can definitively show whether a transaction was customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 78 of 184 PageID 16375
(with cell location)

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

AT&T

Run Date:        09/27/2020
Run Time:        01:16:29
Data Usage For:  (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 328 | 03/19/16 | 15:16:42 | 14077480132 | 60:00 | 110920 | 91808 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0, 179470344:701056:-81.40883:28.57536:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0, 179470346:701056:-81.40883:28.57536:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0, 179470344:701056:-81.40883:28.57536:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0, 179470344:701056:-81.40883:28.57536:0:-1.0] |
| 329 | 03/19/16 | 15:30:38 | 14077480132 | 0:13 | 7279 | 42294 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470344:701056:-81.40883:28.57536:0:-1.0] |
| 330 | 03/19/16 | 15:38:40 | 14077480132 | 0:37 | 88539 | 90268 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 331 | 03/19/16 | 15:44:55 | 14077480132 | 0:25 | 44029 | 92028 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 332 | 03/19/16 | 15:56:11 | 14077480132 | 0:51 | 137436 | 95924 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 333 | 03/19/16 | 16:00:15 | 14077480132 | 0:20 | 37033 | 40980 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:240:-1.0] |
| 334 | 03/19/16 | 16:00:48 | 14077480132 | 60:00 | 121491 | 186092 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470346:701056:-81.40883:28.57536:0:-1.0, 179470346:701056:-81.40883:28.57536:240:-1.0, 179470344:701056:-81.40883:28.57536:0:-1.0, 179467791:701046:-81.41132:28.5475:30:-1.0, 179465488:701037:-81.45358:28.55047:0:-1.0, 179465487:701037:-81.45358:28.55047:0:-1.0, 181534217:709118:-81.53722:28.54889:120:-1.0] |
| 335 | 03/19/16 | 16:00:49 | 14077480132 | 1:57 | 349323 | 394447 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470344:701056:-81.40883:28.57536:0:-1.0] |
| 336 | 03/19/16 | 16:03:20 | 14077480132 | 0:30 | 95481 | 106485 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470344:701056:-81.40883:28.57536:0:-1.0] |
| 337 | 03/19/16 | 16:04:05 | 14077480132 | 1:54 | 349085 | 200048 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470344:701056:-81.40883:28.57536:0:-1.0] |
| 338 | 03/19/16 | 16:06:12 | 14077480132 | 0:18 | 66627 | 38890 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470344:701056:-81.40883:28.57536:0:-1.0] |
| 339 | 03/19/16 | 16:06:42 | 14077480132 | 0:17 | 48360 | 38799 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470344:701056:-81.40883:28.57536:0:-1.0] |
| 340 | 03/19/16 | 16:11:19 | 14077480132 | 1:26 | 277138 | 96460 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470344:701056:-81.40883:28.57536:0:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

MOBILITY
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 79 of 184 PageID 16376
(with cell location)

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

AT&T

Run Date:        09/27/2020
Run Time:        01:16:29
Data Usage For:  (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 341 | 03/19/16 | 16:16:42 | 14077480132 | 60:00 | 79176 | 70344 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470344:701056:-81.40883:28.57536:0:-1.0, 179467791:701056:-81.41132:28.5475:30:-1.0, 179465488:701037:-81.45358:28.55047:0:-1.0, 181534210:709118:-81.53722:28.54889:120:-1.0, 179465488:701037:-81.45358:28.55047:0:-1.0, 179465487:701037:-81.45358:28.55047:0:-1.0, 179478800:701089:-81.47111:28.55139:120:-1.0, 179478801:701089:-81.47111:28.55139:240:-1.0, 181534217:709118:-81.53722:28.54889:120:-1.0, 179460616:701018:-81.53722:28.54889:0:-1.0] |
| 342 | 03/19/16 | 16:22:55 | 14077480132 | 0:28 | 34242 | 71458 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470344:701056:-81.40883:28.57536:0:-1.0] |
| 343 | 03/19/16 | 16:23:40 | 14077480132 | 3:33 | 684961 | 436743 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470344:701056:-81.40883:28.57536:0:-1.0] |
| 344 | 03/19/16 | 16:31:52 | 14077480132 | 11:45 | 2005871 | 1110822 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470344:701056:-81.40883:28.57536:0:-1.0, 179459088:701012:-81.4257:28.56693:120:-1.0, 179467791:701046:-81.41132:28.5475:30:-1.0, 179459088:701012:-81.4257:28.56693:120:-1.0, 179467791:701046:-81.41132:28.5475:30:-1.0, 179459089:701012:-81.4257:28.56693:240:-1.0, 179467793:701046:-81.41132:28.5475:270:-1.0, 179465488:701037:-81.45358:28.55047:0:-1.0] |
| 345 | 03/19/16 | 16:45:13 | 14077480132 | 0:33 | 76371 | 102452 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181534210:709118:-81.53722:28.54889:120:-1.0, 179465488:701037:-81.45358:28.55047:0:-1.0] |
| 346 | 03/19/16 | 16:46:54 | 14077480132 | 0:39 | 41831 | 86623 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179465488:701037:-81.45358:28.55047:0:-1.0] |
| 347 | 03/19/16 | 16:47:50 | 14077480132 | 4:09 | 784093 | 509473 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179465487:701037:-81.45358:28.55047:0:-1.0, 179478800:701089:-81.47111:28.55139:120:-1.0] |
| 348 | 03/19/16 | 16:53:34 | 14077480132 | 0:53 | 85626 | 119391 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181534217:709118:-81.53722:28.54889:120:-1.0] |
| 349 | 03/19/16 | 16:55:11 | 14077480132 | 37:39 | 7793393 | 2797563 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181534217:709118:-81.53722:28.54889:120:-1.0, 179460616:701018:-81.53722:28.54889:0:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0, 181588489:709330:-81.592495:28.516391:130:-1.0, 179575306:701466:-81.55764:28.53229:240:-1.0, 179550480:701369:-81.64736:28.54817:120:-1.0] |

AT&T Proprietary
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 80 of 184 PageID 16377
**(with cell location)**

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

Run Date:         09/27/2020
Run Time:         01:16:29
Data Usage For:   (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|------|-----------|------------------|--------------------|-----|----------|----------|-----|------|------|------|-------|---------------|
| 350 | 03/19/16 | 17:00:48 | 14077480132 | 32:06 | 3185 | 5188 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179460616:701018:-81.53722:28.54889:0:-1.0, 179575313:701466:-81.55764:28.53229:240:-1.0] |
| 351 | 03/19/16 | 17:16:42 | 14077480132 | 16:12 | 3776 | 2768 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575313:701466:-81.55764:28.53229:240:-1.0] |
| 352 | 03/19/16 | 17:32:54 | 14077480132 | 1:24 | 16158 | 16371 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [27384/23301:-81.59254:28.5164:0:-1.0] |
| 353 | 03/19/16 | 17:32:54 | 14077480132 | 1:24 | 9748 | 108783 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [27384/23301:-81.59254:28.5164:0:-1.0] |
| 354 | 03/19/16 | 17:34:18 | 14077480132 | 60:00 | 50284 | 42796 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575313:701466:-81.55764:28.53229:240:-1.0, 181588496:709330:-81.592495:28.516391:130:-1.0, 181588489:709330:-81.592495:28.516391:130:-1.0, 179575306:701466:-81.55764:28.53229:240:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 355 | 03/19/16 | 17:34:18 | 14077480132 | 60:00 | 710825 | 451912 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575313:701466:-81.55764:28.53229:240:-1.0, 181588496:709330:-81.592495:28.516391:130:-1.0, 181588489:709330:-81.592495:28.516391:130:-1.0, 179575306:701466:-81.55764:28.53229:240:-1.0] |
| 356 | 03/19/16 | 17:34:27 | 14077480132 | 4:53 | 882166 | 625317 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575313:701466:-81.55764:28.53229:240:-1.0, 181588496:709330:-81.592495:28.516391:130:-1.0, 179575313:701466:-81.55764:28.53229:240:-1.0, 181588496:709330:-81.592495:28.516391:130:-1.0] |
| 357 | 03/19/16 | 17:42:45 | 14077480132 | 1:13 | 218991 | 112197 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575306:701466:-81.55764:28.53229:240:-1.0] |
| 358 | 03/19/16 | 17:49:36 | 14077480132 | 1:19 | 239523 | 150795 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 359 | 03/19/16 | 18:06:27 | 14077480132 | 0:57 | 196213 | 119959 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
**(with cell location)**

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        09/27/2020
Run Time:        01:16:29
Data Usage For:  (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|------|-----------|------|----------|------|--------|--------|-----|------|------|------|-------|--------------|
| 360 | 03/19/16 | 18:13:00 | 14077480132 | 3:42 | 573357 | 552476 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 361 | 03/19/16 | 18:34:18 | 14077480132 | 60:00 | 33052 | 27892 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 362 | 03/19/16 | 18:34:18 | 14077480132 | 60:00 | 76721 | 223927 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575298:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |
| 363 | 03/19/16 | 18:37:30 | 14077480132 | 0:39 | 127124 | 130547 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 364 | 03/19/16 | 18:39:53 | 14077480132 | 1:04 | 129260 | 170430 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 365 | 03/19/16 | 19:25:14 | 14077480132 | 0:44 | 124528 | 117124 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 366 | 03/19/16 | 19:34:18 | 14077480132 | 60:00 | 68272 | 53468 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 367 | 03/19/16 | 19:34:18 | 14077480132 | 60:00 | 61481 | 107650 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |
| 368 | 03/19/16 | 19:40:44 | 14077480132 | 1:26 | 244431 | 162191 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 369 | 03/19/16 | 19:42:39 | 14077480132 | 1:44 | 218196 | 354502 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 370 | 03/19/16 | 19:50:02 | 14077480132 | 0:02 | 7109 | 3193 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 371 | 03/19/16 | 19:51:59 | 14077480132 | 1:07 | 219264 | 129756 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 372 | 03/19/16 | 19:53:21 | 14077480132 | 0:32 | 68783 | 121593 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 373 | 03/19/16 | 19:55:43 | 14077480132 | 1:15 | 207131 | 169007 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 374 | 03/19/16 | 20:08:40 | 14077480132 | 5:04 | 1079575 | 787776 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
**(with cell location)**

2986012.005
09/26/2020

**AT&T**

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

Run Date:         09/27/2020
Run Time:         01:16:29
Data Usage For:   (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|------|-----------|------------------|--------------------|-----|----------|----------|-----|------|------|------|-------|---------------|
| 375 | 03/19/16 | 20:32:34 | 14077480132 | 24:28 | 5382372 | 2698517 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575298:701466:-81.55764:28.53229:120:-1.0, 179460625:701018:-81.53722:28.54889:240:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0, 179460625:701018:-81.53722:28.54889:240:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |
| 376 | 03/19/16 | 20:34:18 | 14077480132 | 60:00 | 60568 | 45316 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575298:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 377 | 03/19/16 | 20:34:18 | 14077480132 | 60:00 | 649992 | 13695133 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0, 179460625:701018:-81.53722:28.54889:240:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |
| 378 | 03/19/16 | 20:59:46 | 14077480132 | 0:20 | 33170 | 46000 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 379 | 03/19/16 | 21:00:31 | 14077480132 | 0:51 | 84859 | 109564 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 380 | 03/19/16 | 21:05:00 | 14077480132 | 0:37 | 117342 | 88537 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 381 | 03/19/16 | 21:33:24 | 14077480132 | 10:09 | 1683922 | 1706749 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 382 | 03/19/16 | 21:34:18 | 14077480132 | 60:00 | 10788 | 6160 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 383 | 03/19/16 | 21:34:18 | 14077480132 | 60:00 | 274935 | 1234270 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices when they are powered on. These communications will show as data usage on the customer records but do not necessarily indicate a customer initiated a transaction. AT&T does not retain records that can definitively show whether a transaction was customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

AT&T

---

Run Date:          09/27/2020
Run Time:          01:16:29
Data Usage For:    (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 384 | 03/19/16 | 22:34:18 | 14077480132 | 60:00 | 14756 | 10800 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 385 | 03/19/16 | 22:34:18 | 14077480132 | 60:00 | 97372 | 235932 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179575298:701466:-81.55764:28.53229:120:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 386 | 03/19/16 | 22:52:30 | 14077480132 | 2:43 | 518268 | 371428 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 387 | 03/19/16 | 23:34:18 | 14077480132 | 60:00 | 28528 | 21720 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179460611:701018:-81.53722:28.54889:240:-1.0] |
| 388 | 03/19/16 | 23:34:18 | 14077480132 | 60:00 | 624713 | 439838 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179460611:701018:-81.53722:28.54889:240:-1.0, 179460618:701018:-81.53722:28.54889:240:-1.0] |
| 389 | 03/19/16 | 23:43:44 | 14077480132 | 0:06 | 4125 | 8615 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179460611:701018:-81.53722:28.54889:240:-1.0] |
| 390 | 03/19/16 | 23:44:11 | 14077480132 | 1:04 | 204367 | 148504 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179460611:701018:-81.53722:28.54889:240:-1.0] |
| 391 | 03/20/16 | 00:34:18 | 14077480132 | 57:58 | 26680 | 21032 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179460611:701018:-81.53722:28.54889:240:-1.0, 179460625:701018:-81.53722:28.54889:240:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 392 | 03/20/16 | 00:34:18 | 14077480132 | 57:58 | 113169 | 158475 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179460611:701018:-81.53722:28.54889:240:-1.0, 179460618:701018:-81.53722:28.54889:240:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 393 | 03/20/16 | 00:58:02 | 14077480132 | 1:46 | 295205 | 266962 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179460611:701018:-81.53722:28.54889:240:-1.0] |
| 394 | 03/20/16 | 01:01:42 | 14077480132 | 1:35 | 294926 | 157017 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179460611:701018:-81.53722:28.54889:240:-1.0] |
| 395 | 03/20/16 | 01:32:16 | 14077480132 | 0:39 | 0 | 0 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [27384/24662:-81.557626:28.532341:120:-1.0] |
| 396 | 03/20/16 | 01:32:16 | 14077480132 | 0:39 | 5021 | 34776 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [27384/24662:-81.557626:28.532341:120:-1.0] |
| 397 | 03/20/16 | 01:32:55 | 14077480132 | 6:07 | 0 | 0 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575312:701466:-81.55764:28.53229:120:-1.0] |
| 398 | 03/20/16 | 01:32:55 | 14077480132 | 6:07 | 0 | 0 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575312:701466:-81.55764:28.53229:120:-1.0] |

---

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
**(with cell location)**

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:         09/27/2020
Run Time:         01:16:29
Data Usage For:   (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|------|-----------|------------------|--------------------|----|----------|----------|-----|------|------|------|-------|---------------|
| 399 | 03/20/16 | 01:39:02 | 14077480132 | 1:09 | 0 | 0 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [27384/24668:-81.557626:28.532341:120:-1.0] |
| 400 | 03/20/16 | 01:39:02 | 14077480132 | 1:09 | 1024 | 4467 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [27384/24668:-81.557626:28.532341:120:-1.0] |
| 401 | 03/20/16 | 01:40:11 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 402 | 03/20/16 | 01:40:11 | 14077480132 | 60:00 | 30406 | 62426 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 27384/24668:-81.557626:28.532341:120:-1.0] |
| 403 | 03/20/16 | 02:40:11 | 14077480132 | 60:00 | 8460 | 4228 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 404 | 03/20/16 | 02:40:11 | 14077480132 | 60:00 | 7982 | 9791 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 27384/24668:-81.557626:28.532341:120:-1.0] |
| 405 | 03/20/16 | 03:40:11 | 14077480132 | 60:00 | 8460 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 406 | 03/20/16 | 03:40:11 | 14077480132 | 60:00 | 3998 | 10930 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 27384/24668:-81.557626:28.532341:120:-1.0] |
| 407 | 03/20/16 | 04:40:11 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 408 | 03/20/16 | 04:40:11 | 14077480132 | 60:00 | 2255 | 6017 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 27384/24668:-81.557626:28.532341:120:-1.0] |
| 409 | 03/20/16 | 05:40:11 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 410 | 03/20/16 | 05:40:11 | 14077480132 | 60:00 | 4136 | 11677 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 27384/24668:-81.557626:28.532341:120:-1.0] |
| 411 | 03/20/16 | 06:40:11 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 412 | 03/20/16 | 06:40:11 | 14077480132 | 60:00 | 9609 | 24342 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 27384/24668:-81.557626:28.532341:120:-1.0] |
| 413 | 03/20/16 | 07:40:11 | 14077480132 | 60:00 | 11280 | 5568 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 414 | 03/20/16 | 07:40:11 | 14077480132 | 60:00 | 410 | 210 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 27384/24668:-81.557626:28.532341:120:-1.0] |
| 415 | 03/20/16 | 08:40:11 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 416 | 03/20/16 | 08:40:11 | 14077480132 | 60:00 | 7344 | 8963 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 27384/24668:-81.557626:28.532341:120:-1.0] |

AT&T Proprietary
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        09/27/2020
Run Time:        01:16:29
Data Usage For:  (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 417 | 03/20/16 | 09:40:11 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 418 | 03/20/16 | 09:40:11 | 14077480132 | 60:00 | 9968 | 45411 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 27384/24668:-81.557626:28.532341:120:-1.0] |
| 419 | 03/20/16 | 10:40:11 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 420 | 03/20/16 | 10:40:11 | 14077480132 | 60:00 | 1931 | 12404 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 27384/24668:-81.557626:28.532341:120:-1.0] |
| 421 | 03/20/16 | 11:40:11 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 422 | 03/20/16 | 11:40:11 | 14077480132 | 60:00 | 447 | 694 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 27384/24668:-81.557626:28.532341:120:-1.0] |
| 423 | 03/20/16 | 12:40:11 | 14077480132 | 60:00 | 20272 | 12412 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 424 | 03/20/16 | 12:40:11 | 14077480132 | 60:00 | 1128798 | 11931651 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 27384/24668:-81.557626:28.532341:120:-1.0] |
| 425 | 03/20/16 | 13:29:17 | 14077480132 | 4:03 | 524163 | 884388 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 426 | 03/20/16 | 13:40:11 | 14077480132 | 56:48 | 7628 | 4696 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 427 | 03/20/16 | 13:40:11 | 14077480132 | 56:48 | 384736 | 164059 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 428 | 03/20/16 | 14:36:59 | 14077480132 | 0:29 | 0 | 0 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [27384/09001:-81.5935278:28.5163611:0:-1.0] |
| 429 | 03/20/16 | 14:36:59 | 14077480132 | 0:29 | 0 | 0 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [27384/09001:-81.5935278:28.5163611:0:-1.0] |
| 430 | 03/20/16 | 14:37:28 | 14077480132 | 1:42 | 0 | 0 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179550473:701369:-81.64736:28.54817:120:-1.0] |
| 431 | 03/20/16 | 14:37:28 | 14077480132 | 1:42 | 0 | 0 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179550473:701369:-81.64736:28.54817:120:-1.0] |
| 432 | 03/20/16 | 14:39:10 | 14077480132 | 0:49 | 0 | 0 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [27384/23301:-81.59254:28.5164:0:-1.0] |
| 433 | 03/20/16 | 14:39:10 | 14077480132 | 0:49 | 0 | 0 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [27384/23301:-81.59254:28.5164:0:-1.0] |
| 434 | 03/20/16 | 14:39:59 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179540495:701330:-81.592495:28.516391:0:-1.0, 179575313:701466:-81.55764:28.53229:240:-1.0] |
| 435 | 03/20/16 | 14:39:59 | 14077480132 | 60:00 | 24683 | 38949 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179540495:701330:-81.592495:28.516391:0:-1.0] |

AT&T Proprietary
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
**(with cell location)**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 86 of 184 PageID 16383

2986012.005
09/26/2020

**AT&T**

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        09/27/2020
Run Time:        01:16:29
Data Usage For:  (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 436 | 03/20/16 | 15:39:59 | 14077480132 | 60:00 | 19928 | 15268 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575313:701466:-81.55764:28.53229:240:-1.0, 179575306:701466:-81.55764:28.53229:240:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 437 | 03/20/16 | 15:39:59 | 14077480132 | 60:00 | 191778 | 156758 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575313:701466:-81.55764:28.53229:240:-1.0, 181588489:709330:-81.592495:28.516391:130:-1.0, 179575306:701466:-81.55764:28.53229:240:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0] |
| 438 | 03/20/16 | 15:46:24 | 14077480132 | 0:29 | 16857 | 72880 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575306:701466:-81.55764:28.53229:240:-1.0] |
| 439 | 03/20/16 | 16:39:59 | 14077480132 | 60:00 | 52280 | 44740 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470090:701055:-81.5050306:28.5173889:240:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0, 179575298:701466:-81.55764:28.53229:120:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |
| 440 | 03/20/16 | 16:39:59 | 14077480132 | 60:00 | 160959 | 114973 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179470090:701055:-81.5050306:28.5173889:240:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |
| 441 | 03/20/16 | 16:57:03 | 14077480132 | 0:29 | 128839 | 69795 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 442 | 03/20/16 | 16:58:09 | 14077480132 | 0:02 | 3622 | 5428 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575298:701466:-81.55764:28.53229:120:-1.0] |
| 443 | 03/20/16 | 16:58:40 | 14077480132 | 0:36 | 53492 | 35627 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575298:701466:-81.55764:28.53229:120:-1.0] |
| 444 | 03/20/16 | 17:00:46 | 14077480132 | 0:35 | 122775 | 75149 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

MOBILITY
(with cell location)
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 87 of 184 PageID 16384

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        09/27/2020
Run Time:        01:16:29
Data Usage For:  (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|------|-----------|------------------|--------------------|-----|----------|----------|-----|------|------|------|-------|---------------|
| 445 | 03/20/16 | 17:04:15 | 14077480132 | 29:05 | 5260658 | 4520534 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179470097:701055:-81.50503:28.51739:240:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0] |
| 446 | 03/20/16 | 17:39:59 | 14077480132 | 60:00 | 85176 | 74092 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179460625:701018:-81.53722:28.54889:240:-1.0, 179575305:701466:-81.55764:28.53229:120:-1.0, 179575312:701466:-81.55764:28.53229:120:-1.0, 179470090:701055:-81.5050306:28.5173889:240:-1.0, 181534217:709118:-81.53722:28.54889:120:-1.0, 179470088:701055:-81.5050306:28.5173889:345:-1.0, 179513098:701223:-81.4752777:28.5742222:240:-1.0, 181534217:709118:-81.53722:28.54889:120:-1.0, 179456264:701001:-81.38378:28.52581:0:-1.0, 179456271:701001:-81.38378:28.52581:0:-1.0, 179456264:701001:-81.38378:28.52581:0:-1.0, 181555977:709203:-81.38349:28.5505:0:-1.0, 179561738:701413:-81.3746083:28.5780278:240:-1.0, 179516682:701237:-81.36917:28.58972:240:-1.0] |

AT&T Proprietary
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 88 of 184 PageID 16385
(with cell location)

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:         09/27/2020
Run Time:         01:16:29
Data Usage For:   (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 447 | 03/20/16 | 17:39:59 | 14077480132 | 60:00 | 420240 | 302998 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 179470090:701055:-81.5050306:28.5173889:240:-1.0, 181534217:709118:-81.53722:28.54889:120:-1.0, 179470081:701055:-81.50503:28.51739:345:-1.0, 181534217:709118:-81.53722:28.54889:120:-1.0, 179478794:701089:-81.47111:28.55139:240:-1.0, 179487240:701122:-81.39775:28.53367:60:-1.0, 179456264:701001:-81.38378:28.52581:0:-1.0, 181555977:709203:-81.38349:28.5505:0:-1.0, 179516682:701237:-81.36917:28.58972:240:-1.0] |
| 448 | 03/20/16 | 17:44:28 | 14077480132 | 5:34 | 1090155 | 799617 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 449 | 03/20/16 | 17:51:05 | 14077480132 | 0:34 | 20717 | 70122 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 450 | 03/20/16 | 17:53:29 | 14077480132 | 6:17 | 1216929 | 806180 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 451 | 03/20/16 | 18:07:06 | 14077480132 | 0:29 | 129034 | 36491 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575312:701466:-81.55764:28.53229:120:-1.0] |
| 452 | 03/20/16 | 18:10:01 | 14077480132 | 3:00 | 614316 | 191446 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181534217:709118:-81.53722:28.54889:120:-1.0] |
| 453 | 03/20/16 | 18:14:37 | 14077480132 | 0:51 | 155211 | 124625 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179513098:701223:-81.4752777:28.5742222:240:-1.0, 179478794:701089:-81.47111:28.55139:240:-1.0, 181534217:709118:-81.53722:28.54889:120:-1.0] |
| 454 | 03/20/16 | 18:21:58 | 14077480132 | 0:51 | 175162 | 171407 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179456264:701001:-81.38378:28.52581:0:-1.0] |
| 455 | 03/20/16 | 18:24:50 | 14077480132 | 18:53 | 3715808 | 2447264 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181555977:701223:-81.38349:28.5505:0:-1.0, 179482376:701103:-81.38349:28.5505:0:-1.0, 179463690:701030:-81.36611:28.56306:300:-1.0, 179561738:701413:-81.3746083:28.5780278:240:-1.0, 179516682:701237:-81.36917:28.58972:240:-1.0, 181515537:709045:-81.35429:28.59352:240:-1.0, 179467536:701045:-81.34806:28.59556:120:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 89 of 184 PageID 16386
(with cell location)

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

| Run Date: | 09/27/2020 |
|---|---|
| Run Time: | 01:16:29 |
| Data Usage For: | (407)748-0132 |

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 456 | 03/20/16 | 18:39:59 | 14077480132 | 60:00 | 7456 | 4080 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179467536:701045:-81.34806:28.59556:120:-1.0, 179467535:701045:-81.35429:28.59352:0:-1.0, 179467528:701045:-81.35429:28.59352:0:-1.0] |
| 457 | 03/20/16 | 18:39:59 | 14077480132 | 60:00 | 32984 | 253637 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179467536:701045:-81.34806:28.59556:120:-1.0] |
| 458 | 03/20/16 | 19:39:59 | 14077480132 | 59:17 | 556392 | 2374522 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179467528:701045:-81.35429:28.59352:0:-1.0, 179516680:701237:-81.36917:28.58972:0:-1.0, 181590537:709338:-81.392856:28.608668:120:-1.0, 179490313:701134:-81.38389:28.59417:120:-1.0, 179516687:701237:-81.36917:28.58972:0:-1.0, 179490320:701134:-81.38389:28.59417:120:-1.0, 179516673:701237:-81.36917:28.58972:0:-1.0, 179516687:701237:-81.36917:28.58972:0:-1.0, 179516673:701237:-81.36917:28.58972:0:-1.0, 181590544:709338:-81.392856:28.608668:120:-1.0, 179516680:701237:-81.36917:28.58972:0:-1.0, 181590537:709338:-81.392856:28.608668:120:-1.0, 179516680:701237:-81.36917:28.58972:0:-1.0] |
| 459 | 03/20/16 | 19:39:59 | 14077480132 | 60:00 | 46220 | 38944 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179467528:701045:-81.35429:28.59352:0:-1.0, 179516680:701237:-81.36917:28.58972:0:-1.0, 181590537:709338:-81.392856:28.608668:120:-1.0, 179490313:701134:-81.38389:28.59417:120:-1.0, 179516673:701237:-81.36917:28.58972:0:-1.0, 179516687:701237:-81.36917:28.58972:0:-1.0, 181590537:709338:-81.392856:28.608668:120:-1.0, 179516680:701237:-81.36917:28.58972:0:-1.0] |
| 460 | 03/20/16 | 20:00:27 | 14077480132 | 0:54 | 228735 | 202664 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179516673:701237:-81.36917:28.58972:0:-1.0] |
| 461 | 03/20/16 | 20:04:50 | 14077480132 | 0:19 | 60849 | 32898 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181590537:709338:-81.392856:28.608668:120:-1.0] |
| 462 | 03/20/16 | 20:12:53 | 14077480132 | 0:01 | 3128 | 2543 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181590537:709338:-81.392856:28.608668:120:-1.0] |
| 463 | 03/20/16 | 20:24:19 | 14077480132 | 1:25 | 281402 | 198173 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179516673:701237:-81.36917:28.58972:0:-1.0, 179490320:701134:-81.38389:28.59417:120:-1.0, 179516687:701237:-81.36917:28.58972:0:-1.0] |
| 464 | 03/20/16 | 20:36:06 | 14077480132 | 0:21 | 38840 | 73263 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179516680:701237:-81.36917:28.58972:0:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 90 of 184 PageID 16387
(with cell location)

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

AT&T

Run Date:        09/27/2020
Run Time:        01:16:29
Data Usage For:  (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 465 | 03/20/16 | 20:39:16 | 14077480132 | 0:00 | 458 | 1274 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179467528:701045:-81.35429:28.59352:0:-1.0, 179516680:701237:-81.36917:28.58972:0:-1.0] |
| 466 | 03/20/16 | 20:39:16 | 14077480132 | 60:00 | 1145456 | 5926449 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181590537:709338:-81.392856:28.608668:120:-1.0, 179516680:701237:-81.36917:28.58972:0:-1.0, 181590537:709338:-81.392856:28.608668:120:-1.0, 179516680:701237:-81.36917:28.58972:0:-1.0, 181590537:709338:-81.392856:28.608668:120:-1.0, 181590530:709338:-81.392856:28.608668:120:-1.0] |
| 467 | 03/20/16 | 20:39:59 | 14077480132 | 60:00 | 45652 | 34036 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179516680:701237:-81.36917:28.58972:0:-1.0, 181590537:709338:-81.392856:28.608668:120:-1.0, 181590530:709338:-81.392856:28.608668:120:-1.0] |
| 468 | 03/20/16 | 20:41:06 | 14077480132 | 0:59 | 153823 | 124385 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179516680:701237:-81.36917:28.58972:0:-1.0] |
| 469 | 03/20/16 | 20:42:35 | 14077480132 | 0:46 | 138093 | 95679 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179516680:701237:-81.36917:28.58972:0:-1.0] |
| 470 | 03/20/16 | 20:45:11 | 14077480132 | 0:30 | 131423 | 59098 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179516680:701237:-81.36917:28.58972:0:-1.0] |
| 471 | 03/20/16 | 20:49:16 | 14077480132 | 1:01 | 175853 | 147915 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179516680:701237:-81.36917:28.58972:0:-1.0] |
| 472 | 03/20/16 | 20:50:56 | 14077480132 | 0:01 | 0 | 745 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179516680:701237:-81.36917:28.58972:0:-1.0] |
| 473 | 03/20/16 | 21:39:16 | 14077480132 | 60:00 | 359020 | 3704802 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181590537:709338:-81.392856:28.608668:120:-1.0, 181590530:709338:-81.392856:28.608668:120:-1.0] |
| 474 | 03/20/16 | 21:39:59 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181590537:709338:-81.392856:28.608668:120:-1.0] |
| 475 | 03/20/16 | 22:39:16 | 14077480132 | 60:00 | 29124 | 51589 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181590537:709338:-81.392856:28.608668:120:-1.0, 179516680:701237:-81.36917:28.58972:0:-1.0, 179516736:701413:-81.3746083:28.5780278:0:-1.0, 179487242:701122:-81.39775:28.5336694:300:-1.0] |
| 476 | 03/20/16 | 22:39:59 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [181590537:709338:-81.392856:28.608668:120:-1.0, 179516736:701413:-81.3746083:28.5780278:0:-1.0, 179487242:701122:-81.39775:28.5336694:300:-1.0] |
| 477 | 03/20/16 | 23:39:16 | 14077480132 | 19:14 | 17185 | 56533 | nxtgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |

**AT&T Proprietary**
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        09/27/2020
Run Time:        01:16:29
Data Usage For:  (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | ET | Bytes Up | Bytes Dn | Apn | IMEI | IMSI | MAKE | MODEL | Cell Location |
|------|-----------|------------------|--------------------|----|----------|----------|-----|------|------|------|-------|---------------|
| 478 | 03/20/16 | 23:39:59 | 14077480132 | 18:31 | 0 | 0 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 479 | 03/20/16 | 23:58:30 | 14077480132 | 3:14 | 5640 | 2872 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [27384/08862:-81.557626:28.532341:120:-1.0] |
| 480 | 03/20/16 | 23:58:30 | 14077480132 | 3:14 | 298315 | 286598 | nextgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [27384/08862:-81.557626:28.532341:120:-1.0] |
| 481 | 03/21/16 | 00:01:44 | 14077480132 | 60:00 | 5640 | 2788 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 482 | 03/21/16 | 00:01:44 | 14077480132 | 60:00 | 52227 | 154400 | nextgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 27384/08862:-81.557626:28.532341:120:-1.0] |
| 483 | 03/21/16 | 01:01:44 | 14077480132 | 60:00 | 7456 | 4700 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 484 | 03/21/16 | 01:01:44 | 14077480132 | 60:00 | 17308 | 20870 | nextgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 27384/08862:-81.557626:28.532341:120:-1.0] |
| 485 | 03/21/16 | 02:01:44 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 486 | 03/21/16 | 02:01:44 | 14077480132 | 60:00 | 8711 | 8990 | nextgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 27384/08862:-81.557626:28.532341:120:-1.0] |
| 487 | 03/21/16 | 03:01:44 | 14077480132 | 60:00 | 8460 | 4020 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 488 | 03/21/16 | 03:01:44 | 14077480132 | 60:00 | 257 | 145 | nextgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 27384/08862:-81.557626:28.532341:120:-1.0] |
| 489 | 03/21/16 | 04:01:44 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 490 | 03/21/16 | 04:01:44 | 14077480132 | 60:00 | 1471 | 5411 | nextgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 27384/08862:-81.557626:28.532341:120:-1.0] |
| 491 | 03/21/16 | 05:01:44 | 14077480132 | 60:00 | 8460 | 4212 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 492 | 03/21/16 | 05:01:44 | 14077480132 | 60:00 | 9979 | 46092 | nextgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0, 27384/08862:-81.557626:28.532341:120:-1.0] |
| 493 | 03/21/16 | 06:01:44 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 494 | 03/21/16 | 06:01:44 | 14077480132 | 60:00 | 22975 | 145141 | nextgenphone | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 495 | 03/21/16 | 07:01:44 | 14077480132 | 60:00 | 5640 | 2680 | ims | 3520170716611011 | 310410878641885 | APPLE | IPHONE6 | [179575305:701466:-81.55764:28.53229:120:-1.0] |

AT&T Proprietary
The AT&T network constantly communicates with internet enabled devices
when they are powered on. These communications will show as data usage on the
customer records but do not necessarily indicate a customer initiated a transaction.
AT&T does not retain records that can definitively show whether a transaction was
customer initiated or AT&T's network initiated the data transaction.

The information contained here is for use by authorized persons only and is not for general distribution.

# EXHIBIT 8

# EXHIBIT 8

# MAHAFFEY LAW GROUP

A Professional Corporation

20162 SW BIRCH, SUITE 300
NEWPORT BEACH, CALIFORNIA  92660
(949) 833-1400
FACSIMILE:  (949) 263-8736

**DOUGLAS L. MAHAFFEY**

OUR FILE NO.
345.02

October 17, 2018

**TRANSMITTED VIA USPS**

Courtney B. Wilson Esq.
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131

Re: *Classic Soft Trim v. Ross Albert,* USDC Case No.: 6:18-cv-1237-Orl-40GJK

Counsel:

We consider electronic data to be a valuable and irreplaceable source of discovery and/or evidence in this matter.  The laws and rules prohibiting destruction of evidence apply to electronic data with the same force as they apply to other kinds of evidence.  We intend to request discovery of access to your clients Katzkin Leather Inc., ClearLight  and Ross Albert's computer network, including personal computer(s), any and all video recording devices and video and/or audio tapes.

Pending further discovery concerning the layout and configuration of your computer systems and electronic data sets, and pending any further agreement of the parties as to preservation of electronic evidence, you must maintain the following safeguards against destruction of evidence until the final resolution of this issue.

Please provide a copy of this letter to your client and the persons whose responsibilities cover the matters addressed herein.

## 1.  Electronic Data to be Preserved

You must preserve the following types of electronic data in accordance with the steps set forth in paragraphs below.

A. All electronic mail and information about electronic mail (including message contents, header information and logs of electronic mail system usage) sent or received by anyone and concerning Ross Albert between March 2015 and April 2016.

**Mahaffey Law Group**

October 17, 2018
Page 2

---

B. All other electronic mail and information about electronic mail (including message contents, header information and logs of electronic mail system usage) containing information about Ross Albert between March 2015 and April 2016.

C. All databases including but not limited to records, fields and structural information in such databases, containing any reference to and/or information about Ross Albert between March 2015 and April 2016.

D. All logs of activity on computer systems that may have been used to process or store electronic data containing information about Ross Albert between March 2015 and April 2016.

E. All word processing files and file fragments containing information about Ross Albert between March 2015 and April 2016.

F. With regard to electronic data created by application programs that process financial, accounting and billing information, all electronic data files and file fragments containing information about Ross Albert between March 2015 and April 2016.

G. All files and file fragments containing information from electronic calendars and scheduling programs regarding Ross Albert from March 2015 and April 2016.

H. All other electronic data containing information about Ross Albert between March 2015 and April 2016.

I. All electronic mail and information about electronic mail (including message contents, header information and logs of electronic mail system usage) sent or received by anyone and concerning Classic Soft Trim Inc.

J. All other electronic mail and information about electronic mail (including message contents, header information and logs of electronic mail system usage) containing information about Classic Soft Trim Inc.

K. All databases including but not limited to records, fields and structural information in such databases, containing any reference to and/or information about Classic Soft Trim Inc.

**Mahaffey Law Group**

October 17, 2018
Page 3

L.  All logs of activity on computer systems that may have been used to process or store electronic data containing information about Classic Soft Trim Inc.

M.  All word processing files and file fragments containing information about Classic Soft Trim Inc.

N.  With regard to electronic data created by application programs that process financial, accounting and billing information, all electronic data files and file fragments containing information about Classic Soft Trim Inc.

O.  All files and file fragments containing information from electronic calendars and scheduling programs regarding Classic Soft Trim Inc.

P.  All other electronic data containing information about Classic Soft Trim Inc.

**2.  Action Required**

You (and all involved individuals) will need to do the following immediately:

A.  Suspend deletion, overriding, or any other destruction of electronic information relevant to the dispute that is under your control or the control of other involved individuals. This includes electronic information wherever it is stored; at your workstation, on a laptop, or at home. It includes all forms of electronic communications; e.g., e-mail, word processing, calendars, voice messages, videos, photographs, information on PDA's, and any other locations where data may be stored.

B.  Search all email in your In-Box(es), including all sub-files, Sent Folder(s), Deleted items, Archive folders and any other folders that may contain communications related to this dispute and preserve all such communications until notified. Do this by creating separate mailboxes and files and placing all electronically stored information in these separate mailboxes and files. In this case, it is recommended that you store all emails that you currently have related to Ross Albert and Classic Soft Trim, Inc.

C.  Similarly, you and involved individuals must preserve any new electronic information that is generated after you received this letter that is relevant to this dispute. Do this in accordance with the same segregation procedure identified

**Mahaffey Law Group**

October 17, 2018
Page 4

above, by placing all future electronically stored information relating to this dispute in these separate mailboxes and files. Also preserve any new written communications created that relate to the items and topics referenced herein.

D.  The rules concerning preservation of hard copies have not changed. Thus, it remains essential that you preserve any hard copies of documents under your control. At this point you must take steps to identify all relevant paper files and to ensure the retention of such files.

**3.  On-Line Data Storage on Mainframes and Minicomputers**

With regard to on-line storage and/or direct access devices attached to your mainframe computers and/or minicomputers: do not modify or delete any electronic data files existing at the time of this letter's delivery, which meet criteria set forth in the Paragraphs above, unless a true and correct copy of each such electronic data file has been made and steps have been taken to assure that such a copy will be preserved and accessible for purposes of this litigation.

**4.  Off-Line Data Storage, Backups and Archives, Floppy Diskettes, Tapes and Other Removable Electronic Media**

With regard to all electronic media used for off-line storage, including magnetic tapes and cartridges and other media, which, at the time of this letter's delivery, contained any electronic data meeting the criteria listed in the Paragraphs above: stop any activity which may result in the loss of such electronic data, including rotation, destruction, overwriting and/or erasure of such media used for data storage in connection with your computer systems, including magnetic tapes and cartridges, magneto-optical disks, floppy diskettes, and all other media, whether used with personal computers, minicomputers or mainframes or other computers, and whether containing backup and/or archive data sets and other electronic data, for all of your computer systems.

**5.  Replacement of Data Storage Devices**

Do not dispose of any electronic data storage devices and/or media which may be replaced due to failure and/or upgrade and/or other reasons that may contain electronic data meeting the criteria listed in the Paragraphs above.

**6.  Fixed Drives on Standalone Personal Computers and Network Workstations**

With regard to electronic data meeting the criteria listed in the Paragraphs above, which existed on fixed drives attached to stand-alone microcomputers and/or network workstations at

**Mahaffey Law Group**

October 17, 2018
Page 5

---

the time of this letter's delivery: do not alter or erase such electronic data, and do not perform other procedures (such as data compression and disk de-fragmentation or optimization routines) which may impact such data, unless a true and correct copy has been made of such active files and of completely restored versions of such listings (including hidden files) for all directories and subdirectories containing such files, and arrangements have been made to preserve copies during the pendency of this litigation.

## 7.  Programs and Utilities

Preserve copies of all application programs and utilities which may be used to process electronic data covered by this letter.

## 8.  Log of System Modifications

Maintain an activity log to document modifications made to any electronic data processing system that may affect the system's capability to process any electronic data meeting the criteria listed in the Paragraphs above, regardless of whether such modifications were made by employees, contractors, vendors and/or any other third-parties.

## 9.  Personal Computers Used by you or any of your employees, agents, or their Secretaries and Assistants:

The following steps should immediately be taken in regard to all personal computers used by these individuals and/or their secretaries and assistants.

    A.    As to fixed drivers attached to such computers:

        a.  A true and correct copy should be made of all electronic data on such fixed drivers relating to Ross Albert and Classic Soft Trim, Inc. including all active files and completely restored versions of all deleted electronic files and file fragments;

        b.  Full directory listings (including hidden files) for all directories and subdirectories (including hidden directories) on such fixed drivers should be written; and

        c.  You must preserve copies and listings until this matter reaches its final resolution.

**Mahaffey Law Group**

October 17, 2018
Page 6

---

B.      All floppy diskettes, magnetic tapes and cartridges, and other media used in connection with such computers prior to the date of delivery of this letter containing any electronic data relating to Ross Albert and Classic Soft Trim, Inc.


**10.      Evidence Created Subsequent to this Letter:**

With regard to electronic data created subsequent to the date of delivery of this letter that is relevant evidence, do not destroy and take whatever steps are appropriate to avoid destruction of evidence.

Please do not hesitate to contact me if you have any questions.


Very truly yours,

**MAHAFFEY LAW GROUP, PLC**

*/S/ DOUGLAS MAHAFFEY*

**DOUGLAS L. MAHAFFEY**

DLM/

cc:

# EXHIBIT 9

# EXHIBIT 9

# ORIGINAL

1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
2                                    ORLANDO DIVISION

3          CASE NO.: 6:18-cv-01237-WWB-GJK

4

5   CLASSIC SOFT TRIM, INC.,
    and ROADWIRE, LLC,
6
            Plaintiffs,
7
    vs.
8
    ROSS ALBERT, KATZKIN LEATHER, INC.,
9   CLEARLIGHT PARTNERS, LLC.,
    and CLEARLIGHT PARTNERS
10  MANAGEMENT, LLC,

11          Defendants.
    _____/
12

13              DEPOSITION OF ROSS ALBERT
              (via audio-video conference)
14

15      Taken on behalf of:   The Plaintiffs

16      Date:                 June 23, 2020

17      Time:                 1:42 p.m. - 10:53 p.m. EDT

18      Location:             Via audio-video conference
                              hosted by Diamond Reporting,
19                            Florida

20      Reported before:      Darlene Herndon, RPR, CRC
                              Registered Professional Reporter
21

22

23
                  Diamond Reporting, Inc.
24                    8421 Murray Court
                   Sanford, Florida  32771
25          407.810.0951 * dreporting@aol.com

```
1        A P P E A R A N C E S:

2        DOUGLAS L. MAHAFFEY, ESQUIRE (via audio-video conference)
               Mahaffey Law Group, P.C.
3              20162 SW Birch Street
               Suite 300
4              Newport Beach, California  92660
               phone: 949.833.1400
5              dougm@mahaffeylaw.com

6              On behalf of the Plaintiffs
               Also present for the Plaintiffs:
7                   Aaron Forrister (via audio conference)

8
         DON HOWARTH, ESQUIRE (via audio-video conference)
9              Howarth & Smith, LLP
               523 West 6th Street
10             Suite 728
               Los Angeles, California  90014
11             phone: 213.955-9400
               dhowarth@howarth-smith.com

12
               On behalf of the Defendants, Katzkin Leather, Inc.
13                  and Clearlight Partners, LLC
               Also present for the Defendants:
14                  Timothy Clyde (via audio conference)

15
         COURTNEY B. WILSON, ESQUIRE (via audio conference)
16             Littler Mendelson, P.C.
               333 SE 2nd Avenue
17             Suite 2700
               Miami, Florida  33131
18             phone: 305.400.7500
               cwilson@littler.com

19
               On behalf of the Defendant, Ross Albert
20

21

22

23

24

25
```

```
 1                        -   -   -   -

 2                 C O N T E N T S
                                              PAGE
 3

 4    TESTIMONY OF ROSS ALBERT                  6

 5         Direct examination by Mr. Mahaffey   6

 6    Certificate of Oath                      320

 7    Reporter's Deposition Certificate        321

 8    Errata Page                              322

 9

10

11

12

13

14

15

16

17

18

19

20

21

22               S T I P U L A T I O N S

23         It is hereby stipulated and agreed by and between

24    counsel for the respective parties and the deponent that

25    the reading and signing of the transcript be reserved.
```

1        Q.   Did you ever text before March 16 -- I mean,

2  March 18, 2016?

3        A.   If I did, it was very infrequently.  It was

4  just too cumbersome.

5        Q.   So yes or no, did you text before March 18,

6  2016, on your flip phone?

7        A.   Well, I can't say no for sure.  So I would

8  have to say probably, but I don't know of a time.

9        Q.   Did you ever produce any of those text

10  messages in this litigation or the state litigation?

11        A.   Again I don't think there were any texts.  So

12  no.  I don't know any texts that exist.

13        Q.   Did you ever turn your prior cell phone over

14  to your attorney?

15        A.   I didn't have my prior cell phone or an

16  attorney -- when I had my attorney, I didn't have my

17  prior cell phone.  I got rid of it when I switched to a

18  new flip phone and my new smartphone.

19        The other phone was obsolete.  It was a

20  two-way that was not operative.  The two-way radio

21  didn't work anymore, and the flip phone was obsolete.

22  It had no value.

23        Q.   Did you extract text messages from your flip

24  phone and produce them as part of the litigation?

25        A.   I didn't have any.

```
 1        flip phone if it was destroyed?
 2             A.   I don't understand the question.
 3             Q.   How did you get these Exhibit 2 text messages
 4        off of your flip phone when you just testified that you
 5        destroyed it?
 6             A.   I didn't destroy the flip phone until
 7        March 18th when I switched my phones over.  On 3/13 --
 8        or 3/3 and these other dates, I didn't have my new
 9        phones yet.  So that would still be my flip phone.
10             Q.   When you produced these text messages to your
11        attorney in the state court litigation, did you have
12        your flip phone then?
13             A.   I did not produce these to my attorney,
14        because I never had these.  So no.
15             Q.   Who produced these text messages to your
16        attorney?
17             A.   I have no idea.
18                  MR. WILSON:  Object to the form.
19             Q.   So you have no -- you have no idea how in the
20        litigation your attorney produced these text messages in
21        2017?
22                  MR. WILSON:  Object to the form.
23             Q.   Is that your testimony?
24             A.   My attorney objected.  Am I supposed to
25        answer?
```

1          MR. WILSON:  Yeah.  I'm sorry, Ross.  You can

2     go ahead and answer unless I tell you otherwise.

3          A.   Okay.  I don't know how they received them.

4     No.

5          Q.   Did you participate in transmitting them?

6          A.   If they are on --

7          MR. WILSON:  Object to the form.  Excuse me.

8     Object to the form.

9          Q.   Go ahead.

10          A.   I'm assuming I did.  I don't have a

11     recollection of producing them.

12          Q.   How did you get them off of a flip phone that

13     you had destroyed in 2016?

14          A.   Because the flip phone wasn't destroyed until

15     the 18th of March, and those would be prior to the 18th

16     of March.

17          Q.   Did you destroy your flip phone on March 18,

18     2016?

19          A.   I think I left it at the phone company to

20     destroy it when I traded phones at the AT&T store.

21          Q.   Between March 18, 2016, and the date that you

22     produced this discovery in the state court litigation,

23     where was your flip phone during that approximately

24     18 months?

25          MR. WILSON:  Object to the form.

1     A.    Probably in an incinerator.  I don't know

2   where it was.  I didn't have it.  I got rid of it.  It

3   had no value.  It was a $30 eBay purchase, and I didn't

4   need it anymore.

5     Q.   In 2017 when you produced discovery in the

6   state court litigation, where did you retrieve the text

7   messages from?

8          MR. WILSON:  Object to the form.

9     A.   I have no idea.  I have never seen those -- I

10  have never seen that before.  So I don't know who got

11  those or how they got them, but it wasn't from me.  I

12  don't know.

13     Q.   Did you verify under penalty of perjury the

14  discovery that was produced in the state court

15  litigation?

16          MR. WILSON:  Object to the form.

17     A.   I don't understand your question.

18     Q.   Did you sign a document in the state court

19  litigation verifying under penalty of perjury the

20  information that you were producing?

21          MR. WILSON:  Object to the form.

22     A.   I signed a form saying that I would give over

23  all the information I had.

24     Q.   In 2017 did someone else have access to any

25  backup of your text messages?

1    flip phone to an iPhone; true?

2         A.   To an iPhone.  And I also got a separate flip

3    phone so I can transfer all my phone numbers.  So it's a

4    temporary thing.  I got a Nokia flip phone to replace my

5    other flip phone, because my other flip phone was a

6    Sprint with no cell towers.

7         Q.   On March 18, 2016, did you have two phones

8    then, one a Nokia flip phone and one an iPhone?

9         A.   Yes.

10        Q.   Did you have the AT&T service assist you in

11   transferring phone numbers from your prior flip phone to

12   your Nokia flip phone?

13        A.   Yes.

14        Q.   What happened to your Nokia flip phone?

15        A.   I lost it in a rental car, and I stopped all

16   service on it -- discontinued it, because I didn't need

17   it anymore.  I mean, it was just a temporary thing so I

18   can get all my phone numbers and contacts out of it.

19             So somebody at Fox Rent A Car now owns that

20   phone.

21        Q.   Did you ever transfer from your Nokia flip

22   phone your phone numbers and text messages to your

23   iPhone?

24             MR. WILSON:  Object to the form.

25        A.   There were no text messages to transfer.  I

1    just transferred the phone numbers and the names.

2         Q.   And who did that for you?

3         A.   I think I was doing a lot of it, because I

4    wanted to delete a lot of numbers anyway.  So I was

5    doing most of it by hand just to get rid of a lot of old

6    numbers.

7         Q.   Did you ever turn your Nokia flip phone over

8    to your attorneys?

9         A.   I lost it in a rental car.

10        Q.   Before you lost it, did you turn it over to

11   them?

12        A.   No.  I lost it about a year and a half ago --

13   no, two years ago.

14        Q.   So two years ago would have been June of 2018.

15   Is that your testimony as to when you lost your Nokia

16   flip phone?

17        A.   I don't know the exact date.  I can't

18   remember.  So that's an approximation.

19        Q.   What phone number was on your Nokia flip

20   phone?

21        A.   407-466-8294.

22        Q.   Which phone company did you get your service

23   through on that phone number?

24        A.   That was through Sprint.  Motorola -- that's

25   who it was from.

1    me".  But I'm not a texter.

2         Q.   What efforts have you made, if ever, to review

3    the text messages that were on the Motorola phone?

4         A.   Can you repeat that?

5         Q.   What efforts, if any, have you made to review

6    and retrieve the text messages that were on your

7    Motorola phone?

8         A.   Zero.

9         Q.   What efforts has any other person in your

10   world, including but not limited to either Katzkin

11   employees or your attorneys, to your knowledge, made to

12   retrieve any text messages on your Motorola phone?

13        A.   It couldn't have.  When I was -- the day that

14   I terminated my employment with Classic Soft Trim, I

15   turned that phone in.  So Katzkin wasn't involved.

16   There were no attorneys involved.

17             It was a transaction of switching to a

18   smartphone and a Nokia flip phone and getting rid of the

19   other phone.  So zero.

20        Q.   What efforts have you made to retrieve your

21   text messages from your Nokia phone?

22        A.   Well, it's been gone for a couple of years.

23   So none.

24        Q.   What efforts, if any, were made by any person

25   on your behalf, including a Katzkin employee or an

1    attorney, to retrieve messages from your Nokia phone,

2    your text messages?

3         A.    None that I am aware of.  We don't have -- I

4    don't have the phone to give to them or I didn't have

5    the phone to give to them.

6         Q.    Let me show you this screen again which has on

7    it Exhibit 2, a series of 1, 2, 3, 4, 5 text messages.

8    Have you ever seen this document before today?

9         A.    No.

10        Q.    At any time between March 16, 2016, and today,

11   have you ever participated in retrieving text messages,

12   including these five I'm showing on Exhibit 2?

13             MR. WILSON:  Object to the form.

14   BY MR. MAHAFFEY:

15        Q.    What's your testimony?

16        A.    No.

17        Q.    Between March 16th and today, have you ever

18   provided the text messages on Exhibit 2 to any attorney?

19             MR. WILSON:  Object to the form.

20        A.    I have never seen -- I have never seen that

21   before.

22        Q.    On Exhibit 2 who were you texting?

23             MR. WILSON:  Object to the form.

24        A.    I have no idea.  I have never seen that

25   before.  So I couldn't even tell you who I was texting.

1    Q.   Who were the people that you text between

2    March 3rd, 2016, and March 16, 2016?

3    A.   I don't know, because I don't remember sending

4    those texts out.  So I couldn't tell you.  I mean, who

5    could it have possibly gone to?  It could have gone to

6    anybody.  I don't know.

7         I put 7,000 minutes a month on my phone

8    talking to people.  So I don't have any recollection of

9    five texts from 2016.

10   Q.   On March 19, 2016, did you text anybody on

11   your new phone, your iPhone or your Nokia?

12   A.   Probably.  I was playing with the phone a lot,

13   because it was like a new toy to me.

14   Q.   What efforts have you made to retrieve any

15   text messages off of your iPhone that you obtained on

16   March 18, 2016?

17   A.   That would go through Katzkin.  Their IT

18   department was supposed to do an audit of my iPad, my

19   computer, and my phone.

20   Q.   Have you ever seen any production of text

21   messages from the iPhone for you to review?

22   A.   No.

23   Q.   How long ago did you submit your iPhone for

24   retrievable text messages?

25   A.   I don't remember the date.

1      Q.    What's your best estimate?

2      A.    I don't remember the date.  I don't want to

3   guess.  I don't know.

4      Q.    It could have been more than two years ago?

5      A.    It could have.

6      Q.    It might have been more than three years ago?

7      A.    I don't think so, but not sure.

8      Q.    And you have no record of that occurring?

9      A.    No.

10      Q.    Have you ever participated personally in any

11   manner in searching for text messages on any of your

12   devices?

13      A.    Yeah.  On my iPad my attorney walked me

14   through -- they asked for documents and for emails.  And

15   at first I turned in something saying no, because I

16   couldn't find them.  I wasn't really that computer savvy

17   to go back to non -- older documents.

18           So then I went to old sent documents, and I

19   found some.  And I sent them to my attorney who

20   forwarded them to you.

21      Q.    Did you see those being forwarded to me?

22      A.    I saw you sent them in the documents to me.

23   So I know you got them.

24      Q.    How long ago did you perform that search for

25   emails and text messages?

1    on eBay.

2              I wasn't provided one from Classic.  I didn't

3    want to spend a lot of money on them, and I just use it

4    for data entry.  So it was a Toughbook Panasonic.

5         Q.   Prior to March 16, 2016, did you have a

6    computer?

7         A.   Yes.  The Panasonic Toughbook was the last one

8    I had up until the 16th.

9         Q.   Where was the Panasonic Toughbook in the year

10   2017?

11        A.   I threw it away.

12        Q.   What date did you throw it away?

13        A.   When Katzkin gave me a new computer.  I think

14   it took them a couple of weeks after they hired me to

15   get it to me.  So probably sometime towards the end of

16   March or the beginning of April.

17        Q.   What year?

18        A.   '16.

19        Q.   What email service did you use on your

20   Panasonic Toughbook to send and receive emails?

21        A.   Excuse me.  What did I what?

22        Q.   What email service did you use --

23        A.   Oh, Gmail.  Gmail.

24        Q.   What Gmail email accounts did you have access

25   to on your Panasonic Toughbook in the year 2016 prior to

1    April 1st, 2016?

2         A.    I had the one that I am on --

3    theeleatherman@gmail.com.  That's with two e's,

4    theeleatherman.  And I don't even remember -- I had a

5    Classic Soft Trim email which I don't even recall.

6         Q.    What is your password to your

7    theeleatherman@gmail.com?

8         A.    I don't even know.  Can I look up a document

9    here to see if I have it?

10        Q.    Sure.

11             MR. WILSON:  No.  If you don't know, answer

12        you don't know.

13        A.    I don't know.

14        Q.    You have not memorized your sign-on password

15   to your Gmail account?

16        A.    No.  Because it comes up automatically.

17        Q.    Have you ever provided that password access to

18   any other person as part of this litigation?

19        A.    For theeleatherman?

20        Q.    Yes.

21        A.    I may have supplied it to the people in the

22   office.  I know they had my Classic Soft Trim email.

23   Sometimes they wanted my email to do certain processes,

24   and I may have let them have it, either Danny or one of

25   the three girls in the office.

1      Q.    Other than Danny or one of the three girls in

2   the Classic Soft Trim office prior to March 18, 2016,

3   had you provided your password to your Gmail

4   theeleatherman account to anyone else?

5      A.    No.

6      Q.    Have you accessed any other Gmail account for

7   business purposes that you recall?

8      A.    No.

9      Q.    Are you aware of a Gmail account called

10  classicdesignleather@gmail.com?

11     A.    No.

12     Q.    Did you ever text back -- strike that.  Did

13  you ever email back and forth with Danny Valencia on a

14  Gmail account called classicdesignleather@gmail.com?

15     A.    Not that I am aware of, no.

16     Q.    Are you sure?  You just don't remember as you

17  sit here or are you testifying --

18     A.    I don't remember.  I don't remember.

19     Q.    In order to refresh your memory you would need

20  to see emails on that account?

21     A.    Yes.

22     Q.    Was there a Classic Design at Gmail account

23  that was set up while you were the general manager at

24  CST?

25     A.    I have no idea.  I have no idea.

1            MR. WILSON:  Object to the form.  Lack of

2       foundation.  You can answer.

3       A.   Can you repeat the question, please?

4       Q.   Did you ever object to the content of section

5  3.1 of the handbook that obligated you to, quote,

6  protect, and quote, retain, quote, confidentiality of

7  sensitive or proprietary information about CST, quote?

8            MR. WILSON:  Same objection.

9       A.   No.  No.

10      Q.   Did you ever object to signing the handbook as

11  to its content on 3.2 under conflicts of interest that

12  stated that it would be a conflict of interest for you

13  to, quote, have employment with the competitor, vendor,

14  or customer or investment in a competitor's business,

15  quote?  Did you ever object to that?

16           MR. WILSON:  Object to the form.

17      A.   No.

18      Q.   How long were you employed with -- strike

19  that.  How long between the time that you signed your

20  employment agreement with Katzkin and your last day at

21  CST?  How long was that?

22      A.   There were a couple of change of dates.  So I

23  couldn't even tell you.  Somewhere in the neighborhood

24  -- it was supposed to be a couple of weeks.  I think it

25  turned into over a month.

1      Q.    And during that approximately one-month time

2    frame, did you enter into any business transactions with

3    any competitor of CST?

4      A.    No.

5      Q.    Would you agree that had you entered into such

6    a business transaction with a competitor of CST, that

7    would be a violation of the plain language of section

8    3.2?

9      A.    Yes.

10         MR. MAHAFFEY:  We have been going about an

11         hour here.  Does anybody want a break?

12         THE WITNESS:  I'm fine.

13         MR. WILSON:  No.

14   BY MR. MAHAFFEY:

15      Q.    When did you first initiate contact with

16   Katzkin to become an employee of theirs?

17         MR. WILSON:  Object to the form.

18      A.    I have known people that work for Katzkin,

19   like Dave Sheffler, like -- I've known Ron Leslie.  They

20   contacted me over periods of time, as did other vendors,

21   because I was in that market.

22         So Katzkin contacted me on a couple of

23   different occasions about possible ventures, and the

24   contact was on their part to contact me about possibly

25   carrying their product or doing something with them.

1    numbers from all around the country from different

2    people.

3          So I don't think it was something that was a

4    secret.  I mean, I had sunroof installers that used to

5    tell me, oh, I hear you're doing really good out here

6    and give me numbers.  So I think it's pretty common that

7    I was having strong sales in my market.

8    Q.    In July of 2015 can you give me a single

9    individual outside of Classic Soft Trim that knew how

10   many units were sold for the month of June for Branch

11   116?

12   A.    I don't know.

13   Q.    Can you point to a single written document

14   that can support your testimony that there was

15   publication of monthly sales numbers in July of 2015 by

16   CST?

17         MR. HOWARTH:  Object to the form.

18   A.    To tell you the truth, I deleted everything I

19   had from Classic Soft Trim, because Katzkin said they

20   don't want me to take any information with me.  I

21   deleted everything.  I took out all the emails from

22   Aaron.  I took out all my numbers.  I deleted

23   everything.

24   Q.    When did they tell you to delete your

25   computer?

1      A.   No.   They were telling me before I came on

2  board they didn't want me to take anything.   They didn't

3  want me to have any emails from Classic Soft Trim.   They

4  didn't want any -- I deleted everything.

5           I had a lot of different documents and emails

6  over the years that were in my computer, because I just

7  never erased them.   And before I came on board, they

8  said do not take any forms or documents from Classic

9  Soft Trim.

10     Q.   Who told you to delete information from your

11 computer from Katzkin?

12          MR. WILSON:   Object to the form.

13     A.   I think it was -- Ron Leslie was saying he did

14 not want me to take any proprietary information from

15 Classic Soft Trim to Katzkin.   So that's what I did.

16          He did not say delete your computer.   He said

17 he did not want me taking any information.   So that's

18 what I did.   I deleted everything.

19     Q.   What date did you delete everything?

20     A.   Probably over the weekend of the 19th, before

21 my official start date.

22     Q.   Did you have a conversation with Mr. Leslie

23 over the weekend of March 19, 2016, about not having any

24 proprietary information in your possession from Classic

25 Soft Trim?

```
 1            MR. HOWARTH:  Misstates the evidence.  Object

 2       to the form.

 3            MR. MAHAFFEY:  Let me rephrase it.

 4  BY MR. MAHAFFEY:

 5       Q.   Did you recommend to Dave Sheffler hiring

 6  ex-CST employees in your June 30, 2015, meeting?

 7       A.   No.

 8       Q.   Did you recommend to Ron Leslie hiring ex-CST

 9  employees for your June 30, 2015, meeting?

10       A.   No.

11       Q.   At any time between June 30, 2015 -- or let's

12  make it June 1st, 2015, to March 18, 2016, did you ever

13  recommend to Dave Sheffler hiring CST installers?

14       A.   Between that time frame, what we talked about

15  is if I leave and the business were to follow me, that

16  they would not have enough work to keep them busy, and

17  would be able to acquire them at other trim shops.  Yes.

18       Q.   Did you tell Dave Sheffler that the CST

19  installers would leave CST and come to work at CDA as

20  part of the transition?

21       A.   No.  I didn't know any of the installers there

22  pretty much except Danny.  They were Spanish.  They

23  didn't really talk to me.  So I wasn't sure who would

24  come, who wouldn't come.

25            I thought when the work would tail off, they
```

1   would probably need to have jobs, and they would come
2   over to any of the other trim shops in the market.
3       Q.   Did you discuss with Dave Sheffler CST
4   employees coming over as part of the transition in order
5   to handle the volume of cars?
6       A.   That was not part of the plan.  We thought
7   they would come over on their own fruition.
8       Q.   Did you ever tell Dave Sheffler the number of
9   cars that you were turning over a week at CST?
10      A.   Dave Sheffler was aware of it.  He didn't even
11  ask me.  He knew the business I was doing there, because
12  he competed with me for many years.
13      Q.   Did you ever say to Dave Sheffler that you
14  could turn over a hundred cars a week like butter?
15      A.   No.
16      Q.   Did you ever tell anybody that you could turn
17  over a hundred cars a week like butter?
18      A.   No.
19      Q.   What source of information other than yourself
20  did Ron Leslie have that relayed -- strike that.  Did
21  anyone besides yourself communicate your terms to go to
22  work for Katzkin?
23          MR. WILSON:  Object to the form.
24      A.   Can you repeat that?
25      Q.   Did anybody besides yourself ever communicate

1    certain expectations they wanted.  They wanted me to go

2    above and beyond what I was doing.

3            I wanted a higher salary, because it was all a

4    crap shoot.  When I went to work for Katzkin, maybe

5    nobody would have come.  In fact Ron Leslie even told me

6    later that he was kind of concerned about me coming,

7    because I didn't really want to be on commission based

8    on volume.  I wanted a higher salary, and that concerned

9    him.

10           My problem was I didn't know how many dealers

11   would want to come with me and install Katzkin in their

12   cars and how many wouldn't.  So, no, I don't remember

13   wanting high volume, high commission.  I wanted a

14   salary.

15       Q.   Did you ever say to any person that you had

16   spoke to all the dealerships, and they said they were

17   all going to come with you prior to March 18?

18       A.    Absolutely not.  It's a crapshoot.  There is

19   no way you're going to know who's going to come with

20   you.

21           We have dealers that we had, and Classic Soft

22   Trim would go in there and shoot them some low ball

23   price.  And they will switch to them.  They may come

24   with me because they like me.

25           This is an open revolving door.  You're

1    constantly -- every week you have to show your face to

2    get the business.  So, no, there is absolutely nothing

3    that was guaranteed.

4        Q.   Did you talk to any of the dealerships that

5    were doing work at CST prior to March 18, 2016, and

6    discuss with them switching their business at CDA?

7        A.   Absolutely not.  100% no.

8        Q.   Did you ever say the words to anybody that you

9    had talked to all of them, and they say they'll switch

10   but not if we can't keep up the volume?

11       A.   No.

12       Q.   Let me screen share and show you this

13   Exhibit 4, the one that has the email trail of July 1st.

14   This document states at the bottom of it, quote, I

15   realize this proposal is ridiculously aggressive.  It's

16   consistent with the amount Ross laid out to us which in

17   his words was $250,000 per year for two years and a

18   500,000 bonus after two years.

19            Did those words come out of your mouth to Dave

20   Sheffler?

21       A.   No.

22       Q.   Did those words come out of your mouth to

23   Ron Leslie?

24       A.   I don't recall, but I never made $250,000 a

25   year with Classic, and I never came -- there was no

1    A.   Just prior to that, probably two, three.

2    Q.   Did you document any of those meetings?

3    A.   No.

4    Q.   What was the purpose of you meeting with

5    Dave Sheffler and CDA prior to March 18, 2016?

6    A.   He introduced me to John, because I had never

7    talked to him.  I had never met him.  He said this is

8    the latest hire with Katzkin, and he was shocked and

9    pleasantly surprised.

10        As many years I have been working that market,

11   I have never seen him.  Apparently he was their

12   salesperson.  So I was a little surprised, too.

13   Q.   Were you hired by Katzkin prior to March 18,

14   2016?

15   A.   Yes, I was.

16   Q.   When were you hired -- when did you start your

17   employment with them?

18   A.   On the 21st.

19   Q.   So were you employed by Katzkin prior to

20   March 18, 2016?

21   A.   I signed on to be employed by them, but I

22   wasn't actively being paid by them.  No.  So I don't

23   know how that qualifies.

24   Q.   What steps did you take on behalf of Katzkin

25   between February 1st, 2016, and March 18, 2016, to set

```
1    up a competing operation to CST?
2              MR. HOWARTH:  Object to the form.
3         A.   I didn't set up a competing -- what are you
4    asking me?  Did I set up for a what?  A competing --
5         Q.   Yeah.  What steps did you take on behalf of
6    Katzkin to assist Classic Design to expand their
7    operation to compete with CST?
8              MR. HOWARTH:  Object to the form.
9              MR. WILSON:  Same objection.
10        A.   I didn't.  I didn't set up anything to compete
11   with them before I started -- I didn't help them out.  I
12   mean, I don't understand what you're saying.  Did I
13   start any business?  I didn't start a business with them
14   before I started with Katzkin.
15        Q.   You did meet with Dave Sheffler and John Held
16   at least two or three times prior to March 18, 2016;
17   true?
18        A.   That's true.  That was after hours on my time.
19   Yes.
20        Q.   And in those discussions with John Held, you
21   did discuss with him expanding his volume; true?
22        A.   Yes.
23        Q.   He did very little leather interiors at that
24   time; true?
25        A.   No.  He did -- he did an okay amount.  He
```

1    with my employees at the time.  Even though I was

2    leaving, I didn't want to take part in it.

3        Q.    Wasn't it your plan to have all the employees

4    come over on March 21st in their entirety to be able to

5    handle the increased volume from all the dealerships

6    that you spoke to?

7        A.    No, it was not.

8        Q.    Looking at our Exhibit 5 declaration from

9    Danny Valencia, it states in paragraph five that, quote,

10   I attended in person at least four meetings at Classic

11   Design Automotive, quote.

12            Do you remember Danny Valencia attending with

13   you four meetings at CDA?

14       A.    No.

15       Q.    Did you invite Danny Valencia to attend

16   meetings at CDA with you and Dave Sheffler?

17       A.    No.

18       Q.    Did Danny Valencia attend any meetings with

19   you and Dave Sheffler?

20       A.    To the best of my recollection, after the

21   21st, Dave Sheffler met me there every day, and Danny

22   was there.  So maybe that's what he was thinking of when

23   Dave Sheffler and me met there, but that was after the

24   21st -- or as of the 21st.

25       Q.    How many meetings did you and Dave Sheffler

1    flip phone from five years ago.

2         Q.   And you never went online to see if you could

3    get them; correct?

4         A.   I wouldn't even know how to do it.

5         Q.   So between nine -- around 10:00 a.m., you

6    called Dave Sheffler.  How many times did you call him

7    between then and when you resigned at one?

8         A.   How many times on that Friday did I call him?

9         Q.   Correct.

10        A.   The one time.

11        Q.   And did you ever call mistakenly

12   Dave Edmondson's phone?

13        A.   Probably around -- when I was at the AT&T

14   store and they switched the phone numbers over.

15        Q.   Are you saying that's the next day?

16        A.   No.  That was that Friday, the 18th.

17        Q.   Okay.  So on the 18th, when did you go to the

18   AT&T store to switch the phone records over?

19        A.   Between 3 and 4 maybe, 3 and 4:30.  I'm not

20   sure.  2 and 4.

21        Q.   By then your testimony is you resigned?

22        A.   Yes.

23        Q.   And you had called Dave Sheffler in the

24   morning, and he told you to just go in and resign?

25        A.   Yes.

1    to Aaron Forrister?

2         A.   No.  I can't recognize it from the computer.

3         Q.   So you could not identify that as your voice?

4    Is that your testimony?

5         A.   Yes.

6         MR. WILSON:  That's what he just said.

7         Q.   Are you denying that you made the statement to

8    Aaron Forrister that you had talked to dealers?

9         A.   I did not talk to dealers while I was working

10   for Classic Soft Trim.

11        Q.   No.  Did you tell Aaron Forrister that in the

12   recording I just played for you?

13        MR. WILSON:  Object to the form of the

14        question.  Nobody can understand your recording, if

15        it is a recording.

16        A.   I didn't hear them say one thing about

17   dealers.

18        MR. MAHAFFEY:  Darlene, can you read back what

19        you transcribed from the recording so far?

20        THE REPORTER:  I'm not -- I'm not transcribing

21        the recording.  I can't understand it.  It sounds

22        like garble.

23        MR. WILSON:  Darlene, can you make a note in

24        the record that you couldn't understand it either.

25        THE REPORTER:  Yes.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


CASE NO. 6:18-cv-01237-PGB-GJK


CLASSIC SOFT TRIM, INC.,
and ROADWIRE, LLC,

     Plaintiffs,

v.

ROSS ALBERT, KATZKIN LEATHER, INC.,
and CLEARLIGHT PARTNERS, LLC,

     Defendants.

/


**WITNESS ERRATA SHEET TO DEPOSITION OF**
**ROSS ALBERT, TAKEN JUNE 23, 2020**


     Defendant, Ross Albert, pursuant to Fed. R. Civ. P. 30(e), submits the following corrections to the transcript of his deposition taken June 23, 2020:

| Page | Line | Original Text | Correction | Reason for Change |
|------|------|---------------|------------|-------------------|
| 14 | 3 | Yes | No | I must have misunderstood the question, as I repeatedly made it clear that I had never seen those text messages before. |
| 22 | 21 | precept | pre-set | Court reporter must have misunderstood me – "precept" does not make sense as I was talking about buttons on a cell phone |
| 141 | 23 | indirectly | in_directly | Court reporter combined two separate words and changed the meaning – I said "call them in_directly" |
| 164 | 22 | liberty | delivery | Court reporter must have misunderstood |

| | | | | |
|---|---|---|---|---|
| | | | | me – "liberty" does not make sense as I was talking about cars |
| 278 | 16 | reporters | porters | Court reporter must have misunderstood me – "reporters" does not make sense as I was talking about employees who move cars |
| 281 | 13 | did (sic) | di'nt (sic) for "did not" | Court reporter must have misunderstood me because I said "di'nt" meaning "did not".  I repeatedly testified I was not even aware of the alleged recording so it would not make sense for me to say I consented to it, and I did not say that. |

I, Ross Albert, have read the transcript of my deposition in this matter taken on June 23, 2020, and subject to the changes noted above it is true and correct.

Dated: 7-31-2020

1

4847-4866-2212.1 049386.1006

```
1                    *   *   *   *   *

2                    CERTIFICATE OF OATH

3

4     STATE OF CALIFORNIA )

5     COUNTY OF NAPA )

6

7         I, Darlene Herndon, Registered Professional Reporter

8     and Notary Public, State of Florida, certify that

9     ROSS ALBERT produced identification and appeared before me

10    via audio-video conference and was duly sworn on the 23rd

11    day of June 2020.

12        Witness my hand and official seal this 10th day of

13    July 2020.

14

15              Darlene Herndon

16    _____

17              Darlene Herndon, RPR, CRC

18              Notary Public - State of Florida

19              My Commission No.: GG 914499

20              Expires:  November 20, 2023

21

22

23

24

25
```

1                          *    *    *    *    *

2              REPORTER'S DEPOSITION CERTIFICATE

3

4      STATE OF FLORIDA )

5      COUNTY OF SEMINOLE )

6

7          I, Darlene Herndon, stenographic court reporter and

8      Registered Professional Reporter, certify that I was

9      authorized to and did stenographically report via

10     audio-video conference the deposition of ROSS ALBERT; that

11     a review of the transcript, pages 1 through 322, was

12     requested; and that the transcript is a true and complete

13     record of my stenographic notes.

14         I further certify that I am not a relative,

15     employee, or counsel of any of the parties, nor am I a

16     relative or employee of any of the parties' counsel

17     connected with the action, nor am I financially

18     interested in the action.

19         Dated this 10th day of July 2020.

20

21         *Darlene Herndon*

22     _____

23              Darlene Herndon, RPR, CRC

24

25

# EXHIBIT 10

# EXHIBIT 10



2081 Arena Blvd. Suite 200
Sacramento, CA 95834
916.449.2820

ArcherHall.com

# Roadwire, et al. v Katzkin, et al.

## Declaration of Brian Chase

1.      My name is Brian Chase. I am a computer and mobile forensic expert, and director of digital forensics with ArcherHall. I have been doing digital forensics for over seven years. I have received certifications for computer and mobile forensics from AccessData, a leading vendor of forensic examination software. I am certified in mobile forensics by, and a member of, the International Association of Computer Investigative Specialists (IACIS). I received computer forensics training from the International Society of Forensic Computer Examiners. I have received, and continue to receive, training in the areas of digital evidence, computer forensics, and mobile forensics from a variety of companies specializing in the development of forensic software. For a complete list of my training, see the attached CV.

2.      I earned an undergraduate degree in Management and Information Systems (MIS) from the University of Arizona Eller College of Business, one of the top five MIS programs in the country. In addition to my training and experience in forensics, I have a law degree from the University of Arizona James E. Rogers College of Law and have an active bar license in the State of Arizona. During my time at the University of Arizona, I worked for four years in the IT department of the College of Engineering, providing desktop, server, hardware, and networking support.

3.      I have testified in approximately twelve matters, including civil and criminal jury trials and evidentiary hearings. I have been retained as a forensic expert on over 100 matters ranging from misdemeanor cases, to murder, to medical malpractice.

4.      I am a frequent speaker at conferences and events on the topics of computer forensics, cell phone forensics, eDiscovery, and search and seizure law related to digital evidence.



5.     In this matter, I have supervised the collection of a single Lenovo Yoga laptop belonging to Ross Albert and participated in the review of the data contained therein.

6 .     I was informed that Ross Albert claims he does not have any other devices, such as a cell phone, iPad, or desktop computer that contains ESI with meta data supporting its creation during the Courts time frame ("relevant ESI data").

7.     I have concluded that multiple other devices, presumably owned by Mr. Albert, did exist and were connected to this laptop at various times, and those devices did contain, independent of the laptop, relevant ESI.

8.     If provided any of those devices, I can conduct further searches to determine the extent of that ESI and can further produce those any unique relevant ESI files to Plaintiffs' attorneys.

9.     I have concluded this laptop was first put into use by a user named "Ross" on March 16, 2016.

10.     This conclusion is based on the following files created on that date, which files are standard start up files when a new user profile is created.

| Path | | File System Created Date/Time | |
| --- | --- | --- | --- |
| My Computer:C:\Users\ | | 10/30/2015 2:28:32 AM | |
| My Computer:C:\Users\Ross\ | | 3/16/2016 3:15:46 PM | |
| My Computer:C:\Users\Ross\Downloads\ | | 3/16/2016 3:15:46 PM | |
| My Computer:C:\Users\Ross\Desktop\ | | 3/16/2016 3:15:46 PM | |
| My Computer:C:\Users\Ross\Documents\ | | 3/16/2016 3:15:46 PM | |
| My Computer:C:\Users\Ross\Contacts\ | | 3/16/2016 3:15:48 PM | |

11.     During the year 2018, an iOS back up folder was created, ("the 2018 Backup Folder") but the user has deleted the original data contained in that folder. This implies that there was a prior iPhone or iPad that had been backed up to the computer in 2018, but the related backup file is now gone.

12.     On August 24, 2020 two devices, an iPhone, and iPad, were connected to the laptop and some of their data was backed up into the 2018 Backup Folder.



13.     Those two devices that exsited on August 24, 2020, contain relevant ESI data.

14.     The first device was an iPhone 8 with IMEI 356392101613264.  The iPhone 8 were released on September 22, 2017. The second device was an iPad Pro with IMEI 353304072566523.

15.     The data on both devices include relevant ESI data, some of which was backed up into the 2018 Backup Folder.

16.      If those two devices are provided to me, I can search and confirm what additional relevant ESI data, if any, exist on them, and may be able to confirm if relevant ESI data appears to have been deleted.

17.     The data backed up from August 24, 2020 connnected iPhone confirms that on March 17 and March 18, 2016, an iPhone existed (an earlier version to this iPhone 8 model) that had a large number of contacts, that I am informed are names and details of Plaintiffs' customers.

18.  Here are examples of the March 17 and March 18, 2016 contact information resident on the iPhone connected to this laptop on August 24, 2020.

| First Na... | Last... | Picture | Created Date/Time |
|---|---|---|---|
| ross | albert | | 3/17/2016 2:36:01 PM |
| Julienne | Albert | | 3/17/2016 2:36:01 PM |
| Accounts | Payable | | 3/17/2016 2:36:01 PM |
| Julienne | Albert | | 3/17/2016 2:36:01 PM |
| Accounts | Payable | | 3/17/2016 2:36:01 PM |
| ross | albert | | 3/17/2016 2:36:01 PM |
| David | Sheffler | | 3/17/2016 10:53:21 PM |



| First Na... | Last... | Picture | Created Date/T... |
|---|---|---|---|
| Space Coast | Dustin | | 3/18/2016 3:05:47 PM |
| Kia | Bobby | | 3/18/2016 3:05:47 PM |
| Palm Bay | Steve | | 3/18/2016 3:05:47 PM |
| C  F C | Katie | | 3/18/2016 3:05:47 PM |
| Ron Noris Ford | Don | | 3/18/2016 3:05:47 PM |
| Boniface Mazda | John | | 3/18/2016 3:05:47 PM |
| Fisher | Witt | | 3/18/2016 3:05:47 PM |
| Sub South | Jose | | 3/18/2016 3:05:47 PM |
| Bob Steele | Billy | | 3/18/2016 3:05:47 PM |
| Enterprise | Jeff | | 3/18/2016 3:05:47 PM |

19.    These contacts list were created on the iPhone on March 18, 2016, all at around 3:05 pm (EST).

20.    There are over 200 contacts that were created at that exact same time, including the above example.

21.    This mass contact creation would indicate Mr. Albert used an automated process to import the contacts onto his phone. This could have been done through cellular provider (AT&T, T-Mobile, Verizon, etc.) copying contacts from his old phone to his new phone, or by importing contacts that Mr. Albert had saved using another program.

22.    I was also asked to investigate if Mr. Albert has an potentially relevant ESI stored in a remote cloud server such as Apple iCloud, or a Google account.

23.    I have conclude that Mr. Albert does have potentially relevant ESI that is contained on an iCloud and a Google cloud-based account.

24 .    On March 18, 2016, Mr. Albert connected his iPhone to the Apple iCloud account he named theeleatherman@icloud.com.  See screen shot below:



> **ARTIFACT INFORMATION**
>
> User Name  **theeleatherman@icloud.com**
>
> Account ID  **459777B4-CABF-4770-A5A0-C59B624239B0**
>
> Account Added Date/Time  **3/18/2016 7:08:58 PM**

25.    The settings on the iPhone appear to show his phone(s) are set to automatically back up  their data to the iCloud. The iCloud allows users to back up a variety of types of data, including phone backups, photos, contacts, text messages, and files.

26.    To access the iCloud back up for all years where data was backed up to determine if any of the back up contain Relevant ESI data, I need Mr. Albert's username and password, along with any second factor security used on the account.

27.    Apple will not produce data from an iCloud account absent a court order.

28.    In my experience, Apple will generally not comply with a subpoena for data contained within the iCloud. Instead, they will say the user has equal access to the data, and the user can simply download their own data.

29.    If I were provided with Mr. Albert's iCloud username, password, and second factor authentication, I would be able to download the data within his account and produce relevant ESI data.

30.    Mr. Albert also has a Google account that contains his Gmail account named theeleatherman@gmail.com.

31.    Mr. Albert connected his iPhone to a Google account called theeleatherman@gmail.com on March 17, 2016, at 9:05:06 AM (EST).   See below screen shot of the event log:

> **ARTIFACT INFORMATION**
>
> User Name  **theeleatherman@gmail.com**
>
> Account ID  **36AB1219-F216-4ACF-90A5-9F2EAFB48E57**
>
> Account Added Date/Time  **3/17/2016 9:05:06 AM**



32.    Like the iCloud account, in order to download the data from the Google account, we would need Mr. Albert's username, password, and second factor authentication. We would then be able to download the contents of his account and seach for any relevant ESI data.

33.    Google accounts can contain emails (GMail), documents (i.e., Google Docs and Sheets), contacts, location history, search history, calendar entries, photos, tasks, and more. Other disclosures in this matter have established that defendants use Google products to track orders and customers. Based on the data contained within this computer and related iPhone, it is more likely than not that there is relevant ESI contained in the Google account of theeleatherman@gmail.com.

34.    I was asked to also determine if Mr. Albert used during the relevant time frame a Gmail account named theeleatherman@gmail.com and to produce any emails from that account.

35.    Mr. Albert did use the GMail account theeleatherman@gmail.com during the relevant time frame, as evidenced by numerous emails on Mr. Albert's computer that are from "Ross Albert <theleatherman@gmail.com>" to  Ross Albert's katzkin.com address. These emails contain a signature line of "Sent from my iPad."

36.    This email indicates that Mr. Albert had an iPad that was connected to his theleatherman@gmail.com account and was using it to email himself.

37.    However all of the emails that were sent from theleatherman@gmail.com to other email addresses during the relevant time frame, are not on this laptop.  To potentially recover those emails, I need the username and password to Mr. Albert's Google account.

38.    I was asked if any text messages were sent from Albert's iPhone 6 during the time frame of January 15, 2015 to January 1, 2017,  and if so if those can be recovered.

39.    I reviewed phone records from AT&T and concluded that SMS text messages were sent from Albert's 2016 iPhone 6 commencing on March 18, 2016 and continuing past January 1, 2017. ( See Exhibit "A") attached hereto.

40.    Those phone records show that text messages were sent to numerous phone numbers that  I am informed are at issue including  to an individual identified as "Edel" at W. Col Kia, sent on 3/19/16,  to Dave Sheffler on 3/19/16, to John Held



on 3/19/16, to Cynthia Cantu on 3/20/16,  and to Audrey at Claremont Ford on 3/21/16. ( See highlighted lines in Exhibit "A").

41.    The total number of SMS messages during the  subject date ranges on the AT&T SMS bills was 9953. An estimated 1/3rd of these were to and from telephone numbers, with the balance likely being generated by AT&T to the device.

42.    It is impossible to recover these text messages without having one or both of the iPhone 6 and iPhone 8. I would also need to access the Google and iCloud back up accounts as the text messages may have been backed up.

I do hereby swear under the laws of the United States of America that the above facts are true and accurate, and that this was executed on October 13, 2020 in Tucson, AZ.


Brian M. Chase, Esq.
Director, Digital Forensics

# EXHIBIT A

# EXHIBIT A

| Item | Date | Time | Originating Number | Terminating Number | Location |
|------|------|------|--------------------|--------------------|----------|
| 1 | 03/14/16 | 22:06:08 | 14077480132 | 94183566 | [180033545:703256:-80.69117:28.35883:120:-1.0] |
| 2 | 03/14/16 | 22:06:09 | | 14077480132 | [180033545:703256:-80.69117:28.35883:120:-1.0] |
| 3 | 03/14/16 | 22:06:22 | 02 | 14077480132 | [180033545:703256:-80.69117:28.35883:120:-1.0] |
| 4 | 03/14/16 | 22:06:23 | 11113271912 | 14077480132 | [180033545:703256:-80.69117:28.35883:120:-1.0] |
| 5 | 03/14/16 | 22:06:24 | 11113271912 | 14077480132 | [180033545:703256:-80.69117:28.35883:120:-1.0] |
| 6 | 03/14/16 | 22:06:35 | 14077480132 | 1111340002 | |
| 7 | 03/14/16 | 22:06:56 | 11113271912 | 14077480132 | [180033545:703256:-80.69117:28.35883:120:-1.0] |
| 8 | 03/14/16 | 22:06:58 | 11113271912 | 14077480132 | [180033545:703256:-80.69117:28.35883:120:-1.0] |
| 9 | 03/14/16 | 22:06:59 | 11113271912 | 14077480132 | [180033545:703256:-80.69117:28.35883:120:-1.0] |
| 10 | 03/14/16 | 22:07:01 | 11113271912 | 14077480132 | [180033545:703256:-80.69117:28.35883:120:-1.0] |
| 11 | 03/14/16 | 22:07:02 | 11113271912 | 14077480132 | [180033545:703256:-80.69117:28.35883:120:-1.0] |
| 12 | 03/14/16 | 22:07:23 | 11113271912 | 14077480132 | [180033538:703256:-80.69117:28.35883:120:-1.0] |
| 13 | 03/14/16 | 22:07:24 | 11113271912 | 14077480132 | [180033538:703256:-80.69117:28.35883:120:-1.0] |
| 14 | 03/15/16 | 15:07:14 | 35440 | 14077480132 | |
| 15 | 03/17/16 | 14:02:40 | 35440 | 14077480132 | |
| 16 | 03/17/16 | 18:37:28 | 14077480132 | 35440 | |
| 17 | 03/17/16 | 18:37:33 | 35440 | 14077480132 | |

| | | | | |
|---|---|---|---|---|
| 18 | 03/18/16 21:55:29 | 14077480132 | | |
| 19 | 03/18/16 21:55:29 | 14077480132 | | |
| 20 | 03/18/16 21:58:40 | 14077480132 | 14076946133 | |
| 21 | 03/18/16 21:58:40 | 14077480132 | 14076946133 | |
| 22 | 03/18/16 22:09:47 | 14077480132 | 14076946133 | |
| 23 | 03/18/16 22:09:47 | 14077480132 | 14076946133 | |
| 24 | 03/18/16 22:13:23 | 14076946133 | 14077480132 | |
| 25 | 03/18/16 22:13:23 | 14076946133 | 14077480132 | |
| 26 | 03/18/16 23:03:31 | 14077480132 | 14076946133 | |
| 27 | 03/18/16 23:03:31 | 14077480132 | 14076946133 | |
| 28 | 03/18/16 23:08:00 | 14076946133 | 14077480132 | |
| 29 | 03/18/16 23:08:00 | 14076946133 | 14077480132 | |
| 30 | 03/18/16 23:21:45 | 14077480132 | 14076946133 | |
| 31 | 03/18/16 23:21:45 | 14077480132 | 14076946133 | |
| 32 | 03/19/16  0:21:33 | | 14077480132 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 33 | 03/19/16  0:21:57 | | 14077480132 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 34 | 03/19/16  0:23:53 | | 14077480132 | [179575305:701466:-81.55764:28.53229:120:-1.0] |

| #  | Date     | Time    |             |             |             | Coordinates |
|----|----------|---------|-------------|-------------|-------------|-------------|
| 35 | 03/19/16 | 0:23:54 |             |             | 14077480132 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 36 | 03/19/16 | 0:23:55 |             |             | 14077480132 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 37 | 03/19/16 | 0:24:43 |             |             | 14077480132 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 38 | 03/19/16 | 0:24:44 |             |             | 14077480132 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 39 | 03/19/16 | 0:24:45 |             |             | 14077480132 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 40 | 03/19/16 | 0:25:35 |             |             | 14077480132 | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 41 | 03/19/16 | 0:25:36 |             | 14077480132 |             | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 42 | 03/19/16 | 0:25:37 |             | 14077480132 |             |             |
| 43 | 03/19/16 | 12:48:57 | 14076946133 | 14077480132 |             |             |
| 44 | 03/19/16 | 12:48:57 | 14076946133 | 14077480132 |             |             |
| 45 | 03/19/16 | 12:49:04 | 14076946133 | 14077480132 |             |             |
| 46 | 03/19/16 | 12:49:04 | 14076946133 | 14077480132 |             |             |
| 47 | 03/19/16 | 14:57:55 | 14077480132 | 14074092282 W. Col Kia Edel |             |             |
| 48 | 03/19/16 | 14:57:58 | 14077480132 | 14074092282 W. Col Kia Edel |             |             |
| 49 | 03/19/16 | 15:02:59 | 14047977920 | 14077480132 sheffler |             |             |
| 50 | 03/19/16 | 16:29:30 | 13525616322 | 14077480132 |             |             |
| 51 | 03/19/16 | 16:29:30 | 13525616322 | 14077480132 |             |             |

| | | | | | |
|---|---|---|---|---|---|
| 52 | 03/19/16 | 16:38:46 | 13525616322 | 14077480132 | |
| 53 | 03/19/16 | 16:38:46 | 13525616322 | 14077480132 | |
| 54 | 03/19/16 | 16:46:21 | 14077480132 | 13524287524 | Held |
| 55 | 03/19/16 | 17:58:03 | 14077480132 | 13524287524 | Held |
| 56 | 03/19/16 | 17:58:04 | 14077480132 | 13524287524 | Held |
| 57 | 03/19/16 | 21:02:32 | 14077480132 | 13524287524 | Held |
| 58 | 03/20/16 | 14:29:30 | 14077480132 | 15127445523 | Cynthia Cantu |
| 59 | 03/20/16 | 17:01:42 | 14077480132 | 14047977920 | Sheffler |
| 60 | 03/20/16 | 17:50:30 | 15127445523 | 14077480132 | Cynthis Cantu |
| 61 | 03/20/16 | 17:52:08 | 14077480132 | 15127445523 | Cynthia Cantu |
| 62 | 03/20/16 | 17:56:57 | 15127445523 | 14077480132 | Cynthia Cantu |
| 63 | 03/20/16 | 17:57:38 | 15127445523 | 14077480132 | Cynthia Cantu |
| 64 | 03/20/16 | 18:01:24 | 14077480132 | 15127445523 | Cynthia Cantu |
| 65 | 03/20/16 | 18:02:20 | 14077480132 | 15127445523 | Cynthia Cantu |
| 66 | 03/21/16 | 1:54:20 | 14074315909 | 14077480132 | [179486474:701119:-81.59389:28.55861:240:-1.0] |
| 67 | 03/21/16 | 12:34:42 | 02 | 14077480132 | [179486474:701119:-81.59389:28.55861:240:-1.0] |
| 68 | 03/21/16 | 12:34:43 | 02 | 14077480132 | [181593111:709348:-81.71889:28.54694:120:-1.0] |

| 69 | 03/21/16 | 12:42:06 | 02 | 14077480132 | [179519512:701248:-81.71889:28.54694:240:-1.0] |
| 70 | 03/21/16 | 12:53:01 | | 14077480132 | [179519512:701248:-81.71889:28.54694:240:-1.0] |
| 71 | 03/21/16 | 12:53:27 | | 14077480132 | [179519512:701248:-81.71889:28.54694:240:-1.0] |
| 72 | 03/21/16 | 12:54:21 | | 14077480132 | [179519512:701248:-81.71889:28.54694:240:-1.0] |
| 73 | 03/21/16 | 12:57:15 | | 14077480132 | [179519512:701248:-81.71889:28.54694:240:-1.0] |
| 74 | 03/21/16 | 12:57:16 | | 14077480132 | [179519512:701248:-81.71889:28.54694:240:-1.0] |
| 75 | 03/21/16 | 12:57:16 | 02 | 14077480132 | [179464465:701033:-81.46111:28.64389:300:-1.0] |
| 76 | 03/21/16 | 15:14:57 | 02 | 14077480132 | [179464465:701033:-81.46111:28.64389:300:-1.0] |
| 77 | 03/21/16 | 15:14:58 | 02 | 14077480132 | [179473424:701068:-81.51278:28.67556:120:-1.0] |
| 78 | 03/21/16 | 15:25:35 | | 14077480132 | [179473424:701068:-81.51278:28.67556:120:-1.0] |
| 79 | 03/21/16 | 15:25:36 | 02 | 14077480132 | |
| 80 | 03/21/16 | 15:51:51 | 19542895569 | 14077480132 | [181545993:709164:-81.32981:28.58292:120:-1.0] |
| 81 | 03/21/16 | 16:29:36 | 02 | 14077480132 | [181545993:709164:-81.32981:28.58292:120:-1.0] |
| 82 | 03/21/16 | 16:29:37 | 02 | 14077480132 | [181545993:709164:-81.32981:28.58292:120:-1.0] |
| 83 | 03/21/16 | 16:33:56 | 02 | 14077480132 | [181545993:709164:-81.32981:28.58292:120:-1.0] |
| 84 | 03/21/16 | 16:33:57 | 02 | 14077480132 | [181545993:709164:-81.32981:28.58292:120:-1.0] |
| 85 | 03/21/16 | 16:49:46 | 02 | 14077480132 | |

| 86 | 03/21/16 | 16:56:23 | 14013388671 | 14077480132 | |
| | | | | | Audry Claremont Ford |
| 87 | 03/21/16 | 16:56:23 | 14013388671 | 14077480132 | |
| | | | | | Audry Claremont Ford |
| 88 | 03/21/16 | 16:59:15 | 14077480132 | 14013388671 | |
| | | | | | Audry Claremont Ford |
| 89 | 03/21/16 | 16:59:15 | 14077480132 | 14013388671 | |
| | | | | | Audry Claremont Ford |
| 90 | 03/21/16 | 16:59:30 | 14013388671 | 14077480132 | |
| | | | | | Audry Claremont Ford |
| 91 | 03/21/16 | 16:59:31 | 14013388671 | 14077480132 | |
| | | | | | Audry Claremont Ford |
| 92 | 03/21/16 | 17:40:56 | 14077480132 | 14013388671 | |
| | | | | | Audry Claremont Ford |
| 93 | 03/21/16 | 17:41:06 | 14077480132 | 14013388671 | |
| | | | | | Audry Claremont Ford |
| 94 | 03/21/16 | 17:41:06 | 14077480132 | 14013388671 | |
| | | | | | Audry Claremont Ford |
| 95 | 03/21/16 | 17:41:09 | 14077480132 | 14013388671 | |
| | | | | | Audry Claremont Ford |
| 96 | 03/21/16 | 17:41:09 | 14077480132 | 14013388671 | |
| | | | | | Audry Claremont Ford |
| 97 | 03/21/16 | 17:41:09 | 14077480132 | 14013388671 | |
| | | | | | Audry Claremont Ford |
| 98 | 03/21/16 | 17:41:37 | 14013388671 | 14077480132 | |
| | | | | | Audry Claremont Ford |
| 99 | 03/21/16 | 17:41:37 | 14013388671 | 14077480132 | |
| | | | | | Audry Claremont Ford |
| 100 | 03/21/16 | 17:44:05 | 14077480132 | 14013388671 | |
| | | | | | Audry Claremont Ford |
| 101 | 03/21/16 | 17:44:15 | 14077480132 | 14013388671 | |
| | | | | | Audry Claremont Ford |
| 102 | 03/21/16 | 17:44:15 | 14077480132 | 14013388671 | |
| | | | | | Audry Claremont Ford |

| 103 | 03/21/16 | 17:44:18 | 14077480132 | 14013388671 | |
| | | | | | Audry Claremont Ford |
| 104 | 03/21/16 | 17:44:18 | 14077480132 | 14013388671 | |
| | | | | | Audry Claremont Ford |
| 105 | 03/21/16 | 17:44:18 | 14077480132 | 14013388671 | |
| | | | | | Audry Claremont Ford |
| 106 | 03/21/16 | 17:44:43 | 14013388671 | 14077480132 | |
| | | | | | Audry Claremont Ford |
| 107 | 03/21/16 | 17:44:44 | 14013388671 | 14077480132 | |
| | | | | | Audry Claremont Ford |
| 108 | 03/21/16 | 17:44:49 | 14013388671 | 14077480132 | |
| | | | | | Audry Claremont Ford |
| 109 | 03/21/16 | 17:44:49 | 14013388671 | 14077480132 | |
| | | | | | Audry Claremont Ford |
| 110 | 03/21/16 | 17:52:46 | 14013388671 | 14077480132 | |
| | | | | | Audry Claremont Ford |
| 111 | 03/21/16 | 17:52:47 | 14013388671 | 14077480132 | |
| | | | | | Audry Claremont Ford |
| 112 | 03/21/16 | 17:54:57 | 14013388671 | 14077480132 | |
| | | | | | Audry Claremont Ford |
| 113 | 03/21/16 | 17:54:58 | 14013388671 | 14077480132 | [179472138:701063:-81.30756:28.47828:240:-1.0] |
| 114 | 03/21/16 | 18:10:38 | 02 | 14077480132 | [179472138:701063:-81.30756:28.47828:240:-1.0] |
| 115 | 03/21/16 | 18:10:39 | 02 | 14077480132 | [179472138:701063:-81.30756:28.47828:240:-1.0] |
| 116 | 03/21/16 | 18:11:26 | | 14077480132 | [179472138:701063:-81.30756:28.47828:240:-1.0] |
| 117 | 03/21/16 | 18:11:27 | 02 | 14077480132 | [179472138:701063:-81.30756:28.47828:240:-1.0] |
| 118 | 03/21/16 | 18:11:45 | | 14077480132 | [179472138:701063:-81.30756:28.47828:240:-1.0] |
| 119 | 03/21/16 | 18:32:08 | 02 | 14077480132 | [179472138:701063:-81.30756:28.47828:240:-1.0] |

| | | | | |
|---|---|---|---|---|
| 120 | 03/21/16 | 18:32:09 02 | 14077480132 | [179472138:701063:-81.30756:28.47828:240:-1.0] |
| 121 | 03/21/16 | 18:32:21 | 14077480132 | [179472138:701063:-81.30756:28.47828:240:-1.0] |
| 122 | 03/21/16 | 18:32:22 02 | 14077480132 | [179478793:701089:-81.47111:28.55139:120:-1.0] |
| 123 | 03/21/16 | 22:25:08 02 | 14077480132 | [179478793:701089:-81.47111:28.55139:120:-1.0] |
| 124 | 03/21/16 | 22:25:09 02 | 14077480132 | [179478793:701089:-81.47111:28.55139:120:-1.0] |
| 125 | 03/21/16 | 22:25:31 | 14077480132 | [179478793:701089:-81.47111:28.55139:120:-1.0] |
| 126 | 03/21/16 | 22:25:31 02 | 14077480132 | [179478793:701089:-81.47111:28.55139:120:-1.0] |
| 127 | 03/21/16 | 22:25:43 | 14077480132 | |
| 128 | 03/21/16 | 23:04:58 14077480132 | 14047977920 | |
| | | | Sheffler | |
| 129 | 03/21/16 | 23:30:18 13053386199 | 14077480132 | |
| 130 | 03/21/16 | 23:30:18 13053386199 | 14077480132 | |
| 131 | 03/22/16 | 0:54:27 14047977920 | 14077480132 | |
| | | | Sheffler | |
| 132 | 03/22/16 | 0:57:44 14077480132 | 14047977920 | |
| | | | sheffler | |

# EXHIBIT 11

# EXHIBIT 11

**From:** Kathryn Greer <kathryn@mahaffeylaw.com>
**Sent:** Tuesday, September 15, 2020 6:57 PM
**To:** Wilson, Courtney B. <CWilson@littler.com>; Doug Mahaffey <Dougm@mahaffeylaw.com>; Shaughnessy, Kevin W. <kshaughnessy@bakerlaw.com>
**Cc:** Don Howarth (DHowarth@howarth-smith.com) <DHowarth@howarth-smith.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>; Stephen Rapaport <stephen@mahaffeylaw.com>; Quimby, P. Alex <aquimby@bakerlaw.com>
**Subject:** Re: Order for production of Albert devices #366

Mr. Wilson,

Only Kevin Foster can be present at the imaging.  Even if a second person were possible with social distancing restrictions, we would never agree to Peter Kim, Ross Albert, Ron Leslie, Dave Sheffler or any other Katzkin employee intimately involved with the facts of this case to be present.  Mr. Foster is certainly capable of providing access to the device.  I'm not sure what you mean by "custodian" is Mr. Kim the custodian of the laptop or of the records?  Regardless, Mr. Kim can present the laptop to Archer Hall with Mr. Foster who may maintain custody.

We've already negotiated and agreed to an NDA for experts, Exhibit A to our confidentiality agreement, and the NDA you provided is duplicative. However, in the spirit of cooperation we will agree to have Archer Hall sign the NDA you provided with the small modification, attached here in redline.

We expect for the imaging to proceed tomorrow, as required by the Court Order, at Archer Hall.

Thank you.



**Kathryn Greer, ESQ**

**Mahaffey Law Group, PC**

**20162 SW Birch St, Ste 300**

**Newport Beach, CA 92660**

**(949)-833-1400**

**fax: 949-263-8736**

 Please consider the environment before printing this e-mail. Thank you.

**NOTICE: MAHAFFEY LAW GROUP E-MAIL CONFIDENTIALITY NOTICE**

This email and any files transmitted with it are confidential (and may also be privileged or otherwise protected by work product immunity or other legal rules) and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error you should not disseminate, distribute or copy this email and you are requested to delete it and immediately notify the sender. Email transmissions cannot be warranted to be secure or error-free as information could be intercepted, misdirected, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore cannot guarantee the integrity or security of this message.  If you have received this communication in error, please immediately notify us by return e-mail or by e-mail to dougm@mahaffeylaw.com and destroy this communication and all copies thereof, including all attachments.

---

**From:** Wilson, Courtney B. <CWilson@littler.com>
**Sent:** Tuesday, September 15, 2020 1:03 PM
**To:** Kathryn Greer <kathryn@mahaffeylaw.com>; Doug Mahaffey <Dougm@mahaffeylaw.com>; Shaughnessy, Kevin W. <kshaughnessy@bakerlaw.com>
**Cc:** Don Howarth (DHowarth@howarth-smith.com) <DHowarth@howarth-smith.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>; Stephen Rapaport <stephen@mahaffeylaw.com>; Quimby, P. Alex <aquimby@bakerlaw.com>
**Subject:** RE: Order for production of Albert devices #366

Ms. Greer,

We really need to have the custodian and the IT consultant present.  And this is, at least in part, to assure they can provide your consultants with access to the data on the device at the time of production.  This will eliminate any need to exchange or disclose any passwords, keys or the like.  They will both have masks and should be able to socially distance from your consultant in almost any sized room.  Peter Kim from Katzkin and Kevin Foster from AllSafeIT will attend.

A copy of our Privilege Log is attached.

I will forward the NDA separately as we are very short on time and wanted to see if we can resolve these other last two items.

**Courtney B. Wilson**
Shareholder
305.400.7565 direct, 305.489.6375 fax
CWilson@Littler.com



**Fueled by ingenuity. Inspired by you.**

Labor & Employment Law Solutions | Local Everywhere
Wells Fargo Center, 333 SE 2nd Avenue, Suite 2700, Miami, FL 33131

**From:** Kathryn Greer <kathryn@mahaffeylaw.com>
**Sent:** Tuesday, September 15, 2020 1:55 PM
**To:** Wilson, Courtney B. <CWilson@littler.com>; Doug Mahaffey <Dougm@mahaffeylaw.com>; Shaughnessy, Kevin W. <kshaughnessy@bakerlaw.com>
**Cc:** Don Howarth (DHowarth@howarth-smith.com) <DHowarth@howarth-smith.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>; Stephen Rapaport <stephen@mahaffeylaw.com>; Quimby, P. Alex <aquimby@bakerlaw.com>; Alter, Lindsay <LAlter@littler.com>; Tapia, Barbie <BTapia@littler.com>; Gilbride, James F. <JGilbride@littler.com>
**Subject:** Re: Order for production of Albert devices #366

Hello Mr. Wilson,

Thank you for your response.  We are confirmed for 10:00 am PST, tomorrow Wednesday September 16 for imaging at Archer Hall 633 West Fifth Street, Suite 2600 Los Angeles, CA 90071.   The examiner will need the password for the Lenovo device and the BitLocker recovery key.   Due to COVID restrictions only one Katzkin representative can be present during imaging.  If you have a Katzkin representative delivering the device and then an IT professional that will sit in on the imaging process that should be fine, however, due to social distancing requirements only one person, presumably your IT professional, will be allowed to observe the actual imagining with the Archer Hall technician which will take several hours.  We agree no counsel or other individuals will be present.

I need the name of the IT professional or Katzkin representative that will sit in on the imaging and that person will need to bring identification tomorrow.  Face masks covering the nose and mouth will be required at all times.

Please send me a copy of the NDA and we will forward to the examiner.

Regarding the potentially privileged and protected information, please forward the privilege log and I will review your proposal with Doug and Kevin and get back to you today.

Thank you.

Kathryn



**Kathryn Greer, ESQ**

**Mahaffey Law Group, PC**

**20162 SW Birch St, Ste 300**

**Newport Beach, CA 92660**

**(949)-833-1400**

**fax: 949-263-8736**

 Please consider the environment before printing this e-mail. Thank you.

**NOTICE: MAHAFFEY LAW GROUP E-MAIL CONFIDENTIALITY NOTICE**

**This email and any files transmitted with it are confidential (and may also be privileged or otherwise protected by work product immunity or other legal rules) and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error you should not disseminate, distribute or copy this email and you are requested to delete it and immediately notify the sender. Email transmissions cannot be warranted to be secure or error-free as information could be intercepted, misdirected, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore cannot guarantee the integrity or security of this message.  If you have received this communication in error, please immediately notify us by return e-mail or by e-mail to dougm@mahaffeylaw.com and destroy this communication and all copies thereof, including all attachments.**

---

**From:** Wilson, Courtney B. <CWilson@littler.com>
**Sent:** Monday, September 14, 2020 3:52 PM
**To:** Kathryn Greer <kathryn@mahaffeylaw.com>; Doug Mahaffey <Dougm@mahaffeylaw.com>; Shaughnessy, Kevin W. <kshaughnessy@bakerlaw.com>
**Cc:** Don Howarth (DHowarth@howarth-smith.com) <DHowarth@howarth-smith.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>; Stephen Rapaport <stephen@mahaffeylaw.com>; Quimby, P. Alex <aquimby@bakerlaw.com>; Alter, Lindsay <LAlter@littler.com>; Tapia, Barbie <BTapia@littler.com>; Gilbride, James F. <JGilbride@littler.com>
**Subject:** RE: Order for production of Albert devices #366

Good afternoon Ms. Greer,

Thank you for your thoughtful response and proposals.

Regarding the timing, we have arranged to move the production up to **10:00 A.M. PDT** so that the imaging may be completed on Wednesday.  Please confirm this is agreeable.

We will further agree to produce the device at the Archer Hall lab in Los Angeles as you propose, so long as the production is attended only by the representatives of Archer Hall you have designated.  On our behalf, a representative of Katzkin will produce the laptop accompanied by an IT consultant to assist as necessary and monitor the process.  Counsel for the parties will <u>not</u> attend but may be consulted as necessary.

The laptop is a Lenovo Yoga 2.13.  We expect it can be easily imaged in a few hours but agree to start earlier as you proposed to avoid any difficulties.

The Katzkin representative will be able to provide your consultants with access to the data on the device at the time of production.

As I have stated previously, Mr. Albert has no other devices that he used during the applicable time frame.

Pursuant to the parties' Confidentiality Agreement & Protective Order and Judge Kelly's Standing Order Regarding Confidential Information, **the Consultants must execute a Nondisclosure Agreement prior to imaging the laptop** because we have necessarily designated the hard drive as containing Highly Confidential/Attorney's Eyes Only information.  As previously offered, we will re-designate individual documents if and as they are provided to us for that purpose.

Finally, you have not responded to our proposal for handling attorney-client privileged communications that may be included on the laptop's hard drive.  However, because we have previously searched the same laptop for documents within the same time frame, we can be reasonably confident that the documents to be identified (and there are only about 20) on our privilege log should be the only privileged documents on the image within the permitted search time frame.  Therefore, we can resolve this issue if you will agree that the Examiner will promptly search for, sequester, and not use or disclose the documents on our privilege log and any copies of them, unless and until our claim of privilege is challenged and that challenge resolved by the Court (or by agreement).  Please confirm this is agreeable.  If not, there are very strict protocols dictating our 'meet and confer' requirements under Judge Kelly's Standing Order Regarding Privileged And Protected Information.

I look forward to hearing from you.

**Courtney B. Wilson**
Shareholder
305.400.7565 direct, 305.489.6375 fax
CWilson@Littler.com

| Littler |
| --- |
| Littler |

Labor & Employment Law Solutions | Local Everywhere
Wells Fargo Center, 333 SE 2nd Avenue, Suite 2700, Miami, FL 33131

**From:** Kathryn Greer <kathryn@mahaffeylaw.com>
**Sent:** Monday, September 14, 2020 2:30 PM
**To:** Wilson, Courtney B. <CWilson@littler.com>; Doug Mahaffey <Dougm@mahaffeylaw.com>; Shaughnessy, Kevin W. <kshaughnessy@bakerlaw.com>
**Cc:** Don Howarth (DHowarth@howarth-smith.com) <DHowarth@howarth-smith.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>; Stephen Rapaport <stephen@mahaffeylaw.com>; Quimby, P. Alex <aquimby@bakerlaw.com>; Alter, Lindsay <LAlter@littler.com>; Tapia, Barbie <BTapia@littler.com>; Gilbride, James F. <JGilbride@littler.com>
**Subject:** Re: Order for production of Albert devices #366


Hello Mr. Wilson,
- We agree to the production date of Wednesday September 16 at 2 pm.
- The location for imaging is controlled by the Rule 34 requests, which designates Mahaffey Law Group in Newport Beach.  We have retained Archer Hall to perform the imaging of Mr. Albert's devices.  I've attached the CV of both their director Brian Chase as well as their technician Brady Morgan who will perform the imaging.  It is significantly less expensive to have the imaging performed at Archer Hall's Los Angeles lab rather than offsite, therefore we propose as a compromise that Mr. Albert deliver his devices to Archer Hall at the address below:

  > 633 West Fifth Street, Suite 2600
  > Los Angeles, CA 90071

- Timing, we have inquired and been informed that it is impossible to know how long the imagining will take without more information about the device.  We will need the make/model/year of the devices.  Your proposed time of 2pm makes it unlikely that the imagining would be completed the same day.  We will work with you on an earlier time frame Wednesday to have the imagining completed earlier if that is what Mr. Albert prefers.
- Mr. Albert's passwords are required to access data on the device and there is no reason to withhold the passwords. If he has security concerns because he uses the same password for personal accounts, he can simply change the password before turning over the device and provide the new password.
- The Court's Order granted our request for any devices Mr. Albert "used" during the subject timeframe (January 1, 2015 through January 1, 2018).  Accordingly, Mr. Albert's ipad that he purchased prior to January 2018, his iphone purchased on March 18, 2016, his current telephone, his Nokia phone or any flip phone or other laptop that he used during the subject time frame must be produced.  I understand that Mr. Albert testified that he lost several cell phones and lap tops after receiving a notice to preserve evidence, however if any of those devices have been retrieved or discovered since the deposition they must be produced for imaging.
- We have already provided Archer Hall with the documents you proposed:
  - a) Judge Kelly's Order (#366) and specifically the limitation to the time period ending

January 1, 2018 for any searches of the image;
- b) the parties' Confidentiality Agreement & Protective Order;
- c) Judge Kelly's Standing Order
- Finally, thank you for producing the "all business related non-privileged records" from Mr. Albert's laptop.  Are you producing a privilege log or were there no privileged documents located on the laptop?

Logistically, I think the primary issue we need to agree on is the location for the imaging.   I'll let you look into Archer Hall, www.archerhall.com, they are a well-known and respected digital forensic and E-discovery firm in Los Angeles and are regularly used by national firms.

Best,

Kathryn

**Kathryn Greer, ESQ**

**Mahaffey Law Group, PC**

**20162 SW Birch St, Ste 300**

**Newport Beach, CA 92660**

**(949)-833-1400**

**fax: 949-263-8736**

 Please consider the environment before printing this e-mail. Thank you.

NOTICE: MAHAFFEY LAW GROUP E-MAIL CONFIDENTIALITY NOTICE

This email and any files transmitted with it are confidential (and may also be privileged or otherwise protected by work product immunity or other legal rules) and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error you should not disseminate, distribute or copy this email and you are requested to delete it and immediately notify the sender. Email transmissions cannot be warranted to be secure or error-free as information could be intercepted, misdirected, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore cannot guarantee the integrity or security of this message. If you have received this communication in error, please immediately notify us by return e-mail or by e-mail to dougm@mahaffeylaw.com and destroy this communication and all copies thereof, including all attachments.

---

**From:** Wilson, Courtney B. <CWilson@littler.com>
**Sent:** Friday, September 11, 2020 12:00 PM
**To:** Doug Mahaffey <Dougm@mahaffeylaw.com>; Shaughnessy, Kevin W. <kshaughnessy@bakerlaw.com>; Kathryn Greer <kathryn@mahaffeylaw.com>; Quimby, P. Alex <aquimby@bakerlaw.com>
**Cc:** Don Howarth (DHowarth@howarth-smith.com) <DHowarth@howarth-smith.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject:** RE: Order for production of Albert devices #366

Doug,

To be clear, your request for production expressly incorporated references to certain vague protocols which you have now repeatedly refused to identify, discuss or 'meet and confer' to define. And you have failed to offer any reason that any terms of our proposed protocol is unreasonable or inconsistent with your requests and/or the Court's Order.

Nor do I understand what "delay" you are referring to as the production is not due until next Wednesday, September 16, 2020. We proposed three alternative dates a week ago and you still have not selected any of them. Accordingly, we will produce the laptop for imaging on **September 16, 2020 at 2:00** PDT at Katzkin's offices. However, because of the arrangements that need to be made for such production, we need you to confirm that date/time no later than COB Monday September 14, 2020.

Finally, this will also confirm that we have recently produced all business related, non-privileged documents during the pre- 2018 time frame, that reside on Mr. Albert's laptop, as part of our broader production in response to prior requests and the Court's Order concerning those prior requests. So you do not actually need, and will not get, any documents from a search of the laptop that you do not already have in your possession from our recent production.

**Courtney B. Wilson**
Shareholder
305.400.7565 direct, 305.489.6375 fax
CWilson@Littler.com

| Littler |
| Littler |

Labor & Employment Law Solutions | Local Everywhere
Wells Fargo Center, 333 SE 2nd Avenue, Suite 2700, Miami, FL 33131

**From:** Doug Mahaffey <Dougm@mahaffeylaw.com>

**Sent:** Wednesday, September 9, 2020 9:51 AM
**To:** Wilson, Courtney B. <CWilson@littler.com>; Shaughnessy, Kevin W.
<kshaughnessy@bakerlaw.com>; Kathryn Greer <kathryn@mahaffeylaw.com>; Quimby, P. Alex
<aquimby@bakerlaw.com>
**Cc:** Don Howarth (DHowarth@howarth-smith.com) <DHowarth@howarth-smith.com>; Tomas Glaspy
<TGlaspy@howarth-smith.com>
**Subject:** RE: Order for production of Albert devices #366

**[EXTERNAL E-MAIL]**

Courtney,

The Court orders are both being violated by your clients refusal to comply. Further delays are causing
severe prejudice to the Plaintiffs. I have no authority to delay by more meet and confers or engage a
facilitator.  We will be preparing and filing a motion for expedited ruling compelling your client to
forthwith cooperate in the forensic examination, including providing all passwords to the locations of
ESI that exist.

We ask again for Mr. Albert to fully comply with the Court's orders.



**Douglas L. Mahaffey, Esq,**
20162 SW Birch Street, Ste 300
Newport Beach, CA  92660
Work 949-833-1400
Cell 949-463-7994
dougm@mahaffeylaw.com

🌲 Please consider the environment before printing this e-mail. Thank you.
**NOTICE: MAHAFFEY LAW GROUP E-MAIL CONFIDENTIALITY NOTICE**
**This email and any files transmitted with it are confidential (and may also be privileged or
otherwise protected by work product immunity or other legal rules) and intended solely for the
use of the individual or entity to whom they are addressed. If you have received this email in
error you should not disseminate, distribute or copy this email and you are requested to delete it
and immediately notify the sender. Email transmissions cannot be warranted to be secure or
error-free as information could be intercepted, misdirected, corrupted, lost, destroyed, arrive late
or incomplete, or contain viruses. The sender therefore cannot guarantee the integrity or security
of this message.  If you have received this communication in error, please immediately notify us
by return e-mail or by e-mail to dougm@mahaffeylaw.com and destroy this communication and
all copies thereof, including all attachments.**

**From:** Wilson, Courtney B. <CWilson@littler.com>
**Sent:** Wednesday, September 9, 2020 5:48 AM
**To:** Doug Mahaffey <Dougm@mahaffeylaw.com>; Shaughnessy, Kevin W.
<kshaughnessy@bakerlaw.com>; Kathryn Greer <kathryn@mahaffeylaw.com>; Quimby, P. Alex
<aquimby@bakerlaw.com>
**Cc:** Don Howarth (DHowarth@howarth-smith.com) <DHowarth@howarth-smith.com>; Tomas Glaspy
<TGlaspy@howarth-smith.com>
**Subject:** RE: Order for production of Albert devices #366

Following up as no one responded.

To recap, I responded that I was available almost anytime this week to 'meet and confer' and I
suggested we utilize the Facilitator.

**Courtney B. Wilson**
Shareholder
305.400.7565 direct, 305.489.6375 fax
CWilson@Littler.com

| Littler |
|---------|
| Littler |

Labor & Employment Law Solutions | Local Everywhere
Wells Fargo Center, 333 SE 2nd Avenue, Suite 2700, Miami, FL 33131

**From:** Wilson, Courtney B.
**Sent:** Friday, September 4, 2020 5:50 PM
**To:** 'Doug Mahaffey' <Dougm@mahaffeylaw.com>; Shaughnessy, Kevin W.
<kshaughnessy@bakerlaw.com>; Kathryn Greer <kathryn@mahaffeylaw.com>; Quimby, P. Alex
<aquimby@bakerlaw.com>
**Cc:** Don Howarth (DHowarth@howarth-smith.com) <DHowarth@howarth-smith.com>; Tomas Glaspy
<TGlaspy@howarth-smith.com>
**Subject:** RE: Order for production of Albert devices #366

Doug,

We obviously need to confer and I would suggest we employ the same Facilitator you previously used
with success as she is familiar with the case and some of these similar e-discovery issues.  I am pretty
open any day next week and can reach out for her availability if you, Kevin and Kate can let me know
your availability.

Without inviting further unproductive email exchanges, I can assure you that I have reviewed your two
requests and Magistrate Kelly's Order limiting the time frame of those two requests.  Your request was
for "cell phone(s), laptop(s), tablet(s), and desktops" Mr. Albert used during the specified time frames,
now limited by Judge Kelly's Order to January 1, 2015 through January 1, 2018.  The only such device
Mr. Albert currently possesses that he used during that time frame is his Katzkin issued laptop which
we are prepared to produce.

Neither your two requests, your motion to compel, nor Judge Kelly's Order make any reference to any
*other* devices, passwords, or "Google drives."

**Courtney B. Wilson**
Shareholder

305.400.7565 direct, 305.489.6375 fax
CWilson@Littler.com

| Littler |
|---------|
| Littler |

Labor & Employment Law Solutions | Local Everywhere
Wells Fargo Center, 333 SE 2nd Avenue, Suite 2700, Miami, FL 33131

**From:** Doug Mahaffey <Dougm@mahaffeylaw.com>
**Sent:** Friday, September 4, 2020 1:00 PM
**To:** Wilson, Courtney B. <CWilson@littler.com>; Shaughnessy, Kevin W.
<kshaughnessy@bakerlaw.com>; Kathryn Greer <kathryn@mahaffeylaw.com>; Quimby, P. Alex
<aquimby@bakerlaw.com>
**Cc:** Don Howarth (DHowarth@howarth-smith.com) <DHowarth@howarth-smith.com>; Tomas Glaspy
<TGlaspy@howarth-smith.com>
**Subject:** RE: Order for production of Albert devices #366

**[EXTERNAL E-MAIL]**

Courtney,

These demands are not acceptable. You do not have any Court order that allows for these parameters.
You waived any arguments you had to define these parameters. You are to deliver to our designated
IT personnel Mr. Alberts desktop, cell phone, lap top and tablets, including any older hardrives, jump
drives, any other devices. You must also deliver the passwords to all Google accounts of Mr. Albert.
Your failure to do so will be included as further support for our motion to strike Mr. Albert's answer.

Kindly read the demand that was granted and the order carefully to be sure you comply. The name and
address of the IT specialist is"

Mark Nunes PO BOX 516 Yorba Linda, CA 92885.

Because the devices are in California, Mr. Nunes is who we are using. You must give him the Google
account password today and he is happy to work with your IT specialist who can monitor the Google
Take Out procedure. Be sure Mr. Albert provides all Google accounts he used in the past. His willful
failure to do so will be an additional basis for our sanctions motion.

Should you desire to meet and confer on this, please provide a time for the discussion for both Kevin,
Kate and my calendar.

Your delay is causing further prejudice to Plaintiffs ability to address recent orders.



**Douglas L. Mahaffey, Esq,**
20162 SW Birch Street, Ste 300
Newport Beach, CA  92660
Work 949-833-1400
Cell 949-463-7994
dougm@mahaffeylaw.com

Please consider the environment before printing this e-mail. Thank you.

**NOTICE: MAHAFFEY LAW GROUP E-MAIL CONFIDENTIALITY NOTICE**
**This email and any files transmitted with it are confidential (and may also be privileged or otherwise protected by work product immunity or other legal rules) and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error you should not disseminate, distribute or copy this email and you are requested to delete it and immediately notify the sender. Email transmissions cannot be warranted to be secure or error-free as information could be intercepted, misdirected, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore cannot guarantee the integrity or security of this message.  If you have received this communication in error, please immediately notify us by return e-mail or by e-mail to dougm@mahaffeylaw.com and destroy this communication and all copies thereof, including all attachments.**

**From:** Wilson, Courtney B. <CWilson@littler.com>
**Sent:** Friday, September 4, 2020 9:15 AM
**To:** Doug Mahaffey <Dougm@mahaffeylaw.com>; Shaughnessy, Kevin W. <kshaughnessy@bakerlaw.com>; Kathryn Greer <kathryn@mahaffeylaw.com>; Quimby, P. Alex <aquimby@bakerlaw.com>
**Cc:** Don Howarth (DHowarth@howarth-smith.com) <DHowarth@howarth-smith.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject:** Order for production of Albert devices #366

Doug & Kevin,

Pursuant to Magistrate Judge Kelly's Order (#366), Mr. Albert can make his laptop computer available for imaging, at Katzkin's Los Angeles offices, on **September 14, 15 or 16, 2020**.  Mr. Albert will be

accompanied by an IT consultant to monitor the process, along with a representative of Katzkin. To limit the number of persons for social distancing counsel we propose that counsel will attend, if at all, only by telephone.

Mr. Albert has no other devices responsive to your requests as modified by Judge Kelly's Order.

In preparation for this process, please provide the following:

1.      The name and address of the forensic IT company/person ("Examiner") that will perform the imaging.

2.      Any particular requirements that the examiner will have to conduct the imaging including the expected duration of the imaging process.

3.      Written confirmation from the Examiner that in creating the image and maintaining custody of it, the Examiner has carefully read and agreed to abide by:

> a) Judge Kelly's Order (#366) and specifically the limitation to the time period ending January 1, 2018 for any searches of the image;
>
> b) the parties' Confidentiality Agreement & Protective Order (see below);
>
> c) Judge Kelly's Standing Order referenced in your request [please provide copies]; and
>
> d) the applicable Federal Rules of Civil Procedure referenced in your request [please provide copies].

With respect to privileged communications that may be included in the image, the Examiner will agree to provide us copies of any search results prior to any review or other disclosure to you so that we may identify any search results that contain privileged information.  In that event, we will provide a privilege log and the Examiner must promptly return, sequester, or destroy the specified information and any copies of it, and must not use or disclose the information unless and until the claim of privilege is challenged and that challenge resolved.

With respect to the parties' Confidentiality Agreement & Protective Order, we must designate the image as Highly Confidential/Attorney's Eyes Only as it clearly contains such information and an image of the computer's entire hard drive precludes segregated designations.  However, when the Examiner provides us search results consisting of separate documents, we will specifically re-designate each document in accordance with the Protective Order at the same time we conduct the privilege review.

Please let me know if these terms are acceptable and which date we can reserve for  the imaging process.

**Courtney B. Wilson**

Shareholder
305.400.7565 direct, 305.489.6375 fax
CWilson@Littler.com

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:18-cv-01237-WWB-GJK

CLASSIC SOFT TRIM, INC.,
and ROADWIRE, LLC,

      Plaintiffs,

v.

ROSS ALBERT and
KATZKIN LEATHER, INC.,

      Defendants.

_____/

## ARCHER HALL NONDISCLOSURE AGREEMENT

Our Firm, Archer Hall, has been retained by counsel for the Plaintiffs, Mahaffey Law Group P.C., to create an image of electronic device produced by Defendant, Ross Albert, and thereafter conduct certain searches of that image ~~limited by Court Order to documents existing prior to January 1, 2018.~~

I have been informed that the image has been designated as "Highly Confidential/Attorneys Eyes Only" pursuant to the parties' Confidentiality Agreement & Protective Order and Magistrate Judge Kelly's Standing Order Regarding Confidential Information.  The Mahaffey Firm has provided us with copies of both the Confidentiality Agreement & Protective Order and Judge Kelly's Standing Order Regarding Confidential Information, and we have reviewed those Orders and agreed to comply with their terms in maintaining the confidentiality of the image of the device and the results of any searches on the image.

Accordingly, on behalf of Archer Hall, I hereby agree that we will not disclose any information contained on the image or the results of any search of the image, except to the

Mahaffey Firm and only in accordance with the Confidentiality Agreement & Protective Order

and Magistrate Judge Kelly's Standing Order Regarding Confidential Information.

_____

Print Name


_____          _____

Signature                                                                                          Date


Signed in the presence of:   _____

(Witness)

# EXHIBIT 12

# EXHIBIT 12

**From:** Wilson, Courtney B. <CWilson@littler.com>
**Sent:** Thursday, October 15, 2020 6:43 PM
**To:** Doug Mahaffey <Dougm@mahaffeylaw.com>
**Cc:** Shaughnessy, Kevin W. <kshaughnessy@bakerlaw.com>
**Subject:** Re: Conference on Pre Trial

Doug
I was in a meeting most of the day but I have some time tomorrow afternoon.
However you have cited several emails we exchanged concerning our compliance with the prior orders.  If nothing has changed since then, I would agree that we conferred regarding those issues at that time.
I do not think your "certificate of counsel" accurately reflects what occurred in that meet and confer, but I would not take the position that it did not occur.

　　**Courtney B. Wilson**
　　305.400.7565 direct   CWilson@Littler.com

On Oct 15, 2020, at 12:59 PM, Doug Mahaffey <Dougm@mahaffeylaw.com> wrote:

# [EXTERNAL E-MAIL]

Courtney, this is the 4th email I sent that schedule a meet and confer that you failed to attend. You need to call me  to discuss.  <mark>Four separate emails have  asked for you to produce the missing devices and passwords.</mark>

**From:** Doug Mahaffey
**Sent:** Wednesday, October 14, 2020 3:19 PM
**To:** Don Howarth <DHowarth@howarth-smith.com>; Wilson, Courtney B.
<CWilson@littler.com>
**Cc:** Shaughnessy, Kevin W. <kshaughnessy@bakerlaw.com>
**Subject:** Conference on Pre Trial

I will be able to join at 4:PST.  I will send a zoom invite to this list, and anyone else Don your or
Courtney would like.

We will be requesting  your position on the following in this conference.

1. We are filing today the Motion to Strike Albert's answer for violation of Dkt 350 and Dkt
   366 and for his spoliation of evidence, including but not limited to, his destruction of 3
   cell phones, 1 lap top, three cloud accounts, and thousands of text messages.  We again
   request that he provide us all passwords to his cloud accounts,  iCloud and Google, and
   his iPhone 8 and iPad Pro.
2. We are filing a Rule 59 motion to add back claims against CLP and Katzkin for Ohio law
   violations involving Vogel, and insertion of facts on CLP's control of tortious conduct.  This
   motion is based on ESI produced in the last 90 days that was not available when the
   action was first alleged.
3. We request a 90 day enlargement of all dates, including all Pretrial deadlines so that if
   some of these motions are granted, the witnesses and exhbits will be included as
   appropriate. This includes our requests for a 90 day extension on witness list, list of
   motions is limine, and stipulated facts.  These items will be impacted by the Court's ruling
   on the Albert sanction motion, the rule 59 motion and the Katzkin sanction motion.  The
   deposition of Jones will also impact the requirements of the pre trial documents. If this
   request is not stipulated to, we will file that motion for enlargement.
4. We are filing a motion to strike Katzkin's answer based on the substantial new evidence
   from the CDA image, the lap top data and the phone records which support a substantial
   failure to produce ESI in violation of the court's order.  Alternatively we are requesting the
   Court turn over all devices of Katzkin and passwords to various cloud accounts with an
   enlargement of the discovery cut off dates for Plaintiff to re take multiple Katzkin
   depositions once these ESI items are produced.  This is based in part on phone records
   that reveal numerous text messages and phone calls that we had no knowledge of and
   that were denied by Katzkin's employees.
5.  We are asking the Court to expedite a ruling on our requests that a evidentiary hearing
   occur with albert and our IT expert Brian Chase, and if that is granted and that hearing
   scheduled, then the impact on the Pre trial deadlines will be substantial.

Please be prepared to discuss your position on these topics.

Douglas L. Mahaffey, Esq.
20162 SW Birch Street, Ste 300
Newport Beach, CA  92660
Work 949-833-1400
Facsimile: 949.263.8736
Email:  dougm@mahaffeylaw.com

♻ **Please consider the environment before printing this e-mail. Thank you.**

**NOTICE: MAHAFFEY LAW GROUP E-MAIL CONFIDENTIALITY NOTICE**
**This email and any files transmitted with it are confidential (and may also be privileged or otherwise protected by work product immunity or other legal rules) and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error you should not disseminate, distribute or copy this email and you are requested to delete it and immediately notify the sender. Email transmissions cannot be warranted to be secure or error-free as information could be intercepted, misdirected, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore cannot guarantee the integrity or security of this message.  If you have received this communication in error, please immediately notify us by return e-mail or by e-mail to Stephen@mahaffeylaw.com and destroy this communication and all copies thereof, including all attachments.**

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

# EXHIBIT 13

# EXHIBIT 13

sms  leslie to albert
**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 173 of 184 PageID 16470
(with cell location)

2986012
06/01/2020

AT&T has queried for records from 01/01/2015 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

AT&T

Run Date:       06/02/2020
Run Time:       06:34:04
SMS Usage For:  (404)386-3609

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | Feature | Cell Location |
|---|---|---|---|---|---|---|---|---|---|
| 2745 | 07/13/15 | 21:46:13 | 14043863609 | 14047977920 | 3544110679565706 APPLE IPHONE6 | 310410755704353 | SMSO | | [197488143:771438:-80.8762833:35.4422417::-1.0] |
| 2746 | 07/13/15 | 21:50:07 | 14047977920 | 14043863609 | | 310410755704353 | SMST | | |
| 2747 | 07/13/15 | 21:50:09 | 14047977920 | 14043863609 | 3544110679565706 APPLE IPHONE6 | 310410755704353 | SMST | | [197376785:771003:-80.873253:35.46241:270:-1.0] |
| 2748 | 07/14/15 | 13:25:26 | 17045770823 | 14043863609 | | 310410755704353 | SMST | | |
| 2749 | 07/14/15 | 13:27:50 | 17045770823 | 14043863609 | 3544110679565706 APPLE IPHONE6 | 310410755704353 | SMST | | [208975376:816310:-74.8444722:40.3942222:120:-1.0] |
| 2750 | 07/14/15 | 13:45:13 | 14043863609 | 17045770823 | 3544110679565706 APPLE IPHONE6 | 310410755704353 | SMSO | | [208327439:813779:-74.1658888:40.6805555:50:-1.0] |
| 2751 | 07/14/15 | 13:47:48 | 14074668294 | 14043863609 | | 310410755704353 | SMST | | |
| 2752 | 07/14/15 | 13:47:50 | 14074668294 | 14043863609 | 3544110679565706 APPLE IPHONE6 | 310410755704353 | SMST | | [03919/17462:-74.193499:40.68667:150:-1.0] |
| 2753 | 07/14/15 | 13:48:48 | 17045770823 | 14043863609 | | 310410755704353 | SMST | | |
| 2754 | 07/14/15 | 13:48:50 | 17045770823 | 14043863609 | 3544110679565706 APPLE IPHONE6 | 310410755704353 | SMST | | [03919/17462:-74.193499:40.68667:150:-1.0] |
| 2755 | 07/14/15 | 15:40:00 | 14047977920 | 14043863609 | | 310410755704353 | SMST | | |
| 2756 | 07/14/15 | 15:40:03 | 14047977920 | 14043863609 | 3544110679565706 APPLE IPHONE6 | 310410755704353 | SMST | | [208157193:813114:-74.1812777:40.6629444:150:-1.0] |
| 2757 | 07/14/15 | 16:06:41 | 14043863609 | 14047977920 | 3544110679565706 APPLE IPHONE6 | 310410755704353 | SMSO | | [208157193:813114:-74.1812777:40.6629444:150:-1.0] |
| 2758 | 07/15/15 | 18:13:58 | 14047977920 | 14043863609 | | 310410755704353 | SMST | | |
| 2759 | 07/15/15 | 18:14:00 | 14047977920 | 14043863609 | 3544110679565706 APPLE IPHONE6 | 310410755704353 | SMST | | [008525841:33304:-74.97453:40.00947:270:-1.0] |
| 2760 | 07/15/15 | 18:14:20 | 14043863609 | 14047977920 | 3544110679565706 APPLE IPHONE6 | 310410755704353 | SMSO | | [008525841:33304:-74.97453:40.00947:270:-1.0] |
| 2761 | 07/15/15 | 18:18:35 | 14047977920 | 14043863609 | | 310410755704353 | SMST | | |
| 2762 | 07/15/15 | 18:18:36 | 14047977920 | 14043863609 | 3544110679565706 APPLE IPHONE6 | 310410755704353 | SMST | | [008525841:33304:-74.97453:40.00947:270:-1.0] |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not
for general distribution.**

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 174 of 184 PageID 16471
(with cell location)

2986012
06/01/2020

AT&T has queried for records from 01/01/2015 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

**AT&T**

Run Date:        06/02/2020
Run Time:        06:34:06
SMS Usage For:   (404)386-3609

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | Feature | Cell Location |
|---|---|---|---|---|---|---|---|---|---|
| 3889 | 11/11/15 | 16:49:41 | 19493555667 | 14043863609 | | | SMSO | | |
| 3890 | 11/11/15 | 16:49:41 | 19493555667 | 14043863609 | | | SMST | | |
| 3891 | 11/11/15 | 16:50:15 | 14043863609 | 19493555667 | | | SMSO | | |
| 3892 | 11/11/15 | 16:50:15 | 14043863609 | 19493555667 | | | SMST | | |
| 3893 | 11/11/15 | 17:26:28 | 17046742885 | 14043863609 | | | SMST | | |
| 3894 | 11/11/15 | 17:27:40 | 14043863609 | 17046742885 | | | SMSO | | |
| 3895 | 11/11/15 | 17:31:52 | 17046742885 | 14043863609 | | | SMST | | |
| 3896 | 11/11/15 | 17:31:53 | 17046742885 | 14043863609 | | | SMST | | |
| 3897 | 11/11/15 | 19:31:25 | 14043863609 | 14047977920 | | | SMSO | | |
| 3898 | 11/11/15 | 21:45:25 | 17607996150 | 14043863609 | | | SMSO | | |
| 3899 | 11/11/15 | 21:45:25 | 17607996150 | 14043863609 | | | SMST | | |
| 3900 | 11/11/15 | 23:59:09 | 17607996150 | 14043863609 | | | SMSO | | |
| 3901 | 11/11/15 | 23:59:09 | 17607996150 | 14043863609 | | | SMST | | |
| 3902 | 11/12/15 | 00:49:11 | 14043863609 | 17607996150 | | | SMSO | | |
| 3903 | 11/12/15 | 00:49:13 | 17607996150 | 14043863609 | | | SMST | | |
| 3904 | 11/12/15 | 00:50:28 | 17607996150 | 14043863609 | | | SMSO | | |
| 3905 | 11/12/15 | 00:50:28 | 17607996150 | 14043863609 | | | SMST | | |
| 3906 | 11/12/15 | 00:54:19 | 14043863609 | 17607996150 | | | SMSO | | |
| 3907 | 11/12/15 | 00:54:21 | 17607996150 | 14043863609 | | | SMST | | |
| 3908 | 11/12/15 | 14:50:08 | 17607996150 | 14043863609 | | | SMSO | | |
| 3909 | 11/12/15 | 14:50:08 | 17607996150 | 14043863609 | | 310410755704353 | SMST | | |
| 3910 | 11/13/15 | 14:46:49 | 17607996150 | 14043863609 | | | SMSO | | |
| 3911 | 11/13/15 | 14:46:49 | 17607996150 | 14043863609 | | 310410755704353 | SMST | | |
| 3912 | 11/15/15 | 18:08:33 | 14043863609 | 16082893704 | | | SMSO | | |
| 3913 | 11/15/15 | 19:00:25 | 18173685075 | 14043863609 | | | SMSO | | |
| 3914 | 11/15/15 | 19:00:25 | 18173685075 | 14043863609 | | 310410755704353 | SMST | | |
| 3915 | 11/16/15 | 15:03:58 | 17607996150 | 14043863609 | | | SMSO | | |
| 3916 | 11/16/15 | 15:03:58 | 17607996150 | 14043863609 | | | SMST | | |
| 3917 | 11/16/15 | 15:06:48 | 14043863609 | 17607996150 | | | SMSO | | |
| 3918 | 11/16/15 | 15:06:50 | 14043863609 | 17607996150 | | | SMST | | |
| 3919 | 11/16/15 | 18:35:51 | 15147727921 | 14043863609 | | | SMST | | |
| 3920 | 11/16/15 | 23:24:19 | 14047977920 | 14043863609 | | | SMST | | |
| 3921 | 11/18/15 | 13:56:09 | 17607996150 | 14043863609 | | | SMSO | | |
| 3922 | 11/18/15 | 13:56:09 | 17607996150 | 14043863609 | | | SMST | | |
| 3923 | 11/18/15 | 16:23:16 | 14074668294 | 14043863609 | | | SMST | | |
| 3924 | 11/18/15 | 16:24:46 | 14043863609 | 14074668294 | | | SMSO | | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.

2986012
06/01/2020

AT&T

AT&T has queried for records from 01/01/2015 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        06/02/2020
Run Time:        06:34:06
SMS Usage For:   (404)386-3609

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | Feature | Cell Location |
|------|-----------|------------------|--------------------|--------------------|------|------|------|---------|---------------|
| 3925 | 11/18/15 | 22:51:40 | 14043863609 | 14074668294 | | | SMSO | | |
| 3926 | 11/18/15 | 23:34:49 | 14074668294 | 14043863609 | | | SMST | | |
| 3927 | 11/18/15 | 23:53:46 | 17607996150 | 14043863609 | | | SMSO | | |
| 3928 | 11/18/15 | 23:53:47 | 17607996150 | 14043863609 | | | SMSO | | |
| 3929 | 11/18/15 | 23:53:48 | 17607996150 | 14043863609 | | | SMST | | |
| 3930 | 11/18/15 | 23:53:48 | 17607996150 | 14043863609 | | | SMST | | |
| 3931 | 11/19/15 | 00:25:32 | 14043863609 | 17607996150 | | | SMST | | |
| 3932 | 11/19/15 | 00:27:19 | 17046742885 | 14043863609 | | | SMST | | |
| 3933 | 11/19/15 | 00:30:11 | 14043863609 | 17046742885 | | | SMSO | | |
| 3934 | 11/19/15 | 00:32:27 | 17046742885 | 14043863609 | | | SMST | | |
| 3935 | 11/19/15 | 00:33:48 | 14043863609 | 17046742885 | | | SMSO | | |
| 3936 | 11/19/15 | 00:49:29 | 14043863609 | 14074668294 | | | SMSO | | |
| 3937 | 11/19/15 | 00:52:35 | 14074668294 | 14043863609 | | | SMST | | |
| 3938 | 11/19/15 | 00:52:58 | 14043863609 | 14074668294 | | | SMSO | | |
| 3939 | 11/19/15 | 00:53:02 | 17046742885 | 14043863609 | | | SMST | | |
| 3940 | 11/19/15 | 16:11:21 | 17046742885 | 14043863609 | | | SMST | | |
| 3941 | 11/19/15 | 16:37:37 | 17046742885 | 14043863609 | | | SMST | | |
| 3942 | 11/19/15 | 17:18:53 | 17607996150 | 14043863609 | | | SMSO | | |
| 3943 | 11/19/15 | 17:18:53 | 17607996150 | 14043863609 | | | SMST | | |
| 3944 | 11/19/15 | 19:10:58 | 17607996150 | 14043863609 | | | SMSO | | |
| 3945 | 11/19/15 | 19:10:58 | 17607996150 | 14043863609 | | | SMST | | |
| 3946 | 11/19/15 | 19:11:38 | 14043863609 | 17607996150 | | | SMSO | | |
| 3947 | 11/19/15 | 19:11:39 | 14043863609 | 17607996150 | | | SMST | | |
| 3948 | 11/19/15 | 19:19:38 | 17046742885 | 14043863609 | | | SMSO | | |
| 3949 | 11/19/15 | 20:26:25 | 14043863609 | 17046742885 | | | SMSO | | |
| 3950 | 11/19/15 | 21:21:58 | 14043863609 | 15862191066 | | 310410755704353 | SMSO | | |
| 3951 | 11/19/15 | 21:21:58 | 14043863609 | 15862191066 | | | SMST | | |
| 3952 | 11/19/15 | 21:21:58 | 14043863609 | 15864842199 | | 310410755704353 | SMSO | | |
| 3953 | 11/19/15 | 21:21:58 | 14043863609 | 15864842199 | | | SMST | | |
| 3954 | 11/19/15 | 21:24:03 | 15862191066 | 14043863609 | | | SMSO | | |
| 3955 | 11/19/15 | 21:24:03 | 15862191066 | 14043863609 | | 310410755704353 | SMST | | |
| 3956 | 11/19/15 | 21:24:04 | 1111301000 | 14043863609 | | | SMST | | |
| 3957 | 11/19/15 | 21:24:04 | 1111301000 | 14043863609 | | | SMST | | |
| 3958 | 11/19/15 | 22:22:38 | 15864842199 | 14043863609 | | | SMSO | | |
| 3959 | 11/19/15 | 22:22:38 | 15864842199 | 14043863609 | | 310410755704353 | SMST | | |
| 3960 | 11/19/15 | 22:22:39 | 1111301000 | 14043863609 | | | SMST | | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.

**MOBILITY**
**(with cell location)**

2986012
06/01/2020

AT&T has queried for records from 01/01/2015 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

AT&T

Run Date:        06/02/2020
Run Time:        06:34:07
SMS Usage For:   (404)386-3609

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | Feature | Cell Location |
|------|------------|------------------|--------------------|--------------------|------|------|------|---------|---------------|
| 4141 | 12/02/15 | 20:46:21 | 12882564782 | 14043863609 | | | SMST | | |
| 4142 | 12/02/15 | 20:46:21 | 12882564782 | 14043863609 | | | SMST | | |
| 4143 | 12/02/15 | 21:12:16 | 17602188583 | 14043863609 | | 310410755704353 | SMST | | |
| 4144 | 12/02/15 | 22:26:14 | 14043863609 | 17607996150 | | | SMST | | |
| 4145 | 12/02/15 | 22:36:51 | 17607996150 | 14043863609 | | | SMSO | | |
| 4146 | 12/02/15 | 22:36:51 | 17607996150 | 14043863609 | | | SMST | | |
| 4147 | 12/03/15 | 16:20:59 | 14043863609 | 17607996150 | | | SMSO | | |
| 4148 | 12/03/15 | 16:20:59 | 14043863609 | 17607996150 | | | SMST | | |
| 4149 | 12/03/15 | 16:21:11 | 17607996150 | 14043863609 | | | SMSO | | |
| 4150 | 12/03/15 | 16:21:11 | 17607996150 | 14043863609 | | | SMST | | |
| 4151 | 12/03/15 | 20:25:41 | 15624517807 | 14043863609 | | | SMST | | |
| 4152 | 12/03/15 | 22:40:56 | 14054083937 | 14043863609 | | | SMSO | | |
| 4153 | 12/03/15 | 22:40:56 | 14054083937 | 14043863609 | | 310410755704353 | SMST | | |
| 4154 | 12/03/15 | 22:40:58 | 1111301000 | 14043863609 | | | SMST | | |
| 4155 | 12/03/15 | 22:40:58 | 1111301000 | 14043863609 | | | SMST | | |
| 4156 | 12/03/15 | 22:41:14 | 1111301000 | 14043863609 | | | SMST | | |
| 4157 | 12/03/15 | 22:41:14 | 1111301000 | 14043863609 | | | SMST | | |
| 4158 | 12/03/15 | 22:41:14 | 14054083937 | 14043863609 | | | SMSO | | |
| 4159 | 12/03/15 | 22:41:14 | 14054083937 | 14043863609 | | 310410755704353 | SMST | | |
| 4160 | 12/03/15 | 22:41:24 | 1111301000 | 14043863609 | | | SMST | | |
| 4161 | 12/03/15 | 22:41:24 | 1111301000 | 14043863609 | | | SMST | | |
| 4162 | 12/03/15 | 22:41:24 | 14054083937 | 14043863609 | | | SMSO | | |
| 4163 | 12/03/15 | 22:41:24 | 14054083937 | 14043863609 | | 310410755704353 | SMST | | |
| 4164 | 12/03/15 | 22:43:39 | 14054083937 | 14043863609 | | | SMST | | |
| 4165 | 12/03/15 | 22:44:44 | 14054083937 | 14043863609 | | | SMSO | | |
| 4166 | 12/03/15 | 22:44:44 | 14054083937 | 14043863609 | | 310410755704353 | SMST | | |
| 4167 | 12/03/15 | 22:44:46 | 1111301000 | 14043863609 | | | SMST | | |
| 4168 | 12/03/15 | 22:44:46 | 1111301000 | 14043863609 | | | SMST | | |
| 4169 | 12/03/15 | 22:45:37 | 14054083937 | 14043863609 | | | SMST | | |
| 4170 | 12/04/15 | 21:29:03 | 14043863609 | 14074668294 | | | SMSO | | |
| 4171 | 12/05/15 | 00:14:56 | 17607996150 | 14043863609 | | | SMSO | | |
| 4172 | 12/05/15 | 00:14:58 | 17607996150 | 14043863609 | | | SMST | | |
| 4173 | 12/05/15 | 00:14:58 | 17607996150 | 14043863609 | | | SMST | | |
| 4174 | 12/05/15 | 04:33:04 | 13236403124 | 14043863609 | | | SMSO | | |
| 4175 | 12/05/15 | 04:33:04 | 13236403124 | 14043863609 | | 310410755704353 | SMST | | |
| 4176 | 12/05/15 | 04:33:05 | 1111301000 | 14043863609 | | | SMST | | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.

**MOBILITY**
**(with cell location)**

2986012
06/01/2020

AT&T has queried for records from 01/01/2015 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

**AT&T**

Run Date:        06/02/2020
Run Time:        06:34:07
SMS Usage For:   (404)386-3609

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | Feature | Cell Location |
|------|-----------|------------------|--------------------|--------------------|------|------|------|---------|---------------|
| 4177 | 12/05/15 | 04:33:05 | 1111301000 | 14043863609 | | | SMST | | |
| 4178 | 12/05/15 | 04:33:26 | 13236403124 | 14043863609 | | | SMSO | | |
| 4179 | 12/05/15 | 04:33:26 | 13236403124 | 14043863609 | | 310410755704353 | SMST | | |
| 4180 | 12/05/15 | 04:33:27 | 1111301000 | 14043863609 | | | SMST | | |
| 4181 | 12/05/15 | 04:33:27 | 1111301000 | 14043863609 | | | SMST | | |
| 4182 | 12/05/15 | 09:05:56 | 12145572513 | 14043863609 | | | SMSO | | |
| 4183 | 12/05/15 | 14:26:43 | 7535 | 14043863609 | | | SMST | | |
| 4184 | 12/06/15 | 08:18:32 | 12145572513 | 14043863609 | | | SMSO | | |
| 4185 | 12/06/15 | 08:49:32 | 12489306268 | 14043863609 | | | SMSO | | |
| 4186 | 12/07/15 | 14:34:23 | 14043863609 | 14074668294 | | | SMSO | | |
| 4187 | 12/07/15 | 15:56:48 | 17607996150 | 14043863609 | | | SMSO | | |
| 4188 | 12/07/15 | 15:56:48 | 17607996150 | 14043863609 | | | SMST | | |
| 4189 | 12/07/15 | 18:10:15 | 14043863609 | 17046742885 | | 310410755704353 | SMST | | |
| 4190 | 12/07/15 | 18:10:15 | 14043863609 | 17046742885 | | | SMST | | |
| 4191 | 12/07/15 | 18:42:12 | 17046742885 | 14043863609 | | | SMST | | |
| 4192 | 12/07/15 | 18:42:53 | 14043863609 | 17046742885 | | | SMSO | | |
| 4193 | 12/07/15 | 18:43:34 | 17046742885 | 14043863609 | | | SMST | | |
| 4194 | 12/07/15 | 18:51:27 | 17046742885 | 14043863609 | | | SMST | | |
| 4195 | 12/07/15 | 18:54:09 | 14043863609 | 17046742885 | | | SMSO | | |
| 4196 | 12/07/15 | 18:55:57 | 14043863609 | 17046742885 | | | SMSO | | |
| 4197 | 12/07/15 | 18:57:57 | 14043863609 | 17046742885 | | | SMSO | | |
| 4198 | 12/08/15 | 18:54:45 | 17607996150 | 14043863609 | | | SMSO | | |
| 4199 | 12/08/15 | 18:54:45 | 17607996150 | 14043863609 | | 310410755704353 | SMST | | |
| 4200 | 12/08/15 | 18:54:48 | 1111301000 | 14043863609 | | | SMST | | |
| 4201 | 12/08/15 | 18:54:48 | 1111301000 | 14043863609 | | | SMST | | |
| 4202 | 12/08/15 | 20:38:30 | 17607996150 | 14043863609 | | | SMSO | | |
| 4203 | 12/08/15 | 20:38:30 | 17607996150 | 14043863609 | | | SMST | | |
| 4204 | 12/09/15 | 00:35:11 | 15862191066 | 14043863609 | | | SMST | | |
| 4205 | 12/09/15 | 00:36:04 | 14043863609 | 15862191066 | | | SMSO | | |
| 4206 | 12/09/15 | 12:23:51 | 17607996150 | 14043863609 | | | SMSO | | |
| 4207 | 12/09/15 | 12:23:51 | 17607996150 | 14043863609 | | 310410755704353 | SMST | | |
| 4208 | 12/09/15 | 12:23:52 | 1111301000 | 14043863609 | | | SMST | | |
| 4209 | 12/09/15 | 12:23:52 | 1111301000 | 14043863609 | | | SMST | | |
| 4210 | 12/09/15 | 23:55:24 | 14047977920 | 14043863609 | | | SMST | | |
| 4211 | 12/10/15 | 02:10:10 | 14043863609 | 14047977920 | | | SMSO | | |
| 4212 | 12/10/15 | 02:10:42 | 14043863609 | 14047977920 | | | SMSO | | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.

2986012
06/01/2020

AT&T

AT&T has queried for records from 01/01/2015 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        06/02/2020
Run Time:        06:34:08
SMS Usage For:   (404)386-3609

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | Feature | Cell Location |
|------|-----------|------------------|--------------------|--------------------|------|------|------|---------|---------------|
| 4701 | 01/17/16 | 16:55:34 | 12489306268 | 14043863609 | | | SMST | | |
| 4702 | 01/18/16 | 19:08:20 | 19493555667 | 14043863609 | | | SMSO | | |
| 4703 | 01/18/16 | 19:08:21 | 19493555667 | 14043863609 | | | SMST | | |
| 4704 | 01/18/16 | 19:10:35 | 19493555667 | 14043863609 | | | SMSO | | |
| 4705 | 01/18/16 | 19:10:36 | 19493555667 | 14043863609 | | | SMST | | |
| 4706 | 01/18/16 | 19:12:29 | 14043863609 | 19493555667 | | | SMSO | | |
| 4707 | 01/18/16 | 19:12:29 | 14043863609 | 19493555667 | | | SMST | | |
| 4708 | 01/18/16 | 19:14:55 | 19493555667 | 14043863609 | | | SMSO | | |
| 4709 | 01/18/16 | 19:14:55 | 19493555667 | 14043863609 | | | SMST | | |
| 4710 | 01/18/16 | 21:05:26 | 15864842199 | 14043863609 | | | SMST | | |
| 4711 | 01/18/16 | 21:06:29 | 14043863609 | 15864842199 | | | SMSO | | |
| 4712 | 01/18/16 | 21:12:49 | 15864842199 | 14043863609 | | | SMST | | |
| 4713 | 01/18/16 | 21:13:28 | 14043863609 | 15864842199 | | | SMSO | | |
| 4714 | 01/19/16 | 17:21:26 | 12815419531 | 14043863609 | | | SMSO | | |
| 4715 | 01/19/16 | 17:21:26 | 12815419531 | 14043863609 | | | SMST | | |
| 4716 | 01/19/16 | 17:27:02 | 19802412129 | 14043863609 | | | SMST | | |
| 4717 | 01/19/16 | 19:45:22 | 14043863609 | 19802412129 | | | SMSO | | |
| 4718 | 01/19/16 | 19:45:22 | 14043863609 | 19802412129 | | | SMSO | | |
| 4719 | 01/19/16 | 20:27:01 | 17046742885 | 14043863609 | | | SMST | | |
| 4720 | 01/19/16 | 20:29:16 | 14043863609 | 17046742885 | | | SMSO | | |
| 4721 | 01/19/16 | 20:30:29 | 17046742885 | 14043863609 | | | SMST | | |
| 4722 | 01/19/16 | 21:38:59 | 19802412129 | 14043863609 | | | SMST | | |
| 4723 | 01/19/16 | 21:48:30 | 14043863609 | 19802412129 | | | SMSO | | |
| 4724 | 01/19/16 | 22:20:50 | 17607996150 | 14043863609 | | | SMSO | | |
| 4725 | 01/19/16 | 22:20:50 | 17607996150 | 14043863609 | | | SMST | | |
| 4726 | 01/20/16 | 14:18:01 | 14074668294 | 14043863609 | | | SMST | | |
| 4727 | 01/20/16 | 14:35:31 | 1111301000 | 14043863609 | | | SMST | | |
| 4728 | 01/20/16 | 14:35:31 | 1111301000 | 14043863609 | | | SMST | | |
| 4729 | 01/20/16 | 14:35:31 | 17607996150 | 14043863609 | | | SMSO | | |
| 4730 | 01/20/16 | 14:35:31 | 17607996150 | 14043863609 | | 310410755704353 | SMSO | | |
| 4731 | 01/20/16 | 15:20:13 | 19493555667 | 14043863609 | | | SMSO | | |
| 4732 | 01/20/16 | 15:20:13 | 19493555667 | 14043863609 | | | SMST | | |
| 4733 | 01/20/16 | 15:30:53 | 14043863609 | 14074668294 | | | SMSO | | |
| 4734 | 01/20/16 | 17:56:25 | 19493555667 | 14043863609 | | | SMSO | | |
| 4735 | 01/20/16 | 17:56:25 | 19493555667 | 14043863609 | | | SMST | | |
| 4736 | 01/20/16 | 18:12:05 | 14043863609 | 19493555667 | | | SMSO | | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

**MOBILITY**
**(with cell location)**

2986012
06/01/2020

AT&T

AT&T has queried for records from 01/01/2015 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        06/02/2020
Run Time:        06:34:09
SMS Usage For:   (404)386-3609

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | Feature | Cell Location |
|---|---|---|---|---|---|---|---|---|---|
| 4737 | 01/20/16 | 18:12:05 | 14043863609 | 19493555667 | | | SMST | | |
| 4738 | 01/20/16 | 18:43:48 | 19493555667 | 14043863609 | | | SMSO | | |
| 4739 | 01/20/16 | 18:43:49 | 19493555667 | 14043863609 | | | SMST | | |
| 4740 | 01/20/16 | 18:45:47 | 14043863609 | 19493555667 | | | SMSO | | |
| 4741 | 01/20/16 | 18:45:47 | 14043863609 | 19493555667 | | | SMST | | |
| 4742 | 01/20/16 | 22:05:09 | 19802412129 | 14043863609 | | | SMST | | |
| 4743 | 01/20/16 | 22:05:09 | 19802412129 | 14043863609 | | | SMST | | |
| 4744 | 01/20/16 | 22:05:59 | 14043863609 | 19802412129 | | | SMSO | | |
| 4745 | 01/20/16 | 22:11:36 | 17607996150 | 14043863609 | | | SMSO | | |
| 4746 | 01/20/16 | 22:11:36 | 17607996150 | 14043863609 | | | SMST | | |
| 4747 | 01/20/16 | 23:16:37 | 14043863609 | 14074668294 | | | SMSO | | |
| 4748 | 01/20/16 | 23:34:04 | 14074668294 | 14043863609 | | | SMST | | |
| 4749 | 01/21/16 | 00:37:54 | 19802412129 | 14043863609 | | | SMST | | |
| 4750 | 01/21/16 | 00:43:19 | 14043863609 | 19802412129 | | | SMSO | | |
| 4751 | 01/21/16 | 16:34:23 | 19802412129 | 14043863609 | | | SMST | | |
| 4752 | 01/21/16 | 16:34:23 | 19802412129 | 14043863609 | | 310410755704353 | SMST | | |
| 4753 | 01/21/16 | 16:34:24 | 1111301000 | 14043863609 | | | SMST | | |
| 4754 | 01/21/16 | 16:34:24 | 1111301000 | 14043863609 | | | SMST | | |
| 4755 | 01/21/16 | 16:53:12 | 14043863609 | 19802412129 | | | SMSO | | |
| 4756 | 01/21/16 | 17:14:47 | 17046742885 | 14043863609 | | | SMST | | |
| 4757 | 01/21/16 | 17:24:35 | 14043863609 | 17046742885 | | | SMSO | | |
| 4758 | 01/21/16 | 17:25:33 | 14043863609 | 17046742885 | | | SMSO | | |
| 4759 | 01/21/16 | 17:26:02 | 14043863609 | 17046742885 | | | SMST | | |
| 4760 | 01/21/16 | 23:02:09 | 1111301000 | 14043863609 | | 310410755704353 | SMSO | | |
| 4761 | 01/21/16 | 23:02:09 | 1111301000 | 14043863609 | | 310410755704353 | SMST | | |
| 4762 | 01/21/16 | 23:02:09 | 15862191066 | 14043863609 | | | SMSO | | |
| 4763 | 01/21/16 | 23:02:09 | 15862191066 | 14043863609 | | 310410755704353 | SMSO | | |
| 4764 | 01/21/16 | 23:02:13 | | 14043863609 | | 310410755704353 | SMST | | |
| 4765 | 01/21/16 | 23:10:14 | 1111301000 | 14043863609 | 3544110679565711 APPLE IPHONE6 | 310410755704353 | SMST | | [197532687:771612:-80.917355:35.416816:340:-1.0] |
| 4766 | 01/22/16 | 22:19:50 | 14043863609 | 14088922316 | | | SMSO | | |
| 4767 | 01/22/16 | 22:20:38 | 14088922316 | 14043863609 | | | SMST | | |
| 4768 | 01/23/16 | 02:42:31 | 17602188583 | 14043863609 | | 310410755704353 | SMST | | |
| 4769 | 01/23/16 | 02:42:32 | 17602188583 | 14043863609 | | | SMST | | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 180 of 184 PageID 16477
(with cell location)

2986012
06/01/2020

**AT&T**

AT&T has queried for records from 01/01/2015 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        06/02/2020
Run Time:        06:34:09
SMS Usage For:   (404)386-3609

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | Feature | Cell Location |
|------|-----------|------------------|--------------------|--------------------|------|------|------|---------|---------------|
| 4770 | 01/23/16 | 02:42:33 | 17602188583 | 14043863609 | 3544110679565711 APPLE IPHONE6 | 310410755704353 | SMST | | [197591652:771842:-80.917351:35.416771::-1.0] |
| 4771 | 01/23/16 | 04:42:13 | 14043863609 | 15862191066 | | 310410755704353 | SMSO | | |
| 4772 | 01/23/16 | 04:42:13 | 14043863609 | 15862191066 | | | SMST | | |
| 4773 | 01/23/16 | 13:30:54 | 14074668294 | 14043863609 | | | SMST | | |
| 4774 | 01/23/16 | 20:34:16 | 12489306268 | 14043863609 | | | SMSO | | |
| 4775 | 01/23/16 | 20:34:16 | 12489306268 | 14043863609 | | 310410755704353 | SMST | | |
| 4776 | 01/23/16 | 20:34:17 | 1111301000 | 14043863609 | | | SMST | | |
| 4777 | 01/23/16 | 20:34:17 | 1111301000 | 14043863609 | | | SMST | | |
| 4778 | 01/23/16 | 21:03:27 | 14043863609 | 12489306268 | | | SMSO | | |
| 4779 | 01/23/16 | 21:04:15 | 12489306268 | 14043863609 | | | SMST | | |
| 4780 | 01/25/16 | 14:39:14 | 15864842199 | 14043863609 | | | SMST | | |
| 4781 | 01/25/16 | 14:39:39 | 14043863609 | 15864842199 | | | SMSO | | |
| 4782 | 01/25/16 | 18:51:12 | 19493555667 | 14043863609 | | | SMSO | | |
| 4783 | 01/25/16 | 18:51:12 | 19493555667 | 14043863609 | | 310410755704353 | SMST | | |
| 4784 | 01/25/16 | 18:51:13 | 1111301000 | 14043863609 | | | SMST | | |
| 4785 | 01/25/16 | 18:51:13 | 1111301000 | 14043863609 | | | SMST | | |
| 4786 | 01/25/16 | 18:51:24 | 19493555667 | 14043863609 | | | SMSO | | |
| 4787 | 01/25/16 | 18:51:24 | 19493555667 | 14043863609 | | | SMST | | |
| 4788 | 01/25/16 | 18:57:22 | 14043863609 | 19493555667 | | | SMSO | | |
| 4789 | 01/25/16 | 18:57:22 | 14043863609 | 19493555667 | | | SMST | | |
| 4790 | 01/26/16 | 15:38:46 | 17046742885 | 14043863609 | | | SMST | | |
| 4791 | 01/26/16 | 22:08:10 | 14043863609 | 18185121070 | | | SMSO | | |
| 4792 | 01/26/16 | 22:08:11 | 14043863609 | 18185121070 | | | SMST | | |
| 4793 | 01/26/16 | 22:22:29 | 12489306268 | 14043863609 | | | SMST | | |
| 4794 | 01/27/16 | 00:54:02 | 13238442880 | 14043863609 | | | SMST | | |
| 4795 | 01/29/16 | 01:30:23 | 52477 | 14043863609 | | | SMST | | |
| 4796 | 01/29/16 | 04:14:03 | 13232157828 | 14043863609 | | | SMSO | | |
| 4797 | 01/29/16 | 04:14:36 | 13232157828 | 14043863609 | | | SMSO | | |
| 4798 | 01/29/16 | 15:12:38 | 13232157828 | 14043863609 | | | SMSO | | |
| 4799 | 01/29/16 | 15:12:38 | 13232157828 | 14043863609 | | | SMSO | | |
| 4800 | 01/29/16 | 15:12:38 | 13232157828 | 14043863609 | | | SMST | | |
| 4801 | 01/29/16 | 15:13:40 | 14043863609 | 13232157828 | | | SMSO | | |
| 4802 | 01/29/16 | 15:13:41 | 14043863609 | 13232157828 | | | SMST | | |
| 4803 | 01/29/16 | 15:14:03 | 13232157828 | 14043863609 | | | SMSO | | |
| 4804 | 01/29/16 | 15:14:03 | 13232157828 | 14043863609 | | | SMST | | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.

**MOBILITY**
**(with cell location)**

2986012
06/01/2020

AT&T

AT&T has queried for records from 01/01/2015 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        06/02/2020
Run Time:        06:34:09
SMS Usage For:   (404)386-3609

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | Feature | Cell Location |
|------|-----------|------------------|--------------------|--------------------|------|------|------|---------|---------------|
| 4877 | 02/11/16 | 14:37:19 | 14043863609 | 17046742885 | | | SMSO | | |
| 4878 | 02/11/16 | 14:38:35 | 17046742885 | 14043863609 | | | SMST | | |
| 4879 | 02/11/16 | 14:39:28 | 14043863609 | 17046742885 | | | SMSO | | |
| 4880 | 02/11/16 | 14:59:08 | 17146730369 | 14043863609 | | | SMSO | | |
| 4881 | 02/11/16 | 14:59:08 | 17146730369 | 14043863609 | | 310410755704353 | SMST | | |
| 4882 | 02/11/16 | 14:59:09 | 1111301000 | 14043863609 | | | SMST | | |
| 4883 | 02/11/16 | 14:59:09 | 1111301000 | 14043863609 | | | SMST | | |
| 4884 | 02/11/16 | 15:06:19 | 14047977920 | 14043863609 | | | SMST | | |
| 4885 | 02/11/16 | 17:44:00 | 14047977920 | 14043863609 | | | SMST | | |
| 4886 | 02/11/16 | 17:53:20 | 14043863609 | 14047977920 | | | SMSO | | |
| 4887 | 02/11/16 | 17:53:51 | 14047977920 | 14043863609 | | | SMST | | |
| 4888 | 02/11/16 | 23:11:13 | 17603009438 | 14043863609 | | | SMST | | |
| 4889 | 02/11/16 | 23:36:37 | 14047977920 | 14043863609 | | | SMST | | |
| 4890 | 02/12/16 | 02:30:52 | 14043863609 | 14047977920 | | | SMSO | | |
| 4891 | 02/12/16 | 02:31:01 | 14043863609 | 14047977920 | | | SMSO | | |
| 4892 | 02/12/16 | 02:57:22 | 14043863609 | 14047977920 | | | SMSO | | |
| 4893 | 02/12/16 | 03:22:31 | 14043863609 | 14047977920 | | | SMSO | | |
| 4894 | 02/12/16 | 14:04:19 | 14043863609 | 14047977920 | | | SMSO | | |
| 4895 | 02/12/16 | 17:44:57 | 1111301000 | 14043863609 | | | SMST | | |
| 4896 | 02/12/16 | 17:44:57 | 1111301000 | 14043863609 | | | SMST | | |
| 4897 | 02/12/16 | 17:44:57 | 18185121224 | 14043863609 | | | SMST | | |
| 4898 | 02/12/16 | 17:44:57 | 18185121224 | 14043863609 | | 310410755704353 | SMST | | |
| 4899 | 02/12/16 | 06:38:27 | 17602188583 | 14043863609 | | | SMSO | | |
| 4900 | 02/13/16 | 06:38:27 | 17602188583 | 14043863609 | | 310410755704353 | SMSO | | |
| 4901 | 02/13/16 | 06:38:30 | 1111301000 | 14043863609 | | | SMST | | |
| 4902 | 02/13/16 | 06:38:30 | 1111301000 | 14043863609 | | | SMST | | |
| 4903 | 02/13/16 | 16:35:46 | 17046742885 | 14043863609 | | | SMST | | |
| 4904 | 02/13/16 | 16:36:00 | 14043863609 | 17046742885 | | | SMSO | | |
| 4905 | 02/14/16 | 14:15:50 | 14074668294 | 14043863609 | | | SMST | | |
| 4906 | 02/14/16 | 15:59:58 | 12489306268 | 14043863609 | | | SMSO | | |
| 4907 | 02/14/16 | 15:59:58 | 12489306268 | 14043863609 | | 310410755704353 | SMST | | |
| 4908 | 02/14/16 | 16:00:00 | 1111301000 | 14043863609 | | | SMST | | |
| 4909 | 02/14/16 | 16:00:00 | 1111301000 | 14043863609 | | | SMST | | |
| 4910 | 02/14/16 | 19:23:05 | 14043863609 | 12489306268 | | | SMSO | | |
| 4911 | 02/14/16 | 19:31:36 | 12489306268 | 14043863609 | | | SMST | | |
| 4912 | 02/14/16 | 19:45:38 | 12489306268 | 14043863609 | | | SMST | | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 182 of 184 PageID 16479
**(with cell location)**

2986012
06/01/2020

AT&T has queried for records from 01/01/2015 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:          06/02/2020
Run Time:          06:34:09
SMS Usage For:     (404)386-3609

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | Feature | Cell Location |
|---|---|---|---|---|---|---|---|---|---|
| 4949 | 02/23/16 | 01:32:24 | 14054083937 | 14043863609 | | | SMST | | |
| 4950 | 02/23/16 | 01:33:12 | 14043863609 | 14054083937 | | | SMSO | | |
| 4951 | 02/23/16 | 01:34:29 | 14054083937 | 14043863609 | | | SMST | | |
| 4952 | 02/23/16 | 01:35:06 | 14043863609 | 14054083937 | | | SMSO | | |
| 4953 | 02/23/16 | 01:42:54 | 14054083937 | 14043863609 | | | SMST | | |
| 4954 | 02/23/16 | 13:55:59 | 14074668294 | 14043863609 | | | SMST | | |
| 4955 | 02/23/16 | 20:48:51 | 14047977920 | 14043863609 | | | SMSO | | |
| 4956 | 02/23/16 | 20:48:51 | 14047977920 | 14043863609 | | 310410755704353 | SMST | | |
| 4957 | 02/23/16 | 20:48:52 | 1111301000 | 14043863609 | | | SMST | | |
| 4958 | 02/23/16 | 20:48:52 | 1111301000 | 14043863609 | | | SMST | | |
| 4959 | 02/24/16 | 17:33:25 | 14043863609 | 17046742885 | | | SMSO | | |
| 4960 | 02/24/16 | 17:43:24 | 17046742885 | 14043863609 | | | SMST | | |
| 4961 | 02/24/16 | 17:47:45 | 14043863609 | 17046742885 | | | SMSO | | |
| 4962 | 02/24/16 | 17:47:45 | 14043863609 | 17046742885 | | | SMSO | | |
| 4963 | 02/25/16 | 12:00:54 | 14074668294 | 14043863609 | | | SMST | | |
| 4964 | 02/25/16 | 13:39:25 | 14043863609 | 17046742885 | | | SMSO | | |
| 4965 | 02/25/16 | 13:52:53 | 17046742885 | 14043863609 | | | SMSO | | |
| 4966 | 02/25/16 | 13:53:24 | 14043863609 | 17046742885 | | | SMSO | | |
| 4967 | 02/26/16 | 17:30:39 | 18186323018 | 14043863609 | 3544110679565711 APPLE IPHONE6 | 310410755704353 | SMST | | [197376785:771003:-80.873253:35.46241:270:-1.0] |
| 4968 | 02/26/16 | 19:05:28 | 14043863609 | 18186323018 | | | SMSO | | |
| 4969 | 02/26/16 | 19:05:29 | 14043863609 | 18186323018 | | | SMSO | | |
| 4970 | 02/26/16 | 19:05:29 | 14043863609 | 18186323018 | | | SMSO | | |
| 4971 | 02/26/16 | 21:51:34 | 18186323018 | 14043863609 | | | SMST | | |
| 4972 | 02/26/16 | 21:51:42 | 18186323018 | 14043863609 | | | SMST | | |
| 4973 | 02/26/16 | 21:52:16 | 18186323018 | 14043863609 | 3544110679565711 APPLE IPHONE6 | 310410755704353 | SMST | | [197488143:771438:-80.8762833:35.4422417::-1.0] |
| 4974 | 02/26/16 | 21:52:38 | 18186323018 | 14043863609 | | | SMST | | |
| 4975 | 02/27/16 | 02:03:30 | 14043863609 | 12489306268 | | 310410755704353 | SMST | | |
| 4976 | 02/27/16 | 02:03:30 | 14043863609 | 12489306268 | | | SMST | | |
| 4977 | 02/27/16 | 02:22:14 | 12489306268 | 14043863609 | | | SMST | | |
| 4978 | 02/28/16 | 21:13:03 | 14043863609 | 12489306268 | | 310410755704353 | SMST | | |
| 4979 | 02/28/16 | 21:13:03 | 14043863609 | 12489306268 | | | SMST | | |
| 4980 | 02/28/16 | 21:15:36 | 12489306268 | 14043863609 | | | SMST | | |
| 4981 | 02/28/16 | 21:15:57 | 14043863609 | 12489306268 | | | SMSO | | |

**The information contained here is for use by authorized persons only and is not for general distribution.**

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 395   Filed 11/02/20   Page 183 of 184 PageID 16480
(with cell location)

2986012
06/01/2020

**AT&T**

AT&T has queried for records from 01/01/2015 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        06/02/2020
Run Time:        06:34:09
SMS Usage For:   (404)386-3609

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | Feature | Cell Location |
|------|-----------|-----------------|-------------------|-------------------|------|------|------|---------|---------------|
| 5018 | 03/05/16 | 14:15:09 | 7535 | 14043863609 | | | SMST | | |
| 5019 | 03/07/16 | 00:16:48 | 14043863609 | 15864842199 | | | SMSO | | |
| 5020 | 03/07/16 | 00:17:44 | 15864842199 | 14043863609 | | | SMSO | | |
| 5021 | 03/07/16 | 03:09:52 | 14043863609 | 18185121224 | | 310410755704353 | SMSO | | |
| 5022 | 03/07/16 | 03:09:52 | 14043863609 | 18185121224 | | | SMST | | |
| 5023 | 03/07/16 | 19:35:32 | 17046742885 | 14043863609 | | | SMST | | |
| 5024 | 03/07/16 | 19:36:08 | 14043863609 | 17046742885 | | | SMSO | | |
| 5025 | 03/07/16 | 20:09:22 | 14047977920 | 14043863609 | | | SMST | | |
| 5026 | 03/07/16 | 20:35:23 | 14043863609 | 19168250644 | | | SMSO | | |
| 5027 | 03/07/16 | 20:37:31 | 19168250644 | 14043863609 | | | SMST | | |
| 5028 | 03/07/16 | 20:40:38 | 14043863609 | 16176506236 | | | SMSO | | |
| 5029 | 03/08/16 | 01:43:12 | 17046742885 | 14043863609 | | | SMST | | |
| 5030 | 03/08/16 | 01:47:27 | 14043863609 | 17046742885 | | | SMSO | | |
| 5031 | 03/08/16 | 01:47:28 | 14043863609 | 17046742885 | | | SMSO | | |
| 5032 | 03/08/16 | 01:48:18 | 17046742885 | 14043863609 | | | SMST | | |
| 5033 | 03/08/16 | 01:48:40 | 14043863609 | 17046742885 | | | SMSO | | |
| 5034 | 03/08/16 | 01:49:19 | 17046742885 | 14043863609 | | | SMST | | |
| 5035 | 03/08/16 | 18:06:06 | 14043863609 | | | 310410755704353 | SMSO | | |
| 5036 | 03/08/16 | 18:06:06 | 14043863609 | | | | MMSO | | |
| 5037 | 03/08/16 | 20:00:24 | 14047977920 | 14043863609 | | | SMST | | |
| 5038 | 03/08/16 | 22:12:08 | 12489306268 | 14043863609 | | | SMSO | | |
| 5039 | 03/09/16 | 13:13:02 | 14043863609 | 14047977920 | | | SMSO | | |
| 5040 | 03/09/16 | 13:16:14 | 14043863609 | 14047977920 | | | SMSO | | |
| 5041 | 03/09/16 | 14:24:28 | 14074668294 | 14043863609 | | | SMST | | |
| 5042 | 03/09/16 | 19:35:57 | 14043863609 | 14074668294 | | | SMSO | | |
| 5043 | 03/09/16 | 20:27:52 | 1410100002 | 14043863609 | | | SMST | | |
| 5044 | 03/09/16 | 20:28:59 | 14043863609 | 17046742885 | | | SMSO | | |
| 5045 | 03/09/16 | 20:30:11 | 17046742885 | 14043863609 | | | SMST | | |
| 5046 | 03/09/16 | 20:32:38 | 17046742885 | 14043863609 | | | SMST | | |
| 5047 | 03/09/16 | 20:34:47 | 14043863609 | 15864842199 | | | SMSO | | |
| 5048 | 03/09/16 | 20:34:47 | 14043863609 | 15864842199 | | | SMSO | | |
| 5049 | 03/09/16 | 20:36:07 | 15864842199 | 14043863609 | | | SMST | | |
| 5050 | 03/09/16 | 21:45:36 | 15864842199 | 14043863609 | | | SMST | | |
| 5051 | 03/09/16 | 21:46:58 | 14043863609 | 15864842199 | | | SMSO | | |
| 5052 | 03/09/16 | 21:47:39 | 15864842199 | 14043863609 | | | SMST | | |
| 5053 | 03/09/16 | 21:55:33 | 15864842199 | 14043863609 | | | SMST | | |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not
for general distribution.**

## CERTIFICATE OF SERVICE

I certify that on November 2, 2020 I electronically filed a copy of the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing

to the following:

| | |
|---|---|
| Kevin W. Shaughnessy<br>kshaughnessy@bakerlaw.com<br>Paul Alexander Quimby<br>aquimby@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>SunTrust Center<br>200 South Orange Avenue, Suite 2300<br>Orlando, FL 32802<br><br>***Attorneys for Plaintiffs, Classic Soft Trim, Inc. and Roadwire, LLC*** | Don Howarth<br>Suzelle M. Smith<br>Tomas S. Glaspy<br>HOWARTH & SMITH<br>523 W. 6th St., Suite 728<br>Los Angeles, CA 90014<br>Email: dhowarth@howarth-smith.com<br>Email: ssmith@howarth-smith.com<br>Email: tglaspy@howarth-smith.com<br><br>***Attorneys for Katzkin Leather, Inc., Clearlight Partners, LLC and Clearlight Partners Management, LLC*** |
| Courtney B Wilson, Esq.<br>LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 SE 2nd Ave., Ste. 2700<br>Miami, FL 33131<br>Email: CWilson@littler.com<br><br>***Attorneys for Defendant Ross Albert*** | |

Stephen Rapaport