## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CLASSIC SOFT TRIM, INC. and
ROADWIRE, LLC,

Plaintiffs,

v.                                                    Case No. 6:18-cv-01237-WWB-GJK

ROSS ALBERT, KATZKIN LEATHER,
INC., a Delaware corporation,

Defendants.

_____/

### PLAINTIFFS' MOTION FOR SANCTIONS AGAINST DEFENDANT KATZKIN LEATHER, INC. AND DON HOWARTH DISPOSITIVE MOTION SEEKING DEFAULT JUDGMENT UNDER RULE 37(b)(2)(vi)

Plaintiffs, Classic Soft Trim, Inc. ("CST") and Roadwire, LLC ("Roadwire") (collectively, "Plaintiffs"), pursuant to Local Rule 3.01 (M.D. Fla.) and Fed. R. Civ. P. 37(b)(2)(i)(ii) (iii) and (vi) move for sanctions against Defendant Katzkin Leather, Inc. ("Katzkin") for willful violation of the Court's orders contained in Dkts. 388 and 296.  Under section 37(b)(2)(iii) Plaintiffs seek an order striking Katzkin's answer, Dkt. 362, and directing that Plaintiffs may proceed by default. Rule 37(b)(2)(vi).  Alternatively, under section 37(b)(2)(ii) Plaintiffs seek an order prohibiting Katzkin from opposing the claims in the Second Amended Complaint (Dkt. 104) Claim Three, Tortious Interference with Contractual Relationships and Business Relationship and specifically prohibiting Katzkin from denying the allegations in paragraphs 150-162, and an order prohibiting Katzkin from opposing the claims in the second Amended Complaint (Dkt. 104) Claim Four, Inducing   Breach   of   Loyalty   and   Fiduciary   Duties/Intentional   Interference   with Employee/Employer Relations. and specifically prohibiting Katzkin from denying the allegations

in paragraphs 180-193.  Alternatively, Plaintiffs seek an Order under section 37(b)(2)(i) directing that specific designated facts, identified herein, be established for this action as to Plaintiffs' claims against Katzkin.  Plaintiffs additionally seek monetary sanctions under Rule 37(b)(2)(C) against defendant Katzkin jointly with its attorney Don Howarth, who has advised Defendant to disobey the Court's orders in Dkts. 388 and 296.  Plaintiffs request that after a ruling, the Court allow a reasonable time for the Plaintiffs to file a supplemental declaration of the amount of expenses and attorneys' fees caused by the failure of Katzkin to comply with the subject orders.

## I.    **INTRODUCTION**

Two critical orders were violated in bad faith by Katzkin, the first compelling Katzkin to certify through an IT expert search for specific ESI pursuant to twenty-nine (29) separate searches that the Court specifically ordered in Dkt. 296. Those searches were heavily filtered with strict parameters placed on the IT searcher, and then thousands of documents retrieved by the searches were withheld. The second order (Dkt. 388) denied Katzkin's motion to quash the Rule 45 Subpoena to the IT expert, Joseph James, Jr. who was assigned the search from former defendant CLP and CLM, and specifically rejected the arguments by Katzkin to withhold any part of James' file.  (Dkt. 388: 8-11). That order was violated by the production of only a portion of James's file, which counsel heavily redacted, and by withholding all of the actual documents returned by the search. (Exhibit "1').  Both of these violations were premeditated in bad faith to deprive Plaintiffs of probative evidence that would prove their claims.

a.    **Summary of Complaint Claims**.  Plaintiffs' Second Amended Complaint contains two remaining claims against Katzkin, Claim Three, Tortious Interference with Contractual Relationships and Business Relationships  and Claim Four, Inducing Breach of Loyalty and Fiduciary Duties/Intentional Interference with Employee/Employer Relations. Both Claims are

2

based on Katzkin's involvement and inducement of breaches of duty committed by former CST employee Ross Albert who was the general manager of Plaintiffs' most profitable leather installation branch in Orlando for sixteen (16) years.  Albert was a trusted, highly compensated fiduciary. This trust was shattered by Albert who conspired with Katzkin to sabotage CST's business beginning in July 2015, nine months prior to resigning without notice on March 18, 2016. During those nine months, Albert engaged with Katzkin and former defendant Classic Design Automotive ("CDA") to divert all of Plaintiffs' car dealerships from buying Roadwire leather, to buying Katzkin leather.  Albert spent months negotiating with Katzkin for a One Million dollar ($1,000,000) two year compensation package in exchange for delivering all of Plaintiffs' Orlando customers and branch employees to CDA and in exchange for Albert conspiring with CST's Vice President Greg Vogel, who managed Plaintiffs' Cincinnati Ohio Branch, for Vogel to resign and destroy the Cincinnati branch profits.  At stake was millions of dollars of annual revenue Katzkin schemed to receive from CST's losses.  On February 12, 2016 Katzkin and Albert executed Albert's employment agreement, the next week Vice President Vogel resigned, and based on Albert's conduct, by April 1, 2016 both the CST Orlando branch and Cincinnati branch lost over 75% of their customers.

> **b.**   <u>**History of Proceedings**</u>.  On August 22, 2017 in Florida state court, CST sued Albert and former employee Daniel Valencia, along with competing Orlando re-styler Classic Design Automotive (CDA) alleging Albert, Valencia and CDA principals John Held and John Donellan had conspired to divert all Orlando customers to CDA.  In June 2018 Valencia confessed and signed a declaration that revealed Katzkin had orchestrated the entire scheme and had actively participated with Albert in soliciting CST customers and employees, and had orchestrated CDA expanding its operations to become the primary recipient of all of CST's customers with an

arrangement CDA would only install Katzkin leather.  On July 31, 2018 the state action was removed by Albert to this court, and on December 27, 2018, Plaintiff Roadwire, LLC was added, and Plaintiffs added defendant Katzkin and its owner ClearLight Partners, LLC (CLP) and ClearLight Management, LLC (CLM), alleging they had induced Albert to breach his duties of loyalty and his fiduciary duties, and they intentionally interfered with CST employment and customer contracts with unfair and illegal business practices. On August 13, 2020, Dkt. 347 dismissed CLP and several claims against Katzkin.[1]

      **c.**    **History of Discovery and Orders.** Plaintiffs served Katzkin and CLP with multiple Rule 34 document requests seeking substantial ESI Katzkin had between its various agents,  including managers Ron Leslie, Dave Sheffler, Bill North and CEO Tim Clyde with Albert and former vice president of CST, Greg Vogel. The requests sought phone records, text messages and emails known to have existed between July 2015 and January 2017.  Katzkin and CLP, represented by Attorney Courtney Wilson and Don Howarth, refused to produce any responsive records forcing Plaintiffs to file several motions to compel (Dkts. 228, 230) and defending Katzkin's motion to strike cell phone company subpoenas. (Dkt. 333).[2]  Plaintiffs' motions addressed the Rule 34 requests that sought discovery related to Katzkin and CLP's involvement with Albert's pre-resignation breach of duties of loyalty as general manager by engaging in tortious conduct against Plaintiffs, and discovery related to post termination illegal use of Plaintiffs' confidential information and trade secrets up to the current date. (*Id.*).  Plaintiffs defended their cell phone company subpoenas based on known text messages and phone calls that Katzkin denied

---

[1] A Rule 60 Motion seeking reconsideration is being filed concurrently with this motion to allow Plaintiffs to file a Third Amended Complaint that includes a direct claim against CLP and CLM for their independent aiding and abetting Albert to breach his fiduciary duties to Plaintiffs.
[2] Wilson is local counsel for Howarth who is in Los Angeles.

sending and making, seeking independent proof to impeach Katzkin's agents and support forensic examination of Katzkin and CLP's ESI. (Dkt. 335). The honorable Judge Baker initially reviewed the motions and ordered the parties to meet and confer and consider hiring a facilitator. (Dkt. 296). The parties agreed to retain a local Orlando facilitator attorney Carolyn Alvarez and spent four weeks and numerous zoom hours working through each ESI request.  With impasses reached on the majority of the requests, Ms. Alvarez filed Dkts 282 and 283 that outlined the ESI searches in dispute.   The Court issued its Order, Dkt. 296, specifically incorporating the Defendants final compromise position on twenty-five (25) searches that the parties had numbered with competing positions set forth (Dkt 283-1: pgs 1-47) and providing enumerated rulings on five additional requests.   The Court ordered Defendants to complete the searches in the manner of their "concessions" offered in their final responses to each, and the Court specifically incorporated those concessions by referring to Dkt. 283-1. (See Dkt 296, fn.3).  The court further narrowed several of the 25 searches, specifically Search number  6 which the court ordered "Defendants shall perform the identified ESI search for emails from Michael Kaye to Peter Kim for the time frame of December 1, 20145 to July 1, 2015" and as to search number 25 seeking Vogel records and records related to nineteen (19) other former CST employees, the Court ordered that "Defendants shall search for references to the employees identified by Plaintiffs in this request for a time period from six months before the employees hiring date and three months after their hiring date". (Dkt 296: p4.)

     d.    **Defendants Immediately Instructed Their IT Experts to Violate the Order**

          1.    **Directions Given to Not Look or Produce Attachments or Document deleted files.**

The Court's Order on the motions to compel, Dkt. 296, was entered on 6/17/20. That same day defense counsel called a meeting with both the CLP and Katzkin IT, with Katzkin officers and

CLP partners and sent a spreadsheet directing very narrow, and specific searches in very limited locations to guarantee as little as possible would be returned. Exhibit "2" is the June 17, 2020 instruction to IT to run "specific searches".  Defense counsel then sent specific instructions on their "agenda items" that included a direct instruction to violate the IT certification form by *not documenting the deleted or unrecoverable text.* (Exhibit "3", e(ii)). The Court's order adopted the defendant's IT form (Dkt 296:3) which specifically included the obligation *to document data deleted.* (Exhibit "4" brackets part, "list each device and deletion history". The final certification of James did not document the history of discovered deletion or unrecoverable text. (Exhibit "5" see bracketed parts). The exhibit "3" Agenda items also directed IT to "exclude attachments", with additional instructions to "ignore header, signature block and attachments". (Exhibit "3", (e)(iii)(2)). Each defendant's position stated that:

> "As to *email attachments,* which Plaintiffs raise in their statement, but which are relevant here since this was supposed to be resolved, as Defendants have informed Plaintiffs, where relevant its IT consultants will certify the search was done and that all emails were turned over to counsel *with attachments*, so the can be reviewed by counsel for purposes such as responsiveness and privilege prior to production to Plaintiffs." (See e.g. 283-1, p.9, emphasis added).

 These representations were false. James confirmed he had no idea what he actually turned over to counsel as he did not look at any of the results. (Q: Did you ever compare what you sent them as to what they produced me? A: No ( 51:4-13) "I didn't look at the documents counsel, I did the search I submit the findings to counsel for responsiveness". (180:11-13). The agenda items also directed that "when say [sic] search text of email, Exclude header block (subject, to, from, ect), signature block and attachments? May need to do this manually later on the sig block".  IT was also told "no email address in the to and from searches". (Exhibit "3", (e)(iii)(3).  These instructions with no independent verification of what was actually produced, are clear violations of the Dkt. 296.  Based on what was produced, it is clear that attachments were not produced-

exactly as directed.  This was a bad faith violation of the Court's order.

2.      **Directions Given to Eliminate Searches that Would Produce Responsive Files.**

Multiple critical searches were ordered (1, 2, 12, 17, and 22 ) that focused on the Orlando events between July 1, 2015 and March 21, 2016. Search 1 was for "emails regarding CLP or Katzkin visits to Florida to meet with Albert (July 1, 2015 to April 1, 2016). **Search #2** was for ESI that had "Ron Leslie" and "Ross" or "Albert".  Search 12 was an "all writings" search [which would include text messages, memos attached to emails, ect.] that had "Ron Leslie" and "Orlando" in an email *or the same document*. Search 17 was for any documents that had "Dave Sheffler" and Orlando *in the same document* or email, (with no restriction on word distance for this search) Search **#22** was for documents that discussed "how Katzkin will expand or grow in Orlando", and Search 23 was filed and emails that referred to Naomi Soto or Danny Valencia" (Dkt. 283-1, pps. 1, 19, 30, 40, and 41).

Defense counsel mocked these five critical searches and instructed James to *not do any ESI search on #1,* [See Exhibit 7, search #1 instructions ["not for IT" in column 4].  As to search #2 they excluded all attachments and headers from the search. [Exhibit "7"] As to **#12,**  IT was told to search only the text of the email (not the headers or attachments) in emails on #12 for the "phrase Ron Leslie and words "Orlando" with no reference to any other records, such as text messages or attachments.  [See Exhibit "8"].   As to #17, Defense counsel limited the search to emails only (no other documents such as attachments or text messages) to a "within 30" word search. (Exhibit "8"). The order adopting defendants position which was to limit  searches with Sheffler and "Classic Soft trim" to 30 words, no agreement regarding Leslie and Orlando to 30 words was reached. [Dkt. 282-1 p. 33].  **This violation was willful as there are at least 32 SMS messages discovered from Sheffler to Albert during the critical dates of February and March that were**

**not produced.** (Exhibit "10 " red boxes around SMS text between Albert and Leslie that were **not** produced).  As to **#22**, documents on the Orlando expansion, *counsel blacked out the instructions.* [See Exhibit "7"].

     3.     **Defendants Failed to Search for All Text Messages.**

As to text messages, Exhibit "10" is proof that the most critical text messages between Albert to Leslie in the subject date range were not looked for, and/or counsel withheld the damning ones. Other order violations on text messages include **Search #3** that was for text messages to and from Orlan Davies to Michael Kaye, but <u>Orlan Davies' phone was not searched.</u>  (see Exhibit "7", red box on far right columns of phones). This is also true for #8 text messages from Michael Kaye to CLP employees. Only Kaye's phone was searched. What if Kaye deleted these text but the other phones or back up had them?  Why when your IT had <u>all phones</u> and passwords did it deliberately do this?  The answer is, by searching one you reduce the number of responses-so long as you do not document what was deleted from the one phone you search. That is what happened here.

     4.     **Defendants Failed to Search  CLP Texts re Involvement with Katzkin Torts.**

A major issue pending with the proposed Third Amended Complaint is CLP/CLM's direct aiding and abetting of Albert to breach his fiduciary duty, which is a Florida common law claim that would assert personal jurisdiction over CLP/CLM. As stated in *See Allerton v State Dept of Ins. Co*, 635 So.2d  36 at 39-40 (Fla Dist Ct. App. 1994)  "[I]f an individual commits an act that aids and abets a breach of fiduciary duty outside of Florida that causes harm to a company located in Florida, the individual is subject to personal jurisdiction under the Florida long-arm statute." As stated in the proposed amended complaint CLP admits the travel but has concealed the CLP text messages and emails that prove the details of this aiding and abetting. (Admission of travel at (Dkt. 283-1, p.2 under "Defendants position"; proof of concealed text message in Exhibit "1" Leslie to

Schmidt text messages on September 19, 2016; Court order compelling text messages with Schmidt at Dkt. 283-1, p. 37-40 ordered to be produced by Dkt. 296.).   **Search #9** was for 11 searches propounded by Plaintiffs to discover directions from Kaye to Katzkin personnel, as Plaintiffs knew Kaye was debriefed twice <u>in the middle of the Orlando events</u>. (See Exhibit "9" emails, e.g. March 14, 2016, To Kaye: "Peter and I (Clyde) wanted to discuss the evolving situation with CST and give you (and all of us) a chance to discuss our plans, opportunities **and the risks**".) **Search #9** was for CLP managing partner Michael Kaye's text messages to twelve (12) specifically named Katzkin and CLP employees. (Dkt. 238-1, pgs 13-14). Defendants assured the Court they would have IT search all deleted or current text messages to all 12 people and that Defendants accepted Plaintiffs' language to produce text messages "approving or disapproving the conduct or directing conduct to Katzkin".(Id). Defendants thinking they would never get caught, mocked this search by limiting it to text messages for those 12 that contained the words  "Classic Soft Trim" or "Roadwire"( See Exhibit "7" red box around Search #9).  This premediated "slight of hand" a was designed to conceal any direct instructions from Kaye  during the subject time frame that would prove CLP's direct aiding and abetting, ( note "Albert" is missing from the search). Concealed emails exist based on the fact CLP partner Schmidt and Mannasero traveled to Orlando during that time frame. (admission of Schmidt  Orlando travel at 283-1, p.2)

## II.    **DEFENDANT CAUSED JAMES TO COMMIT CONTEMPT AND WITHELD HIS FILE**.

Defendants obstruction of the James subpoena and the withholding of all of the records he actually received from his searches, combined with their major redaction of his file was a bad faith violation of Dkt. 388.  In the extensive meet and confer efforts with Defense counsel Don Howarth, he took the baseless position that the Court did not rule on the file. He knew this false as pointed out in great detail to him in the following email:

Don, your refusal to produce the entire file is a violation of the Court's order.  I want to schedule a time today to meet and confer to discuss.   What is your availability this morning as if you do not reconsider we will continue the deposition and file a motion to compel compliance and seek sanctions. The deposition subpoena was not modified in any manner by the Court and all your objections were overruled.   A review of the order and your objections prove this. You objected to the file being produced stating, *inter alia*,  "Mr. James is a consulting expert retained by Defendant ClearLight and its counsel, who is not expected to testify at trial, and is not subject to deposition; and both his file and his testimony are fully protected by the work product and attorney client privileges."  You stated, "he is not required to turn over his file relating to such work".  You further objected stating "his file and his testimony are privileged against discovery by the work product and attorney client privileges"  After citing multiple work product cases, you concluded with  "the discovery sought by Plaintiffs August 5 subpoena served on Mr. James is thus improper and privileged and the subpoena is defective" .  In the next section of your objection you argued, "Fourth, Plaintiffs have no need for information from Mr. James or his file and there is no basis for them to obtain his file or take his deposition."

In your Motion to quash you attached your objections and commenced by quoting the SDT for James's "entire file related to his IT work in this case". (349:2). You repeated your objections, cited again several work product cases, and argued various code sections supporting the Court issuing a protective order. (394:3-7). You then proceeded to seek "sanctions" for Plaintiffs "unilaterally modifying the Court Order" and upon that basis, argued the subpoena in invalid . (349:10-11). In the next section you specifically addressed the entire file of Mr. James arguing  that Plaintiffs wish [sic] "that Mr. James turn over his file related to such work"  (394:11). You proffered that "the work product privilege does not just protect a consulting expert against deposition, but also protect the expert's file from disclosure." (394:12). You then concluded with arguments regarding the need for James's testimony.  You also attached

your declaration which did not address any specific content of the file.  No person with personal knowledge of specific  harm that would result from disclosure of the purported confidential contents was attached. The Court soundly and fully rejected all your arguments. The Court commenced his order by reciting the history of Mr. James's involvement, and incorporated the subpoena ( 349-2)  and its demand for the entire file. (388:2). The Court then specifically referenced your objections. (349-3). The Court then summarized your objections, noting in part that you were objecting because "Mr. James is a non-testifying expert in this matter and  his file is protected work product." (id). The Court then cited to the applicable law, citing in part the proposition that " A Rule 45 subpoena should be enforced unless it is clear that the evidence sought can have no possible bearing on the issues." (388:3). The Court specifically then quoted section (3) of Rule 45(d) that allows an order to quash if the subpoena "requires disclosure of privileged or other protected matter, if not exception or waiver applies". (id) Then the Court notably cited Malibu Media, LLC v. Doe (M.d. Fla. Jan 22, 2015) for the key element that the party seeking to quash the subpoena "bears the burden of establish at least one of the requirements in Rule 45(d)(3) A)(i)-(iv).  The Court cited additional law your burden, referencing *O'Connor v Geico Indem. Co*. ( M.D. Fla March 21, 2018) and *Gober v City of Leesburg* ( M.D. Fla 2000).  Then pivotal to the order as to the file, the Court quoted *Dovin v Nair and Co, Inc*. ( M.D. Fla. Jun 30, 2009) which held " A protective order should be entered only when the movant makes a particularized showing of "good cause" and specific demonstration of fact by affidavit or testimony of a witness with personal knowledge, of the specific harm that would result from disclosure or loss of confidentiality; generalities, conclusory statements and unsupported contentions do not suffice" (388:5).  The Court then repeated the pre requisite of an affidavit of a person with personal knowledge of the confidential information, and need for particularity, citing the 5th circuit case of *US vs Garrett* that stated " a showing of good causes contemplates a particular and specific demonstration of fact as distinguished from stereotyped and conclusory statements"). In its analysis, the Court rejected in one sentence

11

your ten page argument on the issuance of the subpoena being a "sanctionable violation" [quotes in the original]  (388:5). The Court then proceeded to overrule all procedural defect objections. (388:6-8).  Then critical to why your refusal to produce the entire file is a willful violation of the Court's order, the Court addressed and rejected all of your work product, confidentiality arguments.  The Court started by citing to Rule 26(b)(3) which generally supports withholding "documents and tangible things that are prepared in anticipation of litigation or for trial by or for another party"  but then cited to Rule 26(b)(1) that allows discovery when the party shows "it has substantial need for materials to prepare it case and cannot without undue hardship, obtain their substantial equivalent by other means". (388:9).  The Court then dissected how to determine if a requested document was in truth prepared in anticipation of litigation and noted the Court must consider "the function the document serves, the circumstances surrounding its creation and the driving force behind its preparation') citing to *Trenary v Busch Entm't Corp* (M.D. Fla. Sept 28, 2006). The Court then noted that work product protection is waived when the materials are disclosed in a way that "substantially increases the opportunity for potential adversaries to obtain the information".  The Court concluded with quoting *Live Nations Worldwide, Inc. v Cohl*  (S.D. Fla  Nov 17, 2011) that "not every situation in which work-product materials are disclosed warrants a finding of waiver". The Court then addressed your argument that the ESI search protocols are protected work product, and rejected that as "the record does not support Katzkin's contention" finding that "the record, including the ESI Certification, reflects that Mr. James was retained to discharge Clearlights duty to produce responsive discovery in this litigation and not to assist counsel in the defense of this case. (388:10). Then, and this is dispositive,  the Court stated: "Similarly, while it is possible that Mr. James's file contains materials that may be protected work product, Katzkin has failed to identify those materials in any particularized way.  Instead Katzkin has made a conclusory argument regarding the applicability of the work product doctrine. The Court then specifically ruled that "Katzkin has failed to make a particularized showing that protective order

is required, or that the Subpoena  must otherwise be quashed." 388:10. Your statements below that the "notice did not call for documents"  and that Court's October order did say you were entitled to "review his file related" to the ESI search Mr. James conducted" are both evidence you are willfully violating the Dkt 388. The Courts order only  used the words "file related" on page 7 where the Court noted the Subpoena asks the recipient to produce his "entire file related to his IT work in this case"  and the Court also quoted the Subpoena that seeks James "entire file related to your IT work in this case" (388:7, FN3).  The Court noted at p. 8 that  CST seeks to depose Mr. James regarding the nature of his ESI search and review his entire file related thereto." (388:8) .  Your willful disregard of the word "entire" and the transparent conduct of concealing material evidence that you have redacted, combined with the selected production of only parts of the file, is sanctionable conduct under Rule 37.

Should you not immediately withdraw your position and should you not immediately transmit the entire file to me so that I can reasonably review and organize it, I will continue the deposition and file a motion for sanctions. It is now established from the produced phone records that numerous responsive ESI documents ordered by the Court in Dkt. 296 were concealed or destroyed.  The Plaintiffs have been substantially prejudiced by this conduct and the delay in their right to responsive ESI combined with a cumulative violations of the Courts orders by both defendants,  supports severe sanctions by the Court.

I am available until 5:30 PST today to meet and confer on this."

Despite this effort and the undeniable findings of this Court that no aspect of the file was proven to be privileged, Defendants instructed James to commit contempt.   James: Q Did you understand that it was a subpoena to you to produce your entire file related to your IT work in this case?  A: I did. Q: Did you ever engage in any activities where you went in and blacked out any

portion of the emails sent to or from you? A. I did not. (James depo. 13:20-24; 17:4-7[3]).

James uploaded all of the files he found-without looking at them- to a One Drive account with Don Howarth. (Exhibit "11" "Cell phone searches for all named CLP employees are now complete. Tomas, I will add the findings to the OneDrive file later tonight" According to James' records, 1742 **emails** were turned over to Howarth, including 950 on the Orlando search of Leslie and Orlando.  Yet only **316 emails** were produced (See Exhibit "12" compilation of emails and their bate numbers). James did not keep a record of how many text messages were generated. Only 897 text messages were produced, an of those only 68 were in the time frame of Feb 1- March 21, 2017. (See Exhibit "13").  Even though Albert destroyed and/or refused to produce his phones and passwords to his accounts, Katzkin claims it searched its backup.  **<u>Clearly it did  not or its counsel withheld thousands of text messages.</u>**  The game Katzkin has been playing is without an independent search, there is no way to know what defense counsel screened. When the entire file was ordered to be produced from James, they were caught.  Because the results are so harmful to their defenses, and based on how late in this case, Dkt. 388 was issued, they premeditated a gamble to willfully violate the Court's order.  They know that what was uploaded and what was not searched for, would prove all elements of Plaintiffs claims, including the proposed new claims in the Third Amended Complaint for Trade Secrets theft, and aiding and abetting by CLP.  This conduct was done in bad faith and supports severe sanctions under Rule 37(b)(2)(iii) and(vi).

### III.    <u>KATZIN FACILITATED ALBERT'S DESTRUCTION OF ESI</u>

The fiction of Katzin's counsel that it is not also Albert's counsel and the games that have been played  "behind the scenes"  to control Albert's discovery, but then distance themselves as if

---

[3] The final transcript for the deposition of James is not yet available, once it is, the cited pages will be filed from that final version.

Albert and Katzkin are not represented by the same attorneys- Don Howarth and Courtney Wilson-

is proof of Katzkin's bad faith. Albert received at least five days before he commenced

employment with Katzkin, a 2016 laptop and iPhone 6 **from Katzkin**. (Albert 19:7-9, Chase para.

17, Exhibit 11).  Albert had that iPhone for several years and ultimately upgraded it to an iPhone

8, which came out in late 2017.  Katzkin did not preserve that iPhone 6 despite active litigation, a

preservation letter and despite knowing since March 16, 2016 litigation against them and Albert

was imminent.  Records recovered from AT&T show that Albert used that iPhone 6 to *extensively*

text and email.  IT expert Brian Chase analyzed those records and dissected data from the single

laptop produced, confirming that *nine thousand nine hundred and fifty three* SMS messages were

sent or received by that iPhone 6, with over three thousand (3,000) of them going to or from phone

numbers, as opposed to AT&T sending data notices which comprise the balance. (Chase Decl.

para. 40-43.)  Mr. Chase compared numbers from several of the text messages sent from the iPhone

6 during the exact events surrounding Albert's resignation and confirmed that each category of the

specified list of witnesses sought by Request #3 existed.  Specifically, he identified text messages

in the critical time frame from Albert to car dealerships, Dave Sheffler, John Held and other

Katzkin employees. (*See* highlighted phone records attached to Chase Decl. as Exhibit "A").

Katzkin stood idly by while  Albert destroyed this iPhone 6, ( their property) and then aided him

as he produced none the thousands of other text messages he sent during the subject Court-ordered

time frame.

   a. __Katzkin Aided Albert in Concealing   the  Classicdesignleather@gmail.com__
      __account.__

   Katzkin owns Albert's iPhone, and as his employer had a duty to search that phone and

preserve all ESI from it and any back up accounts.  They did not do this. The forensic search

performed on Albert's "Katzkin owned laptop" revealed cloud-based email accounts he used

between the dates of January 1, 2015 and January 1, 2017, one hosted at Google and one hosted at iCloud.  Katzkin knew of a third cloud account,  Classicdesignleather@gmail.com, as they too sent emails to that address for scheduling from Ron Leslie. (Exhibit "14"). Nowhere in this discovery process have they acknowledged or searched that Google account which at all times their employee manager, Albert, had full access to. The concealment of the Classicdesignleather@gmail.com account is one of Katzkin and Albert's  most egregious acts.  By the time it was discovered, the discovery cut off had expired and critical cross examination of John Held, Ron Leslie, Dave Sheffler, Tim Clyde, Bill North and Brooks Mayberry did not include any questions on this concealed email and its contents. Throughout his deposition, Albert adamantly denied conspiring with Dave Sheffler of Katzkin, CST's operation manager, Danny Valencia and CST office administrator Naiomy Soto to set up a clone of CST's operations with competitor Classic Design Automotive (CDA). (Albert, 42:10-43:4, 68:11-69:18, 72:4-11, 79:4-80:22, 86:3-7). These lies have now been fully exposed by the discovery of this concealed Google email account, named classicdesignleather@gmail.com.  All of Katzkin's employees equally lied about the events they absolutely knew of that this account proves.

   b. **Katzkin Aided and Abetted Albert In Concealing  theeleatherman@gmail.com emails.**

Plaintiffs have also been deprived of highly probative 2015-2017 emails from Albert's Google account, theeleatherman@gmail.com.   It was through this email Albert stole and transmitted CST's proprietary forms and customer list to the Classicdesigleather@gmail.com account. Exhibits 6 and 7 prove this as does the contact list discovered on his laptop and the dates it was created on March 17 and 18, 2016.  (See Chase Decl. para. 17-21; note also the email "Ross Albert" when clicked on in the original goes to theeleatherman@gmail.com). Depriving Plaintiffs of any use of the concealed emails in their claims and discovery against Katzkin, Albert has

blocked all access to this account, and never conducted any ESI search in it-neither has Katzkin. Katzkin's failure to be sure *their employee using their laptop did not delete these emails*, is axiomatic under the rules of preservation of known ESI. His obstruction was plainly pre-mediated as confirmed by IT expert Chase who verifies that *none* of these theeleatherman@gmail.com emails were on the laptop he searched, and the 2018 created backup folder was empty. (Chase Decl.  para. 12, 34-38).

**c.**   **Katzkin Concealed an Entire iCloud Account and iCloud Email.**

Katzkin's    employee,    Albert    also    has    an    email    account    known    as theeleatherman@iCloud.com.  This hidden email account was never searched by Katzkin, even though it is accessible through a laptop they own.  This is yet another basis of granting this motion.

**IV.**   **GOOD CAUSE EXIST TO GRANT 37(b)(2)(iii) SANCTIONS**

Based on the March 1, 2021 trial date, the expired August 24, 2020 discovery cut-off, and the imminent pre-trial conference deadlines, Katzkin's bad faith violations support the most severe Rule 37(b)(2) sanctions.  Even if Katzkin fully complied today, Plaintiffs cannot start over with deposing the twelve (12) witnesses allowed by numerous hard-fought court orders.  Under the CMSO order, without extraordinary relief, Plaintiffs have no remaining opportunity to conform their pleadings and pre-trial ordered documents to include the mountain of concealed evidence that exist on Katzkin and CLP devices that were either never searched, or were concealed by Defense counsel Don Howarth from being produced. There has already been three extensions of the CMSO deadlines.

The only fair resolution is for the Court to strike Katzkin's answer and order a default prove up pursuant to Rule 37(b)(2)(iii) and (vi).  This is the relief Plaintiffs seek. A less fair but alternative option is for the Court to issue Rule 37(b)(i) or (ii) directives heavily restricting

Katzkin's defenses.  This is the alternative relief Plaintiffs seek. This lesser alternative would still leave Plaintiffs severely prejudiced as Albert has benefitted from Katzkin's obstruction, and any order short of striking Katzkin's answer with a default judgment confirming their conspiracy with Albert and Vogel to violate their fiduciary duties to Plaintiffs, will reward Katzkin for order violations.  Katzkin has controlled Albert through Don Howarth  making sure that Plaintiffs were never going to get the most damning ESI.  The additional relief sought by this motion is Plaintiffs' attorneys' fees related to Katzkin's failure to comply with Dkts. 388 and 296, awarded against Katzkin and its lead counsel, Don Howarth jointly.

## V.    MEMORANDUM OF LAW

Based on this record, Katzkin's willful violation of Dkts. 296 and 388 support severe sanctions under Rule 37(b)(2)(iii); *Lambert v. Worldwide Marketing Technologies Corporation, 708* Fed. Appx. 559 (11th Cir. 2017**).** Rule 37(b)(2)(A) of the Federal Rules of Civil Procedure provides that if a party fails to obey a discovery order, the court where the action is pending may issue "further just orders" such as: "(i) directing that the matters embraced in the order or other designated facts be taken as established for purposes of the action, as the prevailing party claims; (ii) prohibiting the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence; (iii) striking pleadings in whole or in part, (vi) rendering a default judgment against the disobedient party." Fed. R. Civ. Pro. 37(b)(2)(A). Courts enjoy "substantial discretion in deciding whether and how to impose sanctions under Rule 37." *Chudasama v. Mazada Motor Corp.,* 123 F.3d. 1353, 1366 (11th Cir. 1997).  In imposing sanctions, the Court may consider "the unsuitability of another remedy, the intransigence of a party, and the absence of an excuse." *Watkis v. Payless ShoeSource, Inc*., 174 F.R.D. 113, 116 (M.D. Fla. 1997). "Although dismissal with prejudice is the most severe Rule 37 sanction,

dismissal may be appropriate when a [party's] recalcitrance is due to willfulness, bad faith or fault." *Id.* The courts find bad faith when a party delays or disrupts the litigation or hampers enforcement of a court order. *In re Sunshine Jr. Stores, Inc.*, 456 F.3d 1291, 1304 (11th Cir. 2006); *Marcelle v. Am. Nat'l Delivery, Inc.,* No. 3:09-cv-82-J-34MCR, 2010 WL 1655537, at 4 (M.D. Fla., Apr. 23, 2010) (holding that the defendant's failure to attend the depositions and comply with the court's discovery order was part of a pattern of willful disobedience and warranted a sanction of default judgment). "[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion." *Watkis*, 174 F.R.D. at 116.   *In United States v. Dominguez-Diaz,* No. 3:10-cr-164-J-32TEM, at *5-6 (M.D. Fla. Oct. 11, 2013) the Court quoted another court that held an"[o]utright non-compliance with a court order cannot be countenanced, and such flagrant violation of the rules must be deterred. No less drastic a sanction than dismissal can be effective in the face of Claimant's complete refusal to participate in discovery."

**a. The Record Supports a Bad Faith Finding Supporting 37(b)(2)(iii) and (vi) sanctions.**

Whether noncompliance with an order was intentional or in bad faith, must be determined to justify terminating sanctions.  *See Societe Internationale Pour Participations Industrielles et Commerciales v. Rogers*, 357 U.S. 197, 212, 78 S.Ct. 1087, 1096, 2 L.Ed.2d 1255 (1958); *Searock v. Stripling*, 736 F.2d 650, 653 (11th Cir. 1984). "Violation of a discovery order caused by simple negligence, misunderstanding, or inability to comply will not justify a Rule 37 default judgment or dismissal." *Malautea v. Suzuki Motor Co.*, 987 F.2d 1536, 1542 (11th Cir. 1993).  Here there is no misunderstanding.  Katzkin has willfully concealed both the source and actual relevant ESI justifying terminating sanctions under Rule 37(b)(2)(iii). Their spoilation is both derivative of what they turned a blind eye to Albert doing, and their own failure to produce test messages their phone records prove exist. "Spoliation" is "the intentional destruction, mutilation, alteration, or

concealment of evidence." *Black's Law Dictionary* 1437 (8th ed. 2004). "Generally spoliation is established when the party seeking sanctions proves that (1) the missing evidence existed at one time; (2) the alleged spoliator had a duty to preserve the evidence; and, (3) the evidence was crucial to the movant being able to prove its prima facie case or defense." *Floeter v. City of Orlando*, 2007 U.S. Dist. LEXIS 9527, at 15 (M.D. Fla. Feb. 9, 2007). *Wooden v. Barringer*, 3:16-CV-446-MCR-GRJ, 2017 WL 5140518, at 7 (N.D. Fla. Nov. 6, 2017)). If the Court finds a party acted "with the intent to deprive another party of the information's use in the litigation," the Court may impose the harsher sanctions--including entry of a default judgment--as delineated in Rule 37(e)(2). *Id.* Albert knew by March 18, 2016 when he received the cease and desist letter, litigation was "reasonably foreseeable." *Graff v. Baja Marine Corp.*, 310 Fed. Appx 298, 301 (11th Cir. 2009). This is an objective standard and considers whether a party should reasonably have anticipated litigation. *See Alabama Aircraft Industries v. the Boeing Co*, 319 F.R.D. 730, 742 (N.D. Ala. 2017). The Eleventh Circuit holds that the "bad faith" standard and the "intent to deprive" standard in Rule 37(e) are connected." *ML Healthcare Services v. Publix Super Markets, Inc.*, 881 F.3d 1293, 1308 (11th Cir. 2018)); *Alabama Aircraft Indus.* 319 F.R.D. at 746). Where there is evidence of bad faith in the destruction of evidence, it may be inferred that missing evidence was unfavorable and that there was prejudice. *See Southeastern Mechanical Services, Inc*., 657 F.Supp. 2d at 1300. In making this determination, courts necessarily consider the context of the destruction. See *Telectron, Inc. v. Overhead Door Corp.*, 116 F.R.D. 107, 110 (S.D. Fla. 1987) (noting that alleged spoliator's contention that no significant prejudice resulted from destruction to be unconvincing).

Katzkin has mocked the truth with its "separate counsel" position. (See Dkt. 283-1: "As to those (Rule 34 demands) directed at Mr. Albert's devices…Plaintiffs chose to name Mr. Albert as a defendant, and *he has separate counsel*. Defendants will not in such circumstances come between

Mr. Albert and his counsel" (emphasis added).  This record supports striking Katzkin's answer and directing a default prove up to entry of a default judgment. (37(b)(2)(vi)).

### b.  Rule 37(b)(2)(i) and (ii) Sanctions Are Not Required First before 37(b)(2)(iii)

Rule 37 sanctions are intended to prevent unfair prejudice to the litigants and ensure the integrity of the discovery process. *Gratton v. Great Am. Commc'n,* 178 F.3d 1373, 1374 (11th Cir. 1999) (per curiam). "[T]he severe sanction of a dismissal or default judgment is appropriate only as a last resort, when less drastic sanctions would not ensure compliance with the court's orders." Malautea, 987 F.2d at 1542.  A district court is not required to first impose lesser sanctions if the lesser sanction would be ineffective. *Id*. at 1544.  A district court does not abuse its discretion in dismissing a claim under Rule 37(b) if it finds that a party willfully failed to comply with the opposing party's discovery request, even if we would have imposed a lesser sanction. *OFS Fitel, LLC v. Epstein, Becker Green, P.C*., 549 F.3d 1344, 1367 (11th Cir. 2008). *In Ins. Corp. of Ireland v. Compagnie des Bauxites de Guinee,* 456 U.S. 694 (1982), the Supreme Court affirmed sanctions under Rule 37(b)(2)(A)(i), determining that after defendants raised the defense of lack of personal jurisdiction but failed to comply with court orders to produce documents which related to the issue, it was deemed established that defendant had contacts with Pennsylvania, such that they were subject to personal jurisdiction.  The only "test" the Supreme Court provided was that any sanction must be "just" and must be "specifically related to the particular 'claim' which was at issue in the order to provide discovery."  In *Mystique, Inc. v. 138 Int'l, Inc*., No. 07-22937-CIV, 2011 WL 13173601, at *6 (S.D. Fla. Aug. 31, 2011), report and recommendation adopted, No. 10-21421-CIV, 2011 WL 13173603 (S.D. Fla. Dec. 19, 2011), the Plaintiff obtained a judgment against Defendant in a trademark infringement action.  Plaintiff then initiated proceedings supplementary against South Beach Corp. and two individuals, asserting they were Defendant's alter egos and

thus their assets were subject to execution on the final judgment.  After Defendant, South Beach Corp, and the two individuals violated multiple discovery orders to produce documents, Plaintiff sought a finding under Rule 37(b)(2) that South Beach Corp. and the individuals were Defendant's "alter ego"  The Court found that Defendant, South Beach Corp., and the two individuals "willfully and intentionally withheld documents" in "direct violation" of multiple discovery orders .  The Court noted that under Rule 37(b)(2), the sanction must be "just" and "specifically related to the particular 'claim' which was at issue in the order to provide discovery," and further held that the remedy should "correlate[] specifically to the discovery violations at issue." The court held "Plaintiff's inability to develop the record regarding the whereabouts of [Defendant's] assets was caused directly by Defendant's and the Impleaded Defendant's discovery-related conduct. Because the defense has thwarted Plaintiff's ability to determine whether the Implead Defendants are or were in possession of any of [Defendant's] assets, we will impose an adverse inference that South Beach is the alter ego of [Defendants]," meaning the burden would be on them at trial to disprove the inference.  The Court held this adverse inference "directly addresses the discovery failures of the defense."

### c.   37(b)(2)(ii) Alternative.

Under 37(b)(2)(ii) the Court could issue an order prohibiting Katzkin from opposing the claims in the Second Amended Complaint (Dkt. 104) Plaintiffs seek an order prohibiting Katzkin from opposing the claims in the Second Amended Complaint (Dkt. 104) Claim Three, Tortious Interference with Contractual Relationships and Business Relationship  and specifically prohibiting Katzkin from denying the allegations in paragraphs 150-162, and an order prohibiting Katzkin from opposing the claims in the second Amended Complaint (Dkt. 104) Claim Four, Inducing Breach of Loyalty and Fiduciary Duties/Intentional Interference with

Employee/Employer Relations. and specifically prohibiting Katzkin from denying the allegations in paragraphs 180-193. Those claims are all centered on the ESI that Katzkin willfully withheld and/or in bad faith allowed their employee, co-defendant, during this litigation, to destroy.  Each of the paragraphs is precisely the facts their order violations were intended to deprive Plaintiffs of proving.

      d.  **37(b)(2)(i) Alternative**. Alternatively, and as the least just solution, the Court could order under section 37(b)(2)(i) specific designated facts be established for this action as to Plaintiffs' claims. Because of the timing of the concealed or destroyed, devices, email and text messages, (January 1, 2015 to January 1, 2017) the Court could direct the following facts:

1. Between July 1, 2015 and March 18, 2016 Defendants Ross Albert and Defendant Katzkin Leather, Inc. communicated with each other to develop a detailed plan for Ross Albert to illegally divert CST customers and employees to Classic Design Automotive to increase Katzkin leather kit sales and to aid their goal to dominate the Orlando automotive leather aftermarket.

2. Those communications discussed in detail and contained admissions that Ross Albert and Ron Leslie, Dave Sheffler and Tim Clyde of Katzkin, and Joseph Schmidt of CLP, specifically discussed diverting CST customers and installation orders.[4] Each party to the communications participated and agreed to the diversion, and CLP and Katzkin agreed to compensate Albert with substantial money if  he successfully completed this scheme.

3. Communications between Albert, and Katzkin and CLP agents confirm that the illegal scheme successfully diverted CST customers to CDA for the benefit of Katzkin, and the scheme caused Katzkin to increase its Orlando leather sales by millions of dollars a year.

---

[4] Defense counsel admits that during the subject time frame, Joseph Schmidt a partner at CLP traveled to Orlando to meet with Albert, (Dkt. 283-1, p.2 under Defendants position).

4.   Content in the concealed emails and files that were ordered to be produced prove that Katzkin misappropriated Plaintiffs trade secrets and exploited them to damages Plaintiffs by millions of dollars.

These facts are reasonably related to the violations by Katzkin of Dkt 296 and 388.

## VI.   THE COURT SHOULD AWARD ALL FEES AGAINST ALBERT AND DON HOWARTH.

Fed. R. Civ. P. 37(b)(2)(C) states, "I[n]stead of or in addition to the orders above, the court must order the disobedient party, the attorney advising that party, or both to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the failure was substantially justified or other circumstances make an award of expenses unjust."  Plaintiffs seek an order that allows them to file a separate memorandum and supporting evidence for all the fees and costs caused by Katzkin's willful violation of this Court's orders.  Attorney Howarth  has guided each step of the way and should be jointly liable. Albert's bad faith, premediated conduct cannot be "substantially justified." Plaintiffs request the right to file a supplemental declaration calculating up the total fees related to the order violations.

### CERTIFICATE OF GOOD FAITH PURSANT TO LOCAL RULE 3.01(g).

The undersigned conferred with counsel for Katzkin, and they oppose the relief requested in this motion.

Dated: November 2, 2020                              Respectfully submitted,


By: /s/ *Douglas L. Mahaffey*

MAHAFFEY LAW GROUP, PC
Douglas L. Mahaffey, ESQ, *(pro hac vice)*
California Bar No. 125980
20162 SW Birch St, Ste 300

Newport Beach, CA 92660
E-Mail: Dougm@mahaffeylaw.com
Telephone: (949) 833-1400
Facsimile: (949) 263-8736

Kevin W. Shaughnessy
Florida Bar No. 0473448
Primary E-Mail:  kshaughnessy@bakerlaw.com
P. Alexander Quimby
Florida Bar No. 099954
Email:  aquimby@bakerlaw.com
BAKER & HOSTETLER LLP
2300 SunTrust Center
200 South Orange Avenue
Post Office Box 112
Orlando, FL 32802
Telephone: 407-649-4000
Telecopier: 407-841-0168
***Attorneys for Plaintiffs***

## DECLARATION OF DOUGLAS L. MAHAFFEY

I, Douglas L. Mahaffey, declare as follows:

1.      I am an attorney licensed to appear before all the Courts of the United States of America and I have been been admitted to appear in this matter *pro hac vice*. I am the principal of Mahaffey Law Group, counsel of record for Plaintiffs Classic Soft Trim Inc. and Roadwire LLC in this matter. The following is based on my own personal knowledge and if called upon to testify I would state as follows:

2.      On September 9, 2020 Albert willfully violated Dkt. 350 by failing to produce any responsive records for the critical time frame of July 2015 to January 1, 2017. Not one single email from Theeleatherman@gmail.com or classicdesignleather@gmail.com was produced and not one text messages for the critical time frame of January 1, 2015 to January 1, 2017 was produced.


I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and that this was executed on November 1, 2020 in Broken Arrow, Oklahoma.

_____
                Douglas L. Mahaffey, Esq.

# EXHIBIT 1

# EXHIBIT 1

| | |
|---|---|
| **From:** | Peter Kim |
| **To:** | Tomas Glaspy (tglaspy@howarth-smith.com); "Huy Dang Vu (HDV@clearlightpartners.com)"; "Jeff R. Manassero" |
| **Cc:** | Joe James; Tim Clyde |
| **Subject:** | Attorney Client Communication - FW: ruling on motions to compel |
| **Date:** | Wednesday, June 17, 2020 11:34:08 AM |
| **Attachments:** | 2020-06-17 Order Granting in Part and Denying in Part Roadwire"s Motion to Compel ClearLight (Doc. No. 228) and Roadwire"s Motion to Compel Katzkin (Doc. No. 230).pdf |

**Tomas** – As mentioned, I am going to try to get a call with our IT folks set up for 4pm today.

**Huy / Jeff / Joe** – FYI – this came in today – We will need to push hard if we want to file this all by the 24th (meaning getting the documents to Don a couple days prior to review).  Please gear up to begin working on the searches.  Tomas will help in organizing what the magistrate's order means relative to what needs to be searched and the mandated IT certification.  **Please remember to copy Tomas on any communication regarding the litigation.**

Peter

---

**From:** Tomas Glaspy
**Sent:** Wednesday, June 17, 2020 10:56 AM
**To:** Tim Clyde <tim.clyde@katzkin.com>; Peter Kim <peter.kim@katzkin.com>
**Subject:** ruling on motions to compel

Tim and Peter,

Attached you will find the order the magistrate issued today on the motions to compel against Katzkin and ClearLight.


Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax  (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CLASSIC SOFT TRIM, INC.
and ROADWIRE LLC,**

        **Plaintiffs,**

**v.**                             **Case No:  6:18-cv-1237-Orl-78GJK**

**ROSS ALBERT, KATZKIN LEATHER,
INC., CLEARLIGHT PARTNERS, LLC,
and CLEARLIGHT PARTNERS
MANAGEMENT, LLC,**

        **Defendants.**

_____

### ORDER

This cause came on for consideration without oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF ROADWIRE'S MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S RULE 34 DEMAND, AND REQUEST FOR COURT ORDERED FORENSIC EXAMINATION OF CLEARLIGHT PARTNERS, LLC ELECTRONIC DEVICES (Doc. No. 228)** |
| **FILED:** | **March 10, 2020** |

**THEREON** it is **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part.**

_____

| | |
|---|---|
| **MOTION:** | **PLAINTIFF ROADWIRE'S MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S RULE 34 DEMAND, AND REQUEST FOR COURT ORDERED FORENSIC EXAMINATION OF KATZKIN LEATHER, INC.'S ELECTRONIC DEVICES (Doc. No. 230)** |
| **FILED:** | **MARCH 14, 2020** |

_____

> **THEREON** it is **ORDERED** that the motion is **GRANTED in part** and **DENIED in part**.

On March 10, 2020, Roadwire filed a Motion to Compel Further Responses to Plaintiff's Rule 34 Demand, and Request for Court Ordered Forensic Examination of Clearlight Partners, LLC Electronic Devices ("Roadwire's Motion to Compel Clearlight"). Doc. No. 228. On March 24, 2020, Clearlight filed an opposition in response to Roadwire's Motion to Compel Clearlight ("Clearlight's Response to the Motion to Compel"). Doc. No. 243.

On March 14, 2020, Roadwire filed a Motion to Compel Further Responses to Plaintiff's Rule 34 Demand, and Request for Court Ordered Forensic Examination of Katzkin Leather, Inc.'s Electronic Devices ("Roadwire's Motion to Compel Katzkin"). Doc. No. 230. On March 30, 2020, Katzkin filed a response in opposition to Roadwire's Motion to Compel Katzkin ("Katzkin's Response to the Motion to Compel"). Doc. No. 250.

On May 5, 2020, the Court issued an order deferring any ruling on these motions pending an additional meet and confer between the parties. Doc. No. 267. The parties were encouraged to employ a neutral mediator/facilitator to work through the meet and confer with them. *Id.* The parties hired attorney Carolyn K. Alvarez to assist them. Doc. No. 282. On June 4, 2020 and June 8, 2020, Ms. Alvarez, filed an initial report ("Initial Report") and a supplemental report ("Supplemental Report") on behalf of the parties.[1] Doc. Nos. 282 and 283. The parties have resolved multiple disputes as detailed in the Initial Report and the Supplemental Report but disputed issues remain. Doc. Nos. 282-1, 283 at 2.

With respect to the remaining disputed requests to produce, identified in both reports, the Court finds as follows:

---

[1] The facilitator's full reports are incorporated herein by reference.

JJ000003

**Request No. 25 to Clearlight Partners**

Clearlight shall disclose the operating agreement referenced in the Initial Report to Plaintiffs' counsel. Doc. No. 282-2 at 1. The Operating Agreement shall be disclosed as an Attorneys' Eyes Only document.

**Requests Nos. 30-32 to Clearlight Partners**

Defendants shall provide the source documents they offered to provide to Plaintiffs in lieu of "all documents that mention the market share held by Katzkin, CST, or Roadwire from 2007 to the present." Doc. No. 282-2 at 2.

**Request No. 38 to Clearlight Partners**

Defendants shall conduct an ESI search (including Microsoft Outlook .pst files, text messaging, and email archival systems) and regular document search for any responsive documents which reference Greg Vogel from January 1, 2016 to June 1, 2016.[2] Doc. No. 282-2 at 3-4.

**ESI Certification Request**

Defendants have agreed to provide an ESI Certification as part of this process. Doc. No. 282 at 2-3. Both parties have submitted proposed ESI Certifications, and Ms. Alvarez has provided a redlined copy as well. Doc. Nos. 282-5, 282-6, 282-7. While the Court does not pass on the necessity of the ESI Certification, it finds that Defendants' proposed ESI Certification is sufficient. Doc. No. 282-5.

**ESI Search Protocols**

In the Supplemental Report, the parties have addressed twenty-five specifically enumerated ESI search requests. Doc. No. 283. Defendants have proposed compromise

---

[2] This directive includes the disputed ESI searches referenced in the Supplemental Report with respect to Mr. Vogel as well. Doc. No. 283.

JJ000004

searches for each of these ESI requests made by Plaintiffs, and Plaintiffs have offered responses to those proposals accepting some, accepting some with conditions, and objecting to others in whole or in part. *Id.* In response, Defendants have made additional concessions. *Id.* Having reviewed the parties' positions, the Court finds that the ESI searches shall be performed as proposed by Defendants with the following modifications[3]:   1) as to search number 6, Defendants shall perform the identified ESI search for emails from Michael Kaye to Peter Kim for the time period December 1, 2014 to July 1, 2015; and 2) as to search number 25, Defendants shall search for references to the employees identified by Plaintiffs in this request for a time period from six months before the employees' hiring date to three months after their hiring date.

Accordingly, it is **ORDERED** that Roadwire's Motion to Compel Clearlight (Doc. No. 228) and Roadwire's Motion to Compel Katzkin (Doc. No. 230) are **GRANTED in part** and **DENIED in part** as follows:

1.    Defendants Clearlight and Katzkin shall provide responses to discovery and conduct ESI searches as set forth in this Order;

2.    Defendants Clearlight and Katzkin shall provide responses to discovery as agreed by the parties as reflected in the facilitator's Initial Report and Supplemental Report (Doc. Nos. 282 and 283); and

3.    The Motions are otherwise **DENIED.**

**DONE** in Orlando, Florida on June 17, 2020.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

---

[3] The Court intends that Defendants' proposed searches include the concessions made by Defendants in response to Plaintiffs' concerns which may not appear in the original proposed compromise search as stated.   Doc. No. 283.

JJ000005

Copies furnished to:

Counsel of Record
Unrepresented Parties

JJ000006

| | |
|---|---|
| **From:** | Joe James |
| **To:** | Peter Kim; Tomas Glaspy (tglaspy@howarth-smith.com); "Huy Dang Vu (HDV@clearlightpartners.com)"; "Jeff R. Manassero" |
| **Cc:** | Tim Clyde |
| **Subject:** | RE: Attorney Client Communication - FW: ruling on motions to compel |
| **Date:** | Wednesday, June 17, 2020 11:53:00 AM |

Team,

I am free at 4 PM today. Please send out an invite.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Peter Kim <peter.kim@katzkin.com>
**Sent:** Wednesday, June 17, 2020 11:34 AM
**To:** Tomas Glaspy (tglaspy@howarth-smith.com) <tglaspy@howarth-smith.com>; 'Huy Dang Vu (HDV@clearlightpartners.com)' <HDV@clearlightpartners.com>; 'Jeff R. Manassero' <jrm@clearlightpartners.com>
**Cc:** Joe James <joe.james@halcyonft.com>; Tim Clyde <tim.clyde@katzkin.com>
**Subject:** Attorney Client Communication - FW: ruling on motions to compel

**Tomas** – As mentioned, I am going to try to get a call with our IT folks set up for 4pm today.

**Huy / Jeff / Joe** – FYI – this came in today – We will need to push hard if we want to file this all by the 24th (meaning getting the documents to Don a couple days prior to review).  Please gear up to begin working on the searches.  Tomas will help in organizing what the magistrate's order means relative to what needs to be searched and the mandated IT certification.  **Please remember to copy Tomas on any communication regarding the litigation.**

Peter

---

**From:** Tomas Glaspy
**Sent:** Wednesday, June 17, 2020 10:56 AM
**To:** Tim Clyde <tim.clyde@katzkin.com>; Peter Kim <peter.kim@katzkin.com>
**Subject:** ruling on motions to compel

Tim and Peter,

Attached you will find the order the magistrate issued today on the motions to compel against

Katzkin and ClearLight.


Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

JJ000008

| | |
|---|---|
| **From:** | Huy DangVu |
| **To:** | Peter Kim |
| **Cc:** | Joe James; Tomas Glaspy (tglaspy@howarth-smith.com); Tim Clyde; Jeff R. Manassero |
| **Subject:** | Re: Attorney Client Communication - FW: ruling on motions to compel |
| **Date:** | Wednesday, June 17, 2020 12:15:25 PM |

Orlan's separation date was February 2, 2018.

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com


On Jun 17, 2020, at 12:00 PM, Peter Kim <peter.kim@katzkin.com> wrote:

**Tomas** – I'll add Joe to the 4pm call as well.

**Joe** – I'll add you to the invite list – it will be good to have you on in the beginning as we discuss timing, etc.. Later in the call it may turn to some Katzkin specific topics and you can drop off if that makes sense.

**Huy** – do you have Orlan's separation date as it will impact search timelines?

Peter

---

**From:** Joe James
**Sent:** Wednesday, June 17, 2020 11:54 AM
**To:** Peter Kim <peter.kim@katzkin.com>; Tomas Glaspy (tglaspy@howarth-smith.com) <tglaspy@howarth-smith.com>; 'Huy Dang Vu (HDV@clearlightpartners.com)' <HDV@clearlightpartners.com>; 'Jeff R. Manassero' <jrm@clearlightpartners.com>
**Cc:** Tim Clyde <tim.clyde@katzkin.com>
**Subject:** RE: Attorney Client Communication - FW: ruling on motions to compel

Team,

I am free at 4 PM today. Please send out an invite.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com

JJ000009

Urgent: 415-967-7276

---

**From:** Peter Kim <peter.kim@katzkin.com>
**Sent:** Wednesday, June 17, 2020 11:34 AM
**To:** Tomas Glaspy (tglaspy@howarth-smith.com) <tglaspy@howarth-smith.com>; 'Huy Dang Vu (HDV@clearlightpartners.com)' <HDV@clearlightpartners.com>; 'Jeff R. Manassero' <jrm@clearlightpartners.com>
**Cc:** Joe James <joe.james@halcyonft.com>; Tim Clyde <tim.clyde@katzkin.com>
**Subject:** Attorney Client Communication - FW: ruling on motions to compel

**Tomas** – As mentioned, I am going to try to get a call with our IT folks set up for 4pm today.

**Huy / Jeff / Joe** – FYI – this came in today – We will need to push hard if we want to file this all by the 24th(meaning getting the documents to Don a couple days prior to review).  Please gear up to begin working on the searches.  Tomas will help in organizing what the magistrate's order means relative to what needs to be searched and the mandated IT certification.  **Please remember to copy Tomas on any communication regarding the litigation.**

Peter

---

**From:** Tomas Glaspy
**Sent:** Wednesday, June 17, 2020 10:56 AM
**To:** Tim Clyde <tim.clyde@katzkin.com>; Peter Kim <peter.kim@katzkin.com>
**Subject:** ruling on motions to compel

Tim and Peter,

Attached you will find the order the magistrate issued today on the motions to compel against Katzkin and ClearLight.


Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient,

JJ000010

please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

JJ000011

| From: | Tomas Glaspy |
|---|---|
| To: | Joe James; Bones Ijeoma; Roger Rosas |
| Cc: | Don Howarth; Tim Clyde; Peter Kim; "Huy DangVu" |
| Subject: | Searches |
| Date: | Wednesday, June 17, 2020 9:24:58 PM |
| Attachments: | Search Protocol 617.xlsx |
| | Certification.pdf |

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do not need to run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed. I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.

███████████████████████████████████████████████████████████

█████████████████████████████████

In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero. ██████████████████████████████

█████████████████████████████████████████████

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax  (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information. If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it. Thank you.

**Notes for Counsel**

**Agenda Items**

a. Reiterate attorney client privilege reminders on communication
b. Magistrate's ruling
c. Timeline
    i.  Search criteria
    ii.  Send on a rolling basis. Complete by Monday 22nd. End of day
    iii.  Submission to court/other side by June 24th if at all possible
d. Walk through the spreadsheet on Zoom
    i.  Preliminary, still finishing it up
    ii.  But will give IT team and idea of scope, and whose phones and PST's they need to get
e. General search protocol points
    ii.  Texts – provide deleted and regular texts found – no  need to document deleted or unrecoverable texts
        1. IT needs to physically have the phone to recover deleted messages
        2. Sign certification
    iii.  Emails – when searching the text of the email
        1. Do we need IT to physically get computers, or can they examine, then get a PST via fedex on a USB drive?
        2. Exclude attachments
        3. When say "search text" of email, Exclude header block (subject, to, from etc.), signature block, and attachments?
          a. May need to do this manually later on the sig block
        4. Sign certification
        Need email address for to/from searches

██████████████████████████████████████

    v.  Which search # and what was searched - to Tomas

**NOTES FOR COUNSEL**
**Discovery Set 2**

| Search # | Start Date | End Date | Search Terms | File Types | Search within: | Michael Kaye | Joe Schmidt | Jeff Manassero | Orlan Davies | Peter Kim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Req 38 | 1/1/2016 | 6/1/2016 | "Greg Vogel" | Email | Text of email** | x | x | x | x | x | Management to also search documents[counsel to advise] |
| Req 38 | 1/1/2016 | 6/1/2016 | "Greg Vogel" | Texts** | | x | x | x | | | |
| 1 | 7/1/2015 | 4/1/2016 | Search files for items related to visits to Orlando or Fl. | [not for IT] | | | x | | | | Manual search by users. |
| 2 | 1/1/2015 | 7/1/2018 | "Ron Leslie" and ("Ross" or "Albert") | Emails | Text of Email** | x | x | x | x | x | |
| 3 | 1/1/2007 | 12/31/2014 | Texts to or from Orlan Davies | Texts** | | x | | | | | |
| 5 | [N/A] | | | [no search] | | | | | | | |
| 6 | 12/1/2014 | 7/1/2015 | Emails from Michael Kaye to Peter Kim | Emails | | x | | | | x | |
| 7 | 3/1/2016 | 4/1/2016 | Texts to/from Michael Kaye to employees of Katzkin | Texts** | | x | | | | | |
| 8 | 3/1/2016 | 4/1/2016 | Texts to/from Michael Kaye to employees of ClearLight containing the word "Katzkin" | Texts** | | x | | | | | |
| 9 | 7/1/2015 | 7/1/2018 | Michael Kaye text messages (to/from Brooks Mayberry, Tim Clyde, Mike Wattles, Peter Kim, John McAlpine, Orlan Davies, Jeff Manassero, Elysha Thomas, Rachel Keal, Elizabeth Chavez, and Huy Dang Vu) and (containing the words "Classic Soft Trim" or "Roadwire") | Texts** | | x | | | | | Counsel to do manual review for applicability to search agreement |
| 11 | 12/31/2014 | 6/1/2015 | "Peter Kim" and "Katzkin" | Emails | Text of Email** | x | x | x | x | | |
| 12 | N/A - no search protocol agreed upon, counsel to confirm | | | | | | | | | | |
| 13 | 1/1/2015 | 7/1/2018 | (To/From Ron Leslie) and (include any of the following in the text "Ross", "Albert", "Dave", "Sheffler", "John", "Held") | Texts** | | x | x | x | | | |
| 14 | N/A - no search protocol agreed upon, counsel to confirm | | | | | | | | | | |
| 16 | N/A - no search protocol agreed upon, counsel to confirm | | | | | | | | | | |
| 17 | N/A - no search protocol agreed upon, counsel to confirm | | | | | | | | | | |
| 18 | 1/1/2015 | 7/1/2018 | "Dave Sheffler" w/in 30 words of "Classic Soft Trim" | Emails | Text of Email** | x | x | x | x | x | |
| 19 | 1/1/2015 | 7/1/2018 | "Dave Sheffler" w/in 30 words of "Roadwire" | Emails | Text of Email** | x | x | x | x | x | |
| 20 | 3/1/2016 | 4/1/2016 | Texts from Joe Schmidt to Katzkin employees | Texts** | | | x | | | | |
| 21 | 3/1/2016 | 4/1/2016 | Texts from Joe Schmidt to CearLight employees | Texts** | | | x | | | | Joe - can just do all text messages from Joe to CLP employees during period and attorneys can review for "Regarding Katzkin" |
| 23 | 1/1/2015 | 1/1/2018 | "Naomi Soto", "Danny Valencia", "Aaron Forrister", or "Dwight Forrister" | Emails | Text of Email** | x | x | x | x | x | Katzkin to also search for hardcopy files with these names on them |
| 24 | 1/1/2015 | 7/1/2018 | Messages to/from Ross Albert | Texts** | | x | x | x | | | |

JJ000014

| 25 | [to be finalized] | | | | | | | | | | | | Need to discuss overall request (see separate tab) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**Completed Items**

| Req 25 | | CLP operating agreement | Misc | | | | | | | | | | Completed - Howarth and Smith have docs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Req 30-32 | | Market Share Source Documents | | | | | | | | | | | Completed - Howarth and Smith have docs |

Note:       * Text message searches include: text message applicatinos, chat applications, other text related applications
            the search performed by the IT consultants will include both deleted and current text messages to or from the relevant individuals. Responsive text messages will be produced whether they are current or deleted.
            See separate tab with cell phone numbers to aid in search
            ** Search text of email (ignore header, sig block, attachments)

JJ000015

**Notes for Counsel**

Cell Phone Numbers (to be confirmed) for search protocols
 * Text message searches include: text message applicatinos, chat applications, other text related applications
the search performed by the IT consultants will include both deleted and current text messages to or from the relevant individuals. Responsive text messages will be produced whether they are current or deleted.

**ClearLight Phone Numbers**
Michael Kaye      (949) 338-8001
Joe Schmidt       (714) 322-1798
Orlan Davies      (551) 427-4911
John Mcalpine     (714) 381-8219
Jeff Manassero    (714) 801-0186
Elysha Thomas     (562) 234-9215
Rachel Keal       (949) 378-3043
Huy Dang Vu       (714) 717-3466



**Other Phone numbers**
John Held



JJ000017

# ESI CERTIFICATION OF UNIVERSE OF DATA BASES AND SEARCH PROTOCOL DEPLOYED

I _____ hereby certify as follows;

1.    Pursuant to  the agreement of the parties pursuant to the Court's order that they meet and confer with a Facilitator (Doc. 267) in the matter CST vs Katzkin, et al, Case No. 6:18-cv-01237-WWB-GJKMDFLA, I am a qualified Information Technology professional and have _____years of experience in IT systems

2.    I am employed by [identify name of IT company] in the role of _____and I am familiar with all of the current [Katzkin or ClearLight] IT systems, including data storage, and I have inquired from their _____ as to their historical IT systems dating back to 2007.

3.    I have identified the following data bases that store electronic information (ESI):

   a.  .pst files maintained on each [insert devices] of Michael Kaye, Peter Kim, Jeff Manaserro, Tim Clyde, Brooks Mayberry, Ron Leslie, Bill North, and Dave Sheffler
   b.  Cell phones used by Michael Kaye, Peter Kim, Jeff Manaserro,  Tim Clyde, Brooks Mayberry, Ron Leslie, Bill North, and Dave Sheffler
   c.  The data storage locations in the following [specify device] used for Katzkin networked devices for data sharing.
   d.  The data storage locations in the following [specify device] used for CLP/ CLM networked devices for data sharing.
   e.  The historical backups, if any, from [the agreed-upon time period] that backed up data from Katzkin's devices .
   f.  The historical backups, if any, from [the agreed-upon time period] that backed up data from CLP/CLM's devices.
   g.  All existing mainframe computers, if any, which are as follows:_____
   h.  All personal servers identified as being in existence, if any, for the following persons:_____
   i.  The following personal devices: [list]
   l._____[all other ESI]

4.  The following ESI locations were identified but were not searched:_____

JJ000018

5. Each of the ESI locations were searched as follows:

   a. .pst files maintained on each [specify device] of Michael Kaye, Peter Kim, Jeff Manaserro, Tim Clyde, Brooks Mayberry, Ron Leslie, Bill North, and Dave Sheffler were searched for the years_____ to _____ and the following searches: [list]

   b. Cell phones used by Michael Kaye, Peter Kim, Jeff Manaserro, Tim Clyde, Brooks Mayberry, Ron Leslie, Bill North, and Dave Sheffler were obtained and powered up and the text message applications, chat applications, and all other text related applications were opened, using password access as appropriate and searched as per the parties' agreement as follows: [specify]

   c. I obtained password access and accessed the following back up storage for each of the following cell phones [list] and for the following dates: [list]

   d. The data storage locations in the following [specify device] used for Katzkin networked devices for data sharing, were accessed by inserting the appropriate passwords which provided access.

   e. The data storage locations in the following [specify device] used for CLP/CLM networked devices for data sharing. were accessed by inserting the appropriate passwords which provided access.

   f. The historical backups, if any, for [the agreed-upon time period] that backed up data from Katzkin's devices were searched as per the parties' agreement as follows: [specify]

   g. The historical backups, if any, for [the agreed-upon time period] that backed up data from CLP/CLM's devices were searched as per the parties' agreement as follows: [specify].

   h. All existing mainframe computers, if any, which are as follows:_____ were accessed through the appropriate passwords:

   i. All personal servers, if any, identified as being in existence for the following persons:_____ were accessed through appropriate passwords.

The following personal devices:  [list], were provided with passwords for searching all resident data bases.

m. The following desktops were made available and searched for resident documents:_____
_____.

6. I was provided or confirmed that the following devices had data deleted for the time frames agreed upon: [list each device and deletion history]

I conducted the following searches on the above data bases:


[list all searches]

I declare under penalty of perjury that the foregoing is true and correct and this certification was executed on _____, 2020 at _____

_____

IT Professional

| | |
|---|---|
| **From:** | Huy DangVu |
| **To:** | Michael S. Kaye; Joseph J. Schmidt; Jeff R. Manassero |
| **Cc:** | Joe James; Tomas Glaspy (tglaspy@howarth-smith.com) |
| **Subject:** | Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 7:33:57 AM |
| **Attachments:** | Search Protocol 617.xlsx |
| | Certification.pdf |

Michael, Joe, Jeff -

With respect to the Katzkin - Roadwire litigation, we've been ordered by the Court to perform searches on cell phone text messages for certain search terms and for text messages to and from certain individuals which contain certain terms.

We need to provide the files by next Weds, June 24th but we want to get the files to Don Howarth ASAP for his review. Joe James will be helping us with the searches and will reach out to each of you to coordinate.


Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com



Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma
<bijeoma@allsafeit.com>, Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim Clyde
<tim.clyde@katzkin.com>, Peter Kim <peter.kim@katzkin.com>, 'Huy DangVu'
<hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do <u>not</u> need to run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed.  I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but

JJ000021

this will give you an idea as to what you will ultimately be certifying.

███████████████████████████████████████

████████████████████████████████

In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero. █████████████████████████

███████████████████████████████████████████

██

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

**Notes for Counsel**

**Agenda Items**

a. Reiterate attorney client privilege reminders on communication
b. Magistrate's ruling
c. Timeline
    i.   Search criteria
    ii.  Send on a rolling basis. Complete by Monday 22nd. End of day
    iii. Submission to court/other side by June 24th if at all possible
d. Walk through the spreadsheet on Zoom
    i.  Preliminary, still finishing it up
    ii. But will give IT team and idea of scope, and whose phones and PST's they need to get
e. General search protocol points
    ii.  Texts – provide deleted and regular texts found – no  need to document deleted or unrecoverable texts
        1. IT needs to physically have the phone to recover deleted messages
        2. Sign certification
    iii. Emails – when searching the text of the email
        1. Do we need IT to physically get computers, or can they examine, then get a PST via fedex on a USB drive?
        2. Exclude attachments
        3. When say "search text" of email, Exclude header block (subject, to, from etc.), signature block, and attachments?
           a. May need to do this manually later on the sig block
        4. Sign certification
        Need email address for to/from searches

[REDACTED]

    v. Which search # and what was searched - to Tomas

NOTES FOR COUNSEL
Discovery Set 2

| Search # | Start Date | End Date | Search Terms | File Types | Search within: | Michael Kaye | Joe Schmidt | Jeff Manassero | Orlan Davies | Peter Kim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Req 38 | 1/1/2016 | 6/1/2016 | "Greg Vogel" | Email | Text of email** | x | x | x | x | x | Management to also search documents[counsel to advise] |
| Req 38 | 1/1/2016 | 6/1/2016 | "Greg Vogel" | Texts** | | x | x | x | | | |
| 1 | 7/1/2015 | 4/1/2016 | Search files for items related to visits to Orlando or Fl. | [not for IT] | | | x | | | | Manual search by users. |
| 2 | 1/1/2015 | 7/1/2018 | "Ron Leslie" and ("Ross" or "Albert") | Emails | Text of Email** | x | x | x | x | x | |
| 3 | 1/1/2007 | 12/31/2014 | Texts to or from Orlan Davies | Texts** | | x | | | | | |
| 5 | [N/A] | | | | [no search] | | | | | | |
| 6 | 12/1/2014 | 7/1/2015 | Emails from Michael Kaye to Peter Kim | Emails | | x | | | | x | |
| 7 | 3/1/2016 | 4/1/2016 | Texts to/from Michael Kaye to employees of Katzkin | Texts** | | x | | | | | |
| 8 | 3/1/2016 | 4/1/2016 | Texts to/from Michael Kaye to employees of ClearLight containing the word "Katzkin" | Texts** | | x | | | | | |
| 9 | 7/1/2015 | 7/1/2018 | Michael Kaye text messages (to/from Brooks Mayberry, Tim Clyde, Mike Wattles, Peter Kim, John McAlpine, Orlan Davies, Jeff Manassero, Elysha Thomas, Rachel Keal, Elizabeth Chavez, and Huy Dang Vu) and (containing the words "Classic Soft Trim" or "Roadwire") | Texts** | | x | | | | | Counsel to do manual review for applicability to search agreement |
| 11 | 12/31/2014 | 6/1/2015 | "Peter Kim" and "Katzkin" | Emails | Text of Email** | x | x | x | | | |
| 12 | N/A - no search protocol agreed upon, counsel to confirm | | | | | | | | | | |
| 13 | 1/1/2015 | 7/1/2018 | (To/From Ron Leslie) and (include any of the following in the text "Ross", "Albert", "Dave", "Sheffler", "John", "Held") | Texts** | | x | x | x | | | |
| 14 | N/A - no search protocol agreed upon, counsel to confirm | | | | | | | | | | |
| 16 | N/A - no search protocol agreed upon, counsel to confirm | | | | | | | | | | |
| 17 | N/A - no search protocol agreed upon, counsel to confirm | | | | | | | | | | |
| 18 | 1/1/2015 | 7/1/2018 | "Dave Sheffler" w/in 30 words of "Classic Soft Trim" | Emails | Text of Email** | x | x | x | x | x | |
| 19 | 1/1/2015 | 7/1/2018 | "Dave Sheffler" w/in 30 words of "Roadwire" | Emails | Text of Email** | x | x | x | x | x | |
| 20 | 3/1/2016 | 4/1/2016 | Texts from Joe Schmidt to Katzkin employees | Texts** | | | x | | | | |
| 21 | 3/1/2016 | 4/1/2016 | Texts from Joe Schmidt to CearLight employees | Texts** | | | x | | | | Joe - can just do all text messages from Joe to CLP employees during period and attorneys can review for "Regarding Katzkin" |
| 23 | 1/1/2015 | 1/1/2018 | "Naomi Soto", "Danny Valencia", "Aaron Forrister", or "Dwight Forrister" | Emails | Text of Email** | x | x | x | x | x | Katzkin to also search for hardcopy files with these names on them |
| 24 | 1/1/2015 | 7/1/2018 | Messages to/from Ross Albert | Texts** | | x | x | x | | | |

CLP

JJ000024

| 25 [to be finalized] | | | | | | | | | | | | Need to discuss overall request (see separate tab) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**Completed  Items**

| Req 25 | | CLP operating agreement | Misc | | | | | | | | | Completed - Howarth and Smith have docs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Req 30-32 | | Market Share Source Documents | | | | | | | | | | Completed - Howarth and Smith have docs |

Note:        * Text message searches include: text message applicatinos, chat applications, other text related applications

the search performed by the IT consultants will include both deleted and current text messages to or from the relevant individuals. Responsive text messages will be produced whether they are current or deleted.

See separate tab with cell phone numbers to aid in search

** Search text of email (ignore header, sig block, attachments)

JJ000025

**Notes for Counsel**

Cell Phone Numbers (to be confirmed) for search protocols
  * Text message searches include: text message applicatinos, chat applications, other text related applications
the search performed by the IT consultants will include both deleted and current text messages to or from the relevant individuals. Responsive text messages will be produced whether they are current or deleted.

**ClearLight Phone Numbers**
Michael Kaye       (949) 338-8001
Joe Schmidt        (714) 322-1798
Orlan Davies       (551) 427-4911
John Mcalpine      (714) 381-8219
Jeff Manassero     (714) 801-0186
Elysha Thomas      (562) 234-9215
Rachel Keal        (949) 378-3043
Huy Dang Vu        (714) 717-3466



**Other Phone numbers**
John Held

JJ000026



JJ000027

# ESI CERTIFICATION OF UNIVERSE OF DATA BASES AND SEARCH PROTOCOL DEPLOYED

I _____ hereby certify as follows;

1.      Pursuant to the agreement of the parties pursuant to the Court's order that they meet and confer with a Facilitator (Doc. 267) in the matter CST vs Katzkin, et al, Case No. 6:18-cv-01237-WWB-GJKMDFLA, I am a qualified Information Technology professional and have _____ years of experience in IT systems

2.      I am employed by [identify name of IT company] in the role of _____ and I am familiar with all of the current [Katzkin or ClearLight] IT systems, including data storage, and I have inquired from their _____ as to their historical IT systems dating back to 2007.

3.      I have identified the following data bases that store electronic information (ESI):

   a.   .pst files maintained on each [insert devices] of Michael Kaye, Peter Kim, Jeff Manaserro, Tim Clyde, Brooks Mayberry, Ron Leslie, Bill North, and Dave Sheffler
   b.   Cell phones used by Michael Kaye, Peter Kim, Jeff Manaserro, Tim Clyde, Brooks Mayberry, Ron Leslie, Bill North, and Dave Sheffler
   c.   The data storage locations in the following [specify device] used for Katzkin networked devices for data sharing.
   d.   The data storage locations in the following [specify device] used for CLP/CLM networked devices for data sharing.
   e.   The historical backups, if any, from [the agreed-upon time period] that backed up data from Katzkin's devices .
   f.   The historical backups, if any, from [the agreed-upon time period] that backed up data from CLP/CLM's devices.
   g.   All existing mainframe computers, if any, which are as follows:_____
   h.   All personal servers identified as being in existence, if any, for the following persons:_____
   i.   The following personal devices: [list]
   l._____[all other ESI]

4.  The following ESI locations were identified but were not searched:_____

5. Each of the ESI locations were searched as follows:

    a.  .pst files maintained on each [specify device] of Michael Kaye, Peter Kim, Jeff Manaserro, Tim Clyde, Brooks Mayberry, Ron Leslie, Bill North, and Dave Sheffler were searched for the years_____ to _____ and the following searches: [list]

    b.  Cell phones used by Michael Kaye, Peter Kim, Jeff Manaserro, Tim Clyde, Brooks Mayberry, Ron Leslie, Bill North, and Dave Sheffler were obtained and powered up and the text message applications, chat applications, and all other text related applications were opened, using password access as appropriate and searched as per the parties' agreement as follows: [specify]

    c.  I obtained password access and accessed the following back up storage for each of the following cell phones [list] and for the following dates: [list]

    d.  The data storage locations in the following [specify device] used for Katzkin networked devices for data sharing, were accessed by inserting the appropriate passwords which provided access.

    e.  The data storage locations in the following [specify device] used for CLP/ CLM networked devices for data sharing. were accessed by inserting the appropriate passwords which provided access.

    f.  The historical backups, if any, for [the agreed-upon time period] that backed up data from Katzkin's devices were searched as per the parties' agreement as follows: [specify]

    g.  The historical backups, if any, for [the agreed-upon time period] that backed up data from CLP/CLM's devices were searched as per the parties' agreement as follows: [specify].

    h.  All existing mainframe computers, if any, which are as follows:_____ were accessed through the appropriate passwords:

    i.  All personal servers, if any, identified as being in existence for the following persons:_____ were accessed through appropriate passwords.

The following personal devices: [list], were provided with passwords for searching all resident data bases.

m. The following desktops were made available and searched for resident documents:_____ _____.

6. I was provided or confirmed that the following devices had data deleted for the time frames agreed upon: [list each device and deletion history]

I conducted the following searches on the above data bases:

[list all searches]

JJ000029

Case 6:18-cv-01237-WWB-GJK   Document 282-5   Filed 06/04/20   Page 9 of 9 PageID 12449

I declare under penalty of perjury that the foregoing is true and correct and this certification was executed on _____, 2020 at _____

_____

IT Professional

| | |
|---|---|
| **From:** | Joe James |
| **To:** | Huy DangVu; Michael S. Kaye; Joseph J. Schmidt; Jeff R. Manassero |
| **Cc:** | Tomas Glaspy (tglaspy@howarth-smith.com) |
| **Subject:** | RE: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 10:00:00 AM |

Michael, Joe, Jeff -

Would it be possible for you gentleman to meet me at the ClearLight office on Tuesday? I will need about 30 minutes per device. Please let me know if that day works for everyone and what time would be best.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 7:34 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy (tglaspy@howarth-smith.com) <TGlaspy@howarth-smith.com>
**Subject:** Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff -

With respect to the Katzkin - Roadwire litigation, we've been ordered by the Court to perform searches on cell phone text messages for certain search terms and for text messages to and from certain individuals which contain certain terms.

We need to provide the files by next Weds, June 24th but we want to get the files to Don Howarth ASAP for his review. Joe James will be helping us with the searches and will reach out to each of you to coordinate.

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com

JJ000031

Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma <bijeoma@allsafeit.com>,
Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim Clyde
<tim.clyde@katzkin.com>, Peter Kim <peter.kim@katzkin.com>, 'Huy DangVu'
<hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific
searches to run. Note that the highlighted entries are searches that you do <u>not</u> need to
run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign
once the searches are completed.  I think you previously saw this when we were
discussing the issue with the facilitator. Now that we know what searches we are going
to run, we will fill in the certification to reflect everything that was searched for, but
this will give you an idea as to what you will ultimately be certifying.

In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2)
Joe Schmidt, and (3) Jeff Manassero.

As we discussed today, collecting that material will obviously be the first priority, so let
us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728

JJ000032

Los Angeles, CA 90014

Phone (213) 955-9400

Fax   (213) 622-0791

www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

JJ000033

| | |
|---|---|
| **From:** | Huy DangVu |
| **To:** | Joe James; Tomas Glaspy (tglaspy@howarth-smith.com) |
| **Cc:** | Michael S. Kaye; Joseph J. Schmidt; Jeff R. Manassero |
| **Subject:** | Re: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 10:04:09 AM |

Joe - I'm not sure this can wait until next Tuesday since it needs to be filed Wednesday and Don and Tomas need time to review.

Tomas - what are your thoughts?

Sent from my iPhone

On Jun 18, 2020, at 10:01 AM, Joe James <joe.james@halcyonft.com> wrote:

Michael, Joe, Jeff -

Would it be possible for you gentleman to meet me at the ClearLight office on Tuesday? I will need about 30 minutes per device. Please let me know if that day works for everyone and what time would be best.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 7:34 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy (tglaspy@howarth-smith.com) <TGlaspy@howarth-smith.com>
**Subject:** Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff -

With respect to the Katzkin - Roadwire litigation, we've been ordered by the Court to perform searches on cell phone text messages for certain search terms and for text messages to and from certain individuals which contain certain terms.

We need to provide the files by next Weds, June 24th but we want to get the files to

JJ000034

Don Howarth ASAP for his review. Joe James will be helping us with the searches and will reach out to each of you to coordinate.

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com

Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma <bijeoma@allsafeit.com>, Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim Clyde <tim.clyde@katzkin.com>, Peter Kim <peter.kim@katzkin.com>, 'Huy DangVu' <hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do not need to run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed. I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.



In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero. █████████

JJ000035

███████████████████████████

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

| From: | Jeff R. Manassero |
|---|---|
| To: | Joe James |
| Subject: | RE: Katzkin litigation - Cell Phone Searches |
| Date: | Thursday, June 18, 2020 10:30:53 AM |

That works for me. What time?

**From:** Joe James <joe.james@halcyonft.com>
**Sent:** Thursday, June 18, 2020 10:01 AM
**To:** Huy DangVu <hdv@clearlightpartners.com>; Michael S. Kaye <msk@clearlightpartners.com>;
Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Cc:** Tomas Glaspy (tglaspy@howarth-smith.com) <TGlaspy@howarth-smith.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff -

Would it be possible for you gentleman to meet me at the ClearLight office on Tuesday? I will need
about 30 minutes per device. Please let me know if that day works for everyone and what time
would be best.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 7:34 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>;
Jeff R. Manassero <jrm@clearlightpartners.com>
**Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy (tglaspy@howarth-smith.com)
<TGlaspy@howarth-smith.com>
**Subject:** Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff -

With respect to the Katzkin - Roadwire litigation, we've been ordered by the Court to perform
searches on cell phone text messages for certain search terms and for text messages to and from
certain individuals which contain certain terms.

We need to provide the files by next Weds, June 24th but we want to get the files to Don Howarth
ASAP for his review. Joe James will be helping us with the searches and will reach out to each of you
to coordinate.

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com

Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma <bijeoma@allsafeit.com>,
Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim Clyde
<tim.clyde@katzkin.com>, Peter Kim <peter.kim@katzkin.com>, 'Huy DangVu'
<hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific
searches to run. Note that the highlighted entries are searches that you do not need to
run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign
once the searches are completed. I think you previously saw this when we were
discussing the issue with the facilitator. Now that we know what searches we are going
to run, we will fill in the certification to reflect everything that was searched for, but
this will give you an idea as to what you will ultimately be certifying.

███████████████████████████████████████████████
███████████████████████████████████

In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2)
Joe Schmidt, and (3) Jeff Manassero. ████████████████████████
███████████████████████████████████████████████████
███████

As we discussed today, collecting that material will obviously be the first priority, so let
us know if there is anything you need from us to expedite that process.

JJ000038

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

JJ000039

| | |
|---|---|
| **From:** | Jeff R. Manassero |
| **To:** | Huy DangVu; Joe James; Tomas Glaspy (tglaspy@howarth-smith.com) |
| **Cc:** | Michael S. Kaye; Joseph J. Schmidt |
| **Subject:** | RE: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 10:31:29 AM |

I could do today or tomorrow

---

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 10:04 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy (tglaspy@howarth-smith.com) <tglaspy@howarth-smith.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

Joe - I'm not sure this can wait until next Tuesday since it needs to be filed Wednesday and Don and Tomas need time to review.

Tomas - what are your thoughts?

Sent from my iPhone

> On Jun 18, 2020, at 10:01 AM, Joe James <joe.james@halcyonft.com> wrote:
>
> Michael, Joe, Jeff -
>
> Would it be possible for you gentleman to meet me at the ClearLight office on Tuesday? I will need about 30 minutes per device. Please let me know if that day works for everyone and what time would be best.
>
> Thank you,
>
> Joe James
> Senior Information Services Advisor
> Halcyon Financial Technology, L.P.
> Email: joe.james@halcyonft.com
> Direct: 415-960-4367
>
> HalcyonFT Support:
> Non-Urgent: help@halcyonft.com
> Urgent: 415-967-7276
>
> ---
> **From:** Huy DangVu <hdv@clearlightpartners.com>
> **Sent:** Thursday, June 18, 2020 7:34 AM
> **To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>

JJ000040

**Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy (tglaspy@howarth-smith.com) <TGlaspy@howarth-smith.com>
**Subject:** Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff -

With respect to the Katzkin - Roadwire litigation, we've been ordered by the Court to perform searches on cell phone text messages for certain search terms and for text messages to and from certain individuals which contain certain terms.

We need to provide the files by next Weds, June 24th but we want to get the files to Don Howarth ASAP for his review. Joe James will be helping us with the searches and will reach out to each of you to coordinate.

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com

Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma <bijeoma@allsafeit.com>, Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim Clyde <tim.clyde@katzkin.com>, Peter Kim <peter.kim@katzkin.com>, 'Huy DangVu' <hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do not need to run and can ignore for now.

I am also attaching the certification that the court approved that you will

need to sign once the searches are completed.  I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.

In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero.

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

| From: | Michael S. Kaye |
|---|---|
| To: | Huy DangVu; Joe James; Tomas Glaspy (tglaspy@howarth-smith.com) |
| Cc: | Joseph J. Schmidt; Jeff R. Manassero |
| Subject: | RE: Katzkin litigation - Cell Phone Searches |
| Date: | Thursday, June 18, 2020 10:32:43 AM |

Huy/Joe why don't you sort this thru and let us know, thanks.

**Michael S. Kaye**
**Managing Partner**
**ClearLight Partners**
**100 Bayview Circle - Suite #5000**
**Newport Beach, CA 92660**
**(949) 725-6628 - phone**
**(949) 725-6611 - fax**
msk@clearlightpartners.com

---

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 10:04 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy (tglaspy@howarth-smith.com) <tglaspy@howarth-smith.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

Joe - I'm not sure this can wait until next Tuesday since it needs to be filed Wednesday and Don and Tomas need time to review.

Tomas - what are your thoughts?

Sent from my iPhone


On Jun 18, 2020, at 10:01 AM, Joe James <joe.james@halcyonft.com> wrote:


Michael, Joe, Jeff -

Would it be possible for you gentleman to meet me at the ClearLight office on Tuesday? I will need about 30 minutes per device. Please let me know if that day works for everyone and what time would be best.


Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

JJ000043

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 7:34 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt
<jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy (tglaspy@howarth-
smith.com) <TGlaspy@howarth-smith.com>
**Subject:** Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff -

With respect to the Katzkin - Roadwire litigation, we've been ordered by the Court to
perform searches on cell phone text messages for certain search terms and for text
messages to and from certain individuals which contain certain terms.

We need to provide the files by next Weds, June 24th but we want to get the files to
Don Howarth ASAP for his review. Joe James will be helping us with the searches and
will reach out to each of you to coordinate.


Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com



Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject:** Searches
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma
<bijeoma@allsafeit.com>, Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim Clyde
<tim.clyde@katzkin.com>, Peter Kim <peter.kim@katzkin.com>, 'Huy
DangVu' <hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this

JJ000044

afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do not need to run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed.  I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.

In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero.

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

JJ000045

| | |
|---|---|
| **From:** | Tomas Glaspy |
| **To:** | Huy DangVu; Joe James |
| **Cc:** | Michael S. Kaye; Joseph J. Schmidt; Jeff R. Manassero |
| **Subject:** | RE: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 10:50:57 AM |

Huy,

The issue here is that plaintiffs have moved to extend the discovery period, which is set to expire on June 24. To the extent we can get these searches run and documents produced by the 24th, we want to do that, but the primary concern is that we want these searches done fully and correctly so we do not leave plaintiffs any opening to claim that we have been deficient or incomplete in responding to discovery.  So bottom line, having everything done right is more important than having everything produced by the 24th.

With that said, if Joe is able to get a start on some phones on Friday or Monday, that would certainly be preferable, but if there is some reason that this needs to be done on Tuesday, then we can live with that if that is what it takes to get this done right.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 10:04 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

**[Warning:** EXTERNAL SENDER.]
Joe - I'm not sure this can wait until next Tuesday since it needs to be filed Wednesday and Don and Tomas need time to review.

Tomas - what are your thoughts?

JJ000046

Sent from my iPhone

On Jun 18, 2020, at 10:01 AM, Joe James <joe.james@halcyonft.com> wrote:

Michael, Joe, Jeff -

Would it be possible for you gentleman to meet me at the ClearLight office on Tuesday? I will need about 30 minutes per device. Please let me know if that day works for everyone and what time would be best.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 7:34 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy (tglaspy@howarth-smith.com) <TGlaspy@howarth-smith.com>
**Subject:** Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff -

With respect to the Katzkin - Roadwire litigation, we've been ordered by the Court to perform searches on cell phone text messages for certain search terms and for text messages to and from certain individuals which contain certain terms.

We need to provide the files by next Weds, June 24th but we want to get the files to Don Howarth ASAP for his review. Joe James will be helping us with the searches and will reach out to each of you to coordinate.

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com

JJ000047

Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma
<bijeoma@allsafeit.com>, Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim Clyde
<tim.clyde@katzkin.com>, Peter Kim <peter.kim@katzkin.com>, 'Huy
DangVu' <hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this
afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out
the specific searches to run. Note that the highlighted entries are
searches that you do <u>not</u> need to run and can ignore for now.

I am also attaching the certification that the court approved that you will
need to sign once the searches are completed.  I think you previously saw
this when we were discussing the issue with the facilitator. Now that we
know what searches we are going to run, we will fill in the certification to
reflect everything that was searched for, but this will give you an idea as
to what you will ultimately be certifying.



In terms of phones, ClearLight will need to search the phones of (1)
Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero. ███████████

As we discussed today, collecting that material will obviously be the first
priority, so let us know if there is anything you need from us to expedite
that process.

Best,

Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax  (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended
recipients and may contain confidential, privileged information.  If you are
not an intended recipient, please contact sender by telephone or reply
email and destroy this email and all copies of it.  Thank you.

JJ000049

| | |
|---|---|
| **From:** | Michael S. Kaye |
| **To:** | Tomas Glaspy; Huy DangVu; Joe James |
| **Cc:** | Joseph J. Schmidt; Jeff R. Manassero |
| **Subject:** | RE: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 11:03:04 AM |

I can be in the office tomorrow Friday if that works.  Jeff is saying he can so does that leave Joe S and Huy?

**Michael S. Kaye**
**Managing Partner**
**ClearLight Partners**
**100 Bayview Circle - Suite #5000**
**Newport Beach, CA 92660**
**(949) 725-6628 - phone**
**(949) 725-6611 - fax**
msk@clearlightpartners.com

---

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Thursday, June 18, 2020 10:51 AM
**To:** Huy DangVu <hdv@clearlightpartners.com>; Joe James <joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Huy,

The issue here is that plaintiffs have moved to extend the discovery period, which is set to expire on June 24. To the extent we can get these searches run and documents produced by the 24th, we want to do that, but the primary concern is that we want these searches done fully and correctly so we do not leave plaintiffs any opening to claim that we have been deficient or incomplete in responding to discovery.  So bottom line, having everything done right is more important than having everything produced by the 24th.

With that said, if Joe is able to get a start on some phones on Friday or Monday, that would certainly be preferable, but if there is some reason that this needs to be done on Tuesday, then we can live with that if that is what it takes to get this done right.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

JJ000050

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 10:04 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

**[Warning:** EXTERNAL SENDER.]

Joe - I'm not sure this can wait until next Tuesday since it needs to be filed Wednesday and Don and Tomas need time to review.

Tomas - what are your thoughts?

Sent from my iPhone

> On Jun 18, 2020, at 10:01 AM, Joe James <joe.james@halcyonft.com> wrote:
>
> Michael, Joe, Jeff -
>
> Would it be possible for you gentleman to meet me at the ClearLight office on Tuesday? I will need about 30 minutes per device. Please let me know if that day works for everyone and what time would be best.
>
> Thank you,
>
> Joe James
> Senior Information Services Advisor
> Halcyon Financial Technology, L.P.
> Email: joe.james@halcyonft.com
> Direct: 415-960-4367
>
> HalcyonFT Support:
> Non-Urgent: help@halcyonft.com
> Urgent: 415-967-7276
>
> **From:** Huy DangVu <hdv@clearlightpartners.com>
> **Sent:** Thursday, June 18, 2020 7:34 AM
> **To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
> **Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy (tglaspy@howarth-smith.com) <TGlaspy@howarth-smith.com>

**Subject:** Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff -

With respect to the Katzkin - Roadwire litigation, we've been ordered by the Court to perform searches on cell phone text messages for certain search terms and for text messages to and from certain individuals which contain certain terms.

We need to provide the files by next Weds, June 24th but we want to get the files to Don Howarth ASAP for his review. Joe James will be helping us with the searches and will reach out to each of you to coordinate.


Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com



Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma <bijeoma@allsafeit.com>, Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim Clyde <tim.clyde@katzkin.com>, Peter Kim <peter.kim@katzkin.com>, 'Huy DangVu' <hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do not need to run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed.  I think you previously saw this when we were discussing the issue with the facilitator. Now that we

know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.



In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero. ███████████

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

JJ000053

| | |
|---|---|
| **From:** | Joseph J. Schmidt |
| **To:** | Michael S. Kaye |
| **Cc:** | Tomas Glaspy; Huy DangVu; Joe James; Jeff R. Manassero |
| **Subject:** | Re: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 11:09:29 AM |

I can be at CLP tomorrow anytime from noon on if that helps...I'm also available next week if needed

Joe


On Jun 18, 2020, at 11:02 AM, Michael S. Kaye <msk@clearlightpartners.com> wrote:


I can be in the office tomorrow Friday if that works.  Jeff is saying he can so does that leave Joe S and Huy?

**Michael S. Kaye**
**Managing Partner**
**ClearLight Partners**
**100 Bayview Circle - Suite #5000**
**Newport Beach, CA 92660**
**(949) 725-6628 - phone**
**(949) 725-6611 - fax**
msk@clearlightpartners.com

---

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Thursday, June 18, 2020 10:51 AM
**To:** Huy DangVu <hdv@clearlightpartners.com>; Joe James <joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Huy,

The issue here is that plaintiffs have moved to extend the discovery period, which is set to expire on June 24. To the extent we can get these searches run and documents produced by the 24th, we want to do that, but the primary concern is that we want these searches done fully and correctly so we do not leave plaintiffs any opening to claim that we have been deficient or incomplete in responding to discovery.  So bottom line, having everything done right is more important than having everything produced by the 24th.

With that said, if Joe is able to get a start on some phones on Friday or Monday, that would certainly be preferable, but if there is some reason that this needs to be done on

Tuesday, then we can live with that if that is what it takes to get this done right.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

---

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 10:04 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

**[Warning:** EXTERNAL SENDER.]
Joe - I'm not sure this can wait until next Tuesday since it needs to be filed Wednesday and Don and Tomas need time to review.

Tomas - what are your thoughts?

Sent from my iPhone

> On Jun 18, 2020, at 10:01 AM, Joe James <joe.james@halcyonft.com> wrote:

> Michael, Joe, Jeff -

> Would it be possible for you gentleman to meet me at the ClearLight office on Tuesday? I will need about 30 minutes per device. Please let me know if that day works for everyone and what time would be best.

> Thank you,

JJ000055

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 7:34 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt
<jjs@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy
(tglaspy@howarth-smith.com) <TGlaspy@howarth-smith.com>
**Subject:** Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff -

With respect to the Katzkin - Roadwire litigation, we've been ordered by
the Court to perform searches on cell phone text messages for certain
search terms and for text messages to and from certain individuals which
contain certain terms.

We need to provide the files by next Weds, June 24th but we want to get
the files to Don Howarth ASAP for his review. Joe James will be helping us
with the searches and will reach out to each of you to coordinate.


Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com



Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma
<bijeoma@allsafeit.com>, Roger Rosas

JJ000056

<rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim
Clyde <tim.clyde@katzkin.com>, Peter Kim
<peter.kim@katzkin.com>, 'Huy DangVu'
<hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our
conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared
that spells out the specific searches to run. Note that the
highlighted entries are searches that you do <u>not</u> need to run
and can ignore for now.

I am also attaching the certification that the court approved
that you will need to sign once the searches are completed.
I think you previously saw this when we were discussing the
issue with the facilitator. Now that we know what searches
we are going to run, we will fill in the certification to reflect
everything that was searched for, but this will give you an
idea as to what you will ultimately be certifying.



In terms of phones, ClearLight will need to search the
phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff
Manassero. ██████████████████████████████
████████████████████████████████████
███████████████████████████

As we discussed today, collecting that material will obviously
be the first priority, so let us know if there is anything you
need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728

JJ000057

Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

JJ000058

| | |
|---|---|
| **From:** | Joe James |
| **To:** | Joseph J. Schmidt; Michael S. Kaye |
| **Cc:** | Tomas Glaspy; Huy DangVu; Jeff R. Manassero |
| **Subject:** | RE: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 3:15:00 PM |

Michael, Joe, Jeff —

Can we set up a time tomorrow to meet at the CLP office for the cell phone searches?

Would 1- 3 PM work for everyone? Each search should take about 30 minutes per device.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 11:09 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>
**Cc:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Huy DangVu <hdv@clearlightpartners.com>; Joe James <joe.james@halcyonft.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

I can be at CLP tomorrow anytime from noon on if that helps...I'm also available next week if needed

Joe

> On Jun 18, 2020, at 11:02 AM, Michael S. Kaye <msk@clearlightpartners.com> wrote:
>
> I can be in the office tomorrow Friday if that works.  Jeff is saying he can so does that leave Joe S and Huy?
>
> **Michael S. Kaye**
> **Managing Partner**
> **ClearLight Partners**
> **100 Bayview Circle - Suite #5000**
> **Newport Beach, CA 92660**
> **(949) 725-6628 - phone**
> **(949) 725-6611 - fax**
> msk@clearlightpartners.com

JJ000059

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Thursday, June 18, 2020 10:51 AM
**To:** Huy DangVu <hdv@clearlightpartners.com>; Joe James
<joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt
<jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Huy,

The issue here is that plaintiffs have moved to extend the discovery period, which is set
to expire on June 24. To the extent we can get these searches run and documents
produced by the 24th, we want to do that, but the primary concern is that we want
these searches done fully and correctly so we do not leave plaintiffs any opening to
claim that we have been deficient or incomplete in responding to discovery.  So bottom
line, having everything done right is more important than having everything produced
by the 24th.

With that said, if Joe is able to get a start on some phones on Friday or Monday, that
would certainly be preferable, but if there is some reason that this needs to be done on
Tuesday, then we can live with that if that is what it takes to get this done right.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may
contain confidential, privileged information.  If you are not an intended recipient,
please contact sender by telephone or reply email and destroy this email and all copies
of it.  Thank you.

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 10:04 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt
<jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

JJ000060

**[Warning:** EXTERNAL SENDER.]

Joe - I'm not sure this can wait until next Tuesday since it needs to be filed Wednesday and Don and Tomas need time to review.

Tomas - what are your thoughts?

Sent from my iPhone

> On Jun 18, 2020, at 10:01 AM, Joe James <joe.james@halcyonft.com> wrote:
>
> Michael, Joe, Jeff -
>
> Would it be possible for you gentleman to meet me at the ClearLight office on Tuesday? I will need about 30 minutes per device. Please let me know if that day works for everyone and what time would be best.
>
> Thank you,
>
> Joe James
> Senior Information Services Advisor
> Halcyon Financial Technology, L.P.
> Email: joe.james@halcyonft.com
> Direct: 415-960-4367
>
> HalcyonFT Support:
> Non-Urgent: help@halcyonft.com
> Urgent: 415-967-7276
>
> ---
>
> **From:** Huy DangVu <hdv@clearlightpartners.com>
> **Sent:** Thursday, June 18, 2020 7:34 AM
> **To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
> **Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy (tglaspy@howarth-smith.com) <TGlaspy@howarth-smith.com>
> **Subject:** Katzkin litigation - Cell Phone Searches
>
> Michael, Joe, Jeff -
>
> With respect to the Katzkin - Roadwire litigation, we've been ordered by the Court to perform searches on cell phone text messages for certain search terms and for text messages to and from certain individuals which contain certain terms.
>
> We need to provide the files by next Weds, June 24th but we want to get

the files to Don Howarth ASAP for his review. Joe James will be helping us with the searches and will reach out to each of you to coordinate.

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com

Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma <bijeoma@allsafeit.com>, Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim Clyde <tim.clyde@katzkin.com>, Peter Kim <peter.kim@katzkin.com>, 'Huy DangVu' <hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do <u>not</u> need to run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed. I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.

JJ000062

In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero.

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com


CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

| | |
|---|---|
| **From:** | Jeff R. Manassero |
| **To:** | Joe James; Joseph J. Schmidt; Michael S. Kaye |
| **Cc:** | Tomas Glaspy; Huy DangVu |
| **Subject:** | RE: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 3:17:19 PM |

That works for me

---

**From:** Joe James <joe.james@halcyonft.com>
**Sent:** Thursday, June 18, 2020 3:15 PM
**To:** Joseph J. Schmidt <jjs@clearlightpartners.com>; Michael S. Kaye <msk@clearlightpartners.com>
**Cc:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Huy DangVu <hdv@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff –

Can we set up a time tomorrow to meet at the CLP office for the cell phone searches?

Would 1- 3 PM work for everyone? Each search should take about 30 minutes per device.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 11:09 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>
**Cc:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Huy DangVu <hdv@clearlightpartners.com>; Joe James <joe.james@halcyonft.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

I can be at CLP tomorrow anytime from noon on if that helps...I'm also available next week if needed

Joe

> On Jun 18, 2020, at 11:02 AM, Michael S. Kaye <msk@clearlightpartners.com> wrote:
>
> I can be in the office tomorrow Friday if that works.  Jeff is saying he can so does that

JJ000064

leave Joe S and Huy?

**Michael S. Kaye**
**Managing Partner**
**ClearLight Partners**
**100 Bayview Circle - Suite #5000**
**Newport Beach, CA 92660**
**(949) 725-6628 - phone**
**(949) 725-6611 - fax**
msk@clearlightpartners.com

---

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Thursday, June 18, 2020 10:51 AM
**To:** Huy DangVu <hdv@clearlightpartners.com>; Joe James
<joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt
<jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Huy,

The issue here is that plaintiffs have moved to extend the discovery period, which is set
to expire on June 24. To the extent we can get these searches run and documents
produced by the 24th, we want to do that, but the primary concern is that we want
these searches done fully and correctly so we do not leave plaintiffs any opening to
claim that we have been deficient or incomplete in responding to discovery.  So bottom
line, having everything done right is more important than having everything produced
by the 24th.

With that said, if Joe is able to get a start on some phones on Friday or Monday, that
would certainly be preferable, but if there is some reason that this needs to be done on
Tuesday, then we can live with that if that is what it takes to get this done right.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may
contain confidential, privileged information.  If you are not an intended recipient,
please contact sender by telephone or reply email and destroy this email and all copies

JJ000065

of it.  Thank you.

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 10:04 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

**[Warning:** EXTERNAL SENDER.]
Joe - I'm not sure this can wait until next Tuesday since it needs to be filed Wednesday and Don and Tomas need time to review.

Tomas - what are your thoughts?

Sent from my iPhone

> On Jun 18, 2020, at 10:01 AM, Joe James <joe.james@halcyonft.com> wrote:
>
> Michael, Joe, Jeff -
>
> Would it be possible for you gentleman to meet me at the ClearLight office on Tuesday? I will need about 30 minutes per device. Please let me know if that day works for everyone and what time would be best.
>
> Thank you,
>
> Joe James
> Senior Information Services Advisor
> Halcyon Financial Technology, L.P.
> Email: joe.james@halcyonft.com
> Direct: 415-960-4367
>
> HalcyonFT Support:
> Non-Urgent: help@halcyonft.com
> Urgent: 415-967-7276
>
> **From:** Huy DangVu <hdv@clearlightpartners.com>
> **Sent:** Thursday, June 18, 2020 7:34 AM
> **To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
> **Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy (tglaspy@howarth-smith.com) <TGlaspy@howarth-smith.com>

**Subject:** Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff -

With respect to the Katzkin - Roadwire litigation, we've been ordered by the Court to perform searches on cell phone text messages for certain search terms and for text messages to and from certain individuals which contain certain terms.

We need to provide the files by next Weds, June 24th but we want to get the files to Don Howarth ASAP for his review. Joe James will be helping us with the searches and will reach out to each of you to coordinate.

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com

Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma <bijeoma@allsafeit.com>, Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim Clyde <tim.clyde@katzkin.com>, Peter Kim <peter.kim@katzkin.com>, 'Huy DangVu' <hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do <u>not</u> need to run and can ignore for now.

JJ000067

I am also attaching the certification that the court approved that you will need to sign once the searches are completed. I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.

███████████████████████████████
████████████████████████████
███████████████████

In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero. ████████████████████
███████████████████████████████
███████████████████████

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax  (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

| | |
|---|---|
| **From:** | Michael S. Kaye |
| **To:** | Joe James; Joseph J. Schmidt |
| **Cc:** | Tomas Glaspy; Huy DangVu; Jeff R. Manassero |
| **Subject:** | RE: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 3:17:49 PM |

Let's make it in the morning Joe.  I will come in to do a monthly ops call so I'll be there from 8:30 to 11:30 am.  I'll need to leave at 11:30 am.

**Michael S. Kaye**
**Managing Partner**
**ClearLight Partners**
**100 Bayview Circle - Suite #5000**
**Newport Beach, CA 92660**
**(949) 725-6628 - phone**
**(949) 725-6611 - fax**
msk@clearlightpartners.com

---

**From:** Joe James <joe.james@halcyonft.com>
**Sent:** Thursday, June 18, 2020 3:15 PM
**To:** Joseph J. Schmidt <jjs@clearlightpartners.com>; Michael S. Kaye <msk@clearlightpartners.com>
**Cc:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Huy DangVu <hdv@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff –

Can we set up a time tomorrow to meet at the CLP office for the cell phone searches?

Would 1- 3 PM work for everyone? Each search should take about 30 minutes per device.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 11:09 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>
**Cc:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Huy DangVu <hdv@clearlightpartners.com>; Joe James <joe.james@halcyonft.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

JJ000069

I can be at CLP tomorrow anytime from noon on if that helps...I'm also available next week if needed

Joe


On Jun 18, 2020, at 11:02 AM, Michael S. Kaye <msk@clearlightpartners.com> wrote:


I can be in the office tomorrow Friday if that works.  Jeff is saying he can so does that leave Joe S and Huy?

**Michael S. Kaye**
**Managing Partner**
**ClearLight Partners**
**100 Bayview Circle - Suite #5000**
**Newport Beach, CA 92660**
**(949) 725-6628 – phone**
**(949) 725-6611 - fax**
msk@clearlightpartners.com

---

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Thursday, June 18, 2020 10:51 AM
**To:** Huy DangVu <hdv@clearlightpartners.com>; Joe James <joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Huy,

The issue here is that plaintiffs have moved to extend the discovery period, which is set to expire on June 24. To the extent we can get these searches run and documents produced by the 24th, we want to do that, but the primary concern is that we want these searches done fully and correctly so we do not leave plaintiffs any opening to claim that we have been deficient or incomplete in responding to discovery.  So bottom line, having everything done right is more important than having everything produced by the 24th.

With that said, if Joe is able to get a start on some phones on Friday or Monday, that would certainly be preferable, but if there is some reason that this needs to be done on Tuesday, then we can live with that if that is what it takes to get this done right.

Best,
Tomas


Tomas Glaspy
Howarth & Smith

JJ000070

523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may
contain confidential, privileged information.  If you are not an intended recipient,
please contact sender by telephone or reply email and destroy this email and all copies
of it.  Thank you.

---

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 10:04 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt
<jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

**[Warning:** EXTERNAL SENDER.**]**
Joe - I'm not sure this can wait until next Tuesday since it needs to be filed Wednesday
and Don and Tomas need time to review.

Tomas - what are your thoughts?

Sent from my iPhone

> On Jun 18, 2020, at 10:01 AM, Joe James <joe.james@halcyonft.com>
> wrote:
>
>
> Michael, Joe, Jeff -
>
> Would it be possible for you gentleman to meet me at the ClearLight
> office on Tuesday? I will need about 30 minutes per device. Please let me
> know if that day works for everyone and what time would be best.
>
> Thank you,
>
> Joe James
> Senior Information Services Advisor
> Halcyon Financial Technology, L.P.
> Email: joe.james@halcyonft.com
> Direct: 415-960-4367
>
> HalcyonFT Support:
> Non-Urgent: help@halcyonft.com
> Urgent: 415-967-7276

JJ000071

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 7:34 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt
<jjs@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy
(tglaspy@howarth-smith.com) <TGlaspy@howarth-smith.com>
**Subject:** Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff -

With respect to the Katzkin - Roadwire litigation, we've been ordered by
the Court to perform searches on cell phone text messages for certain
search terms and for text messages to and from certain individuals which
contain certain terms.

We need to provide the files by next Weds, June 24th but we want to get
the files to Don Howarth ASAP for his review. Joe James will be helping us
with the searches and will reach out to each of you to coordinate.


Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com



Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma
<bijeoma@allsafeit.com>, Roger Rosas
<rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim
Clyde <tim.clyde@katzkin.com>, Peter Kim
<peter.kim@katzkin.com>, 'Huy DangVu'
<hdv@clearlightpartners.com>

Joe, Roger, and Bones,

JJ000072

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do <u>not</u> need to run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed. I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.

In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero. ███████████████████████

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com


CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged

information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

JJ000074

| | |
|---|---|
| **From:** | Joe James |
| **To:** | Jeff R. Manassero |
| **Subject:** | RE: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 3:20:00 PM |

Hi Joe,

Will the 8:30 AM – 11:30 AM schedule work for you as well?

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Jeff R. Manassero <jrm@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 3:18 PM
**To:** Joe James <joe.james@halcyonft.com>
**Subject:** FW: Katzkin litigation - Cell Phone Searches

This is fine with me too

**From:** Michael S. Kaye <msk@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 3:18 PM
**To:** Joe James <joe.james@halcyonft.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>
**Cc:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Huy DangVu <hdv@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Let's make it in the morning Joe. I will come in to do a monthly ops call so I'll be there from 8:30 to 11:30 am. I'll need to leave at 11:30 am.

**Michael S. Kaye**
**Managing Partner**
**ClearLight Partners**
**100 Bayview Circle - Suite #5000**
**Newport Beach, CA 92660**
**(949) 725-6628 - phone**
**(949) 725-6611 - fax**
msk@clearlightpartners.com

**From:** Joe James <joe.james@halcyonft.com>
**Sent:** Thursday, June 18, 2020 3:15 PM
**To:** Joseph J. Schmidt <jjs@clearlightpartners.com>; Michael S. Kaye <msk@clearlightpartners.com>

JJ000075

**Cc:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Huy DangVu <hdv@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff –

Can we set up a time tomorrow to meet at the CLP office for the cell phone searches?

Would 1- 3 PM work for everyone? Each search should take about 30 minutes per device.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 11:09 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>
**Cc:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Huy DangVu <hdv@clearlightpartners.com>; Joe James <joe.james@halcyonft.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

I can be at CLP tomorrow anytime from noon on if that helps...I'm also available next week if needed

Joe

> On Jun 18, 2020, at 11:02 AM, Michael S. Kaye <msk@clearlightpartners.com> wrote:
>
> I can be in the office tomorrow Friday if that works.  Jeff is saying he can so does that leave Joe S and Huy?
>
> **Michael S. Kaye**
> **Managing Partner**
> **ClearLight Partners**
> **100 Bayview Circle - Suite #5000**
> **Newport Beach, CA 92660**
> **(949) 725-6628 - phone**
> **(949) 725-6611 - fax**
> msk@clearlightpartners.com

---

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>

JJ000076

**Sent:** Thursday, June 18, 2020 10:51 AM
**To:** Huy DangVu <hdv@clearlightpartners.com>; Joe James
<joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt
<jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Huy,

The issue here is that plaintiffs have moved to extend the discovery period, which is set
to expire on June 24. To the extent we can get these searches run and documents
produced by the 24th, we want to do that, but the primary concern is that we want
these searches done fully and correctly so we do not leave plaintiffs any opening to
claim that we have been deficient or incomplete in responding to discovery.  So bottom
line, having everything done right is more important than having everything produced
by the 24th.

With that said, if Joe is able to get a start on some phones on Friday or Monday, that
would certainly be preferable, but if there is some reason that this needs to be done on
Tuesday, then we can live with that if that is what it takes to get this done right.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may
contain confidential, privileged information.  If you are not an intended recipient,
please contact sender by telephone or reply email and destroy this email and all copies
of it.  Thank you.

---

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 10:04 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy <TGlaspy@howarth-
smith.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt
<jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

JJ000077

**[Warning:** EXTERNAL SENDER.]

Joe - I'm not sure this can wait until next Tuesday since it needs to be filed Wednesday and Don and Tomas need time to review.

Tomas - what are your thoughts?

Sent from my iPhone

> On Jun 18, 2020, at 10:01 AM, Joe James <joe.james@halcyonft.com> wrote:
>
> Michael, Joe, Jeff -
>
> Would it be possible for you gentleman to meet me at the ClearLight office on Tuesday? I will need about 30 minutes per device. Please let me know if that day works for everyone and what time would be best.
>
> Thank you,
>
> Joe James
> Senior Information Services Advisor
> Halcyon Financial Technology, L.P.
> Email: joe.james@halcyonft.com
> Direct: 415-960-4367
>
> HalcyonFT Support:
> Non-Urgent: help@halcyonft.com
> Urgent: 415-967-7276
>
> **From:** Huy DangVu <hdv@clearlightpartners.com>
> **Sent:** Thursday, June 18, 2020 7:34 AM
> **To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
> **Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy (tglaspy@howarth-smith.com) <TGlaspy@howarth-smith.com>
> **Subject:** Katzkin litigation - Cell Phone Searches
>
> Michael, Joe, Jeff -
>
> With respect to the Katzkin - Roadwire litigation, we've been ordered by the Court to perform searches on cell phone text messages for certain search terms and for text messages to and from certain individuals which contain certain terms.
>
> We need to provide the files by next Weds, June 24th but we want to get the files to Don Howarth ASAP for his review. Joe James will be helping us

with the searches and will reach out to each of you to coordinate.


Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com


Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma
<bijeoma@allsafeit.com>, Roger Rosas
<rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim
Clyde <tim.clyde@katzkin.com>, Peter Kim
<peter.kim@katzkin.com>, 'Huy DangVu'
<hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our
conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared
that spells out the specific searches to run. Note that the
highlighted entries are searches that you do not need to run
and can ignore for now.

I am also attaching the certification that the court approved
that you will need to sign once the searches are completed.
I think you previously saw this when we were discussing the
issue with the facilitator. Now that we know what searches
we are going to run, we will fill in the certification to reflect
everything that was searched for, but this will give you an
idea as to what you will ultimately be certifying.

JJ000079

In terms of phones, ClearLight will need to search the
phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff
Manassero.

As we discussed today, collecting that material will obviously
be the first priority, so let us know if there is anything you
need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of
intended recipients and may contain confidential, privileged
information.  If you are not an intended recipient, please
contact sender by telephone or reply email and destroy this
email and all copies of it.  Thank you.

| | |
|---|---|
| **From:** | Joseph J. Schmidt |
| **To:** | Joe James |
| **Cc:** | Michael S. Kaye; Jeff R. Manassero |
| **Subject:** | Re: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 3:29:55 PM |

Joe, I can be there tomorrow, I'll come at noon in case you want to start mine after you finish with Michael's or we can just do it at 1 PM if you want

Joe

> On Jun 18, 2020, at 3:15 PM, Joe James <joe.james@halcyonft.com> wrote:
>
>
> Michael, Joe, Jeff —
>
> Can we set up a time tomorrow to meet at the CLP office for the cell phone searches?
>
> Would 1- 3 PM work for everyone? Each search should take about 30 minutes per device.
>
> Thank you,
>
> Joe James
> Senior Information Services Advisor
> Halcyon Financial Technology, L.P.
> Email: joe.james@halcyonft.com
> Direct: 415-960-4367
>
> HalcyonFT Support:
> Non-Urgent: help@halcyonft.com
> Urgent: 415-967-7276
>
> **From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
> **Sent:** Thursday, June 18, 2020 11:09 AM
> **To:** Michael S. Kaye <msk@clearlightpartners.com>
> **Cc:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Huy DangVu <hdv@clearlightpartners.com>; Joe James <joe.james@halcyonft.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
> **Subject:** Re: Katzkin litigation - Cell Phone Searches
>
> I can be at CLP tomorrow anytime from noon on if that helps...I'm also available next week if needed
>
> Joe
>
>
> > On Jun 18, 2020, at 11:02 AM, Michael S. Kaye

JJ000081

<msk@clearlightpartners.com> wrote:

I can be in the office tomorrow Friday if that works.  Jeff is saying he can so does that leave Joe S and Huy?

**Michael S. Kaye**
**Managing Partner**
**ClearLight Partners**
**100 Bayview Circle - Suite #5000**
**Newport Beach, CA 92660**
**(949) 725-6628 - phone**
**(949) 725-6611 - fax**
msk@clearlightpartners.com

---

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Thursday, June 18, 2020 10:51 AM
**To:** Huy DangVu <hdv@clearlightpartners.com>; Joe James <joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Huy,

The issue here is that plaintiffs have moved to extend the discovery period, which is set to expire on June 24. To the extent we can get these searches run and documents produced by the 24th, we want to do that, but the primary concern is that we want these searches done fully and correctly so we do not leave plaintiffs any opening to claim that we have been deficient or incomplete in responding to discovery.  So bottom line, having everything done right is more important than having everything produced by the 24th.

With that said, if Joe is able to get a start on some phones on Friday or Monday, that would certainly be preferable, but if there is some reason that this needs to be done on Tuesday, then we can live with that if that is what it takes to get this done right.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014

JJ000082

Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended
recipients and may contain confidential, privileged information.  If you are
not an intended recipient, please contact sender by telephone or reply
email and destroy this email and all copies of it.  Thank you.

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 10:04 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy
<TGlaspy@howarth-smith.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt
<jjs@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

**[Warning:** EXTERNAL SENDER.]
Joe - I'm not sure this can wait until next Tuesday since it needs to be filed
Wednesday and Don and Tomas need time to review.

Tomas - what are your thoughts?

Sent from my iPhone

On Jun 18, 2020, at 10:01 AM, Joe James
<joe.james@halcyonft.com> wrote:

Michael, Joe, Jeff -

Would it be possible for you gentleman to meet me at the
ClearLight office on Tuesday? I will need about 30 minutes
per device. Please let me know if that day works for
everyone and what time would be best.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

JJ000083

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 7:34 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy (tglaspy@howarth-smith.com) <TGlaspy@howarth-smith.com>
**Subject:** Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff -

With respect to the Katzkin - Roadwire litigation, we've been ordered by the Court to perform searches on cell phone text messages for certain search terms and for text messages to and from certain individuals which contain certain terms.

We need to provide the files by next Weds, June 24th but we want to get the files to Don Howarth ASAP for his review. Joe James will be helping us with the searches and will reach out to each of you to coordinate.


Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com



Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma <bijeoma@allsafeit.com>, Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim Clyde

JJ000084

<tim.clyde@katzkin.com>, Peter Kim
<peter.kim@katzkin.com>, 'Huy DangVu'
<hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant
to our conference this afternoon.

First, you will find a spreadsheet that Peter and
I prepared that spells out the specific searches
to run. Note that the highlighted entries are
searches that you do <u>not</u> need to run and can
ignore for now.

I am also attaching the certification that the
court approved that you will need to sign once
the searches are completed.  I think you
previously saw this when we were discussing
the issue with the facilitator. Now that we
know what searches we are going to run, we
will fill in the certification to reflect everything
that was searched for, but this will give you an
idea as to what you will ultimately be certifying.



In terms of phones, ClearLight will need to
search the phones of (1) Michael Kaye, (2) Joe
Schmidt, and (3) Jeff Manassero.



As we discussed today, collecting that material
will obviously be the first priority, so let us
know if there is anything you need from us to
expedite that process.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

JJ000086

| | |
|---|---|
| **From:** | Joe James |
| **To:** | Joseph J. Schmidt |
| **Cc:** | Michael S. Kaye; Jeff R. Manassero |
| **Subject:** | RE: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 3:32:00 PM |

Hi Joe,

Let's schedule yours for noon.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 3:30 PM
**To:** Joe James <joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

Joe, I can be there tomorrow, I'll come at noon in case you want to start mine after you finish with Michael's or we can just do it at 1 PM if you want

Joe

> On Jun 18, 2020, at 3:15 PM, Joe James <joe.james@halcyonft.com> wrote:
>
> Michael, Joe, Jeff —
>
> Can we set up a time tomorrow to meet at the CLP office for the cell phone searches?
>
> Would 1- 3 PM work for everyone? Each search should take about 30 minutes per device.
>
> Thank you,
>
> Joe James
> Senior Information Services Advisor
> Halcyon Financial Technology, L.P.

Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 11:09 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>
**Cc:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Huy DangVu
<hdv@clearlightpartners.com>; Joe James <joe.james@halcyonft.com>; Jeff R.
Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

I can be at CLP tomorrow anytime from noon on if that helps…I'm also available next
week if needed

Joe

> On Jun 18, 2020, at 11:02 AM, Michael S. Kaye
> <msk@clearlightpartners.com> wrote:
>
>
> I can be in the office tomorrow Friday if that works.  Jeff is saying he can
> so does that leave Joe S and Huy?
>
> **Michael S. Kaye**
> **Managing Partner**
> **ClearLight Partners**
> **100 Bayview Circle - Suite #5000**
> **Newport Beach, CA 92660**
> **(949) 725-6628 - phone**
> **(949) 725-6611 - fax**
> msk@clearlightpartners.com
>
> **From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
> **Sent:** Thursday, June 18, 2020 10:51 AM
> **To:** Huy DangVu <hdv@clearlightpartners.com>; Joe James
> <joe.james@halcyonft.com>
> **Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt
> <jjs@clearlightpartners.com>; Jeff R. Manassero
> <jrm@clearlightpartners.com>
> **Subject:** RE: Katzkin litigation - Cell Phone Searches
>
> Huy,

The issue here is that plaintiffs have moved to extend the discovery period, which is set to expire on June 24. To the extent we can get these searches run and documents produced by the 24th, we want to do that, but the primary concern is that we want these searches done fully and correctly so we do not leave plaintiffs any opening to claim that we have been deficient or incomplete in responding to discovery.  So bottom line, having everything done right is more important than having everything produced by the 24th.

With that said, if Joe is able to get a start on some phones on Friday or Monday, that would certainly be preferable, but if there is some reason that this needs to be done on Tuesday, then we can live with that if that is what it takes to get this done right.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 10:04 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

**[Warning:** EXTERNAL SENDER.]
Joe - I'm not sure this can wait until next Tuesday since it needs to be filed Wednesday and Don and Tomas need time to review.

Tomas - what are your thoughts?

JJ000089

Sent from my iPhone

On Jun 18, 2020, at 10:01 AM, Joe James
<joe.james@halcyonft.com> wrote:

Michael, Joe, Jeff -

Would it be possible for you gentleman to meet me at the
ClearLight office on Tuesday? I will need about 30 minutes
per device. Please let me know if that day works for
everyone and what time would be best.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 7:34 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph
J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy
(tglaspy@howarth-smith.com) <TGlaspy@howarth-
smith.com>
**Subject:** Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff -

With respect to the Katzkin - Roadwire litigation, we've been
ordered by the Court to perform searches on cell phone text
messages for certain search terms and for text messages to
and from certain individuals which contain certain terms.

We need to provide the files by next Weds, June 24th but we
want to get the files to Don Howarth ASAP for his review. Joe
James will be helping us with the searches and will reach out
to each of you to coordinate.

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com

Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma <bijeoma@allsafeit.com>, Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim Clyde <tim.clyde@katzkin.com>, Peter Kim <peter.kim@katzkin.com>, 'Huy DangVu' <hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do <u>not</u> need to run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed.  I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything

that was searched for, but this will give you an idea as to what you will ultimately be certifying.



In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero.



As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

| | |
|---|---|
| **From:** | Jeff R. Manassero |
| **To:** | Joe James |
| **Subject:** | RE: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 3:34:45 PM |

What time do you want me Joe? I can be pretty flexible while in the office since I have another phone.

**From:** Joe James <joe.james@halcyonft.com>
**Sent:** Thursday, June 18, 2020 3:32 PM
**To:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Hi Joe,

Let's schedule yours for noon.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 3:30 PM
**To:** Joe James <joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

Joe, I can be there tomorrow, I'll come at noon in case you want to start mine after you finish with Michael's or we can just do it at 1 PM if you want

Joe

> On Jun 18, 2020, at 3:15 PM, Joe James <joe.james@halcyonft.com> wrote:

Michael, Joe, Jeff –

JJ000093

Can we set up a time tomorrow to meet at the CLP office for the cell phone searches?

Would 1- 3 PM work for everyone? Each search should take about 30 minutes per device.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 11:09 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>
**Cc:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Huy DangVu <hdv@clearlightpartners.com>; Joe James <joe.james@halcyonft.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

I can be at CLP tomorrow anytime from noon on if that helps...I'm also available next week if needed

Joe


> On Jun 18, 2020, at 11:02 AM, Michael S. Kaye <msk@clearlightpartners.com> wrote:
>
>
> I can be in the office tomorrow Friday if that works.  Jeff is saying he can so does that leave Joe S and Huy?
>
> **Michael S. Kaye**
> **Managing Partner**
> **ClearLight Partners**
> **100 Bayview Circle - Suite #5000**
> **Newport Beach, CA 92660**
> **(949) 725-6628 - phone**
> **(949) 725-6611 - fax**
> msk@clearlightpartners.com
>
> ---
>
> **From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
> **Sent:** Thursday, June 18, 2020 10:51 AM

JJ000094

**To:** Huy DangVu <hdv@clearlightpartners.com>; Joe James
<joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt
<jjs@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Huy,

The issue here is that plaintiffs have moved to extend the discovery
period, which is set to expire on June 24. To the extent we can get these
searches run and documents produced by the 24th, we want to do that,
but the primary concern is that we want these searches done fully and
correctly so we do not leave plaintiffs any opening to claim that we have
been deficient or incomplete in responding to discovery.  So bottom line,
having everything done right is more important than having everything
produced by the 24th.

With that said, if Joe is able to get a start on some phones on Friday or
Monday, that would certainly be preferable, but if there is some reason
that this needs to be done on Tuesday, then we can live with that if that is
what it takes to get this done right.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended
recipients and may contain confidential, privileged information.  If you are
not an intended recipient, please contact sender by telephone or reply
email and destroy this email and all copies of it.  Thank you.

---

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 10:04 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy
<TGlaspy@howarth-smith.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt
<jjs@clearlightpartners.com>; Jeff R. Manassero

<jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

**[Warning:** EXTERNAL SENDER.]
Joe - I'm not sure this can wait until next Tuesday since it needs to be filed Wednesday and Don and Tomas need time to review.

Tomas - what are your thoughts?

Sent from my iPhone

> On Jun 18, 2020, at 10:01 AM, Joe James <joe.james@halcyonft.com> wrote:
>
> Michael, Joe, Jeff -
>
> Would it be possible for you gentleman to meet me at the ClearLight office on Tuesday? I will need about 30 minutes per device. Please let me know if that day works for everyone and what time would be best.
>
> Thank you,
>
> Joe James
> Senior Information Services Advisor
> Halcyon Financial Technology, L.P.
> Email: joe.james@halcyonft.com
> Direct: 415-960-4367
>
> HalcyonFT Support:
> Non-Urgent: help@halcyonft.com
> Urgent: 415-967-7276
>
> ---
>
> **From:** Huy DangVu <hdv@clearlightpartners.com>
> **Sent:** Thursday, June 18, 2020 7:34 AM
> **To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
> **Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy (tglaspy@howarth-smith.com) <TGlaspy@howarth-smith.com>
> **Subject:** Katzkin litigation - Cell Phone Searches
>
> Michael, Joe, Jeff -
>
> With respect to the Katzkin - Roadwire litigation, we've been ordered by the Court to perform searches on cell phone text

messages for certain search terms and for text messages to and from certain individuals which contain certain terms.

We need to provide the files by next Weds, June 24th but we want to get the files to Don Howarth ASAP for his review. Joe James will be helping us with the searches and will reach out to each of you to coordinate.


Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com



Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma <bijeoma@allsafeit.com>, Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim Clyde <tim.clyde@katzkin.com>, Peter Kim <peter.kim@katzkin.com>, 'Huy DangVu' <hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do <u>not</u> need to run and can ignore for now.

JJ000097

I am also attaching the certification that the court approved that you will need to sign once the searches are completed.  I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.



In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero. 

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank

JJ000098

you.

JJ000099

| | |
|---|---|
| **From:** | Joe James |
| **To:** | Jeff R. Manassero |
| **Subject:** | RE: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 3:47:00 PM |

I'll start Michaels at 8:30 AM. How does 9:30 AM sound to you?

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Jeff R. Manassero <jrm@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 3:35 PM
**To:** Joe James <joe.james@halcyonft.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

What time do you want me Joe? I can be pretty flexible while in the office since I have another phone.

**From:** Joe James <joe.james@halcyonft.com>
**Sent:** Thursday, June 18, 2020 3:32 PM
**To:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Hi Joe,

Let's schedule yours for noon.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 3:30 PM
**To:** Joe James <joe.james@halcyonft.com>

JJ000100

**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

Joe, I can be there tomorrow, I'll come at noon in case you want to start mine after you finish with
Michael's or we can just do it at 1 PM if you want

Joe

> On Jun 18, 2020, at 3:15 PM, Joe James <joe.james@halcyonft.com> wrote:
>
>
> Michael, Joe, Jeff —
>
> Can we set up a time tomorrow to meet at the CLP office for the cell phone searches?
>
> Would 1- 3 PM work for everyone? Each search should take about 30 minutes per
> device.
>
> Thank you,
>
> Joe James
> Senior Information Services Advisor
> Halcyon Financial Technology, L.P.
> Email: joe.james@halcyonft.com
> Direct: 415-960-4367
>
> HalcyonFT Support:
> Non-Urgent: help@halcyonft.com
> Urgent: 415-967-7276
>
> ---
>
> **From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
> **Sent:** Thursday, June 18, 2020 11:09 AM
> **To:** Michael S. Kaye <msk@clearlightpartners.com>
> **Cc:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Huy DangVu
> <hdv@clearlightpartners.com>; Joe James <joe.james@halcyonft.com>; Jeff R.
> Manassero <jrm@clearlightpartners.com>
> **Subject:** Re: Katzkin litigation - Cell Phone Searches
>
> I can be at CLP tomorrow anytime from noon on if that helps...I'm also available next
> week if needed
>
> Joe
>
>> On Jun 18, 2020, at 11:02 AM, Michael S. Kaye
>> <msk@clearlightpartners.com> wrote:

JJ000101

I can be in the office tomorrow Friday if that works.  Jeff is saying he can so does that leave Joe S and Huy?

**Michael S. Kaye**
**Managing Partner**
**ClearLight Partners**
**100 Bayview Circle - Suite #5000**
**Newport Beach, CA 92660**
**(949) 725-6628 - phone**
**(949) 725-6611 - fax**
msk@clearlightpartners.com

---

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Thursday, June 18, 2020 10:51 AM
**To:** Huy DangVu <hdv@clearlightpartners.com>; Joe James <joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Huy,

The issue here is that plaintiffs have moved to extend the discovery period, which is set to expire on June 24. To the extent we can get these searches run and documents produced by the 24th, we want to do that, but the primary concern is that we want these searches done fully and correctly so we do not leave plaintiffs any opening to claim that we have been deficient or incomplete in responding to discovery.  So bottom line, having everything done right is more important than having everything produced by the 24th.

With that said, if Joe is able to get a start on some phones on Friday or Monday, that would certainly be preferable, but if there is some reason that this needs to be done on Tuesday, then we can live with that if that is what it takes to get this done right.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791

JJ000102

www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 10:04 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

**[Warning:** EXTERNAL SENDER.]
Joe - I'm not sure this can wait until next Tuesday since it needs to be filed Wednesday and Don and Tomas need time to review.

Tomas - what are your thoughts?

Sent from my iPhone

> On Jun 18, 2020, at 10:01 AM, Joe James <joe.james@halcyonft.com> wrote:

> Michael, Joe, Jeff -

> Would it be possible for you gentleman to meet me at the ClearLight office on Tuesday? I will need about 30 minutes per device. Please let me know if that day works for everyone and what time would be best.

> Thank you,

> Joe James
> Senior Information Services Advisor
> Halcyon Financial Technology, L.P.
> Email: joe.james@halcyonft.com
> Direct: 415-960-4367

> HalcyonFT Support:
> Non-Urgent: help@halcyonft.com
> Urgent: 415-967-7276

JJ000103

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 7:34 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy (tglaspy@howarth-smith.com) <TGlaspy@howarth-smith.com>
**Subject:** Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff -

With respect to the Katzkin - Roadwire litigation, we've been ordered by the Court to perform searches on cell phone text messages for certain search terms and for text messages to and from certain individuals which contain certain terms.

We need to provide the files by next Weds, June 24th but we want to get the files to Don Howarth ASAP for his review. Joe James will be helping us with the searches and will reach out to each of you to coordinate.


Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com



Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma <bijeoma@allsafeit.com>, Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim Clyde <tim.clyde@katzkin.com>, Peter Kim <peter.kim@katzkin.com>, 'Huy DangVu'

JJ000104

<hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant
to our conference this afternoon.

First, you will find a spreadsheet that Peter and
I prepared that spells out the specific searches
to run. Note that the highlighted entries are
searches that you do <u>not</u> need to run and can
ignore for now.

I am also attaching the certification that the
court approved that you will need to sign once
the searches are completed.  I think you
previously saw this when we were discussing
the issue with the facilitator. Now that we
know what searches we are going to run, we
will fill in the certification to reflect everything
that was searched for, but this will give you an
idea as to what you will ultimately be certifying.



In terms of phones, ClearLight will need to
search the phones of (1) Michael Kaye, (2) Joe
Schmidt, and (3) Jeff Manassero. 

As we discussed today, collecting that material
will obviously be the first priority, so let us
know if there is anything you need from us to
expedite that process.

Best,
Tomas


Tomas Glaspy

Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the
sole use of intended recipients and may
contain confidential, privileged information.  If
you are not an intended recipient, please
contact sender by telephone or reply email and
destroy this email and all copies of it.  Thank
you.

JJ000106

| | |
|---|---|
| **From:** | Michael S. Kaye |
| **To:** | Joe James; Joseph J. Schmidt |
| **Cc:** | Jeff R. Manassero |
| **Subject:** | RE: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 3:49:43 PM |

Let me know when for me Joe thanks.

**Michael S. Kaye**
**Managing Partner**
**ClearLight Partners**
**100 Bayview Circle - Suite #5000**
**Newport Beach, CA 92660**
**(949) 725-6628 - phone**
**(949) 725-6611 - fax**
msk@clearlightpartners.com

---

**From:** Joe James <joe.james@halcyonft.com>
**Sent:** Thursday, June 18, 2020 3:32 PM
**To:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Hi Joe,

Let's schedule yours for noon.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 3:30 PM
**To:** Joe James <joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

Joe, I can be there tomorrow, I'll come at noon in case you want to start mine after you finish with Michael's or we can just do it at 1 PM if you want

Joe

On Jun 18, 2020, at 3:15 PM, Joe James <joe.james@halcyonft.com> wrote:

Michael, Joe, Jeff —

Can we set up a time tomorrow to meet at the CLP office for the cell phone searches?

Would 1- 3 PM work for everyone? Each search should take about 30 minutes per device.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 11:09 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>
**Cc:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Huy DangVu
<hdv@clearlightpartners.com>; Joe James joe.james@halcyonft.com>; Jeff R.
Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

I can be at CLP tomorrow anytime from noon on if that helps...I'm also available next week if needed

Joe

On Jun 18, 2020, at 11:02 AM, Michael S. Kaye
<msk@clearlightpartners.com> wrote:

I can be in the office tomorrow Friday if that works.  Jeff is saying he can so does that leave Joe S and Huy?

**Michael S. Kaye**
**Managing Partner**

JJ000108

**ClearLight Partners**
**100 Bayview Circle – Suite #5000**
**Newport Beach, CA 92660**
**(949) 725-6628 – phone**
**(949) 725-6611 – fax**
msk@clearlightpartners.com

---

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Thursday, June 18, 2020 10:51 AM
**To:** Huy DangVu <hdv@clearlightpartners.com>; Joe James
<joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt
<jjs@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Huy,

The issue here is that plaintiffs have moved to extend the discovery
period, which is set to expire on June 24. To the extent we can get these
searches run and documents produced by the 24th, we want to do that,
but the primary concern is that we want these searches done fully and
correctly so we do not leave plaintiffs any opening to claim that we have
been deficient or incomplete in responding to discovery.  So bottom line,
having everything done right is more important than having everything
produced by the 24th.

With that said, if Joe is able to get a start on some phones on Friday or
Monday, that would certainly be preferable, but if there is some reason
that this needs to be done on Tuesday, then we can live with that if that is
what it takes to get this done right.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended
recipients and may contain confidential, privileged information.  If you are
not an intended recipient, please contact sender by telephone or reply

JJ000109

email and destroy this email and all copies of it.  Thank you.

---

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 10:04 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy
<TGlaspy@howarth-smith.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt
<jjs@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

**[Warning:** EXTERNAL SENDER.**]**
Joe - I'm not sure this can wait until next Tuesday since it needs to be filed
Wednesday and Don and Tomas need time to review.

Tomas - what are your thoughts?

Sent from my iPhone

> On Jun 18, 2020, at 10:01 AM, Joe James
> <joe.james@halcyonft.com> wrote:
>
> Michael, Joe, Jeff -
>
> Would it be possible for you gentleman to meet me at the
> ClearLight office on Tuesday? I will need about 30 minutes
> per device. Please let me know if that day works for
> everyone and what time would be best.
>
> Thank you,
>
> Joe James
> Senior Information Services Advisor
> Halcyon Financial Technology, L.P.
> Email: joe.james@halcyonft.com
> Direct: 415-960-4367
>
> HalcyonFT Support:
> Non-Urgent: help@halcyonft.com
> Urgent: 415-967-7276

---

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 7:34 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph
J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>

JJ000110

**Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy (tglaspy@howarth-smith.com) <TGlaspy@howarth-smith.com>
**Subject:** Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff -

With respect to the Katzkin - Roadwire litigation, we've been ordered by the Court to perform searches on cell phone text messages for certain search terms and for text messages to and from certain individuals which contain certain terms.

We need to provide the files by next Weds, June 24th but we want to get the files to Don Howarth ASAP for his review. Joe James will be helping us with the searches and will reach out to each of you to coordinate

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com

Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma <bijeoma@allsafeit.com>, Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim Clyde <tim.clyde@katzkin.com>, Peter Kim <peter.kim@katzkin.com>, 'Huy DangVu' <hdv@clearlightpartners.com>

Joe, Roger, and Bones,

JJ000111

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do <u>not</u> need to run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed. I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.



In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero.



As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400

Fax   (213) 622-0791

www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

JJ000113

| | |
|---|---|
| **From:** | Joe James |
| **To:** | Michael S. Kaye; Joseph J. Schmidt |
| **Cc:** | Jeff R. Manassero |
| **Subject:** | RE: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 3:52:00 PM |

Schedule:

Michael Kaye – 8:30 AM – 9:30 AM
Jeff Manassero – 9:30 AM – 10:30 AM
Joe Schmidt – 12:00 PM – 1:00 PM

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Michael S. Kaye <msk@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 3:50 PM
**To:** Joe James <joe.james@halcyonft.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>
**Cc:** Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Let me know when for me Joe thanks.

**Michael S. Kaye**
**Managing Partner**
**ClearLight Partners**
**100 Bayview Circle - Suite #5000**
**Newport Beach, CA 92660**
**(949) 725-6628 - phone**
**(949) 725-6611 - fax**
msk@clearlightpartners.com

**From:** Joe James <joe.james@halcyonft.com>
**Sent:** Thursday, June 18, 2020 3:32 PM
**To:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Hi Joe,

Let's schedule yours for noon.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 3:30 PM
**To:** Joe James <joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

Joe, I can be there tomorrow, I'll come at noon in case you want to start mine after you finish with
Michael's or we can just do it at 1 PM if you want

Joe

> On Jun 18, 2020, at 3:15 PM, Joe James <joe.james@halcyonft.com> wrote:
>
>
> Michael, Joe, Jeff —
>
> Can we set up a time tomorrow to meet at the CLP office for the cell phone searches?
>
> Would 1- 3 PM work for everyone? Each search should take about 30 minutes per
> device.
>
> Thank you,
>
> Joe James
> Senior Information Services Advisor
> Halcyon Financial Technology, L.P.
> Email: joe.james@halcyonft.com
> Direct: 415-960-4367
>
> HalcyonFT Support:
> Non-Urgent: help@halcyonft.com
> Urgent: 415-967-7276
>
> ---
>
> **From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
> **Sent:** Thursday, June 18, 2020 11:09 AM

JJ000115

**To:** Michael S. Kaye <msk@clearlightpartners.com>
**Cc:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Huy DangVu
<hdv@clearlightpartners.com>; Joe James <joe.james@halcyonft.com>; Jeff R.
Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

I can be at CLP tomorrow anytime from noon on if that helps...I'm also available next
week if needed

Joe

> On Jun 18, 2020, at 11:02 AM, Michael S. Kaye
> <msk@clearlightpartners.com> wrote:
>
> I can be in the office tomorrow Friday if that works.  Jeff is saying he can
> so does that leave Joe S and Huy?
>
> **Michael S. Kaye**
> **Managing Partner**
> **ClearLight Partners**
> **100 Bayview Circle - Suite #5000**
> **Newport Beach, CA 92660**
> **(949) 725-6628 - phone**
> **(949) 725-6611 - fax**
> msk@clearlightpartners.com
>
> **From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
> **Sent:** Thursday, June 18, 2020 10:51 AM
> **To:** Huy DangVu <hdv@clearlightpartners.com>; Joe James
> <joe.james@halcyonft.com>
> **Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt
> <jjs@clearlightpartners.com>; Jeff R. Manassero
> <jrm@clearlightpartners.com>
> **Subject:** RE: Katzkin litigation - Cell Phone Searches
>
> Huy,
>
> The issue here is that plaintiffs have moved to extend the discovery
> period, which is set to expire on June 24. To the extent we can get these
> searches run and documents produced by the 24th, we want to do that,
> but the primary concern is that we want these searches done fully and
> correctly so we do not leave plaintiffs any opening to claim that we have
> been deficient or incomplete in responding to discovery.  So bottom line,
> having everything done right is more important than having everything
> produced by the 24th.

JJ000116

With that said, if Joe is able to get a start on some phones on Friday or Monday, that would certainly be preferable, but if there is some reason that this needs to be done on Tuesday, then we can live with that if that is what it takes to get this done right.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax  (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 10:04 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

**[Warning:** EXTERNAL SENDER.]
Joe - I'm not sure this can wait until next Tuesday since it needs to be filed Wednesday and Don and Tomas need time to review.

Tomas - what are your thoughts?

Sent from my iPhone


On Jun 18, 2020, at 10:01 AM, Joe James <joe.james@halcyonft.com> wrote:


Michael, Joe, Jeff -

JJ000117

Would it be possible for you gentleman to meet me at the
ClearLight office on Tuesday? I will need about 30 minutes
per device. Please let me know if that day works for
everyone and what time would be best.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 7:34 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph
J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy
(tglaspy@howarth-smith.com) <TGlaspy@howarth-
smith.com>
**Subject:** Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff -

With respect to the Katzkin - Roadwire litigation, we've been
ordered by the Court to perform searches on cell phone text
messages for certain search terms and for text messages to
and from certain individuals which contain certain terms.

We need to provide the files by next Weds, June 24th but we
want to get the files to Don Howarth ASAP for his review. Joe
James will be helping us with the searches and will reach out
to each of you to coordinate.

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com

JJ000118

Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>,
Bones Ijeoma <bijeoma@allsafeit.com>, Roger
Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim Clyde
<tim.clyde@katzkin.com>, Peter Kim
<peter.kim@katzkin.com>, 'Huy DangVu'
<hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant
to our conference this afternoon.

First, you will find a spreadsheet that Peter and
I prepared that spells out the specific searches
to run. Note that the highlighted entries are
searches that you do <u>not</u> need to run and can
ignore for now.

I am also attaching the certification that the
court approved that you will need to sign once
the searches are completed.  I think you
previously saw this when we were discussing
the issue with the facilitator. Now that we
know what searches we are going to run, we
will fill in the certification to reflect everything
that was searched for, but this will give you an
idea as to what you will ultimately be certifying.

In terms of phones, ClearLight will need to
search the phones of (1) Michael Kaye, (2) Joe
Schmidt, and (3) Jeff Manassero. 

██████████████████████
██████████████████████

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

JJ000120

| | |
|---|---|
| **From:** | Jeff R. Manassero |
| **To:** | Joe James |
| **Subject:** | RE: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 3:56:56 PM |

I'd be shocked if it takes you that long for me – I am not going to have any texts that meet most of those criteria. It might just be a short thread with Peter

**From:** Joe James <joe.james@halcyonft.com>
**Sent:** Thursday, June 18, 2020 3:53 PM
**To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>
**Cc:** Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Schedule:

Michael Kaye – 8:30 AM – 9:30 AM
Jeff Manassero – 9:30 AM – 10:30 AM
Joe Schmidt – 12:00 PM – 1:00 PM

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Michael S. Kaye <msk@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 3:50 PM
**To:** Joe James <joe.james@halcyonft.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>
**Cc:** Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Let me know when for me Joe thanks.

**Michael S. Kaye**
**Managing Partner**
**ClearLight Partners**
**100 Bayview Circle - Suite #5000**
**Newport Beach, CA 92660**
**(949) 725-6628 - phone**
**(949) 725-6611 - fax**
msk@clearlightpartners.com

**From:** Joe James <joe.james@halcyonft.com>

**Sent:** Thursday, June 18, 2020 3:32 PM
**To:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Hi Joe,

Let's schedule yours for noon.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 3:30 PM
**To:** Joe James <joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

Joe, I can be there tomorrow, I'll come at noon in case you want to start mine after you finish with
Michael's or we can just do it at 1 PM if you want

Joe

> On Jun 18, 2020, at 3:15 PM, Joe James <joe.james@halcyonft.com> wrote:
>
> Michael, Joe, Jeff –
>
> Can we set up a time tomorrow to meet at the CLP office for the cell phone searches?
>
> Would 1- 3 PM work for everyone? Each search should take about 30 minutes per
> device.
>
> Thank you,
>
> Joe James
> Senior Information Services Advisor

JJ000122

Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 11:09 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>
**Cc:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Huy DangVu
<hdv@clearlightpartners.com>; Joe James <joe.james@halcyonft.com>; Jeff R.
Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

I can be at CLP tomorrow anytime from noon on if that helps...I'm also available next
week if needed

Joe

> On Jun 18, 2020, at 11:02 AM, Michael S. Kaye
> <msk@clearlightpartners.com> wrote:
>
>
> I can be in the office tomorrow Friday if that works.  Jeff is saying he can
> so does that leave Joe S and Huy?
>
> **Michael S. Kaye**
> **Managing Partner**
> **ClearLight Partners**
> **100 Bayview Circle - Suite #5000**
> **Newport Beach, CA 92660**
> **(949) 725-6628 - phone**
> **(949) 725-6611 - fax**
> msk@clearlightpartners.com

---

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Thursday, June 18, 2020 10:51 AM
**To:** Huy DangVu <hdv@clearlightpartners.com>; Joe James
<joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt
<jjs@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Huy,

JJ000123

The issue here is that plaintiffs have moved to extend the discovery period, which is set to expire on June 24. To the extent we can get these searches run and documents produced by the 24th, we want to do that, but the primary concern is that we want these searches done fully and correctly so we do not leave plaintiffs any opening to claim that we have been deficient or incomplete in responding to discovery. So bottom line, having everything done right is more important than having everything produced by the 24th.

With that said, if Joe is able to get a start on some phones on Friday or Monday, that would certainly be preferable, but if there is some reason that this needs to be done on Tuesday, then we can live with that if that is what it takes to get this done right.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information. If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it. Thank you.

---

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 10:04 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

**[Warning:** EXTERNAL SENDER.]
Joe - I'm not sure this can wait until next Tuesday since it needs to be filed Wednesday and Don and Tomas need time to review.

Tomas - what are your thoughts?

JJ000124

Sent from my iPhone

On Jun 18, 2020, at 10:01 AM, Joe James
<joe.james@halcyonft.com> wrote:

Michael, Joe, Jeff -

Would it be possible for you gentleman to meet me at the
ClearLight office on Tuesday? I will need about 30 minutes
per device. Please let me know if that day works for
everyone and what time would be best.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 7:34 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph
J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy
(tglaspy@howarth-smith.com) <TGlaspy@howarth-
smith.com>
**Subject:** Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff -

With respect to the Katzkin - Roadwire litigation, we've been
ordered by the Court to perform searches on cell phone text
messages for certain search terms and for text messages to
and from certain individuals which contain certain terms.

We need to provide the files by next Weds, June 24th but we
want to get the files to Don Howarth ASAP for his review. Joe
James will be helping us with the searches and will reach out
to each of you to coordinate.

JJ000125

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com

Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma <bijeoma@allsafeit.com>, Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim Clyde <tim.clyde@katzkin.com>, Peter Kim <peter.kim@katzkin.com>, 'Huy DangVu' <hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do <u>not</u> need to run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed. I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.

JJ000126

In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero. █████████

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

| | |
|---|---|
| **From:** | Jeff R. Manassero |
| **To:** | Joe James |
| **Subject:** | RE: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 3:57:09 PM |

Fine thanks

**From:** Joe James <joe.james@halcyonft.com>
**Sent:** Thursday, June 18, 2020 3:48 PM
**To:** Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

I'll start Michaels at 8:30 AM. How does 9:30 AM sound to you?

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Jeff R. Manassero <jrm@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 3:35 PM
**To:** Joe James <joe.james@halcyonft.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

What time do you want me Joe? I can be pretty flexible while in the office since I have another phone.

**From:** Joe James <joe.james@halcyonft.com>
**Sent:** Thursday, June 18, 2020 3:32 PM
**To:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Hi Joe,

Let's schedule yours for noon.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

JJ000128

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 3:30 PM
**To:** Joe James <joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

Joe, I can be there tomorrow, I'll come at noon in case you want to start mine after you finish with
Michael's or we can just do it at 1 PM if you want

Joe

> On Jun 18, 2020, at 3:15 PM, Joe James <joe.james@halcyonft.com> wrote:
>
>
> Michael, Joe, Jeff —
>
> Can we set up a time tomorrow to meet at the CLP office for the cell phone searches?
>
> Would 1- 3 PM work for everyone? Each search should take about 30 minutes per
> device.
>
> Thank you,
>
> Joe James
> Senior Information Services Advisor
> Halcyon Financial Technology, L.P.
> Email: joe.james@halcyonft.com
> Direct: 415-960-4367
>
> HalcyonFT Support:
> Non-Urgent: help@halcyonft.com
> Urgent: 415-967-7276

---

**From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 11:09 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>
**Cc:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Huy DangVu
<hdv@clearlightpartners.com>; Joe James <joe.james@halcyonft.com>; Jeff R.
Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

I can be at CLP tomorrow anytime from noon on if that helps...I'm also available next
week if needed

JJ000129

Joe

On Jun 18, 2020, at 11:02 AM, Michael S. Kaye
<msk@clearlightpartners.com> wrote:

I can be in the office tomorrow Friday if that works.  Jeff is saying he can
so does that leave Joe S and Huy?

**Michael S. Kaye**
**Managing Partner**
**ClearLight Partners**
**100 Bayview Circle - Suite #5000**
**Newport Beach, CA 92660**
**(949) 725-6628 - phone**
**(949) 725-6611 - fax**
msk@clearlightpartners.com

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Thursday, June 18, 2020 10:51 AM
**To:** Huy DangVu <hdv@clearlightpartners.com>; Joe James
<joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt
<jjs@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Huy,

The issue here is that plaintiffs have moved to extend the discovery
period, which is set to expire on June 24. To the extent we can get these
searches run and documents produced by the 24th, we want to do that,
but the primary concern is that we want these searches done fully and
correctly so we do not leave plaintiffs any opening to claim that we have
been deficient or incomplete in responding to discovery.  So bottom line,
having everything done right is more important than having everything
produced by the 24th.

With that said, if Joe is able to get a start on some phones on Friday or
Monday, that would certainly be preferable, but if there is some reason
that this needs to be done on Tuesday, then we can live with that if that is
what it takes to get this done right.

Best,
Tomas

JJ000130

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 10:04 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

**[Warning: EXTERNAL SENDER.]**
Joe - I'm not sure this can wait until next Tuesday since it needs to be filed Wednesday and Don and Tomas need time to review.

Tomas - what are your thoughts?

Sent from my iPhone

> On Jun 18, 2020, at 10:01 AM, Joe James <joe.james@halcyonft.com> wrote:
>
> Michael, Joe, Jeff -
>
> Would it be possible for you gentleman to meet me at the ClearLight office on Tuesday? I will need about 30 minutes per device. Please let me know if that day works for everyone and what time would be best.
>
> Thank you,
>
> Joe James

JJ000131

Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 7:34 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy (tglaspy@howarth-smith.com) <TGlaspy@howarth-smith.com>
**Subject:** Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff -

With respect to the Katzkin - Roadwire litigation, we've been ordered by the Court to perform searches on cell phone text messages for certain search terms and for text messages to and from certain individuals which contain certain terms.

We need to provide the files by next Weds, June 24th but we want to get the files to Don Howarth ASAP for his review. Joe James will be helping us with the searches and will reach out to each of you to coordinate.

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com

Begin forwarded message:

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James <joe.james@halcyonft.com>, Bones Ijeoma <bijeoma@allsafeit.com>, Roger

JJ000132

Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>, Tim Clyde <tim.clyde@katzkin.com>, Peter Kim <peter.kim@katzkin.com>, 'Huy DangVu' <hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do not need to run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed.  I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.



In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero. 

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

JJ000133

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the
sole use of intended recipients and may
contain confidential, privileged information.  If
you are not an intended recipient, please
contact sender by telephone or reply email and
destroy this email and all copies of it.  Thank
you.

JJ000134

| | |
|---|---|
| **From:** | Michael S. Kaye |
| **To:** | Joe James |
| **Cc:** | Joseph J. Schmidt; Jeff R. Manassero |
| **Subject:** | Re: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 4:48:09 PM |

Thanks.
Please come by a little before 8:30 AM Joe as my zoom meeting is going to start at 8:30 thank you

On Jun 18, 2020, at 3:52 PM, Joe James <joe.james@halcyonft.com> wrote:

Schedule:

Michael Kaye – 8:30 AM – 9:30 AM
Jeff Manassero – 9:30 AM – 10:30 AM
Joe Schmidt – 12:00 PM – 1:00 PM

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Michael S. Kaye <msk@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 3:50 PM
**To:** Joe James <joe.james@halcyonft.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>
**Cc:** Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Let me know when for me Joe thanks.

**Michael S. Kaye**
**Managing Partner**
**ClearLight Partners**
**100 Bayview Circle - Suite #5000**
**Newport Beach, CA 92660**
**(949) 725-6628 - phone**
**(949) 725-6611 - fax**
msk@clearlightpartners.com

**From:** Joe James <joe.james@halcyonft.com>

**Sent:** Thursday, June 18, 2020 3:32 PM
**To:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Hi Joe,

Let's schedule yours for noon.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 3:30 PM
**To:** Joe James <joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

Joe, I can be there tomorrow, I'll come at noon in case you want to start mine after you
finish with Michael's or we can just do it at 1 PM if you want

Joe

> On Jun 18, 2020, at 3:15 PM, Joe James <joe.james@halcyonft.com>
> wrote:
>
> Michael, Joe, Jeff –
>
> Can we set up a time tomorrow to meet at the CLP office for the cell
> phone searches?
>
> Would 1- 3 PM work for everyone? Each search should take about 30
> minutes per device.
>
> Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 11:09 AM
**To:** Michael S. Kaye <msk@clearlightpartners.com>
**Cc:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Huy DangVu
<hdv@clearlightpartners.com>; Joe James <joe.james@halcyonft.com>;
Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

I can be at CLP tomorrow anytime from noon on if that helps...I'm also
available next week if needed

Joe

> On Jun 18, 2020, at 11:02 AM, Michael S. Kaye
> <msk@clearlightpartners.com> wrote:
>
>
> I can be in the office tomorrow Friday if that works.  Jeff is
> saying he can so does that leave Joe S and Huy?
>
> **Michael S. Kaye**
> **Managing Partner**
> **ClearLight Partners**
> **100 Bayview Circle - Suite #5000**
> **Newport Beach, CA 92660**
> **(949) 725-6628 – phone**
> **(949) 725-6611 - fax**
> msk@clearlightpartners.com
>
> ---
>
> **From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
> **Sent:** Thursday, June 18, 2020 10:51 AM
> **To:** Huy DangVu <hdv@clearlightpartners.com>; Joe James
> <joe.james@halcyonft.com>
> **Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph
> J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero
> <jrm@clearlightpartners.com>
> **Subject:** RE: Katzkin litigation - Cell Phone Searches

JJ000137

Huy,

The issue here is that plaintiffs have moved to extend the discovery period, which is set to expire on June 24. To the extent we can get these searches run and documents produced by the 24th, we want to do that, but the primary concern is that we want these searches done fully and correctly so we do not leave plaintiffs any opening to claim that we have been deficient or incomplete in responding to discovery.  So bottom line, having everything done right is more important than having everything produced by the 24th.

With that said, if Joe is able to get a start on some phones on Friday or Monday, that would certainly be preferable, but if there is some reason that this needs to be done on Tuesday, then we can live with that if that is what it takes to get this done right.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

---

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 10:04 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

**[Warning:** EXTERNAL SENDER.]

Joe - I'm not sure this can wait until next Tuesday since it needs to be filed Wednesday and Don and Tomas need time to review.

Tomas - what are your thoughts?

Sent from my iPhone

> On Jun 18, 2020, at 10:01 AM, Joe James <joe.james@halcyonft.com> wrote:
>
> Michael, Joe, Jeff -
>
> Would it be possible for you gentleman to meet me at the ClearLight office on Tuesday? I will need about 30 minutes per device. Please let me know if that day works for everyone and what time would be best.
>
> Thank you,
>
> Joe James
> Senior Information Services Advisor
> Halcyon Financial Technology, L.P.
> Email: joe.james@halcyonft.com
> Direct: 415-960-4367
>
> HalcyonFT Support:
> Non-Urgent: help@halcyonft.com
> Urgent: 415-967-7276
>
> ---
>
> **From:** Huy DangVu <hdv@clearlightpartners.com>
> **Sent:** Thursday, June 18, 2020 7:34 AM
> **To:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
> **Cc:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy (tglaspy@howarth-smith.com) <TGlaspy@howarth-smith.com>
> **Subject:** Katzkin litigation - Cell Phone Searches
>
> Michael, Joe, Jeff -
>
> With respect to the Katzkin - Roadwire

JJ000139

litigation, we've been ordered by the Court to perform searches on cell phone text messages for certain search terms and for text messages to and from certain individuals which contain certain terms.

We need to provide the files by next Weds, June 24th but we want to get the files to Don Howarth ASAP for his review. Joe James will be helping us with the searches and will reach out to each of you to coordinate.

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 |
Email: hdv@clearlightpartners.com

Begin forwarded message:

**From:** Tomas Glaspy
<TGlaspy@howarth-smith.com>
**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51 PM PDT
**To:** Joe James
<joe.james@halcyonft.com>,
Bones Ijeoma
<bijeoma@allsafeit.com>, Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth
<DHowarth@howarth-smith.com>, Tim Clyde
<tim.clyde@katzkin.com>, Peter Kim <peter.kim@katzkin.com>,
'Huy DangVu'
<hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do <u>not</u> need to run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed.  I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.



In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero.



As we discussed today, collecting that material will obviously be the first priority, so let us know if

JJ000141

there is anything you need from
us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com


CONFIDENTIALITY NOTICE: This
email is for the sole use of
intended recipients and may
contain confidential, privileged
information.  If you are not an
intended recipient, please contact
sender by telephone or reply
email and destroy this email and
all copies of it.  Thank you.

JJ000142

| | |
|---|---|
| **From:** | Joe James |
| **To:** | Michael S. Kaye |
| **Cc:** | Joseph J. Schmidt; Jeff R. Manassero |
| **Subject:** | Re: Katzkin litigation - Cell Phone Searches |
| **Date:** | Thursday, June 18, 2020 5:06:56 PM |

No problem Michael. I'll stop by your office around 8:15 am

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

Halcyon Team:
None-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Michael S. Kaye <msk@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 4:47:56 PM
**To:** Joe James <joe.james@halcyonft.com>
**Cc:** Joseph J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

Thanks.
Please come by a little before 8:30 AM Joe as my zoom meeting is going to start at 8:30 thank you

> On Jun 18, 2020, at 3:52 PM, Joe James <joe.james@halcyonft.com> wrote:
>
>
> Schedule:
>
> Michael Kaye – 8:30 AM – 9:30 AM
> Jeff Manassero – 9:30 AM – 10:30 AM
> Joe Schmidt – 12:00 PM – 1:00 PM
>
> Thank you,
>
> Joe James
> Senior Information Services Advisor
> Halcyon Financial Technology, L.P.
> Email: joe.james@halcyonft.com
> Direct: 415-960-4367
>
> HalcyonFT Support:
> Non-Urgent: help@halcyonft.com
> Urgent: 415-967-7276

JJ000143

**From:** Michael S. Kaye <msk@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 3:50 PM
**To:** Joe James <joe.james@halcyonft.com>; Joseph J. Schmidt <jjs@clearlightpartners.com>
**Cc:** Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Let me know when for me Joe thanks.

**Michael S. Kaye**
**Managing Partner**
**ClearLight Partners**
**100 Bayview Circle - Suite #5000**
**Newport Beach, CA 92660**
**(949) 725-6628 - phone**
**(949) 725-6611 - fax**
msk@clearlightpartners.com

---

**From:** Joe James <joe.james@halcyonft.com>
**Sent:** Thursday, June 18, 2020 3:32 PM
**To:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Hi Joe,

Let's schedule yours for noon.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 3:30 PM
**To:** Joe James <joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

JJ000144

Joe, I can be there tomorrow, I'll come at noon in case you want to start mine after you finish with Michael's or we can just do it at 1 PM if you want

Joe

> On Jun 18, 2020, at 3:15 PM, Joe James <joe.james@halcyonft.com> wrote:
>
> Michael, Joe, Jeff —
>
> Can we set up a time tomorrow to meet at the CLP office for the cell phone searches?
>
> Would 1- 3 PM work for everyone? Each search should take about 30 minutes per device.
>
> Thank you,
>
> Joe James
> Senior Information Services Advisor
> Halcyon Financial Technology, L.P.
> Email: joe.james@halcyonft.com
> Direct: 415-960-4367
>
> HalcyonFT Support:
> Non-Urgent: help@halcyonft.com
> Urgent: 415-967-7276
>
> ───────────────────────────
>
> **From:** Joseph J. Schmidt <jjs@clearlightpartners.com>
> **Sent:** Thursday, June 18, 2020 11:09 AM
> **To:** Michael S. Kaye <msk@clearlightpartners.com>
> **Cc:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Huy DangVu <hdv@clearlightpartners.com>; Joe James <joe.james@halcyonft.com>; Jeff R. Manassero <jrm@clearlightpartners.com>
> **Subject:** Re: Katzkin litigation - Cell Phone Searches
>
> I can be at CLP tomorrow anytime from noon on if that helps...I'm also available next week if needed
>
> Joe
>
> > On Jun 18, 2020, at 11:02 AM, Michael S. Kaye <msk@clearlightpartners.com> wrote:
> >
> > I can be in the office tomorrow Friday if that works.  Jeff is

JJ000145

saying he can so does that leave Joe S and Huy?

**Michael S. Kaye**
**Managing Partner**
**ClearLight Partners**
**100 Bayview Circle - Suite #5000**
**Newport Beach, CA 92660**
**(949) 725-6628 - phone**
**(949) 725-6611 - fax**
msk@clearlightpartners.com

---

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Thursday, June 18, 2020 10:51 AM
**To:** Huy DangVu <hdv@clearlightpartners.com>; Joe James
<joe.james@halcyonft.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph
J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Subject:** RE: Katzkin litigation - Cell Phone Searches

Huy,

The issue here is that plaintiffs have moved to extend the
discovery period, which is set to expire on June 24. To the
extent we can get these searches run and documents
produced by the 24th, we want to do that, but the primary
concern is that we want these searches done fully and
correctly so we do not leave plaintiffs any opening to claim
that we have been deficient or incomplete in responding to
discovery.  So bottom line, having everything done right is
more important than having everything produced by the
24th.

With that said, if Joe is able to get a start on some phones on
Friday or Monday, that would certainly be preferable, but if
there is some reason that this needs to be done on Tuesday,
then we can live with that if that is what it takes to get this
done right.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400

Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of
intended recipients and may contain confidential, privileged
information.  If you are not an intended recipient, please
contact sender by telephone or reply email and destroy this
email and all copies of it.  Thank you.

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 10:04 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy
<TGlaspy@howarth-smith.com>
**Cc:** Michael S. Kaye <msk@clearlightpartners.com>; Joseph
J. Schmidt <jjs@clearlightpartners.com>; Jeff R. Manassero
<jrm@clearlightpartners.com>
**Subject:** Re: Katzkin litigation - Cell Phone Searches

**[Warning:** EXTERNAL SENDER.]
Joe - I'm not sure this can wait until next Tuesday since it
needs to be filed Wednesday and Don and Tomas need time
to review.

Tomas - what are your thoughts?

Sent from my iPhone


On Jun 18, 2020, at 10:01 AM, Joe James
<joe.james@halcyonft.com> wrote:


Michael, Joe, Jeff -

Would it be possible for you gentleman to
meet me at the ClearLight office on Tuesday? I
will need about 30 minutes per device. Please
let me know if that day works for everyone and
what time would be best.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

JJ000147

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Huy DangVu
<hdv@clearlightpartners.com>
**Sent:** Thursday, June 18, 2020 7:34 AM
**To:** Michael S. Kaye
<msk@clearlightpartners.com>; Joseph J.
Schmidt <jjs@clearlightpartners.com>; Jeff R.
Manassero <jrm@clearlightpartners.com>
**Cc:** Joe James <joe.james@halcyonft.com>;
Tomas Glaspy (tglaspy@howarth-smith.com)
<TGlaspy@howarth-smith.com>
**Subject:** Katzkin litigation - Cell Phone Searches

Michael, Joe, Jeff -

With respect to the Katzkin - Roadwire
litigation, we've been ordered by the Court to
perform searches on cell phone text messages
for certain search terms and for text messages
to and from certain individuals which contain
certain terms.

We need to provide the files by next Weds,
June 24th but we want to get the files to Don
Howarth ASAP for his review. Joe James will be
helping us with the searches and will reach out
to each of you to coordinate.


Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 |
Email: hdv@clearlightpartners.com



Begin forwarded message:


**From:** Tomas Glaspy

<TGlaspy@howarth-smith.com>

**Subject: Searches**
**Date:** June 17, 2020 at 9:24:51
PM PDT
**To:** Joe James
<joe.james@halcyonft.com>,
Bones Ijeoma
<bijeoma@allsafeit.com>, Roger
Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth
<DHowarth@howarth-
smith.com>, Tim Clyde
<tim.clyde@katzkin.com>, Peter
Kim <peter.kim@katzkin.com>,
'Huy DangVu'
<hdv@clearlightpartners.com>

Joe, Roger, and Bones,

I am attaching a few documents
here pursuant to our conference
this afternoon.

First, you will find a spreadsheet
that Peter and I prepared that
spells out the specific searches to
run. Note that the highlighted
entries are searches that you
do <u>not</u> need to run and can ignore
for now.

I am also attaching the
certification that the court
approved that you will need to
sign once the searches are
completed.  I think you previously
saw this when we were discussing
the issue with the facilitator. Now
that we know what searches we
are going to run, we will fill in the
certification to reflect everything
that was searched for, but this will
give you an idea as to what you
will ultimately be certifying.

JJ000149



In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero.



As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com


CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

| | |
|---|---|
| **From:** | Tomas Glaspy |
| **To:** | Joe James; Roger Rosas; Bones Ijeoma |
| **Cc:** | Peter Kim |
| **Subject:** | OneDrive folders |
| **Date:** | Thursday, June 18, 2020 5:22:33 PM |

Roger, Bones, and Joe,

As we discussed, here are the links for the OneDrive folders you can use to upload the search results:

████████████████████████████████████████

████████████████████████████

For ClearLight: https://howarthsmith537-my.sharepoint.com/:f:/g/personal/tglaspy_howarth-smith_com/Ett2Qd2F0wBKti3iZr09DhMBS-swnlMvCls-Fd8isXk5mA?e=TVGAh1

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax  (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

JJ000151

| From: | Tomas Glaspy |
|---|---|
| To: | Roger Rosas; Joe James; Bones Ijeoma |
| Cc: | Don Howarth; Tim Clyde; Peter Kim; "Huy DangVu" |
| Subject: | RE: Searches |
| Date: | Thursday, June 18, 2020 8:34:57 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | Search Protocol 618.xlsx |
| | 2020-06-17 Order Granting in Part and Denying in Part Roadwire"s Motion to Compel ClearLight (Doc. No. 228) and Roadwire"s Motion to Compel Katzkin (Doc. No. 230).pdf |
| | 2020-06-08 Joint ESI Statement.pdf |

Roger, Bones, and Joe,

Further to our conversation yesterday, there are some additional searches we will need you to run. We have updated the attached chart that was circulated last night, but to summarize those additional searches are as follows:

**Search 12**: The phrase "Ron Leslie" and the word "Orlando" in the text of emails for the period January 1, 2015 to July 1, 2018. ██████████████████████████████████████████ ClearLight will search for responsive emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim.

**Search 14**: The phrase "Ron Leslie" within 30 words of "Roadwire" in the text of emails for the period January 1, 2015 to July 1, 2018. ██████████████████████████████████████████ ClearLight will search for responsive emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim.

**Search 16**: The phrase "Ron Leslie" within 30 words of "Classic Soft Trim" in the text of emails for the period January 1, 2015 to July 1, 2018. ██████████████████████████████████████████ ClearLight will search for responsive emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim.

**Search 17**: The phrase "Dave Sheffler" within 30 words of "Orlando" in the text of emails for the period January 1, 2015 to July 1, 2018. ██████████████████████████████████████████ ClearLight will search for responsive emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim.

JJ000152



Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax  (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.





**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Wednesday, June 17, 2020 9:25 PM
**To:** Joe James <joe.james@halcyonft.com>; Bones Ijeoma <bijeoma@allsafeit.com>; Roger Rosas
<rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>; Tim Clyde <tim.clyde@katzkin.com>; Peter Kim
<peter.kim@katzkin.com>; 'Huy DangVu' <hdv@clearlightpartners.com>
**Subject:** Searches

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do not need to run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed.  I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.

In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero.  Katzkin will need to search the phones of (1) Tim Clyde, (2) Brooks Mayberry, (3) Ron Leslie, (4) Dave Sheffler, (5) Bill North, and (6) Peter Kim.

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

JJ000155

**Notes for Counsel**

**Agenda Items**

a. Reiterate attorney client privilege reminders on communication
b. Magistrate's ruling
c. Timeline
    i.   Search criteria
    ii.  Send on a rolling basis. Complete by Monday 22nd. End of day
    iii.  Submission to court/other side by June 24th if at all possible
d. Walk through the spreadsheet on Zoom
    i.   Preliminary, still finishing it up
    ii.   But will give IT team and idea of scope, and whose phones and PST's they need to get
e. General search protocol points
    ii.   Texts – provide deleted and regular texts found – no  need to document deleted or unrecoverable texts
        1. IT needs to physically have the phone to recover deleted messages
        2. Sign certification
    iii.  Emails – when searching the text of the email
        1. Do we need IT to physically get computers, or can they examine, then get a PST via fedex on a USB drive?
        2. Exclude attachments
        3. When say "search text" of email, Exclude header block (subject, to, from etc.), signature block, and attachments?
            a. May need to do this manually later on the sig block
        4. Sign certification
        Need email address for to/from searches

[REDACTED]

    v.   Which search # and what was searched - to Tomas

NOTES FOR COUNSEL
Discovery Set 2

| Search # | Start Date | End Date | Search Terms | File Types | Search within: | Michael Kaye | Joe Schmidt | Jeff Manassero | Orlan Davies | Peter Kim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Req 38 | 1/1/2016 | 6/1/2016 | "Greg Vogel" | Email | Text of email** | x | x | x | x | x | Management to also search documents[counsel to advise] |
| Req 38 | 1/1/2016 | 6/1/2016 | "Greg Vogel" | Texts** | | x | x | x | | | |
| 1 | 7/1/2015 | 4/1/2016 | Search files for items related to visits to Orlando or Fl. | [not for IT] | | | x | | | | Manual search by users. |
| 2 | 1/1/2015 | 7/1/2018 | "Ron Leslie" and ("Ross" or "Albert") | Emails | Text of Email** | x | x | x | x | x | |
| 3 | 1/1/2007 | 12/31/2014 | Texts to or from Orlan Davies | Texts** | | x | | | | | |
| 5 | [N/A] | | | [no search] | | | | | | | |
| 6 | 12/1/2014 | 7/1/2015 | Emails from Michael Kaye to Peter Kim | Emails | | x | | | | x | |
| 7 | 3/1/2016 | 4/1/2016 | Texts to/from Michael Kaye to employees of Katzkin | Texts** | | x | | | | | |
| 8 | 3/1/2016 | 4/1/2016 | Texts to/from Michael Kaye to employees of ClearLight containing the word "Katzkin" | Texts** | | x | | | | | |
| 9 | 7/1/2015 | 7/1/2018 | Michael Kaye text messages (to/from Brooks Mayberry, Tim Clyde, Mike Wattles, Peter Kim, John McAlpine, Orlan Davies, Jeff Manassero, Elysha Thomas, Rachel Keal, Elizabeth Chavez, and Huy Dang Vu) and (containing the words "Classic Soft Trim" or "Roadwire") | Texts** | | x | | | | | Counsel to do manual review for applicability to search agreement |
| 11 | 12/31/2014 | 6/1/2015 | "Peter Kim" and "Katzkin" | Emails | Text of Email** | x | x | x | x | | |
| 12 | 1/1/2015 | 7/1/2018 | "Ron Leslie" and "Orlando" | Emails | Text of Email** | x | x | x | x | | |
| 13 | 1/1/2015 | 7/1/2018 | (To/From Ron Leslie) and (include any of the following in the text "Ross", "Albert", "Dave", "Sheffler", "John", "Held") | Texts** | | x | x | x | | | |
| 14 | 1/1/2015 | 7/1/2018 | "Ron Leslie" w/in 30 words of "Roadwire" | Emails | Text of email** | x | x | x | x | x | |
| 16 | 1/1/2015 | 7/1/2018 | "Ron Leslie" w/in 30 words of "Classic Soft Trim" | Emails | Text of email** | x | x | x | x | x | |
| 17 | 1/1/2015 | 7/1/2018 | "Dave Sheffler" w/in 30 words of "Orlando" | Emails | Text of email** | x | x | x | x | | |
| 18 | 1/1/2015 | 7/1/2018 | "Dave Sheffler" w/in 30 words of "Classic Soft Trim" | Emails | Text of email** | x | x | x | x | | |
| 19 | 1/1/2015 | 7/1/2018 | "Dave Sheffler" w/in 30 words of "Roadwire" | Emails | Text of email** | x | x | x | x | | |
| 20 | 3/1/2016 | 4/1/2016 | Texts from Joe Schmidt to Katzkin employees | Texts** | | | x | | | | |
| 21 | 3/1/2016 | 4/1/2016 | Texts from Joe Schmidt to CearLight employees | Texts** | | | x | | | | Joe - can just do all text messages from Joe to CLP employees during period and attorneys can review for "Regarding Katzkin" |
| 23 | 1/1/2015 | 1/1/2018 | "Naomi Soto", "Danny Valencia", "Aaron Forrister", or "Dwight Forrister" | Emails | Text of Email** | x | x | x | x | x | Katzkin to also search for hardcopy files with these names on them |
| 24 | 1/1/2015 | 7/1/2018 | Messages to/from Ross Albert | Texts** | | x | x | x | | | |

JJ000157

| 25 | [to be finalized] | | | | | | | | | | | | | Need to discuss overall request (see separate tab) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

**Completed Items**

| Req 25 | | CLP operating agreement | Misc | | | | | | | | | | Completed - Howarth and Smith have docs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Req 30-32 | | Market Share Source Documents | | | | | | | | | | | Completed - Howarth and Smith have docs |

Note:      * Text message searches include: text message applicatinos, chat applications, other text related applications

the search performed by the IT consultants will include both deleted and current text messages to or from the relevant individuals. Responsive text messages will be produced whether they are current or deleted.

See separate tab with cell phone numbers to aid in search

** Search text of email (ignore header, sig block, attachments)

JJ000158

**Notes for Counsel**

Cell Phone Numbers (to be confirmed) for search protocols
 * Text message searches include: text message applicatinos, chat applications, other text related applications
the search performed by the IT consultants will include both deleted and current text messages to or from the relevant individuals. Responsive text messages will be produced whether they are current or deleted.

**ClearLight Phone Numbers**

Michael Kaye        (949) 338-8001
Joe Schmidt         (714) 322-1798
Orlan Davies        (551) 427-4911
John Mcalpine       (714) 381-8219
Jeff Manassero      (714) 801-0186
Elysha Thomas       (562) 234-9215
Rachel Keal         (949) 378-3043
Huy Dang Vu         (714) 717-3466



**Other Phone numbers**
John Held

JJ000159



JJ000160

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CLASSIC SOFT TRIM, INC.**
**and ROADWIRE LLC,**

        **Plaintiffs,**

v.                                      **Case No:   6:18-cv-1237-Orl-78GJK**

**ROSS ALBERT, KATZKIN LEATHER,**
**INC., CLEARLIGHT PARTNERS, LLC,**
**and CLEARLIGHT PARTNERS**
**MANAGEMENT, LLC,**

        **Defendants.**

_____

### ORDER

This cause came on for consideration without oral argument on the following motions:

| |
|---|
| **MOTION:**      **PLAINTIFF ROADWIRE'S MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S RULE 34 DEMAND, AND REQUEST FOR COURT ORDERED FORENSIC EXAMINATION OF CLEARLIGHT PARTNERS, LLC ELECTRONIC DEVICES (Doc. No. 228)** |
| **FILED:**      **March 10, 2020** |
| **THEREON** it is **ORDERED** that the Motion is **GRANTED in part** and **DENIED in part.** |
| |
| **MOTION:**      **PLAINTIFF ROADWIRE'S MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S RULE 34 DEMAND, AND REQUEST FOR COURT ORDERED FORENSIC EXAMINATION OF KATZKIN LEATHER, INC.'S ELECTRONIC DEVICES (Doc. No. 230)** |
| **FILED:**      **MARCH 14, 2020** |
| |

JJ000161

> **THEREON** it is **ORDERED** that the motion is **GRANTED in part** and **DENIED in part**.

On March 10, 2020, Roadwire filed a Motion to Compel Further Responses to Plaintiff's Rule 34 Demand, and Request for Court Ordered Forensic Examination of Clearlight Partners, LLC Electronic Devices ("Roadwire's Motion to Compel Clearlight").   Doc. No. 228.   On March 24, 2020, Clearlight filed an opposition in response to Roadwire's Motion to Compel Clearlight ("Clearlight's Response to the Motion to Compel").   Doc. No. 243.

On March 14, 2020, Roadwire filed a Motion to Compel Further Responses to Plaintiff's Rule 34 Demand, and Request for Court Ordered Forensic Examination of Katzkin Leather, Inc.'s Electronic Devices ("Roadwire's Motion to Compel Katzkin").   Doc. No. 230.   On March 30, 2020, Katzkin filed a response in opposition to Roadwire's Motion to Compel Katzkin ("Katzkin's Response to the Motion to Compel").   Doc. No. 250.

On May 5, 2020, the Court issued an order deferring any ruling on these motions pending an additional meet and confer between the parties. Doc. No. 267.   The parties were encouraged to employ a neutral mediator/facilitator to work through the meet and confer with them.   *Id.*   The parties hired attorney Carolyn K. Alvarez to assist them.   Doc. No. 282.   On June 4, 2020 and June 8, 2020, Ms. Alvarez, filed an initial report ("Initial Report") and a supplemental report ("Supplemental Report") on behalf of the parties.[1]   Doc. Nos. 282 and 283.   The parties have resolved multiple disputes as detailed in the Initial Report and the Supplemental Report but disputed issues remain.   Doc. Nos. 282-1, 283 at 2.

With respect to the remaining disputed requests to produce, identified in both reports, the Court finds as follows:

---

[1] The facilitator's full reports are incorporated herein by reference.

JJ000162

### Request No. 25 to Clearlight Partners

Clearlight shall disclose the operating agreement referenced in the Initial Report to Plaintiffs' counsel. Doc. No. 282-2 at 1. The Operating Agreement shall be disclosed as an Attorneys' Eyes Only document.

### Requests Nos. 30-32 to Clearlight Partners

Defendants shall provide the source documents they offered to provide to Plaintiffs in lieu of "all documents that mention the market share held by Katzkin, CST, or Roadwire from 2007 to the present." Doc. No. 282-2 at 2.

### Request No. 38 to Clearlight Partners

Defendants shall conduct an ESI search (including Microsoft Outlook .pst files, text messaging, and email archival systems) and regular document search for any responsive documents which reference Greg Vogel from January 1, 2016 to June 1, 2016.[2] Doc. No. 282-2 at 3-4.

### ESI Certification Request

Defendants have agreed to provide an ESI Certification as part of this process. Doc. No. 282 at 2-3. Both parties have submitted proposed ESI Certifications, and Ms. Alvarez has provided a redlined copy as well. Doc. Nos. 282-5, 282-6, 282-7. While the Court does not pass on the necessity of the ESI Certification, it finds that Defendants' proposed ESI Certification is sufficient. Doc. No. 282-5.

### ESI Search Protocols

In the Supplemental Report, the parties have addressed twenty-five specifically enumerated ESI search requests. Doc. No. 283. Defendants have proposed compromise

---

[2] This directive includes the disputed ESI searches referenced in the Supplemental Report with respect to Mr. Vogel as well. Doc. No. 283.

JJ000163

searches for each of these ESI requests made by Plaintiffs, and Plaintiffs have offered responses to those proposals accepting some, accepting some with conditions, and objecting to others in whole or in part. *Id.* In response, Defendants have made additional concessions. *Id.* Having reviewed the parties' positions, the Court finds that the ESI searches shall be performed as proposed by Defendants with the following modifications[3]: 1) as to search number 6, Defendants shall perform the identified ESI search for emails from Michael Kaye to Peter Kim for the time period December 1, 2014 to July 1, 2015; and 2) as to search number 25, Defendants shall search for references to the employees identified by Plaintiffs in this request for a time period from six months before the employees' hiring date to three months after their hiring date.

Accordingly, it is **ORDERED** that Roadwire's Motion to Compel Clearlight (Doc. No. 228) and Roadwire's Motion to Compel Katzkin (Doc. No. 230) are **GRANTED in part** and **DENIED in part** as follows:

1.     Defendants Clearlight and Katzkin shall provide responses to discovery and conduct ESI searches as set forth in this Order;

2.     Defendants Clearlight and Katzkin shall provide responses to discovery as agreed by the parties as reflected in the facilitator's Initial Report and Supplemental Report (Doc. Nos. 282 and 283); and

3.     The Motions are otherwise **DENIED.**

**DONE** in Orlando, Florida on June 17, 2020.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

---

[3] The Court intends that Defendants' proposed searches include the concessions made by Defendants in response to Plaintiffs' concerns which may not appear in the original proposed compromise search as stated. Doc. No. 283.

JJ000164

Copies furnished to:

Counsel of Record
Unrepresented Parties

JJ000165

# Joint Statement on ESI Search Compromise

➢ Note each of these recitations of the requests are summarized versions provided by Defendants. They do not reflect the offers of Plaintiffs made in several joint facilitated sessions as part of a global compromise and they are not accurate wording of the disputed requests. Plaintiffs will provide the actual version of each request a issue in the motions, and if Plaintiffs are submitting a more narrowed request, it will be noted, with the narrowed version placed in italics.

➢ Defendants' response to Plaintiffs' note: These are not summarized versions of requests. Defendants' numbered proposals are offers to compromise based on the requests noted in brackets. The original requests are recited below. The compromises tried to combine similar requests and used time periods or other limitations agreed upon during the joint conference. There now appear to be disputes regarding what limitations were agreed to by Plaintiffs during that conference, which are addressed in Defendants' position below.

➢ Plaintiff's Reply: The Facilitator was part of the discussion and did not invite either party to discuss the negotiations. Where Defendants have inserted their version of the negotiation, Plaintiffs will reply.

# 1. Documents or emails regarding CLP or Katzkin visits to Florida to meet with Albert (July 1, 2015 to April 1, 2016) [Katzkin 31, 32]

➢ Note Plaintiffs object to this rewording of Katzkin 31 and 32, and did not propose this. It appears to have combined requests 30-34 with unilateral changes to them. Here are the actual requests at issue:

➢ Defendants' response: Defendants proposed compromise is not a rewording of the requests. It is a proposal to compromise.

31.    All Writings related to visits by CLM and or CLP employees to Florida to meet with Ross Albert.

32.    All Writings related to visits by Katzkin employees to Florida to meet with Ross Albert.

33.    All Writings related to visits by Katzkin employees to Florida to meet with Danny Valencia.

34.    All Writings related to visits by Katzkin employees to Florida to meet with a leather Restyler(s).

Defendants' proposed compromise: Katzkin will do an ESI search of .pst files of Tim Clyde, Brooks Mayberry, Ron Leslie, Dave Sheffler, and Bill

North for emails containing the terms "Florida visit" or "Orlando visit," and will search its hard copy files for responsive documents for the time period July 1, 2015 to April 1, 2016.

**Plaintiffs' Position:**

These four seek an "all writings" search as stored reports and memos are known to exist that include these terms, in addition to emails. Eliminating a complete ESI search pursuant to the totality of data bases, and instead only searching the CLP "Global Rely Email Archive" materially alters the IT certification procedure that is under submission. The IT certification is designed to include confirmation that all ESI back up locations for both defendants have been searched, not just selective back up locations. The totality of the Orlando events during this time frame, including the involvement of Katzkin employees meetings with Plaintiffs' customers, former employees, and confidential financial information is highly relevant to Plaintiffs' antitrust claims. If after the complete "Writings" search is performed, including ESI searches, the volume of records returned is certified as voluminous, the parties can further meet and confer to refine the searches.

**Defendants' Position:**

Defendants are not proposing to search ClearLight's Global Relay Email Archive in connection with this Request. As to these requests, Katzkin proposed "Florida visit" and "Orlando visit" as search terms in an effort to conduct a reasonable search. In order to get this resolved, Defendants can represent that the only individuals who traveled to Florida to meet with Ross Albert in this time period were Joe Schmidt, Tim Clyde, Ron Leslie, and Dave Sheffler. Katzkin and ClearLight are willing search the files of these individuals for anything related to these visits to Florida. This provides Plaintiffs what they said they wanted, and manually reviewing "all writings" in Katzkin's possession to determine if that writing is responsive would be unduly burdensome and disproportionate to the needs of the case, and totally unnecessary since Defendants will provide what is in the files of these individuals, who are the only ones to travel to Florida for the time period Plaintiffs agreed upon, July 1, 2015 to April 1, 2016 to visit Ross Albert.

**Plaintiffs Reply**:  This is the only requests that Defendant have substitute the word "files" for the ESI search.  It is concerning as it appears that it is designed not to actually search ESI on the computers of several of the individuals, but only their "files".  Plaintiffs do not know what form the records have been kept, and are seeking a review of both ESI and hard copies, such as reports for each visit.

JJ000167

## 2. "Ron Leslie" and "Ross" or "Albert" in the same document or email (January 1, 2015 to July 1, 2018) [Katzkin 76, CLP 80]

> ➤ Note Plaintiffs object to this rewording of Katzkin 76 and CLP 80 and did not propose this. Here are the actual requests at issue:

> ➤ Defendants' Response: Defendants' compromise position is set out below. Plaintiffs agreed to some limitations as discussed there, but this is Defendants' proposal, not Plaintiffs'.

76. All Writings that contain the name Ron Leslie (Leslie) and Ross or Albert in the same document.

80. All text message that that were sent to or from Ron Leslie, on which Ron Leslie is copied, or which reflect, mention, refer to, bear upon, or relate to Ron Leslie.

Defendants' proposed compromise: Katzkin and ClearLight will perform an ESI search of the individuals likely to have responsive information, which are the same ones Plaintiffs have focused on as the relevant individuals to search, as follows: ClearLight will search its Global Relay Email Archive for emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim, and Katzkin will search the .pst files of Tim Clyde, Brooks Mayberry, Ron Leslie, Dave Sheffler, and Bill North.  That search will be limited to emails that contain the words "Ron Leslie" and "Ross" or

"Albert" in the text of the email for
the time period January 1, 2015 to July
1, 2018.

**Plaintiffs' Position:**

This is an "all writings" search as stored reports and memos are known to exist that include these terms, in addition to emails. Eliminating a complete ESI search pursuant to the totality of data bases, and instead only searching the CLP "Global Rely Email Archive" materially alters the IT certification procedure that is under submission. The IT certification is designed to include confirmation that all ESI back up locations for both defendants have been searched, not just selective back up locations. The totality of the Orlando events during this time frame, including the involvement of Leslie with Plaintiffs' customers, former employees, and confidential financial information is highly relevant to Plaintiffs' antitrust claims. If after the complete "Writings" search is performed, including ESI searches, the volume of records returned is certified as voluminous, the parties can further meet and confer to refine the searches.

**Defendants' Position:**

During the parties joint conference, Plaintiffs agreed to limit Request 76 to Katzkin and Request 80 to ClearLight to emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies, Peter Kim, Tim Clyde, Brooks Mayberry, Ron Leslie, Dave Sheffler, and Bill North for the period July 1, 2015 to April 1, 2016, which contain the names Ron Leslie and Ross Albert. Defendants' compromise proposal was in response to those limitations, which make it reasonably manageable.

Defendants are not proposing to modify the IT certification that they have submitted, nor are they excluding relevant databases of potential responsive documents. ClearLight's Global Relay archive system is the most accurate and comprehensive way to search ClearLight's emails. It is not just a "backup," it is the archival system that is used, and emails cannot be deleted from it. The system captures all emails sent or received by ClearLight, and even if an individual deletes an email for their account, the email is preserved nonetheless in the Global Relay archive. Having ClearLight generate and search .PST files would simply be a redundant and less accurate version of the Global Rely Archive. The IT certification was intended as a way for the relevant IT consultants to confirm that the searches agreed to by the parties were executed, not a way to define the scope of the searches themselves. Defendants' proposal is fully in keeping with the certification submitted.

Plaintiffs Reply:  Plaintiffs proposed several suggestions limitations as part of a global compromise, and Defendants rejected those proposals.  Plainitffs  do not object to the limitations of names, but do not agree to the time frame limitation.  Conduct back to 2007 is at issues. Plaintiffs also have requested an IT person verify what Defense counsel understands about the CLP archive system.  Once verified by and IT person, it may be acceptable.

### 3. Text messages from Michael Kaye to Orlan Davies (January 1, 2014 to Davies' departure from CLP) [Katzkin 96, CLP 93]

➢  Note Plaintiffs object to this rewording of Katzkin 96 and CLP 93  and did not propose this. Here are the actual requests at issue:

➢  Defendants' response: These are not rewording of requests.  They are Defendants' compromise proposals.

96. All text messages to or from Michael Kaye to Orlan Davies that discuss any topic related to Katzkin, Roadwire or CST.
93. All text messages to or from Michael Kaye to Orlan Davies that discuss any topic Related to Roadwire or CST.

Defendants' proposed compromise: Michael Kaye's cell phone is not owned by ClearLight and is not used to conduct substantive business matters by text message.  Nonetheless, Mr. Kaye will make his phone available for limited searches of text message that are narrowly tailored to business matters as follows: ClearLight will have its IT consultant obtain the cell phone, power it up, and, using password access as appropriate, will do a search for responsive text messages including all text message applications, chat applications,

JJ000170

```
and other text related applications for the
period January 1, 2014 to Mr. Davies'
departure from ClearLight in 2018.
```

**Plaintiffs' Position:**

The process must include IT certification that deleted text messages have been searched for, including from backup storage locations, or if they are not retrievable, the reasons why. Both to and from text messages must be searched for, not just from. The date ranges are appropriate to include 2007 to Mr. Davies departure in 2014 as 2007 to the present is relevant to Plaintiffs' antitrust claims.

**Defendants' Position:**

During the parties' joint conference, Plaintiffs agreed to limit Request 96 to Katzkin and Request 93 to ClearLight to the time period of January 1, 2014 through Orlan Davies' departure from ClearLight in 2018. As Defendants have informed Plaintiffs, the search performed by the IT consultants will include both deleted and current text messages to or from the relevant individuals. Responsive text messages will be produced whether they are current or deleted. If Plaintiffs wish to again alter the time period to 2007 to 2014, that is acceptable to Defendants.

**Plaintiffs Reply:** As long as this search is certified, Defendants position is acceptable.

```
4.Text messages from Orlan Davies to
  Katzkin (January 1, 2014 to Davies'
  departure from CLP) [Katzkin 103]
```

➢ Note Plaintiffs object to this rewording of Katzkin 103 and did not propose this. Here is the actual request at issue:

➢ Defendants' response: These are not rewording of requests. They are Defendants' compromise proposals

103.   All text messages to or from Orlan Davies for the dates of March 1, 2016 to April 1, 2016 sent to any Katzkin employee
```
       Defendants' proposed compromise: Orlan
       Davies is no longer employed by
       ClearLight, and ClearLight does not
```

own, possess, or control Mr. Davies
cell phone to perform a search.
Katzkin will perform an ESI search of
the text messages received by
individuals likely to have responsive
information and which Plaintiffs have
focused on as the relevant individuals
to search, as follows: Tim Clyde,
Brooks Mayberry, Ron Leslie, Dave
Sheffler, and Bill North.  Katzkin will
have its IT consultant obtain or, for
remote individuals such as Ron Leslie,
Dave Sheffler, Bill North, and Brooks
Mayberry, remotely access the cell
phones.  For each phone, the IT
consultant will power it up, and, using
password access as appropriate, will do
a search for responsive text messages
including all text message
applications, chat applications, and
other text related applications for
text messages sent by Orlan Davies for
the period January 1, 2014 to Mr.
Davies' departure from ClearLight in
2018.

**Plaintiffs' Position:**

The process must include IT certification that deleted text messages have been searched for,
including from backup storage locations,  or if they are not retrievable, the reasons why. Both to
and from text messages must be searched for, not just from.

**Defendants' Position:**

JJ000172

As Defendants have informed Plaintiffs, the search performed by the IT consultants will include both deleted and current text messages to or from the relevant individuals.  Responsive text messages will be produced whether they are current or deleted.  During the parties joint conference, Plaintiffs proposed a time limit of January 1, 2014 to Orlan Davies' departure from CLP in 2018.  If Plaintiffs wish to again alter the time period for the search to March 1, 2016 to April 1, 2016, that is acceptable to Defendants.

**Plaintiffs Reply:**  As long as this search is certified, Defendants position is acceptable

# 5. Does Michael Kaye have other email addresses besides CLP one? [Katzkin 8, CLM 10]

> ➢ Note Plaintiffs object to this rewording of Katzkin 8 and did not propose this. Although the parties discussed whether Michael Kaye has other emails, that has not been certified by any IT person. Here is the actual request at issue:

> ➢ Defendants' response: Defendants' proposed compromise is not a rewording of the requests.  It is a response to what was asked by Plaintiffs in the joint session, in order to reach a compromise.

**Request No. 8** All Michael Kaye emails to any and all Katzkin employees between January 2014 and the present that discuss Classic Soft Trim, or any version of their name.

**Request No.10**. All Michael Kaye emails to any and all CLM employees between January 2014 and the present that discuss Katzkin business.

```
Defendants' response to Plaintiffs:
msk@clearlightpartners.com is the only
email address that Mr. Kaye uses to
conduct ClearLight business, whether in
connection with Katzkin or otherwise.
```

**Plaintiffs Position**

The CLP control of Katzkin, including but not limited to the method by which it exercised its voting control on the Katzkin board of directors as Class II directors, who have two to one votes over non CLP employees that also were on the Katzkin board, is a material dispute. The content

of Senior partner Kaye's emails to and from Katkzin will provide material evidence on this dispute. Attachments also must be included with no editing or deleting.

**Defendants' Position:**

Defendants discussed in the joint session that these requests were burdensome and duplicative of resolutions previously agreed upon with Plaintiffs and searches done as agreed. Plaintiffs asked whether the msk@clearlightpartners.com was the only email address that Mr. Kaye uses to conduct ClearLight business, whether in connection with Katzkin or otherwise, and Defendants confirmed in this response that it was. That was supposed to resolve these requests as having already been addressed by the prior agreement and search for emails to or from Michael Kaye at his email address msk@clearlightpartners.com. During the parties' joint conference, Plaintiffs took the position that those prior requests were not sufficient because Michael Kaye could have other relevant email addresses that were not searched. Defendants have confirmed that there is no other relevant email address for Mr. Kaye. As to email attachments, which Plaintiffs raise in their statement, but which are not relevant here since this was supposed to be resolved, as Defendants have informed Plaintiffs, where relevant its IT consultants will certify the search was done and that all emails were turned over to counsel with attachments, so that they can be reviewed by counsel for purposes such as responsiveness and privilege prior to production to Plaintiffs.

**Plaintiffs Reply:** This response avoids making any commitment to actually search Michal Kaye emails. Plaintiffs did not offer to resolve this by an uncertified statement of counsel that Mr. Kaye does not have or use for business a personal email. Once certified, that would eliminate that personal email account, but not the request to search and produce these highly probative emails which go to the disputed issue of CLP control.

# 6. Emails from Michael Kaye to Peter Kim (December 1, 2014 to July 1, 2015) [Katzkin 43]

43. Produce all emails from Michael Kaye to Peter Kim between December 1, 2014 and July 1, 2015.

> ## Defendants' proposed compromise: ClearLight will conduct an ESI search

of its Global Relay Email Archive for
emails from Michael Kaye to Peter Kim
for the time period December 31, 2014
to June 1, 2015.  As Mr. Kim continued
to perform services in his capacity as
a board member of unrelated ClearLight
portfolio companies, that search will
be limited to emails relating to
Katzkin.

**Plaintiffs' Position:**

Eliminating a complete ESI search pursuant to the totality of data bases, and instead only searching the CLP "Global Rely Email Archive" materially alters the IT certification procedure that is under submission.  The IT certification is designed to include confirmation that all ESI back up locations for both defendants have been searched, not just selective back up locations. Eliminating the month of December 2014 is unacceptable as Kim testified that on or about December 1, 2014 he made a transition to Katzkin. Limiting content to Katzkin is the call of the request. Attachments also must be included with no editing or deleting.

**Defendants' Position:**

As set forth above, ClearLight's Global Relay archive system is the most accurate and comprehensive way to search ClearLight's emails.  It is not just a "backup," it is the archival system that is used, and emails cannot be deleted from it.  The system captures all emails sent or received by ClearLight, and even if an individual deletes an email for their account, the email is preserved nonetheless in the Global Relay archive.  Having ClearLight generate and search .PST files would simply be a redundant and less accurate version of the Global Rely Archive, and Plaintiffs have offered no explanation as to why ClearLight should generate and search .PST files where such action would not result in the production of any additional emails and would only serve to increase the time and expense of this process to ClearLight..  As to email attachments, as set forth above, the IT consultants will certify the search was done and that all emails were turned over to counsel with attachments, so that they can be reviewed by counsel for purposes such as responsiveness and privilege prior to production to Plaintiffs.

As to Peter Kim, it is not true that he "made a transition to Katzkin" on or about December 1, 2014.  At his deposition Mr. Kim testified that he "left ClearLight Partners in late 2014 " and "became an employee of Katzkin Leather on June 1, 2015."

JJ000175

**Plaintiffs Reply:**  Mr. Kims involvement with CLP and Katzkin is alleged in the complaint as a key fact to CLP's joint liability.  Searching one year for emails is not burdensome. As to redundancy, Plaintiffs do not have any IT certification that states this, but if one is signed, then that moots this issue. Plaintiffs do not want to waive that certification point up front.

## 7.Michael Kaye texts to Katzkin employees (March 1, 2015 to April 1, 2016).  [Katzkin 90]

> ➢ Note: Plaintiffs object to Defendants rewording of Katzkin 90 and did not propose this. Here is the actual request at issue:

> ➢ Defendants' response: Defendants' proposed compromise is not a rewording of the requests.  It is a proposal to compromise.

90. For all phones: All text messages to or from Michael Kaye for the dates of March 1, 2015 to April 1, 2016 sent to any Katzkin employee.

Defendants' proposed compromise:
Michael Kaye's cell phone is not owned
by ClearLight and is not used to
conduct substantive business matters by
text message.  Nonetheless, Mr. Kaye
will make his phone available for
limited searches of text message that
are narrowly tailored to business
matters as follows: ClearLight will
have its IT consultant obtain the cell
phone, power it up, and, using password
access as appropriate, will do an
search for responsive text messages
including all text message
applications, chat applications, and
other text related applications for

```
text messages sent by Michael Kaye to
employees of Katzkin for the period
March 1, 2015 to April 1, 2016.
```

**Plaintiffs' Position:**

The process must include IT certification that deleted text messages have been searched for, including from backup storage locations, or if they are not retrievable, the reasons why. Both to and from text messages must be searched for, not just from.

**Defendants' Position:**

As Defendants have informed Plaintiffs, the search performed by the IT consultants will include both deleted and current text messages to or from the relevant individuals. Responsive text messages will be produced whether they are current or deleted.

**Plaintiffs Reply:** As long as this search is certified, Defendants position is acceptable

## 8. Michael Kaye texts to CLP employees re: Katzkin (March 1, 2015 to April 1, 2016) [CLP 87]

> ➢ Note: Plaintiffs object to Defendants rewording of CLP 87 and did not propose this. It appears the date ranges have been expanded beyond what was requested. Here is the actual request at issue:

> ➢ Defendants' response: Defendants' proposed compromise is not a rewording of the requests. It is a proposal to compromise. As to the date ranges, the version of Defendants' proposal that Plaintiffs reference contained a typo with respect to the date range to be searched. The correct time period is March 1, 2016 to April 1, 2016, which ClearLight is not proposing to change for its search.

87. All text messages to or from Michael Kaye for the dates of March 1, 2016 to April 1, 2016 sent to any CLP/CLM employee.

```
Defendants' proposed compromise:
Michael Kaye's cell phone is not owned
by ClearLight and is not used to
conduct substantive business matters by
```

text message.  Nonetheless, Mr. Kaye
will make his phone available for
limited searches of text message that
are narrowly tailored to business
matters as follows: ClearLight will
have its IT consultant obtain the cell
phone, power it up, and, using password
access as appropriate, will do an
search for responsive text messages
including all text message
applications, chat applications, and
other text related applications for
messages sent by Michael Kaye to
employees of ClearLight regarding
Katzkin for the period March 1, 2016 to
April 1, 2016.

**Plaintiffs' Position:**

The process must include IT certification that deleted text messages have been searched for,
including from backup storage locations,  or if they are not retrievable, the reasons why. Both to
and from text messages must be searched for, not just from. Plaintiffs do not object to the
expanded date range.

**Defendants' Position:**

As Defendants have previously informed Plaintiffs, the search performed by the IT consultants
will include both deleted and current text messages to or from the relevant individuals.
Responsive text messages will be produced whether they are current or deleted.

**Plaintiffs Reply:**  As long as this search is certified, Defendants position is acceptable


9. Michael Kay texts to Brooks Mayberry, Tim
Clyde, Mike Wattles, Peter Kim, John

**McAlpine, Orlan Davies, Jeff Manassero, Elysha Thomas, Rachel Keal, Elizabeth Chavez, or Huy discussing CST, RW, or instructing Katzkin people on what to do (July 1, 2015 to July 1, 2018) [Katzkin 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101; CLP 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98]**

➢ Note: Plaintiffs object to Defendants rewording of Katzkin 91-101 and related CLP questions, and did not propose this. Here are the actual requests at issue:

➢ Defendants' response: Defendants' proposed compromise is not a rewording of the requests. It is a proposal to compromise.

91. (CLP 88)All text messages to or from Michael Kaye to Brooks Mayberry that discuss any topic related to Katzkin, Roadwire or CST.

92. (CLP 89) All text messages to or from Michael Kaye to Tim Clyde that discuss any topic related to Katzkin, Roadwire or CST.

93. (CLP 90) All text messages to or from Michael Kaye to Mike Wattles that discuss any topic related to Katzkin, Roadwire or CST.

94.(CLP 91) All text messages to or from Michael Kaye to Peter Kim that discuss any topic related to Katzkin, Roadwire or CST.

95.(CLP 92) All text messages to or from Michael Kaye to John McAlpine that discuss any topic related to Katzkin, Roadwire or CST.

96.(CLP 93) All text messages to or from Michael Kaye to Orlan Davies that discuss any topic related toKatzkin, Roadwire or CST.

97.(CLP 94) All text messages to or from Michael Kaye to Jeff Manassero that discuss any topic related to Katzkin, Roadwire or CST.

98.(CLP 95) All text messages to or from Michael Kaye to Elysha Thomas that discuss any topic related to Roadwire, Katzkin or CST.

99.(CLP 96) All text messages to or from Michael Kaye to Rachel Keal that discuss any topic related to Katzkin, Roadwire or CST.

100.(CLP 97) All text messages to or from Michael Kaye to Elizabeth Chavez that discuss any topic related to Katzkin, Roadwire or CST.

101.(CLP 98)

(CLP 99) All text messages to or from Michael Kaye to Huy Dan g Vu that discuss any topic related to Roadwire or CST.

# Defendants' proposed compromise

**Plaintiffs' Position:**

The process must include IT certification that deleted text messages have been searched for, including from backup storage locations, or if they are not retrievable, the reasons why. Both to and from text messages must be searched for, not just from. Creating a subjective screening for counsel to eliminate text messages from CLP if they do not "instruct Katzkin people on what to do" deprives Plaintiffs of evidence of control by CLP of Katzkin, which is a material dispute. Plaintiffs proposed alternative language such any text messages to "Katzkin's agents approving or disapproving conduct or directing conduct."

**Defendants' Position:**

As Defendants have informed Plaintiffs, the search performed by the IT consultants will include both deleted and current text messages to or from the relevant individuals. Responsive text messages will be produced whether they are current or deleted. Defendants have also agreed to accept the language proposed by Plaintiffs and will produce text messages to "Katzkin's agents approving or disapproving conduct or directing conduct," as requested by Plaintiffs.

**Plaintiffs Reply:** As long as this search is certified, Defendants position is acceptable. The subjective review by counsel of each email, if adopted, is requested to have some parameters. Control is the issue and circumstantial evidence as well as direct evidence is potentially admissible on this.

## 10. Peter Kim text messages to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies, Tim Clyde, Dave Sheffler, Ron Leslie, Bill North, Brooks Mayberry (March 1, 2016 to April 1, 2016). [Katzkin 89, CLP 86]

➢ Note: Plaintiffs object to Defendants rewording of Katzkin 89 and CLP 86 and did not propose this. Here are the actual requests at issue:

➢ Defendants' response: Defendants' proposed compromise is not a rewording of the requests. It is a proposal to compromise.

89. For all phones, except Peter Kims: All text messages to or from Peter Kim for the dates

of March 1, 2016 to April 1, 2016.

86. All text messages to or from Peter Kim for the dates of March 1, 2016 to April 1, 2016
sent to any CLP/CLM employee.

**Defendants' proposed compromise: Katzkin will have its IT consultant obtain Peter Kim's cell phone, power it up, and, using password access as appropriate, will do an search for responsive text messages including all text message applications, chat applications, and other text related applications for text messages to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies, Tim Clyde, Dave Sheffler, Ron Leslie, Bill North, and Brooks Mayberry for the time period March 1, 2016 to April 1, 2016.**

**Plaintiffs' Position:**

The process must include IT certification that deleted text messages have been searched for, including from backup storage locations, or if they are not retrievable, the reasons why. Both to and from text messages must be searched for, not just from

**Defendants' Position:**

As Defendants have informed Plaintiffs, the search performed by the IT consultants will include both deleted and current text messages to or from the relevant individuals. Responsive text messages will be produced whether they are current or deleted.

**Plaintiffs Reply:** As long as this search is certified, Defendants position is acceptable

**11. Emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies, Tim**

# Clyde, Dave Sheffler, Ron Leslie, Bill North, and Brooks Mayberry that mention Peter Kim [Katzkin 109, CLP 106]

➢ Note: Plaintiffs object to Defendants rewording of Katzkin 109 and CLP 106 and did not propose this.  The dates were transposed in the original requests and Plaintiffs agree that the intended date range is 12/1/14 -12/31/15. Here are the actual requests at issue:

➢ Defendants' response: Defendants' proposed compromise is not a rewording of the requests.  It is a proposal to compromise.

109. Search All Microsoft Outlook .pst files that contain the name Peter Kim, or any version thereof, in any email dated between December 1, 2014 and December 31, 2015.
106.Search All Microsoft Outlook .pst files that contain the name Peter Kim, or any version thereof, in any email dated between December 1, 2014 and December 31, 2015.


Defendants' proposed compromise: Katzkin and ClearLight will perform an ESI search of the individuals identified by Plaintiffs as follows: ClearLight will search its Global Rely Email Archive for emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, and Orlan Davies, and Katzkin will search the .pst files of Tim Clyde, Brooks Mayberry, Ron Leslie, Dave Sheffler, and Bill North.  That search will be limited to the time period December 31, 2014 to June 1, 2015 and to emails that contain the words "Peter Kim" and "Katzkin" in the text of the emails because Mr. Kim continued to perform services in his

```
capacity as a board member of unrelated
ClearLight portfolio companies in this
time period.
```

**Plaintiffs' Position:**

Eliminating a complete ESI search pursuant to the totality of data bases, and instead only searching the CLP "Global Rely Email Archive" materially alters the IT certification procedure that is under submission.  The IT certification is designed to include confirmation that all ESI back up locations for both defendants have been searched, not just selective back up locations. Eliminating the months of June 1, 2015  to December 2015 is unacceptable as Kim testified that he was involved with Ross Albert's hire during that time frame. Also arbitrarily limiting the emails to one that have "Katzkin" and "Kim" is certain to deprive Plaintiffs of most if not all relevant emails. Attachments also must be included with no editing or deleting.

**Defendants' Position:**

During the joint conference Plaintiffs agreed to limit these requests to the time period December 2014 to June 2015, and Defendants proposed their compromise accordingly.  As explained in Defendants' proposal above, during the relevant time period, Mr. Kim continued to perform services in his capacity as a board member of unrelated ClearLight portfolio companies and so Defendants included "Katzkin" as an additional search term to narrow the request to eliminate irrelevant correspondence solely relating to those unrelated companies. The Requests call for emails to and from ClearLight and Katzkin individuals which mention Peter Kim. "Peter Kim" is thus a search term included within the request itself, so we do not understand the objection to it. Defendants have offered to use alternative terms such as "Albert," "Classic Soft Trim" or "Roadwire" instead of Katzkin, along with "Peter Kim".


And as set forth above, Defendants are not proposing to modify the IT certification that they have submitted, nor are they excluding relevant databases of potential responsive documents. ClearLight's Global Relay archive system is the most accurate and comprehensive way to search ClearLight's emails.  It is not just a "backup," it is the archival system that is used, and emails cannot be deleted from it.  The system captures all emails sent or received by ClearLight, and even if an individual deletes an email for their account, the email is preserved nonetheless in the Global Relay archive.  Having ClearLight generate and search .PST files would simply be a redundant and less accurate version of the Global Rely Archive.  The IT certification was intended as a way for the relevant IT consultants to confirm that the searches agreed to by the parties were executed, not a way to define the scope of the searches themselves.  Defendants' proposal is fully in keeping with the certification submitted.

**Plaintiffs Reply:**  As long as an IT specialist certifies the subparts of the proposed form, and identifies what if any data base exist but was not searched, Defendants position is acceptable

## 12. "Ron Leslie" and "Orlando" in same document or email (January 1, 2015 to July 1, 2018) [Katzkin 75]

➢ Note: Plaintiffs object to Defendants rewording of Katzkin 75 and did not propose this, however they do agree to a date range limitation.  Here is the actual request now at issue:

➢ Defendants' response: Defendants' proposed compromise is not a rewording of the requests.  It is a proposal to compromise.

75. All Writings that contain the name Ron Leslie (Leslie) and Orlando in the same document from *January 1, 2015 to July 1, 2018*.

Defendants' proposed compromise: Katzkin and ClearLight will perform an ESI search of the individuals likely to have responsive information and which Plaintiffs have focused on as the relevant individuals to search, as follows: ClearLight will search its Global Rely Email Archive for emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim, and Katzkin will search the .pst files of Tim Clyde, Brooks Mayberry, Ron Leslie, Dave Sheffler, and Bill North. Defendants require a narrower time period or additional search terms in beyond "Ron Leslie" and "Orlando" in the text of an email or document in

```
order to conduct a reasonable search as
these terms alone would include a high
volume of routine and irrelevant
documents concerning product reports,
customer files, new customer
applications, and other routine
business transactions that are beyond
the scope or relevance of this case.
```

**Plaintiffs' Position**

This is an "all writings" search as stored reports and memos are known to exist that include these terms, in addition to emails. Eliminating a complete ESI search pursuant to the totality of data bases, and instead only searching the CLP "Global Rely Email Archive" materially alters the IT certification procedure that is under submission. The IT certification is designed to include confirmation that all ESI back up locations for both defendants have been searched, not just selective back up locations. The totality of the Orlando events during this time frame, including the involvement of Leslie with Plaintiffs' customers, former employees, and confidential financial information is highly relevant to Plaintiffs' antitrust claims. If after the complete "Writings" search is performed, including ESI searches, the volume of records returned is certified as voluminous, the parties can further meet and confer to refine the searches.

**Defendants' Position:**

During the joint conference Plaintiffs agreed to limit these requests to the time period January 1, 2015 to July 1, 2018, and Defendants proposed their compromise accordingly. And as set forth above, Defendants are not proposing to modify the IT certification that they have submitted, nor are they excluding relevant databases of potential responsive documents. ClearLight's Global Relay archive system is the most accurate and comprehensive way to search ClearLight's emails. It is not just a "backup," it is the archival system that is used, and emails cannot be deleted from it. The system captures all emails sent or received by ClearLight, and even if an individual deletes an email for their account, the email is preserved nonetheless in the Global Relay archive. Having ClearLight generate and search .PST files would simply be a redundant and less accurate version of the Global Rely Archive. The IT certification was intended as a way for the relevant IT consultants to confirm that the searches agreed to by the parties were executed, not a way to define the scope of the searches themselves. Defendants' proposal is fully in keeping with the certification submitted.

**Plaintiffs Reply:**  As  to the ESI portion of this requests, as long as an IT specialist certifies the subparts of the proposed form, and identifies what if any data base exist but was not searched, Defendants position is acceptable.  Plaintiffs are not waiving other parts.

# 13. Text messages to/from Ron Leslie that reference Ross Albert, Dave Sheffler, or John Held (January 1, 2015 to July 1, 2018) [Katzkin 85]

> ➢ Note: Plaintiffs object to Defendants rewording of Katzkin 85 and did not propose this, however they do agree to a date range limitation.  Here is the actual request now at issue:
> ➢ Defendants' response: Defendants' proposed compromise is not a rewording of the requests.  It is a proposal to compromise.

85. For all phones: All text message that that were sent to or from Ron Leslie *from January 1, 2015 to July 1, 2018.*

Defendants' proposed compromise: Katzkin and ClearLight will perform an ESI search of the individuals likely to have responsive information and which Plaintiffs have focused on as the relevant individuals to search, as follows: ClearLight does not own the cell phones of Michael Kaye, Joe Schmidt, or Jeff Manassero, and those phones are not used to conduct substantive business matters by text message.  Nonetheless, these individuals will make their phones available for limited searches of text message that are narrowly tailored to

business matters as follows.
ClearLight will have its IT consultant
obtain the cell phones of Michael Kaye,
Joe Schmidt, and Jeff Manassero, power
them up, and, using password access as
appropriate, will do an search for
responsive text messages including all
text message applications, chat
applications, and other text related
applications, and, although the cell
phones of Tim Clyde and certain others
at Katzkin are not owned by Katzkin,
those individuals will nonetheless make
those phone available for Katzkin to
have its IT consultant obtain or, for
remote individuals such as Ron Leslie,
Dave Sheffler, Bill North, and Brooks
Mayberry, remotely access the cell
phones of Tim Clyde, Brooks Mayberry,
Ron Leslie, Dave Sheffler, and Bill
North, and for each phone the IT
consultant will power it up, and, using
password access as appropriate, will do
a search for responsive text messages
including all text message
applications, chat applications, and
other text related applications.  These
searches will be limited to text
messages to or from Ron Leslie that
reference Ross Albert, Dave Sheffler,

## or John Held in the text for the time period January 1, 2015 to July 1, 2018.

**Plaintiffs' Position:**

The process must include IT certification that deleted text messages have been searched for, including from backup storage locations, or if they are not retrievable, the reasons why. Both to and from text messages must be searched for, not just from.

Limiting the text messages to "referencing" only three individuals, eliminates by design material evidence including circumstantial evidence of CLP and Katzkin's involvement in the CST branch elimination antitrust conduct which is a material dispute

**Defendants' Position:**

Defendants' proposed compromise above must be read in conjunction with item 15 below, which sets out the further search proposed by Defendants with regard to this request. During the joint conference, Plaintiffs requested all of Ron Leslie's text messages for the period January 1, 2015 to July 1, 2018 to or from Michael Kaye, Joe Schmidt, and Jeff Manassero, Tim Clyde, Brooks Mayberry, Ron Leslie, Dave Sheffler, and Bill North that reference Ross Albert, Dave Sheffler, or John Held. Plaintiffs also requested all Ron Leslie text messages for that same time period to or from Ross Albert, Dave Sheffler, or John Held, which is the search described below at 15. As Defendants have informed Plaintiffs, the search performed by the IT consultants will include both deleted and current text messages to or from the relevant individuals. Responsive text messages will be produced whether they are current or deleted.

**Plaintiffs Reply:** As to the ESI portion of this requests, as long as an IT specialist certifies the subparts of the proposed form, and identifies what if any data base exist but was not searched, Defendants position is acceptable. Plaintiffs are not waiving their other objections to the limitations.

## 14. Emails to/from anyone that have "Ron Leslie" within 50 words of "Roadwire" or do we need a time limit, or limit on whose emails. [Katzkin 116, CLP 113]

➢ Note: Plaintiffs object to Defendants rewording of Katzkin 116 and CLP 113 and did not propose this. Here are the actual requests now at issue:
➢ Defendants' response: Defendants' proposed compromise is not a rewording of the requests. It is a proposal to compromise.

**Request No. 116 to Katzin**

Search All Microsoft Outlook .pst files that contain the name Ron Leslie with in 50
words or less and the word Roadwire, or any version thereof, in any email.

**Revised Request No. 113 to CLP**

Search All Microsoft Outlook .pst files that contain the name Ron Leslie with in 50 words or
less and the word Roadwire, or any version thereof,  in any email.

Defendants' proposed compromise:
Katzkin and ClearLight will perform an
ESI search of the individuals likely to
have responsive information and which
Plaintiffs have focused on as the
relevant individuals to search, as
follows: ClearLight will search its
Global Rely Email Archive for emails to
or from Michael Kaye, Joe Schmidt, Jeff
Manassero, Orlan Davies and Peter Kim,
and Katzkin will search the .pst files
of Tim Clyde, Brooks Mayberry, Ron
Leslie, Dave Sheffler, and Bill North.
This search will be limited to emails
which contain the words "Ron Leslie"
within 20 words of "Roadwire," in the
text of the email, which is the
proximity limitation that the parties
agreed to in connection with the prior
ESI search performed by ClearLight.
This proposal is contingent on
Plaintiffs providing a reasonable
limitation on the time period to be

```
searched as the absence of a time
period here would make the search and
review process needlessly burdensome by
including a high volume of materials
that are not relevant to this
litigation.
```

**Plaintiffs' Position:**

Eliminating a complete ESI search pursuant to the totality of data bases, and instead only searching the CLP "Global Rely Email Archive" materially alters the IT certification procedure that is under submission.  The IT certification is designed to include confirmation that all ESI back up locations for both defendants have been searched, not just selective back up locations. Limiting to emails which contain the words "Ron Leslie" within 20 words of "Roadwire," or "Ron Leslie" within 20 words of "Classic, is arbitrary and designed to remove the most relevant emails. Any prior alleged search before CLP and Katzkin were parties does not alter that current evidence supports the within 50 word search. Attachments also must be included with no editing or deleting.

**Defendants' Position:**

The parties previously agreed to use the "within 20 words" limit for the prior search protocols for ClearLight, which lead to the production of a substantial amount of materials to Plaintiffs. Enlarging the search parameter to "within 50 words" will increase the volume of irrelevant hits and increase the amount of time it will take to process and review these materials before they can be produced to Plaintiffs.  As a compromise, Defendants will agree to search for these terms within 30 words of each other.

And as set forth above, Defendants are not proposing to modify the IT certification that they have submitted, nor are they excluding relevant databases of potential responsive documents. ClearLight's Global Relay archive system is the most accurate and comprehensive way to search ClearLight's emails.  It is not just a "backup," it is the archival system that is used, and emails cannot be deleted from it.  The system captures all emails sent or received by ClearLight, and even if an individual deletes an email for their account, the email is preserved nonetheless in the Global Relay archive.  Having ClearLight generate and search .PST files would simply be a redundant and less accurate version of the Global Rely Archive.  The IT certification was intended as a way for the relevant IT consultants to confirm that the searches agreed to by the

JJ000190

parties were executed, not a way to define the scope of the searches themselves.  Defendants'
proposal is fully in keeping with the certification submitted.

**Plaintiffs Reply:**  As  to the ESI portion of this requests, as long as an IT specialist certifies the
subparts of the proposed form, and identifies what if any data base exist but was not searched,
Defendants position is acceptable.  Plaintiffs are not waiving their other objections to the
limitations as 30 words is about one sentence of words and is too restricitive.


# 15. Ron Leslie text messages to/from Ross Albert, Dave Sheffler, and John Held (January 1, 2015 to July 1, 2018).

> ➤ Note: Plaintiffs object to Defendants rewording of Katzkin 85 and did not propose
>    this.  However Plaintiffs do agree to the limitation of the senders and recipients
>    and date range limitation. Here are the actual requests now at issue:
> ➤ Defendants' response: Defendants' proposed compromise is not a rewording of
>    the requests.  It is a proposal to compromise.

**Revised Request No. 85 to Katzkin**

All text message that that were sent to or from Ron Leslie *between January 1, 2015 and July 1,
2018 from  Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim, Tim Clyde,
Brooks Mayberry, Ron Leslie, Dave Sheffler, Ross Albert, John Held, and Bill North*.


Response: In connection with its
response to Plaintiffs' third set of
document demands to Katzkin, Katzkin
previously searched and produced all
Ron Leslie text messages to or from
Ross Albert for the time period January
1, 2015 through May 31, 2016, to or
from John Held for the period July 1,

JJ000191

2015 to April 15, 2016.  Katzkin will
have its IT consultant obtain Ron
Leslie's cell phone, power it up, and,
using password access as appropriate,
will do an search for responsive text
messages including all text message
applications, chat applications, and
other text related applications for
messages to or from Dave Sheffler for
the period January 1, 2015 through May
31, 2016.

**Plaintiffs' Position:**

The process must include IT certification that deleted text messages have been searched for,
including from backup storage locations,  or if they are not retrievable, the reasons why. Both to
and from text messages must be searched for, not just from.

Limiting the text messages to "referencing" only three individuals, eliminates by design material
evidence including circumstantial evidence of CLP and Katzkin's involvement in the CST branch
elimination antitrust conduct which is a material dispute

**Defendants' Position:**

As set forth above, this proposal must be read in conjunction with item 13, above as Defendants
have proposed to run searches for text messages to or from Ron Leslie that reference Ross
Albert, Dave Sheffler, and John Held, as well as for text messages between Ron Leslie and those
three individuals.

As Defendants have informed Plaintiffs, the search performed by the IT consultants will include
both deleted and current text messages to or from the relevant individuals.  Responsive text
messages will be produced whether they are current or deleted.

**Plaintiffs Reply:**  As  to the ESI portion of this requests, as long as an IT specialist certifies the
subparts of the proposed form, and identifies what if any data base exist but was not searched,
Defendants position is acceptable.  Plaintiffs are not waiving their other objections to the
limitations  of names as that is too restrictive. . If  it is true a voluminous response occurs,
Plaintiffs will then further discuss, but it is speculation at this stage.

JJ000192

# 16. Emails to/from anyone that have "Ron Leslie" within 50 words of "Classic Soft Trim" or do we need a time limit, or limit on whose emails [Katzkin 115, CLP 112]

➢ Note: Plaintiffs object to Defendants rewording of Katzkin 115/CLP 112 and did not propose this. However Plaintiffs do agree to the limitation of the senders and recipients limitation. Here are the actual requests now at issue:

➢ Defendants' response: Defendants' proposed compromise is not a rewording of the requests. It is a proposal to compromise.

**Revised Request No. 112 to CLP/115 to Katzkin**

Search All Microsoft Outlook .pst files *from Kaye, Schmidt, Davies, Monassero, Kim Mayberry, Clyde, Sheffler, Leslie, Albert and North* that contain the name Ron Leslie with in 50 words or less and the word Classic Soft Trim, or any version thereof, in any email.

Plaintiffs' proposed compromise: Katzkin and ClearLight will perform an ESI search of the individuals likely to have responsive information and which Plaintiffs have focused on as the relevant individuals to search, as follows: ClearLight will search its Global Rely Email Archive for emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim, and Katzkin will search the .pst files of Tim Clyde, Brooks Mayberry, Ron Leslie, Dave Sheffler, and Bill North. This search will be limited to emails which contain the words "Ron Leslie"

JJ000193

within 20 words of "Classic Soft Trim," in the text of the email, which is the proximity limitation that the parties agreed to in connection with the prior ESI search performed by ClearLight. This proposal is contingent on Plaintiffs providing a reasonable limitation on the time period to be searched as the absence of a time period here would make the search and review process needlessly burdensome by including a high volume of materials that are not relevant to this litigation.

**Plaintiffs' Position:**

Eliminating a complete ESI search pursuant to the totality of data bases, and instead only searching the CLP "Global Rely Email Archive" materially alters the IT certification procedure that is under submission.  The IT certification is designed to include confirmation that all ESI back up locations for both defendants have been searched, not just selective back up locations. Limiting to emails which contain the words "Ron Leslie" within 20 words of "Roadwire," or "Ron Leslie" within 20 words of "Classic, is arbitrary and designed to remove the most relevant emails. Any prior alleged search before CLP and Katzkin were parties does not alter that current evidence supports the within 50 word search. Attachments also must be included with no editing or deleting.

**Defendants' Position:**

During the joint conference, Plaintiffs agreed to limit this request to emails sent to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies Peter Kim, Tim Clyde, Brooks Mayberry, Ron Leslie, Dave Sheffler, and Bill North, and Defendants' constructed the above compromise accordingly.

The parties previously agreed to use the "within 20 words" limit for the prior search protocols for ClearLight, which led to the production of a substantial amount of materials to Plaintiffs. Enlarging the search parameter to "within 50 words" will increase the volume of irrelevant hits

and increase the amount of time it will take to process and review these materials before they can be produced to Plaintiffs.  As a compromise, Defendants will agree to search for these terms within 30 words of each other.

And as set forth above, Defendants are not proposing to modify the IT certification that they have submitted, nor are they excluding relevant databases of potential responsive documents. ClearLight's Global Relay archive system is the most accurate and comprehensive way to search ClearLight's emails.  It is not just a "backup," it is the archival system that is used, and emails cannot be deleted from it.  The system captures all emails sent or received by ClearLight, and even if an individual deletes an email for their account, the email is preserved nonetheless in the Global Relay archive.  Having ClearLight generate and search .PST files would simply be a redundant and less accurate version of the Global Rely Archive.  The IT certification was intended as a way for the relevant IT consultants to confirm that the searches agreed to by the parties were executed, not a way to define the scope of the searches themselves.  Defendants' proposal is fully in keeping with the certification submitted.

**Plaintiffs Reply:**  As  to the ESI portion of this requests, as long as an IT specialist certifies the subparts of the proposed form, and identifies what if any data base exist but was not searched, Defendants position is acceptable.  Plaintiffs are not waiving their other objections to the limitations  of within words  as that is too restrictive. If  it is true a voluminous response occurs, Plaintiffs will then further discuss, but it is speculation at this stage.


# 17."Dave Sheffler" and "Orlando" in same document or email (January 1, 2015 to July 1, 2018) [Katzkin 78, 114; CLP 111]

➢ Note: Plaintiffs object to Defendants rewording of Katzkin 78,114/CLP 111and did not propose this.  However Plaintiffs do agree to the limitation of the senders and recipients limitation on Katzkin 114. Here are the actual requests now at issue:

➢ Defendants's compromise position is set out below.  It is not a rewording of the requests.  Plaintiffs agreed to some limitations as discussed there, but this is Defendants' proposal, not Plaintiffs'.

**Request 78 To Katzkin** All Writings that contain the name David Sheffler (Sheffler or Dave) and Orlando in the same document.

**Request 114 To Katzkin**  Search All Microsoft Outlook .pst files *to or from Kaye, Schmidt, Davies, Monassero, Kim, Clyde,  Mayberry, Leslie, North and Albert* that contain the name Dave

Sheffler with in 50 words or less and the words Orlando Florida, or any version thereof, in any email.

Defendants' proposed compromise: Katzkin and ClearLight will perform an ESI search of the individuals likely to have responsive information and which Plaintiffs have focused on as the relevant individuals to search, as follows: ClearLight will search its Global Rely Email Archive for emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim, and Katzkin will search the .pst files of Tim Clyde, Brooks Mayberry, Ron Leslie, Dave Sheffler, and Bill North. Defendants require a narrower time period or additional search terms beyond "Dave Sheffler" and "Orlando" in the text of an email or document in order to conduct a reasonable search as these terms alone would include a high volume of routine and irrelevant documents concerning product reports, customer files, new customer applications, and other routine business transactions that are beyond the scope or relevance of this case.

**Plaintiffs' Position:**

Eliminating a complete ESI search pursuant to the totality of data bases, and instead only searching the CLP "Global Rely Email Archive" materially alters the IT certification procedure that is under submission.  The IT certification is designed to include confirmation that all ESI back up locations for both defendants have been searched, not just selective back up locations.

JJ000196

Limiting to emails which contain the words "Ron Leslie" within 20 words of "Roadwire," or "Ron Leslie" within 20 words of "Classic, is arbitrary and designed to remove the most relevant emails. Any prior alleged search before CLP and Katzkin were parties does not alter that current evidence supports the within 50 word search. Attachments also must be included with no editing or deleting.

**Defendants' Position:**

During the joint conference, Plaintiffs agreed to limit this request to emails sent to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies Peter Kim, Tim Clyde, Brooks Mayberry, Ron Leslie, Dave Sheffler, and Bill North, and Defendants' constructed the above compromise accordingly.

In their position above, Plaintiffs suggest limiting the search to emails where the text contains the words "Ron Leslie" within 50 words of "Roadwire" or of "Classic." Defendants proposed to limit this to emails that contain "Dave Sheffler" within 20 words of "Classic Soft Trim." This is overbroad, and Defendants will agree to limiting the search to where these terms occur within 30 words, and attachments will be produced with any emails produced.

And as set forth above, Defendants are not proposing to modify the IT certification that they have submitted, nor are they excluding relevant databases of potential responsive documents. ClearLight's Global Relay archive system is the most accurate and comprehensive way to search ClearLight's emails. It is not just a "backup," it is the archival system that is used, and emails cannot be deleted from it. The system captures all emails sent or received by ClearLight, and even if an individual deletes an email for their account, the email is preserved nonetheless in the Global Relay archive. Having ClearLight generate and search .PST files would simply be a redundant and less accurate version of the Global Rely Archive. The IT certification was intended as a way for the relevant IT consultants to confirm that the searches agreed to by the parties were executed, not a way to define the scope of the searches themselves. Defendants' proposal is fully in keeping with the certification submitted.


**Plaintiffs Reply**: As to the ESI portion of this requests, as long as an IT specialist certifies the subparts of the proposed form, and identifies what if any data base exist but was not searched, Defendants position is acceptable. Plaintiffs are not waiving their other objections to the limitations of word count as that is too restrictive.. If it is true a voluminous response occurs, Plaintiffs will then further discuss, but it is speculation at this stage.

## 18. "Dave Sheffler" and "Classic Soft Trim" in same email (January 1, 2015 to July 1, 2018) [Katzkin 112, CLP 109]

➢ Note: Plaintiffs object to Defendants rewording of Katzkin 112/CLP 109and did

not propose this.  However Plaintiffs do agree to the limitation of the senders and recipients and date range limitation. Here are the actual requests now at issue:

➢  Defendants' response: Defendants are not rewording the requests.  They are proposing a compromise position as set out below.  Plaintiffs agreed to some limitations as discussed there, but this is Defendants' proposal, not Plaintiffs'.

**Revised Request No. 112 to Katzkin/CLP 109**

Search All Microsoft Outlook .pst files *from Kaye, Schmidt, Davies, Monassero, Kim, Clyde, Mayberry, Leslie, North and Albert* that contain the name Dave Sheffler *between January 1, 2015 and July 31, 2018* that contain the name Dave Sheffler with in 50 words or less and the words Classic Soft Trim, or any version thereof, in any email.

Defendants' proposed compromise: Katzkin and ClearLight will perform an ESI search of the individuals likely to have responsive information and which Plaintiffs have focused on as the relevant individuals to search, as follows: ClearLight will search its Global Rely Email Archive for emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim, and Katzkin will search the .pst files of Tim Clyde, Brooks Mayberry, Ron Leslie, Dave Sheffler, and Bill North. This search will be limited to emails for the time period January 1, 2015 to July 1, 2018 which contain the words "Dave Sheffler" within 20 words of "Classic Soft Trim," in the text of the email, which is the proximity

```
limitation that the parties agreed to
in connection with the prior ESI search
performed by ClearLight.
```

**Plaintiffs' Position:**

Eliminating a complete ESI search pursuant to the totality of data bases, and instead only searching the CLP "Global Rely Email Archive" materially alters the IT certification procedure that is under submission.  The IT certification is designed to include confirmation that all ESI back up locations for both defendants have been searched, not just selective back up locations. Limiting to emails which contain the words "Dave Sheffler" within 20 words of "Roadwire," or "Dave Sheffler" within 20 words of "Classic, is arbitrary and designed to remove the most relevant emails. Any prior alleged search before CLP and Katzkin were parties does not alter that current evidence supports the within 50 word search. Attachments also must be included with no editing or deleting.

**Defendants' Position:**

During the joint conference, Plaintiffs agreed to limit this request to emails sent to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies Peter Kim, Tim Clyde, Brooks Mayberry, Ron Leslie, Dave Sheffler, and Bill North, and Defendants' constructed the above compromise accordingly.

As set forth above, to conduct a reasonable search, Defendants require additional search terms to narrow the request as a demand for all document that contain "Dave Sheffler" and "Classic Soft Trim" as manually reviewing "all writings" in ClearLight's and Katzkin's possession to determine if that writing is responsive would be unduly burdensome and disproportionate to the needs of the case,  The parties previously agreed to use the "within 20 words" limit for the prior search protocols for ClearLight, which lead to the production of a substantial amount of materials to Plaintiffs.  Enlarging the search parameter to "within 50 words" will increase the volume of irrelevant hits and increase the amount of time it will take to process and review these materials before they can be produced to Plaintiffs.  As a compromise, Defendants will agree to search for these terms within 30 words of each other.


And as set forth above, Defendants are not proposing to modify the IT certification that they have submitted, nor are they excluding relevant databases of potential responsive documents. ClearLight's Global Relay archive system is the most accurate and comprehensive way to search ClearLight's emails.  It is not just a "backup," it is the archival system that is used, and emails cannot be deleted from it.  The system captures all emails sent or received by ClearLight, and even if an individual deletes an email for their account, the email is preserved nonetheless in the

JJ000199

Global Relay archive.  Having ClearLight generate and search .PST files would simply be a redundant and less accurate version of the Global Rely Archive.  The IT certification was intended as a way for the relevant IT consultants to confirm that the searches agreed to by the parties were executed, not a way to define the scope of the searches themselves.  Defendants' proposal is fully in keeping with the certification submitted.

**Plaintiffs Reply**: As  to the ESI portion of this requests, as long as an IT specialist certifies the subparts of the proposed form, and identifies what if any data base exist but was not searched, Defendants position is acceptable.  Plaintiffs are not waiving their other objections to the limitations of word count as that is too restrictive.. If it is true a voluminous response occurs, Plaintiffs will then further discuss, but it is speculation at this stage.

# 19. "Dave Sheffler" and "Roadwire" in same email (January 1, 2015 to July 1, 2018)

➤ Note: Plaintiffs object to Defendants rewording of Katzkin 113/CLP 110 and did not propose this.  However Plaintiffs do agree to the date range limitation. Here are the actual requests now at issue:

➤ Defendants' response: Defendants are not rewording the requests.  They are proposing a compromise position as set out below.  Plaintiffs agreed to some limitations as discussed there, but this is Defendants' proposal, not Plaintiffs'.

**Request No. 113 (CLP 110) to Katzkin.**

Search All Microsoft Outlook .pst files *from January 1, 2015 to July 1, 2018* that contain the name Dave Sheffler with in 50 words or less and the word Roadwire, or any version thereof, in any email.

Defendants' proposed compromise: Katzkin and ClearLight will perform an ESI search of the individuals likely to have responsive information and which Plaintiffs have focused on as the relevant individuals

to search, as follows: ClearLight will
search its Global Rely Email Archive for
emails to or from Michael Kaye, Joe
Schmidt, Jeff Manassero, Orlan Davies and
Peter Kim, and Katzkin will search the .pst
files of Tim Clyde, Brooks Mayberry, Ron
Leslie, Dave Sheffler, and Bill North.
This search will be limited to emails for
the time period January 1, 2015 to July 1,
2018 which contain the words "Dave
Sheffler" within 20 words of "Roadwire," in
the text of the email, which is the
proximity limitation that the parties
agreed to in connection with the prior ESI
search performed by ClearLight.

**Plaintiffs' Position:**

Eliminating a complete ESI search pursuant to the totality of data bases, and instead only
searching the CLP "Global Rely Email Archive" materially alters the IT certification procedure
that is under submission.  The IT certification is designed to include confirmation that all ESI
back up locations for both defendants have been searched, not just selective back up locations.
Limiting to emails which contain the words "Dave Sheffler" within 20 words of "Roadwire," or
"Dave Sheffler" within 20 words of "Classic, is arbitrary and designed to remove the most
relevant emails. Any prior alleged search before CLP and Katzkin were parties does not alter that
current evidence supports the within 50 word search. Attachments also must be included with no
editing or deleting.

**Defendants' Position:**

During the joint conference, Plaintiffs agreed to limit this request to emails sent to or from
Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies Peter Kim, Tim Clyde, Brooks
Mayberry, Ron Leslie, Dave Sheffler, and Bill North, and Defendants' constructed the above
compromise accordingly.

As set forth above, to conduct a reasonable search, Defendants require additional search terms to narrow the request as a demand for all document that contain "Dave Sheffler" and "Roadwire" as manually reviewing "all writings" in ClearLight's and Katzkin's possession to determine if that writing is responsive would be unduly burdensome and disproportionate to the needs of the case, The parties previously agreed to use the "within 20 words" limit for the prior search protocols for ClearLight, which lead to the production of a substantial amount of materials to Plaintiffs. Enlarging the search parameter to "within 50 words" will increase the volume of irrelevant hits and increase the amount of time it will take to process and review these materials before they can be produced to Plaintiffs.  As a compromise, Defendants will agree to search for these terms within 30 words of each other.

And as set forth above, Defendants are not proposing to modify the IT certification that they have submitted, nor are they excluding relevant databases of potential responsive documents. ClearLight's Global Relay archive system is the most accurate and comprehensive way to search ClearLight's emails.  It is not just a "backup," it is the archival system that is used, and emails cannot be deleted from it.  The system captures all emails sent or received by ClearLight, and even if an individual deletes an email for their account, the email is preserved nonetheless in the Global Relay archive.  Having ClearLight generate and search .PST files would simply be a redundant and less accurate version of the Global Rely Archive.  The IT certification was intended as a way for the relevant IT consultants to confirm that the searches agreed to by the parties were executed, not a way to define the scope of the searches themselves.  Defendants' proposal is fully in keeping with the certification submitted.

**Plaintiffs Reply**: As  to the ESI portion of this requests, as long as an IT specialist certifies the subparts of the proposed form, and identifies what if any data base exist but was not searched, Defendants position is acceptable.  Plaintiffs are not waiving their other objections to the limitations of word count as that is too restrictive.. If it is true a voluminous response occurs, Plaintiffs will then further discuss, but it is speculation at this stage.

# 20. Joe Schmidt texts to Katzkin employees (March 1, 2016 to April 1, 2016) [Katzkin 102]

➢ Plaintiffs agree to wording.

➢ Defendants' response to Plaintiffs' note: the Parties agree that this is the correct wording of the Request and Defendants' compromise proposal is set forth below.

Defendants' proposed compromise: ClearLight does not own the cell phone of Joe Schmidt, and that phone is not used to conduct substantive business matters by text message.  Nonetheless, Mr. Schmidt will make his phone available for limited searches of text messages that are narrowly tailored to business matters as follows: ClearLight will have its IT consultant obtain the cell phone, power it up, and, using password access as appropriate, will do an search for responsive text messages including all text message applications, chat applications, and other text related applications for messages sent to Katzkin employees for the period March 1, 2016 to April 1, 2016.

**Plaintiffs' Position:**

The process must include IT certification that deleted text messages have been searched for, including from backup storage locations,  or if they are not retrievable, the reasons why. Both to and from text messages must be searched for, not just from. Creating a subjective screening for counsel to eliminate text messages from CLP if they do not "instruct Katzkin people on what to do" deprives Plaintiffs of evidence of control by CLP of Katzkin, which is a material dispute.

**Defendants' Position:**

As Defendants have informed Plaintiffs, the search performed by the IT consultants will include both deleted and current text messages to or from the relevant individuals.  Responsive text messages will be produced whether they are current or deleted.  Defendants have also agreed to accept the language proposed by Plaintiffs and will produce text messages addressed to

"Katzkin's agents approving or disapproving conduct or directing conduct," as requested by Plaintiffs.

**Plaintiffs Reply**: As  to the ESI portion of this requests, as long as an IT specialist certifies the subparts of the proposed form, and identifies what if any data base exist but was not searched, Defendants position is acceptable.  Plaintiffs are not waiving their other objections to the subjective review of counsel on what proves control   Plaintiffs are entitled to direct and circumstantial evidence discovery.

# 21. Joe Schmidt texts to ClearLight employees (March 1, 2016 to April 1, 2016) [CLP 99]

> ➢ Plaintiffs agree to wording.

> ➢ Defendants' response to Plaintiffs' note: the Parties agree that this is the correct wording of the Request and Defendants' compromise proposal is set forth below. Plaintiffs have offered no position or statement as to this Request and appear to have accepted Defendants' compromise proposal.

Defendants' proposed compromise: ClearLight does not own the cell phone of Joe Schmidt, and that phone is not used to conduct substantive business matters by text message.  Nonetheless, Mr. Schmidt will make his phone available for limited searches of text message that are narrowly tailored to business matters as follows: ClearLight will have its IT consultant obtain the cell phone, power it up, and, using password access as appropriate, will do an search for responsive text messages including all text message

```
applications, chat applications, and
other text related applications for
text messages sent to ClearLight
employees regarding Katzkin for the
period March 1, 2016 to April 1, 2016.
```

22. **Documents like 2016 CST Branch summary that discuss how Katzkin will expand or grow in Orlando, Cleveland, Pittsburg, NYC, Houston, etc. (July 1, 2015 to July 1, 2018).  [Katzkin 25, 26, 27, 47, 48, 49, 50, 51, 52, 53, 54, 55, 57, 58]**

> ➢ Note Plaintiffs do not agree to the re-wording of these request by Defendants. There were many items discussed in the meet and confers and this wording is not what Plaintiffs proposed as part of a global ESI resolution. Here is the final wording that Plaintiff will agree to which does narrow the original requests.

➢ Defendants' response: Defendants' proposed compromise is not a rewording of the requests.  It is a proposal to compromise.

### Revised Requests Nos. 25-27, 47-58 to Katzkin

All Writings such as the 2016 CST Branch summary that discuss how Katzkin will expand or grow in Orlando, Cleveland, Ohio, Pittsburg, Houston, NYC, Philadelphia, Southern California, Baltimore, Washington DC, San Antonio, Austin, and Las Vegas *between July 1, 2015 to July 1, 2018.*

```
Katzkin will conduct a search of the
computers of Tim Clyde, Peter Kim, and
Ron Leslie for documents that discuss
how Katzkin will expand or grow in
Orlando, Cleveland, Pittsburg, NYC,
Houston, Philadelphia, Los Angeles,
```

```
Southern California, Baltimore,
Washington D.C., San Antonio, Austin,
and Las Vegas for the period July 1,
2015 to July 1, 2018.
```

**Plaintiffs' Position:**

This is an "all writings" search as stored reports and memos are known to exist that include these terms, in addition to emails. Eliminating a complete ESI search pursuant to the totality of data bases, and instead only searching selected "computers", as opposed to all ESI storage locations, materially alters the IT certification procedure that is under submission. The IT certification is designed to include confirmation that all ESI back up locations for both defendants have been searched, not just selective back up locations.

**Defendants' Position:**

The computers of Tim Clyde, Peter Kim, and Ron Leslie were selected because they are the most likely places where "reports, data and analysis of this expansion" would be present. To reach agreement, Katzkin is willing include its server in the areas searched for this request. The IT certification was intended as a way for the relevant IT consultants to confirm that the searches agreed to by the parties were executed, not a way to define the scope of the searches themselves. Defendants' proposal is fully in keeping with the certification submitted by identifying the locations where responsive documents would be located and searching those locations.

**Plaintiffs Reply:** All ESI wherever located on this critical topic should be searched and verified. There has been substantial resistance to producing all ESI that relates to the Orlando events. It is concerning that this response only suggest hat three computers be searched, where the archive system is offered on many others.

```
23.Emails or file folders that refer to
   "Naomi Soto," "Danny Valencia," "Aaron
   Forrister," or "Dwight
   Forrister" (January 1, 2015 to January 1,
   2018) [Katzkin 66, 67, 74, 87]
```

JJ000206

➢ Plaintiffs do not agree to Defendants re wording of Katzkin 66, 67, 74 and 87.
Here are the actual requests in dispute:

➢ Defendants' response: Defendants' proposed compromise is not a rewording of
the requests.  It is a proposal to compromise.

66. All Writings that refer to Naomi Soto.

67. All Writings that refer to Daniel Valencia.

74. All Writings that refer to the name "Forrister".

87. For all phones: All text message that that were sent to or from Aaron Forrister, on which
Aaron Forrister is copied, or which reflect, mention, refer to, bear upon, or relate to
Aaron Forrister.


Defendants' proposed compromise: Katzkin
and ClearLight will perform an ESI search
of the individuals likely to have
responsive information and which Plaintiffs
have focused on as the relevant individuals
to search, as follows: ClearLight will
search its Global Rely Email Archive for
emails to or from Michael Kaye, Joe
Schmidt, Jeff Manassero, Orlan Davies and
Peter Kim, and Katzkin will search the .pst
files of Tim Clyde, Brooks Mayberry, Ron
Leslie, Dave Sheffler, and Bill North.
Those email searches will be limited to
emails that contain the reference "Naomi
Soto," "Danny Valencia," "Aaron Forrister,"
or "Dwight Forrister" in the text of an
email for the period January 1, 2015 to
January 1, 2018.

JJ000207

ClearLight and Katzkin will also perform a search of its hard copy file materials for any file folders bearing the names "Naomi Soto," "Danny Valencia," "Aaron Forrister," or "Dwight Forrister" for the period January 1, 2015 to January 1, 2018.

**Plaintiffs' Position:**

These are an "all writings" search of key CST employees that are at issue in multiple parts of the complaint. Eliminating a complete Writings search and then eliminating an ESI search pursuant to the totality of data bases, and instead only searching the CLP "Global Rely Email Archive" materially alters the IT certification procedure that is under submission. The IT certification is designed to include confirmation that all ESI back up locations for both defendants have been searched, not just selective back up locations. Searching "hard copy files" is included in the Writings search but that is not all that is included in the definition of writings.

**Defendants' Position:**

During the parties joint conference, Plaintiffs agreed to limit these requests to emails and hard copy folders bearing the names of "Naomi Soto," "Danny Valencia," "Aaron Forrister," or "Dwight Forrister" and Defendants' proposed compromise was crafted with those limitations.

And as set forth above, Defendants are not proposing to modify the IT certification that they have submitted, nor are they excluding relevant databases of potential responsive documents. ClearLight's Global Relay archive system is the most accurate and comprehensive way to search ClearLight's emails. It is not just a "backup," it is the archival system that is used, and emails cannot be deleted from it. The system captures all emails sent or received by ClearLight, and even if an individual deletes an email for their account, the email is preserved nonetheless in the Global Relay archive. Having ClearLight generate and search .PST files would simply be a redundant and less accurate version of the Global Rely Archive. The IT certification was intended as a way for the relevant IT consultants to confirm that the searches agreed to by the parties were executed, not a way to define the scope of the searches themselves. Defendants' proposal is fully in keeping with the certification submitted.

**Plaintiffs Reply**: As to the ESI portion of this requests, as long as an IT specialist certifies the subparts of the proposed form, and identifies what if any data base exist but was not searched, Defendants position is acceptable. Plaintiffs are not waiving their other objections to not searching hard copy files.

# 24. Text messages to or from Ross Albert (July 2015 to July 2018) [Katzkin 80, CLP 75]

➢ Plaintiffs have agreed to the following request.

➢ Defendants' response to Plaintiffs' note: Defendants's compromise position is set out below.  Plaintiffs agreed to some limitations as discussed there, but this is Defendants' proposal, not Plaintiffs'.

**Revised Request No. 80 to Katzkin**

All text messages that were sent to or from Ross Albert *from January 1, 2015 to July 1, 2018 from Michael Kaye, Orlan Davies, Jeff Manaserro, Joseph Schmidt, Peter Kim, Tim Clyde, Brooks Mayberry, Ron Leslie, Bill North, John Held and Dave Sheffler.*

Response: Katzkin and ClearLight will perform an ESI search of the individuals likely to have responsive information and which Plaintiffs have focused on as the relevant individuals to search, as follows: ClearLight does not own the cell phones of Michael Kaye, Joe Schmidt, or Jeff Manassero, and those phones are not used to conduct substantive business matters by text message.  Nonetheless, these individuals will make their phones available for limited searches of text message that are narrowly tailored to business matters.  ClearLight will have its IT consultant obtain the cell phones of Michael Kaye, Joe Schmidt,

and Jeff Manassero, power them up, and,
using password access as appropriate,
will do an search for responsive text
messages including all text message
applications, chat applications, and
although the cell phones of Tim Clyde
and certain others at Katzkin are not
owned by Katzkin, those individuals
will nonetheless make those phone
available for Katzkin to have its IT
consultant obtain or, for remote
individuals, remotely access the cell
phones of Tim Clyde, Brooks Mayberry,
Ron Leslie, Dave Sheffler, and Bill
North, and for each phone the IT
consultant will power it up, and, using
password access as appropriate, will do
a search for responsive text messages
including all text message
applications, chat applications, and
other text related applications.  These
searches will be limited to text
messages to or from Ross Albert for the
time period January 1, 2015 to July 1,
2018.

**Plaintiffs' Position:**

The process must include IT certification that deleted text messages have been searched for,
including from backup storage locations,  or if they are not retrievable, the reasons why. Both to
and from text messages must be searched for, not just from. Arbitrarily eliminating the text
messages from June and July 2016 is not acceptable.

JJ000210

Refusing to include a search from Ross Albert's phone(s), when he is an employee of Katzkin like the other individuals, and when testimony supports that Katzkin purchased and pays for the phone service, is unacceptable and causes delays.

**Defendants' Position:**

This Request as written was limited to "For all phones, except Ross Albert's," and Defendants' accordingly tailored their proposed compromise to search the phones of relevant individuals identified by Plaintiffs.  Ross Albert is a separately named defendant in this action with his own counsel, and Defendants have advised Plaintiffs that requests directed at the search of Mr. Albert's devices should be directed at Mr. Albert and his counsel and not at Katzkin, and Plaintiffs counsel has advised that he is dealing directly with Mr. Albert's counsel.

As Defendants have informed Plaintiffs, the search performed by the IT consultants will include both deleted and current text messages to or from the relevant individuals.  Responsive text messages will be produced whether they are current or deleted.

Plaintiffs Reply.   The refusal to produce Ross Alberts phone when his deposition is now less than two weeks away is a substantial delay which causes prejudice.

# 25. As to searches regarding CST employees leaving CST or being hired by Katzkin, Defendants have pointed out that many lower-level employees such as sewers and factory workers move back and forth in this business and Katzkin cannot identify they all, nor is it willing to search for them all.  Katzkin will consider a reasonably limited ESI search if Plaintiffs will provide the specific names they are interested in and limiting search terms.  [Katzkin 28, 29]

➢ Note These are the requests at issue:

➢ Defendants' response to Plaintiffs' note: Defendants agree that the below accurately reflects the text of the original requests.

28. All Writings related to the hiring of former Classic Soft Trim employees by Katzkin.

29. All Writings that discussed Classic Soft Trim employees quitting their employment with CST.

**Plaintiffs' Position:**

The names are Ross Albert, Greg Vogel, Jeff Gambill, Dave Sheffler, Daniel Valencia, Naomi Soto, Doug Brown, Sandy Tickle, Tony Pacetti, Dave Solomon, John Gangler, Dan Buchannan, Kyle Blake, Gary Siden, Mandy Hedrick, Diana Breschler, Richard Breshler, Dave Taylor. Cody Glueck, and Mr. Waller. This is an "all writings" search as stored reports and memos are known to exist that include these terms,  in addition to emails.  Eliminating a complete ESI search pursuant to the totality of data bases, and instead only searching  selected archives or computers, as opposed to all ESI storage locations, materially alters the IT certification procedure that is under submission.  The IT certification is designed to include confirmation that all ESI back up locations for both defendants have been searched, not just selective back up locations.

**Defendants' Position:**

The names set forth above by Plaintiffs were provided to Defendants for the first time today, June 8, shortly before the supplemental report needs to be filed by the Facilitator.  As to the names Plaintiff now proposed to limit this request to, Defendants will need to consult with their clients and IT consultants to determine what part of Plaintiffs' limitation is reasonable and possible. However, Defendants certainly cannot agree to search "all writings" as manually reviewing "all writings" in ClearLight's and Katzkin's possession to determine if that writing is responsive would be unduly burdensome and disproportionate to the needs of the case,  Any search would have to be for electronic materials.  Defendants will also not be able to agree to searches related to former CST employees who are now working for Katzkin unless those searches are limited to the time period before they became Katzkin employees, as otherwise these requests would call for the review of voluminous amounts of irrelevant and routine materials as to employees that have nothing to do with this case.  The same is true for individuals on the list who have left CST and have since become customers of Katzkin, and those searches will need to be limited in time as well to exclude irrelevant and routine correspondence between Katzkin and one of its customers.  Defendants will discuss these names with their clients and relevant IT people.

**Plaintiffs Reply:**  These former employees and their involvement with Katzkin are critical disputes. At a minimum records within a six month time frame after their employment should be

included to fully develop the parameters of their hiring by Katzkin and involvement in  the alleged unfair business practices and anti trust activity

**Defendants' note:** the remaining items set forth below are disputed items which the parties have not been able to agree on, and Defendants' comments are below at the end of this document.

### Request No. 79 to Katzkin

Produce for imaging and searching the following employee cell phones:

1. Ross Albert

2. David Sheffler

3. Ron Leslie

4. Peter Kim

5. Tim Clyde

6. Brooks Mayberry

### Request No. 73 to CLP

Produce for the purpose of imaging and searching all .pst files that backed up all Microsoft Outlook emails for the time frame of 2007 to the present.

### Request No. 61 to Katzkin

Produce for the purpose of imaging and searching all .pst files that created a copy of all Microsoft Outlook emails for the time frame of 2007 to the present.

### *Parties Joint Position:*

The list and breadth of the data bases that will be searched and verified is being submitted as part of the unresolved dispute over the versions of the  IT search certification form.

### Request that Defendants refuse to conduct and have no compromise position on.

**Request No. 101 to CLP** 101.  Search All Microsoft Outlook .pst files that contain the name Ross Albert, or any version thereof, in any email dated July 1, 2015 to July 1, 2016.

### Plaintiffs Position

The full discussion by CLP and Katzkin of Ross Albert's hiring and the arrangements that were made for him to solicit all of CST's Orlando dealerships, all of CST's Orlando employees, and provide all of CST's internal financial details are highly relevant to numerous claims. If after the complete .pst file search is performed, the volume of records returned for this one year is certified as voluminous, the parties can further meet and confer to refine the searches. However, Ross Albert was only an employee of Katzkin from March 21, 2016 to July 1, 2016 and thus it is not likely the responsive writings will be voluminous

**Revised Request No. 102 to CLP** (105 to Katzkin).  Search All Microsoft Outlook .pst files that contain the name Greg Vogel, or any version thereof, in any email dated July 1, 2015 to July 1, 2016.

**Plaintiffs' Position**

The full discussion by CLP and Katzkin of Greg Vogels's, CST's Senior VP who had full access to CST's internal financial and customer data bases, and the arrangements that were made for him to purchase a Ohio restyler and work with former CST GM Jeff Gambill, and  the allegation that Mr. Vogel provided all of CST's internal financial details in late 2015/early 2016 are highly relevant to numerous claims. If after the complete .pst file search is performed, the volume of records returned for this one year is certified as voluminous, the parties can further meet and confer to refine the searches. However, Greg Vogel was only the owner of a customer of Katzkin as  an employee of Katzkin from April 1, 2016 to July 1, 2016 and thus it is not likely the responsive writings will be voluminous

**Rvised Request No. 60 to CLP**  (Katzkin 68)
 All Writings that were sent to or from Greg Vogel, on which Greg Vogel was copied, or which reflect, mention, refer to, bear upon, or relate to Greg Vogel dated July 1, 2015 to July 1, 2016.
**Plaintiffs' Position**

The full discussion by CLP and Katzkin of Greg Vogels's, CST's Senior VP who had full access to CST's internal financial and customer data bases, and the arrangements that were made for him to purchase a Ohio restyler and work with former CST GM Jeff Gambill, and  the allegation that Mr. Vogel provided all of CST's internal financial details in late 2015/early 2016 are highly relevant to numerous claims. If after the complete .pst file search is performed, the volume of records returned for this one year is certified as voluminous, the parties can further meet and confer to refine the searches. However, Greg Vogel was only the owner of a customer of Katzkin as  an employee of Katzkin from April 1, 2016 to July 1, 2016 and thus it is not likely the responsive writings will be voluminous

.
**Revisd Request No. 79 to CLP**  (Katzkin 84) All text message that that were sent to or from Greg Vogel, on which Greg Vogel is copied, or which reflect, mention, refer to, bear upon, or relate to Greg Vogel July 1, 2015 to July 1, 2016.

**Request No. 81 to CLP** (Katzkin 86)  All text message that that were sent to or from Greg Vogel, on which Greg Vogel is copied, or which reflect, mention, refer to, bear upon, or relate to

JJ000214

Greg Vogel July 1, 2015 to July 1, 2016.

**Plaintiffs' Position**

The full discussion by CLP and Katzkin of Greg Vogels's, CST's Senior VP who had full access to CST's internal financial and customer data bases, and the arrangements that were made for him to purchase a Ohio restyler and work with former CST GM Jeff Gambill, and the allegation that Mr. Vogel provided all of CST's internal financial details in late 2015/early 2016 are highly relevant to numerous claims. If after the complete .pst file search is performed, the volume of records returned for this one year is certified as voluminous, the parties can further meet and confer to refine the searches. However, Greg Vogel was only the owner of a customer of Katzkin as an employee of Katzkin from April 1, 2016 to July 1, 2016 and thus it is not likely the responsive writings will be voluminous

**Defendants' collected response:**

As set forth in the Facilitator's prior report (Doc. 282), the above requests were discussed during the parties' joint conference and the parties could not come to an agreement resolving them. With regard to Plaintiffs' demands for imaging of Defendants' phones and emails, Defendants above have set forth above detailed proposals encompassing searches for texts and emails to be performed and certified by qualified IT consultants. There is no basis for imaging of such devices. As to the request to ClearLight regarding emails that mention Ross Albert, Plaintiffs have offered no compromise and the parties' respective positions have been fully briefed to the Court in connection with Plaintiffs' motions to compel and Defendants will not repeat those arguments here. As to those directed to Mr. Albert's devices, as opposed to what Defendants propose above as to those who communicated with him, Plaintiffs chose to name Mr. Albert as a Defendant and he has separate counsel. Defendants will not in such circumstance come between Mr. Albert and his counsel. As to the requests concerning Greg Vogel, The Facilitator's prior report covered these requests. Plaintiffs took the position that they would not agree to any limitation on those requests as to Mr. Vogel, and Defendants have explained that they were never given and do not have a copy of the non-solicitation agreement between Plaintiffs and Mr. Vogel. It appears that Plaintiffs now have some willingness to provide at least some limitations on these searches, but these come when Defendants must provide their input to the Facilitator and not when they have had an opportunity to review these with their clients or IT consultants.

**Plaintiffs Reply:** The refusal of Katzkin's counsel to reach out to Ross Albert's counsel when they have both been actively defending this case has not been explained. The Vogel searches are highly probative to disputed facts and there is no reason his name cannot be searched in ESI files. It is speculative that the results will be burdensome. Defendants will not even search all ESI and certify the search as to responsive records before he formed a company that serviced most of CST's Ohio customers. These request seek highly probative evidence.

JJ000216

| | |
|---|---|
| **From:** | Peter Kim |
| **To:** | Tomas Glaspy (tglaspy@howarth-smith.com); Brooks Mayberry; Bones Ijeoma; Joe James |
| **Cc:** | Tim Clyde; rrosas@allsafeit.com |
| **Subject:** | Attorney Client Communication - Set 2 Request 25 |
| **Date:** | Friday, June 19, 2020 9:43:27 AM |

## Privileged – Attorney Client Communication



**All –** Please remember to reply all (including Tomas) on any communication regarding litigation.



**Joe** – As an FYI, this may add some search topics for my email search on Global Relay, but I wouldn't hold up your existing search (we can get things to Tomas in phases, so if you've done your first round of searches you might request those go to a PST while we finalize search criteria on this one).

| | |
|---|---|
| **From:** | Peter Kim |
| **To:** | Tomas Glaspy (tglaspy@howarth-smith.com); Brooks Mayberry; Tim Clyde; Bones Ijeoma; rrosas@allsafeit.com |
| **Cc:** | Joe James |
| **Subject:** | Attorney client Communication - #25 |
| **Date:** | Friday, June 19, 2020 2:52:22 PM |
| **Attachments:** | Notes for Counsel - search 25 protocol.docx |

**Joe** – FYI, we're still finalizing, but it may entail you searching my Global Relay box for items – we're finalizing search protocol.

Peter



JJ000219

| | |
|---|---|
| **From:** | Peter Kim |
| **To:** | Tomas Glaspy (tglaspy@howarth-smith.com); Brooks Mayberry; Tim Clyde; Bones Ijeoma; rrosas@allsafeit.com |
| **Cc:** | Joe James |
| **Subject:** | RE: Attorney client Communication - #25 |
| **Date:** | Friday, June 19, 2020 2:58:10 PM |
| **Attachments:** | Notes for Counsel - search 25 protocol.docx |



**Joe** – FYI, we're still finalizing, but it may entail you searching my Global Relay box for items – we're finalizing search protocol.

Peter



JJ000221



JJ000222

| | |
|---|---|
| **From:** | Joe James |
| **To:** | Tomas Glaspy; Roger Rosas; Bones Ijeoma |
| **Cc:** | Don Howarth; Tim Clyde; Peter Kim; "Huy DangVu" |
| **Subject:** | RE: Searches |
| **Date:** | Friday, June 19, 2020 5:05:00 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Team,

Cell phone searches for all named CLP employees are now complete. Tomas, I will add the findings to the OneDrive file later tonight.

All current email searches are now complete, and PST requests submitted to Global Relay.

Search results:

Search Req 38 – 23 emails
Search # 2 – 525 emails
Search # 6 – 70 emails
Search # 11 -  128 emails
Search # 12 – 950 - emails
Search # 14 – 46 emails
Search # 16 -  1 email
Search # 17 -  6 emails
Search # 18 -  2 emails
Search # 19 – 0 emails ( No .PST needed)
Search # 23 – 11 emails

Thank you,


Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Thursday, June 18, 2020 8:35 PM
**To:** Roger Rosas <rrosas@allsafeit.com>; Joe James <joe.james@halcyonft.com>; Bones Ijeoma <bijeoma@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>; Tim Clyde <tim.clyde@katzkin.com>; Peter Kim <peter.kim@katzkin.com>; 'Huy DangVu' <hdv@clearlightpartners.com>
**Subject:** RE: Searches

Roger, Bones, and Joe,

Further to our conversation yesterday, there are some additional searches we will need you to run. We have updated the attached chart that was circulated last night, but to summarize those additional searches are as follows:

**Search 12**: The phrase "Ron Leslie" and the word "Orlando" in the text of emails for the period January 1, 2015 to July

1, 2018. ███████████████████████████████████████████

███████████████ ClearLight will search for responsive emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim.

**Search 14**: The phrase "Ron Leslie" within 30 words of "Roadwire" in the text of emails for the period January 1, 2015 to July 1, 2018. ██████████████████████████████ ClearLight will search for responsive emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim.

**Search 16**: The phrase "Ron Leslie" within 30 words of "Classic Soft Trim" in the text of emails for the period January 1, 2015 to July 1, 2018. ████████████████████████ ClearLight will search for responsive emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim.

**Search 17**: The phrase "Dave Sheffler" within 30 words of "Orlando" in the text of emails for the period January 1, 2015 to July 1, 2018. ██████████████████████ ClearLight will search for responsive emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim.

███████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████████

███████████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████

███████████████████████████████████████████████████
███████████████████████████

█ ████████████████████████████████
█ █████████████████████████████████
█ ██████████████████████████████████
█ █████████████████████████████████
█ █████████████████████████████████

████████████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████████
██████████████

█████████████████████████████████



Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged
information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this
email and all copies of it.  Thank you.



**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Wednesday, June 17, 2020 9:25 PM
**To:** Joe James <joe.james@halcyonft.com>; Bones Ijeoma <bijeoma@allsafeit.com>; Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>; Tim Clyde <tim.clyde@katzkin.com>; Peter Kim <peter.kim@katzkin.com>; 'Huy DangVu' <hdv@clearlightpartners.com>
**Subject:** Searches

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do <u>not</u> need to run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed.  I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.

In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero.

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax  (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged

information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

JJ000227

| | |
|---|---|
| **From:** | Peter Kim |
| **To:** | Joe James; Tomas Glaspy; Roger Rosas; Bones Ijeoma |
| **Cc:** | Don Howarth; Tim Clyde; "Huy DangVu" |
| **Subject:** | Attorney Client Communication - RE: Searches |
| **Date:** | Friday, June 19, 2020 5:14:17 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

**Joe** – Thanks for the quick work. As mentioned we may have a search or two to follow-up and add on Monday, but we'll do that separately. Let's go ahead as you have planned to get the .PST so attorneys can begin review.

**Joe, Bones, and Roger** – if you have further questions, feel free to reach out to me or Tomas. Tomas's cell phone is (213) 713-2362. If reaching out by email please make sure Tomas is on the email.

Peter

---

**From:** Joe James
**Sent:** Friday, June 19, 2020 5:05 PM
**To:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Roger Rosas <rrosas@allsafeit.com>; Bones Ijeoma <bijeoma@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>; Tim Clyde <tim.clyde@katzkin.com>; Peter Kim <peter.kim@katzkin.com>; 'Huy DangVu' <hdv@clearlightpartners.com>
**Subject:** RE: Searches

Team,

Cell phone searches for all named CLP employees are now complete. Tomas, I will add the findings to the OneDrive file later tonight.

All current email searches are now complete, and PST requests submitted to Global Relay.

Search results:

Search Req 38 – 23 emails
Search # 2 – 525 emails
Search # 6 – 70 emails
Search # 11 -  128 emails
Search # 12 – 950 - emails
Search # 14 – 46 emails
Search # 16 -  1 email
Search # 17 -  6 emails
Search # 18 -  2 emails
Search # 19 – 0 emails ( No .PST needed)
Search # 23 – 11 emails

Thank you,

Joe James
Senior Information Services Advisor

JJ000228

Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Thursday, June 18, 2020 8:35 PM
**To:** Roger Rosas <rrosas@allsafeit.com>; Joe James <joe.james@halcyonft.com>; Bones Ijeoma <bijeoma@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>; Tim Clyde <tim.clyde@katzkin.com>; Peter Kim <peter.kim@katzkin.com>; 'Huy DangVu' <hdv@clearlightpartners.com>
**Subject:** RE: Searches

Roger, Bones, and Joe,

Further to our conversation yesterday, there are some additional searches we will need you to run. We have updated the attached chart that was circulated last night, but to summarize those additional searches are as follows:

**Search 12**: The phrase "Ron Leslie" and the word "Orlando" in the text of emails for the period January 1, 2015 to July 1, 2018. ████████████████████████████████████ ██████████████████ ClearLight will search for responsive emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim.

**Search 14**: The phrase "Ron Leslie" within 30 words of "Roadwire" in the text of emails for the period January 1, 2015 to July 1, 2018. ████████████████████████████████████ ████████████████████ ClearLight will search for responsive emails to or from Michael Kaye, Jeff Manassero, Orlan Davies and Peter Kim.

**Search 16**: The phrase "Ron Leslie" within 30 words of "Classic Soft Trim" in the text of emails for the period January 1, 2015 to July 1, 2018. ████████████████████████████████████ ███████████████████. ClearLight will search for responsive emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim.

**Search 17**: The phrase "Dave Sheffler" within 30 words of "Orlando" in the text of emails for the period January 1, 2015 to July 1, 2018. ████████████████████████████████████ ████████████████████ ClearLight will search for responsive emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim.

████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
███████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████

████████████████████████████████████
████████████████████████



Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax  (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.





**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Wednesday, June 17, 2020 9:25 PM
**To:** Joe James <joe.james@halcyonft.com>; Bones Ijeoma <bijeoma@allsafeit.com>; Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>; Tim Clyde <tim.clyde@katzkin.com>; Peter Kim <peter.kim@katzkin.com>; 'Huy DangVu' <hdv@clearlightpartners.com>
**Subject:** Searches

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do <u>not</u> need to run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed.  I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.

In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff

Manassero. ████████████████████████████████████
████████████████████████

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

JJ000232

| | |
|---|---|
| **From:** | Joe James |
| **To:** | Tomas Glaspy; Roger Rosas; Bones Ijeoma |
| **Cc:** | Don Howarth; Tim Clyde; Peter Kim; "Huy DangVu" |
| **Subject:** | RE: Searches |
| **Date:** | Saturday, June 20, 2020 2:40 00 PM |
| **Attachments:** | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |

Tomas,

Huy and I were able to get Global Relay to expedite the PST exports. I have uploaded all of the data for the phone and email searches to the Howarth & Smith CLP OneDrive share.



Files > CLP

| | Name ⌄ | Modified ⌄ | Modified By ⌄ | File size ⌄ | Sharing |
|---|---|---|---|---|---|
| 📁 | ClearLight Phone Message search results | 14 minutes ago | Guest Contributor | 2 items | ⊞ Shared |
| 📁 | Katzkin Litigation Email Searches 6-20-20 | 10 minutes ago | Guest Contributor | 10 items | ⊞ Shared |

Please let me know if you need anything else.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Tomas Glaspy <TGlaspy@howarth-smith com>
**Sent:** Thursday, June 18, 2020 8:35 PM
**To:** Roger Rosas <rrosas@allsafeit.com>; Joe James <joe.james@halcyonft.com>; Bones Ijeoma <bijeoma@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith com>; Tim Clyde <tim clyde@katzkin.com>; Peter Kim <peter.kim@katzkin.com>; 'Huy DangVu' <hdv@clearlightpartners.com>
**Subject:** RE: Searches

Roger, Bones, and Joe,

Further to our conversation yesterday, there are some additional searches we will need you to run. We have updated the attached chart that was circulated last night, but to summarize those additional searches are as follows:

**Search 12**: The phrase "Ron Leslie" and the word "Orlando" in the text of emails for the period January 1, 2015 to July 1, 2018 ███████████████████. ClearLight will search for responsive emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim.

**Search 14**: The phrase "Ron Leslie" within 30 words of "Roadwire" in the text of emails for the period January 1, 2015 to July 1, 2018. ████████████████. ClearLight will search for responsive emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim.

**Search 16**: The phrase "Ron Leslie" within 30 words of "Classic Soft Trim" in the text of emails for the period January 1, 2015 to July 1, 2018. ███████████████. ClearLight will search for responsive emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim.

**Search 17**: The phrase "Dave Sheffler" within 30 words of "Orlando" in the text of emails for the period January 1, 2015 to July 1, 2018 ███████████. ClearLight will search for responsive emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim.

████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████

████████████████████████████████



Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax  (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.





**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Wednesday, June 17, 2020 9:25 PM
**To:** Joe James <joe.james@halcyonft.com>; Bones Ijeoma <bijeoma@allsafeit.com>; Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>; Tim Clyde <tim.clyde@katzkin.com>; Peter Kim <peter.kim@katzkin.com>; 'Huy DangVu'
<hdv@clearlightpartners.com>
**Subject:** Searches

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do
not need to run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed.  I think you previously saw this when we
were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was
searched for, but this will give you an idea as to what you will ultimately be certifying.

█████████████████████████████████████████████████████████████████████

In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero. ███████████████████
████████████████████

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax  (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended
recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

| | |
|---|---|
| **From:** | Peter Kim |
| **To:** | Tomas Glaspy (tglaspy@howarth-smith.com); Bones Ijeoma; rrosas@allsafeit.com; Joe James; Tim Clyde; Brooks Mayberry |
| **Subject:** | Attorney Client Communication - Discovery |
| **Date:** | Monday, June 22, 2020 5:00:48 PM |
| **Attachments:** | Attorney Client - Notes for Counsel new searches.xlsx |

Privileged – Attorney Client Communication:

Tomas and team:

1. Please find attached the additional searches we agreed upon
2. Tomas – please email the users directly re: hardcopy searches at the bottom of the page

Peter

JJ000236

**NOTES FOR COUNSEL**
**Discovery Set 2 - additional searches**



| Search # | Start Date | End Date | Search Terms | File Types | Search within: | | | CLP | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Michael Kaye | Joe Schmidt | Jeff Manassero | Orlan Davies | Peter Kim | |
| 1 | 7/1/2015 | 4/1/2016 | ("Orlando" or "Florida" or "Ross") w/in 30 words of ("visit" or "trip" or "meet") | Email | Text of email** | | x | | | | | Counsel to review manually for relevance after search |
| 22 | 7/1/2015 | 7/1/2018 | "CST" w/in 10 words of ("growth" or "expansion") | Email | Text of email** | | | | | x | | Counsel to review for relevance to specific market plans sought |
| 25 | 9/21/2015 | 6/21/2016 | "Ross Albert" and ("offer" or "quit" or "contract" or "hire") | Email | Text of email** | | | | | x | | |

**Non-IT searches to be completed**

| 1 | 7/1/2015 | 4/1/2016 | Files related to Orlando or Florida visit to meet with Ross Albert during this time period | Hardcopy files | | | x | | | | | |

Note:   * Text message searches include: text message applicatinos, chat applications, other text related applications
the search performed by the IT consultants will include both deleted and current text messages to or from the relevant individuals. Responsive text messages will be produced whether they are current or deleted.
See separate tab with cell phone numbers to aid in search
** Search text of email (ignore header, sig block, attachments)

| From: | Joe James |
|---|---|
| To: | Peter Kim; Tomas Glaspy (tglaspy@howarth-smith.com); Bones Ijeoma; rrosas@allsafeit.com; Tim Clyde; Brooks Mayberry |
| Subject: | RE: Attorney Client Communication - Discovery |
| Date: | Tuesday, June 23, 2020 3:11:00 PM |

Team,

Search # 1 – 3 emails discovered
Search # 22 – 20 emails discovered
Search # 25 -  2 emails discovered

Tomas – I will keep you updated once I get the PST files and upload them to the Howarth & Smith OneDrive.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Peter Kim <peter.kim@katzkin.com>
**Sent:** Monday, June 22, 2020 5:00 PM
**To:** Tomas Glaspy (tglaspy@howarth-smith.com) <tglaspy@howarth-smith.com>; Bones Ijeoma <bijeoma@allsafeit.com>; rrosas@allsafeit.com; Joe James <joe.james@halcyonft.com>; Tim Clyde <tim.clyde@katzkin.com>; Brooks Mayberry <brooks@katzkin.com>
**Subject:** Attorney Client Communication - Discovery

Privileged – Attorney Client Communication:

Tomas and team:
1. Please find attached the additional searches we agreed upon
2. Tomas – please email the users directly re: hardcopy searches at the bottom of the page

Peter

| | |
|---|---|
| **From:** | Joe James |
| **To:** | Peter Kim; Tomas Glaspy (tglaspy@howarth-smith.com); Bones Ijeoma; rrosas@allsafeit.com; Tim Clyde; Brooks Mayberry |
| **Subject:** | RE: Attorney Client Communication - Discovery |
| **Date:** | Tuesday, June 23, 2020 8:58:00 PM |

Team,

I have uploaded the requested email searches to the Howarth & Smith CLP OneDrive.

Filename: Katzkin Litigation Email Searches 6-23-20

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Joe James
**Sent:** Tuesday, June 23, 2020 3:19 PM
**To:** Peter Kim <peter.kim@katzkin.com>; Tomas Glaspy (tglaspy@howarth-smith.com)
<tglaspy@howarth-smith.com>; Bones Ijeoma <bijeoma@allsafeit.com>; rrosas@allsafeit.com; Tim
Clyde <tim.clyde@katzkin.com>; Brooks Mayberry <brooks@katzkin.com>
**Subject:** RE: Attorney Client Communication - Discovery

Team,

I also verified with Joseph Schmidt that there are no hardcopy files from him in regards to the
following:

Non IT searches
Search # 1

**Orlando or Florida visit to meet with Ross Albert during the time period of 7/1/2015 – 4/1/2016**

Thank you**,**

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

JJ000239

**From:** Peter Kim <peter.kim@katzkin.com>
**Sent:** Monday, June 22, 2020 5:00 PM
**To:** Tomas Glaspy (tglaspy@howarth-smith.com) <tglaspy@howarth-smith.com>; Bones Ijeoma <bijeoma@allsafeit.com>; rrosas@allsafeit.com; Joe James <joe.james@halcyonft.com>; Tim Clyde <tim.clyde@katzkin.com>; Brooks Mayberry <brooks@katzkin.com>
**Subject:** Attorney Client Communication - Discovery

Privileged – Attorney Client Communication:

Tomas and team:

1. Please find attached the additional searches we agreed upon
2. Tomas – please email the users directly re: hardcopy searches at the bottom of the page

Peter

JJ000240

| From: | Joe James |
|---|---|
| To: | Tomas Glaspy; Bones Ijeoma; Roger Rosas |
| Cc: | Don Howarth; Tim Clyde; Peter Kim; "Huy DangVu" |
| Subject: | RE: Searches |
| Date: | Thursday, June 25, 2020 9:38:00 AM |

Team – I have not filled out the certification yet. Please let me know when you need it.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Wednesday, June 17, 2020 9:25 PM
**To:** Joe James <joe.james@halcyonft.com>; Bones Ijeoma <bijeoma@allsafeit.com>; Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>; Tim Clyde <tim.clyde@katzkin.com>; Peter Kim <peter.kim@katzkin.com>; 'Huy DangVu' <hdv@clearlightpartners.com>
**Subject:** Searches

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do <u>not</u> need to run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed.  I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.

████████████████████████████████████████████████████████████
████████████████████████████████████

In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero. ████████████████████████████████████
████████████████████████████████████████████████

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

JJ000242

| | |
|---|---|
| **From:** | Peter Kim |
| **To:** | Joe James; Tomas Glaspy; Bones Ijeoma; Roger Rosas |
| **Cc:** | Don Howarth; Tim Clyde; "Huy DangVu" |
| **Subject:** | Attorney Client Communication RE: Searches |
| **Date:** | Thursday, June 25, 2020 9:41:11 AM |

**Joe** – Thanks.  I believe that Tomas will fill in the certification based on the searches actually performed, then you and Allsafe will review and sign.

**Tomas** – could you confirm?

Peter

---

**From:** Joe James
**Sent:** Thursday, June 25, 2020 9:39 AM
**To:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Bones Ijeoma <bijeoma@allsafeit.com>; Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>; Tim Clyde <tim.clyde@katzkin.com>; Peter Kim <peter.kim@katzkin.com>; 'Huy DangVu' <hdv@clearlightpartners.com>
**Subject:** RE: Searches

Team – I have not filled out the certification yet. Please let me know when you need it.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Wednesday, June 17, 2020 9:25 PM
**To:** Joe James <joe.james@halcyonft.com>; Bones Ijeoma <bijeoma@allsafeit.com>; Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>; Tim Clyde <tim.clyde@katzkin.com>; Peter Kim <peter.kim@katzkin.com>; 'Huy DangVu' <hdv@clearlightpartners.com>
**Subject:** Searches

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do **not** need to run and can ignore for

JJ000243

now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed.  I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.

In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero.

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax  (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

| From: | Don Howarth |
|---|---|
| To: | Peter Kim; Joe James; Tomas Glaspy; Bones Ijeoma; Roger Rosas |
| Cc: | Tim Clyde; "Huy DangVu" |
| Subject: | RE: Attorney Client Communication RE: Searches |
| Date: | Thursday, June 25, 2020 9:50:59 AM |

```
Peter,

Maybe we should have a quick call on this.

Don

Don Howarth
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, Ca.  90014
Phone (213) 955-9400
Fax  (213) 622-0791
dhowarth@howarth-smith.com
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the
sole use of intended recipients and may contain
confidential, privileged information.  If you
are not an intended recipient, please contact
sender by telephone or reply email and destroy
this email and all copies of it.  Thank you.
```

**From:** Peter Kim <peter.kim@katzkin.com>
**Sent:** Thursday, June 25, 2020 9:41 AM
**To:** Joe James <joe.james@halcyonft.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>; Bones Ijeoma <bijeoma@allsafeit.com>; Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>; Tim Clyde <tim.clyde@katzkin.com>; 'Huy DangVu' <hdv@clearlightpartners.com>
**Subject:** Attorney Client Communication RE: Searches

[**Warning:** EXTERNAL SENDER.]

<u>Joe</u> – Thanks.  I believe that Tomas will fill in the certification based on the searches actually performed, then you and Allsafe will review and sign.

<u>Tomas</u> – could you confirm?

Peter

**From:** Joe James

**Sent:** Thursday, June 25, 2020 9:39 AM
**To:** Tomas Glaspy <TGlaspy@howarth-smith.com>; Bones Ijeoma <bijeoma@allsafeit.com>; Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>; Tim Clyde <tim.clyde@katzkin.com>; Peter Kim <peter.kim@katzkin.com>; 'Huy DangVu' <hdv@clearlightpartners.com>
**Subject:** RE: Searches

Team – I have not filled out the certification yet. Please let me know when you need it.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Wednesday, June 17, 2020 9:25 PM
**To:** Joe James <joe.james@halcyonft.com>; Bones Ijeoma <bijeoma@allsafeit.com>; Roger Rosas <rrosas@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>; Tim Clyde <tim.clyde@katzkin.com>; Peter Kim <peter.kim@katzkin.com>; 'Huy DangVu' <hdv@clearlightpartners.com>
**Subject:** Searches

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do not need to run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed. I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.

███████████████████████████████████████████████████
████████████████████████████

In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero. ████████████████████████████████

JJ000246

███████████████████████████

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax  (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

| | |
|---|---|
| **From:** | Peter Kim |
| **To:** | Don Howarth; Joe James |
| **Cc:** | Tim Clyde; Tomas Glaspy; "Huy Dang Vu (HDV@clearlightpartners.com)" |
| **Subject:** | Attorney Client Communications |
| **Date:** | Monday, July 6, 2020 11:57:56 AM |
| **Attachments:** | CLP Cert.docx |

**[Warning:** EXTERNAL SENDER.]

Don / Tomas / Joe –

A few potential items for your review, shown in Word track changes and footnotes.

Peter

JJ000248

## PRIVILEGED - NOTES FOR COUNSEL

## ESI CERTIFICATION OF UNIVERSE OF DATA BASES AND SEARCH PROTOCOL DEPLOYED

I Joe James hereby certify as follows;

1.      Pursuant to  the agreement of the parties pursuant to the Court's order that they meet and confer with a Facilitator (Doc. 267) in the matter CST vs Katzkin, et al, Case No. 6:18-cv-01237-WWB-GJKMDFLA, I am a qualified Information Technology professional and have _____years of experience in IT systems

2.      I am employed by Halcyon Financial Technology, LP in the role of Senior Information Services Advisor and I am familiar with all of the current ClearLight IT systems, including data storage, and I have inquired from their Chief Financial Officer as to their historical IT systems dating back to 2007.  Halcyon has provided IT support to ClearLight since 2007, and I have also inquired about ClearLight's systems from Hugo Gonzalez of Halcyon, who provided IT support to ClearLight prior to my IT support of ClearLight.  Hugo Gonzalez or I have provided IT support to ClearLight for all periods dating back to 2007.

3.      I have identified the following data bases that store electronic information (ESI):

   a.   .pst files maintained on each computer of Michael Kaye, Joe Schmidt, and Jeff Manassero
   b.   Cell phones used by Michael Kaye, Joe Schmidt, and Jeff Manassero
   c.   The data storage locations in the following [specify device] used for Katzkin networked devices for data sharing: I have not identified any data storage locations of Katzkin.
   d.   The data storage locations in the following Global Relay email archive used for CLP/CLM networked devices for data sharing.
   e.   The historical backups, if any, from [the agreed upon time period] that backed up data from Katzkin's devices: Not applicable, I have not worked with Katzkin.[1]
   f.   The historical backups, if any, from the time periods reflected on the attached Court order and Joint ESI Statement that backed up data from CLP/CLM's devices.
   g.f. All existing mainframe computers, if any, which are as follows: No mainframe computers used.
   h.g. All personal servers identified as being in existence, if any, for the following persons: No personal servers used.

JJ000249

i.h. The following personal devices: The cell phones of Michael Kaye, Joe Schmidt, and Jeff Manassero.

l. I did not identify any other sources of ESI.

4. The following ESI locations were identified but were not searched: individual .pst files for Michael Kaye, Joe Schmidt, and Jeff Manassero were not searched because the global archive system captures all such electronic data. The Global Relay system is the most accurate and comprehensive way to search ClearLight's emails because the system captures all emails sent or received by ClearLight, and even if an individual deletes an email for their account, the email is preserved nonetheless in the Global Relay archive.

5. Each of the ESI locations were searched as follows:

a. .pst files maintained on each computer of Michael Kaye, Joe Schmidt, and Jeff Manassero are captured by the Global Relay Email Archive which was searched for the years and the following searches: as specified on the attached Court order and Joint ESI Statement

b. Cell phones used by Michael Kaye, Joe Schmidt, and Jeff Manassero were obtained and powered up and the text message applications, chat applications, and all other text related applications were ~~opened, using password access as appropriate and~~ searched using software to retrieve text messages (including recoverable deleted messages) as per the attached Joint ESI Statement as modified by the attached Court order.

c. ~~I obtained password access and accessed the following back up storage for each of the following cell phones: Michael Kaye, Joe Schmidt, and Jeff Manssero and for the following dates specified on the attached Court order and Joint ESI Statement.²~~

d.c. The data storage locations in the following [specify device] used for Katzkin networked devices for data sharing, were accessed by inserting the appropriate passwords which provided access: Not applicable, I have not worked with Katzkin.

e.d. The data storage locations in the following: Global Relay email archive used for CLP/CLM networked devices for data sharing. ~~were accessed by inserting the appropriate passwords which provided access.³~~

f.e. The historical backups, if any, for [the agreed-upon time period] that backed up data from Katzkin's devices were searched as per the parties' agreement as follows: Not applicable, I have not worked with Katzkin

g.f. The historical backups, if any, for the time periods noted on the attached Court order and Joint ESI Statement that backed up data from CLP/CLM's devices were searched as per the attached Joint ESI Statement as modified by the attached Court order

h.g. All existing mainframe computers, if any, which are as follows: were accessed through the appropriate passwords: No mainframe computers used.

---

² I don't believe there were back-up storage for phone devices available/searched

³ Joe likely had administrator access to Global Relay and did not need individual passwords, Joe can confirm.

~~i.~~h. All personal servers, if any, identified as being in existence for the following persons: _____ were accessed through appropriate passwords. No personal servers used.

The following personal devices: the cell phones of Michael Kaye, Joe Schmidt, and Jeff Manassero, were provided with passwords for searching all resident data bases.

m. The following desktops were made available and searched for resident documents: No desktops used.

6. I was provided or confirmed that the following devices had data deleted for the time frames agreed upon: searches conducted on the cell phones and Global Relay email archives included deleted messages.  Any such deleted messages that met the search criteria set forth above and attached hereto were provided with all other messages

I conducted the following searches on the above data bases:

The searches were performed as set forth in the Joint ESI Statement attached hereto, as modified by the attached Court order.

I declare under penalty of perjury that the foregoing is true and correct and this certification was executed on _____, 2020 at _____

_____
Joe James

JJ000251

| | |
|---|---|
| **From:** | Joe James |
| **To:** | Don Howarth; Peter Kim |
| **Cc:** | Tim Clyde; Tomas Glaspy; "Huy Dang Vu (HDV@clearlightpartners.com)" |
| **Subject:** | RE: Attorney Client Communications |
| **Date:** | Monday, July 6, 2020 12:10:00 PM |

I think Peters edit for section 2 is exactly what we want to translate to the other side. Thank you Peter.

2.      I am employed by Halcyon Financial Technology, LP in the role of Senior Information Services Advisor and I am familiar with all of the current ClearLight IT systems, including data storage, and I have inquired from their Chief Financial Officer as to their historical IT systems dating back to 2007.  Halcyon has provided IT support to ClearLight since 2007, and I have also inquired about ClearLight's systems from Hugo Gonzalez of Halcyon, who provided IT support to ClearLight prior to my IT support of ClearLight.  Hugo Gonzalez or I have provided IT support to ClearLight for all periods dating back to 2007.

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Don Howarth <DHowarth@howarth-smith.com>
**Sent:** Monday, July 6, 2020 12:08 PM
**To:** Peter Kim <peter.kim@katzkin.com>; Joe James <joe.james@halcyonft.com>
**Cc:** Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>; 'Huy Dang Vu (HDV@clearlightpartners.com)' <HDV@clearlightpartners.com>
**Subject:** RE: Attorney Client Communications

```
                    We will get back to you with
that and will address these changes and
comments.

Don

Don Howarth
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, Ca.  90014
Phone (213) 955-9400
```

JJ000252

```
Fax   (213) 622-0791
```
dhowarth@howarth-smith.com
www.howarth-smith.com

```
CONFIDENTIALITY NOTICE: This email is for the
sole use of intended recipients and may contain
confidential, privileged information.  If you
are not an intended recipient, please contact
sender by telephone or reply email and destroy
this email and all copies of it.  Thank you.
```

**From:** Peter Kim <peter.kim@katzkin.com>
**Sent:** Monday, July 6, 2020 11:58 AM
**To:** Don Howarth <DHowarth@howarth-smith.com>; Joe James <joe.james@halcyonft.com>
**Cc:** Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>; 'Huy Dang Vu (HDV@clearlightpartners.com)' <HDV@clearlightpartners.com>
**Subject:** Attorney Client Communications

**[Warning:** EXTERNAL SENDER.]
Don / Tomas / Joe –

A few potential items for your review, shown in Word track changes and footnotes.

Peter

| | |
|---|---|
| **From:** | Huy DangVu |
| **To:** | Joe James; Don Howarth |
| **Cc:** | Peter Kim; Tim Clyde; Tomas Glaspy |
| **Subject:** | Re: Attorney Client Communications |
| **Date:** | Monday, July 6, 2020 12:25:01 PM |

Joe - I think technically, Hugo provided support since 2007 but Halcyon did not.  I've edited the paragraph below.

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com

On Jul 6, 2020, at 12:10 PM, Joe James <joe.james@halcyonft.com> wrote:

I think Peters edit for section 2 is exactly what we want to translate to the other side. Thank you Peter.

2.      I am employed by Halcyon Financial Technology, LP in the role of Senior Information Services Advisor and I am familiar with all of the current ClearLight IT systems, including data storage, and I have inquired from their Chief Financial Officer as to their historical IT systems dating back to 2007.  ~~Halcyon has provided IT support to ClearLight since 2007, and~~ I have also inquired about ClearLight's systems from Hugo Gonzalez, a current Partner of Halcyon, who provided IT support to ClearLight prior to my IT support of ClearLight.  Hugo Gonzalez or I have provided IT support to ClearLight for all periods dating back to 2007.

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Don Howarth <DHowarth@howarth-smith.com>
**Sent:** Monday, July 6, 2020 12:08 PM
**To:** Peter Kim <peter.kim@katzkin.com>; Joe James <joe.james@halcyonft.com>
**Cc:** Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>; 'Huy Dang Vu (HDV@clearlightpartners.com)' <HDV@clearlightpartners.com>
**Subject:** RE: Attorney Client Communications

JJ000254

███████████████████████████████

███████████████████  `We will get back to you with that and will address these changes and comments.`

`Don`

`Don Howarth`
`Howarth & Smith`
`523 W. 6th Street, Suite 728`
`Los Angeles, Ca.  90014`
`Phone (213) 955-9400`
`Fax   (213) 622-0791`
`dhowarth@howarth-smith.com`
`www.howarth-smith.com`

`CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.`

---

**From:** Peter Kim <peter.kim@katzkin.com>
**Sent:** Monday, July 6, 2020 11:58 AM
**To:** Don Howarth <DHowarth@howarth-smith.com>; Joe James <joe.james@halcyonft.com>
**Cc:** Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>; 'Huy Dang Vu (HDV@clearlightpartners.com)' <HDV@clearlightpartners.com>
**Subject:** Attorney Client Communications

**[Warning:** EXTERNAL SENDER.**]**
Don / Tomas / Joe —

A few potential items for your review, shown in Word track changes and footnotes.

███████████████████████████████
███████████████████████████

Peter

| From: | Don Howarth |
|---|---|
| To: | Huy DangVu; Joe James |
| Cc: | Peter Kim; Tim Clyde; Tomas Glaspy |
| Subject: | RE: Attorney Client Communications |
| Date: | Monday, July 6, 2020 12:28:24 PM |

Thanks.  Tomas, I do not want to give Plaintiffs any additional names of people, but you can do a version of this without actually naming Hugo.

We will circulate a new draft when we are ready ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Don

Don Howarth
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, Ca.  90014
Phone (213) 955-9400
Fax   (213) 622-0791
dhowarth@howarth-smith.com
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Monday, July 6, 2020 12:25 PM
**To:** Joe James <joe.james@halcyonft.com>; Don Howarth <DHowarth@howarth-smith.com>
**Cc:** Peter Kim <peter.kim@katzkin.com>; Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject:** Re: Attorney Client Communications

**[Warning:** EXTERNAL SENDER.]
Joe - I think technically, Hugo provided support since 2007 but Halcyon did not.  I've edited the paragraph below.

JJ000256

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com


On Jul 6, 2020, at 12:10 PM, Joe James <joe.james@halcyonft.com> wrote:

I think Peters edit for section 2 is exactly what we want to translate to the other side. Thank you Peter.


2.      I am employed by Halcyon Financial Technology, LP in the role of Senior Information Services Advisor and I am familiar with all of the current ClearLight IT systems, including data storage, and I have inquired from their Chief Financial Officer as to their historical IT systems dating back to 2007.  ~~Halcyon has provided IT support to ClearLight since 2007, and~~ I have also inquired about ClearLight's systems from Hugo Gonzalez, a current Partner of Halcyon, who provided IT support to ClearLight prior to my IT support of ClearLight.  Hugo Gonzalez or I have provided IT support to ClearLight for all periods dating back to 2007.


Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Don Howarth <DHowarth@howarth-smith.com>
**Sent:** Monday, July 6, 2020 12:08 PM
**To:** Peter Kim <peter.kim@katzkin.com>; Joe James <joe.james@halcyonft.com>
**Cc:** Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>; 'Huy Dang Vu (HDV@clearlightpartners.com)' <HDV@clearlightpartners.com>
**Subject:** RE: Attorney Client Communications

We will get back to you with that and will address these changes and comments.

```
Don

Don Howarth
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, Ca.  90014
Phone (213) 955-9400
Fax   (213) 622-0791
dhowarth@howarth-smith.com
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for
the sole use of intended recipients and
may contain confidential, privileged
information.  If you are not an intended
recipient, please contact sender by
telephone or reply email and destroy this
email and all copies of it.  Thank you.
```

**From:** Peter Kim <peter.kim@katzkin.com>
**Sent:** Monday, July 6, 2020 11:58 AM
**To:** Don Howarth <DHowarth@howarth-smith.com>; Joe James <joe.james@halcyonft.com>
**Cc:** Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>; 'Huy Dang Vu (HDV@clearlightpartners.com)' <HDV@clearlightpartners.com>
**Subject:** Attorney Client Communications

**[Warning:** EXTERNAL SENDER.]
Don / Tomas / Joe –

A few potential items for your review, shown in Word track changes and footnotes.

███████████████████████████████████
███████████████████████████████

Peter

| From: | Joe James |
|---|---|
| To: | Huy DangVu; Don Howarth |
| Cc: | Peter Kim; Tim Clyde; Tomas Glaspy |
| Subject: | RE: Attorney Client Communications |
| Date: | Monday, July 6, 2020 12:43:00 PM |

Thank you Huy.

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Huy DangVu <hdv@clearlightpartners.com>
**Sent:** Monday, July 6, 2020 12:25 PM
**To:** Joe James <joe.james@halcyonft.com>; Don Howarth <DHowarth@howarth-smith.com>
**Cc:** Peter Kim <peter.kim@katzkin.com>; Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
**Subject:** Re: Attorney Client Communications

Joe - I think technically, Hugo provided support since 2007 but Halcyon did not.  I've edited the paragraph below.

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com


On Jul 6, 2020, at 12:10 PM, Joe James <joe.james@halcyonft.com> wrote:

I think Peters edit for section 2 is exactly what we want to translate to the other side. Thank you Peter.


2.      I am employed by Halcyon Financial Technology, LP in the role of Senior Information Services Advisor and I am familiar with all of the current ClearLight IT systems, including data storage, and I have inquired from their Chief Financial Officer as to their historical IT systems dating back to 2007.  ~~Halcyon has provided IT support to ClearLight since 2007, and~~ I have also inquired about ClearLight's systems from Hugo Gonzalez, a current Partner of Halcyon, who provided IT support to ClearLight prior to my IT support of ClearLight.  Hugo Gonzalez or I have provided IT support to ClearLight for all periods dating back to 2007.

JJ000259

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Don Howarth <DHowarth@howarth-smith.com>
**Sent:** Monday, July 6, 2020 12:08 PM
**To:** Peter Kim <peter.kim@katzkin.com>; Joe James <joe.james@halcyonft.com>
**Cc:** Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>; 'Huy Dang Vu (HDV@clearlightpartners.com)' <HDV@clearlightpartners.com>
**Subject:** RE: Attorney Client Communications

███████████████████████ We will get back to
you with that and will address these
changes and comments.

Don

Don Howarth
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, Ca.  90014
Phone (213) 955-9400
Fax   (213) 622-0791
dhowarth@howarth-smith.com
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for
the sole use of intended recipients and
may contain confidential, privileged
information.  If you are not an intended
recipient, please contact sender by
telephone or reply email and destroy this
email and all copies of it.  Thank you.

---

**From:** Peter Kim <peter.kim@katzkin.com>
**Sent:** Monday, July 6, 2020 11:58 AM

**To:** Don Howarth <DHowarth@howarth-smith.com>; Joe James
<joe.james@halcyonft.com>
**Cc:** Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy <TGlaspy@howarth-
smith.com>; 'Huy Dang Vu (HDV@clearlightpartners.com)'
<HDV@clearlightpartners.com>
**Subject:** Attorney Client Communications

**[Warning:** EXTERNAL SENDER.]
Don / Tomas / Joe –

A few potential items for your review, shown in Word track changes and footnotes.

█████████████████████████████████████████

████████████████████████████████

Peter

| | |
|---|---|
| **From:** | Don Howarth |
| **To:** | Joe James; Huy DangVu |
| **Cc:** | Peter Kim; Tim Clyde; Tomas Glaspy |
| **Subject:** | RE: Search Certifications Katzkin, CLP |
| **Date:** | Wednesday, July 8, 2020 12:12:15 PM |

Thanks, Joe.

Regarding paragraph 5, section h and I, they are left in to show that we complied with the Court order, but our response is that no mainframe computers or personal servers were used at CLP.  Advise if that is not correct.

The date will be the date of signature once we are all agreed.

Don

Don Howarth
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, Ca.  90014
Phone (213) 955-9400
Fax   (213) 622-0791
dhowarth@howarth-smith.com
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

-----Original Message-----
From: Joe James <joe.james@halcyonft.com>
Sent: Wednesday, July 8, 2020 9:07 AM
To: Don Howarth <DHowarth@howarth-smith.com>; Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Tim Clyde <tim.clyde@katzkin.com>
Subject: RE: Search Certifications Katzkin, CLP

[Warning: EXTERNAL SENDER.]

Don, we are reviewing the document now.

Regarding paragraph 5, section h and i. What is the purpose of the lines?

h.     All existing mainframe computers, if any, which are as follows: _____ were accessed through the appropriate passwords: No mainframe computers used.
i.     All personal servers, if any, identified as being in existence for the following persons: _____ were accessed through appropriate passwords. No personal servers used.

Also, for the date field. Are you looking for the date of signature or date of search?

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

-----Original Message-----
From: Don Howarth <DHowarth@howarth-smith.com>
Sent: Wednesday, July 8, 2020 8:59 AM
To: Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Joe James <joe.james@halcyonft.com>; Tim Clyde
<tim.clyde@katzkin.com>
Subject: RE: Search Certifications Katzkin, CLP

Thanks, Huy.

Don

Don Howarth
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, Ca.  90014
Phone (213) 955-9400
Fax   (213) 622-0791
dhowarth@howarth-smith.com
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential,
privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and
destroy this email and all copies of it.  Thank you.

-----Original Message-----
From: Huy DangVu <hdv@clearlightpartners.com>
Sent: Wednesday, July 8, 2020 8:47 AM
To: Don Howarth <DHowarth@howarth-smith.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Joe James <joe.james@halcyonft.com>; Tim Clyde
<tim.clyde@katzkin.com>
Subject: Re: Search Certifications Katzkin, CLP

[Warning: EXTERNAL SENDER.]

Don - Changes look good to me.

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com


> On Jul 8, 2020, at 8:43 AM, Don Howarth <DHowarth@howarth-smith.com> wrote:
>
> <CLP Cert redline 707.docx>

JJ000263

| From: | Joe James |
|---|---|
| To: | Don Howarth; Huy DangVu |
| Cc: | Peter Kim; Tim Clyde; Tomas Glaspy |
| Subject: | RE: Search Certifications Katzkin, CLP |
| Date: | Wednesday, July 8, 2020 1:01:00 PM |

Thank you, Don. HalcyonFT has reviewed the document and we are good to sign it when the final edits are complete.

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

-----Original Message-----
From: Don Howarth <DHowarth@howarth-smith.com>
Sent: Wednesday, July 8, 2020 12:12 PM
To: Joe James <joe.james@halcyonft.com>; Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy
<TGlaspy@howarth-smith.com>
Subject: RE: Search Certifications Katzkin, CLP

Thanks, Joe.

Regarding paragraph 5, section h and I, they are left in to show that we complied with the Court order, but our response is that no mainframe computers or personal servers were used at CLP.  Advise if that is not correct.

The date will be the date of signature once we are all agreed.

Don

Don Howarth
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, Ca.  90014
Phone (213) 955-9400
Fax   (213) 622-0791
dhowarth@howarth-smith.com
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

-----Original Message-----
From: Joe James <joe.james@halcyonft.com>
Sent: Wednesday, July 8, 2020 9:07 AM
To: Don Howarth <DHowarth@howarth-smith.com>; Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Tim Clyde <tim.clyde@katzkin.com>
Subject: RE: Search Certifications Katzkin, CLP

JJ000264

[Warning: EXTERNAL SENDER.]

Don, we are reviewing the document now.

Regarding paragraph 5, section h and i. What is the purpose of the lines?

h.     All existing mainframe computers, if any, which are as follows: _____ were accessed through the appropriate passwords: No mainframe computers used.
i.     All personal servers, if any, identified as being in existence for the following persons: _____ were accessed through appropriate passwords. No personal servers used.

Also, for the date field. Are you looking for the date of signature or date of search?

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

-----Original Message-----
From: Don Howarth <DHowarth@howarth-smith.com>
Sent: Wednesday, July 8, 2020 8:59 AM
To: Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Joe James <joe.james@halcyonft.com>; Tim Clyde <tim.clyde@katzkin.com>
Subject: RE: Search Certifications Katzkin, CLP

Thanks, Huy.

Don

Don Howarth
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, Ca.  90014
Phone (213) 955-9400
Fax   (213) 622-0791
dhowarth@howarth-smith.com
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

-----Original Message-----
From: Huy DangVu <hdv@clearlightpartners.com>
Sent: Wednesday, July 8, 2020 8:47 AM
To: Don Howarth <DHowarth@howarth-smith.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Joe James <joe.james@halcyonft.com>; Tim Clyde <tim.clyde@katzkin.com>

Subject: Re: Search Certifications Katzkin, CLP

[Warning: EXTERNAL SENDER.]

Don - Changes look good to me.

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com


> On Jul 8, 2020, at 8:43 AM, Don Howarth <DHowarth@howarth-smith.com> wrote:
>
> <CLP Cert redline 707.docx>

JJ000266

| | |
|---|---|
| **From:** | Peter Kim |
| **To:** | Don Howarth; Huy DangVu; Joe James |
| **Cc:** | Tim Clyde |
| **Subject:** | RE: Attorney Client Communication -RE: Search Certifications Katzkin, CLP |
| **Date:** | Wednesday, July 8, 2020 5:36:41 PM |



Peter

**From:** Don Howarth

**Sent:** Wednesday, July 8, 2020 8:44 AM
**To:** Peter Kim <peter.kim@katzkin.com>; Huy DangVu <hdv@clearlightpartners.com>; Joe James <joe.james@halcyonft.com>
**Cc:** Tim Clyde <tim.clyde@katzkin.com>
**Subject:** Search Certifications Katzkin, CLP

```
Peter, Huy, and Joe,

Thank you all for your input on the draft
certification we circulated earlier.
Attached here is a revised version that
builds off Peter's edits and everyone
else's input.  In addition to
incorporating Joe's full name, years of
experience, and location, we made the
following changes:

   1. Paragraph 2: We have incorporated
      Peter's edits regarding Hugo and
      Halycon's history with ClearLight,
      which we tweaked to reflect the
      fact that Hugo was not always
      working for Halycon and to remove
      Hugo's name so we don't give
      plaintiffs any additional names of
      people involved here.

   2. Paragraphs 3.e. and footnote 1:
      Peter removed this paragraph as it
      concerns Katzkin and thus is
      outside Joe's assignment for this
      project.  While that is true, we
      want to submit this certification
      in as unchanged a form as possible
      from the version that was filed
      with the court. Every change we
      make from that version will be an
      opportunity for Mahaffey to assert
```

JJ000268

that we are not complying with the court order.  So by leaving it as it was, but adding language to explain why this is not applicable, we head this off.  Footnote 1 to this paragraph concerns how Katzkin should respond to this request as to backup tapes.  Again, we want to try to keep the certification unchanged from what the court approved, and since it specifically calls out that the search is for backups, "if any" we think we can leave this in so that it is clear that we did not exclude something that exists.

3. Paragraph 3.f.: this follows the same approach as for Paragraph 3.e., we added this language back in to conform to the version of the certification that was filed with the court, and added the language covering backups.

4. Paragraph 5.b.: again, we put back in the language about opening the phone and applications "as appropriate" as that came from the certification filed with the court, but we have incorporated Peter's language about using software to retrieve the text messages.

5. Paragraph 5.c. and footnote 2: as

with Paragraphs 3.e and 3.f., above, we put this language back in regarding back up storage to conform to the version of the certification that was filed with the court, and added additional about backups.

6. Paragraph 5e. and footnote 3: we agreed with Peter's edit to remove the language about acquiring a password to access the Global Rely archive and have added in some language consistent with Peter's footnote to explain that he had administrator access and did not need to acquire a password to access the archive.



As before, please each of you review the attached and make sure it is all accurate, or let me know if you have any questions or revisions, so we can get these into final as soon as possible.

Best regards,

Don


Don Howarth

JJ000270

Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, Ca.  90014
Phone (213) 955-9400
Fax   (213) 622-0791
dhowarth@howarth-smith.com
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the
sole use of intended recipients and may contain
confidential, privileged information.  If you
are not an intended recipient, please contact
sender by telephone or reply email and destroy
this email and all copies of it.  Thank you.

JJ000271

| | |
|---|---|
| **From:** | Joe James |
| **To:** | Tomas Glaspy |
| **Cc:** | dhowarth@howarth-smith.com; peter.kim@katzkin.com; tim.clyde@katzkin.com; hdv@clearlightpartners.com |
| **Subject:** | RE: Search Certifications Katzkin, CLP |
| **Date:** | Friday, July 10, 2020 12:07:00 PM |

Tomas,

Can you please reattach the final document for signature.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

-----Original Message-----
From: Tomas Glaspy <tglaspy@howarth-smith.com>
Sent: Friday, July 10, 2020 10:27 AM
To: Joe James <joe.james@halcyonft.com>
Cc: dhowarth@howarth-smith.com; peter kim@katzkin.com; tim.clyde@katzkin.com; hdv@clearlightpartners.com
Subject: RE: Search Certifications Katzkin, CLP

Joe,

There are no further edits to the certification, so please go ahead and date, sign, and send us back a scan of your signature page so we can produce the executed certification today to plaintiffs with the documents.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

-----Original Message-----
From: Don Howarth <DHoward@howarth-smith.com>
Sent: Wednesday, July 8, 2020 1:04 PM
To: Joe James <joe.james@halcyonft.com>; Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy
<TGlaspy@howarth-smith.com>

JJ000272

Subject: RE: Search Certifications Katzkin, CLP

Thanks, we will let you know when everyone has approved,

Don

Don Howarth
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, Ca.  90014
Phone (213) 955-9400
Fax   (213) 622-0791
dhowarth@howarth-smith.com
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

-----Original Message-----
From: Joe James <joe.james@halcyonft.com>
Sent: Wednesday, July 8, 2020 1:02 PM
To: Don Howarth <DHowarth@howarth-smith.com>; Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
Subject: RE: Search Certifications Katzkin, CLP

[Warning: EXTERNAL SENDER.]

Thank you, Don. HalcyonFT has reviewed the document and we are good to sign it when the final edits are complete.

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

-----Original Message-----
From: Don Howarth <DHowarth@howarth-smith.com>
Sent: Wednesday, July 8, 2020 12:12 PM
To: Joe James <joe.james@halcyonft.com>; Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
Subject: RE: Search Certifications Katzkin, CLP

Thanks, Joe.

Regarding paragraph 5, section h and I, they are left in to show that we complied with the Court order, but our response is that no mainframe computers or personal servers were used at CLP.  Advise if that is not correct.

The date will be the date of signature once we are all agreed.

Don

Don Howarth
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, Ca.  90014
Phone (213) 955-9400
Fax   (213) 622-0791
dhowarth@howarth-smith.com
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

-----Original Message-----
From: Joe James <joe.james@halcyonft.com>
Sent: Wednesday, July 8, 2020 9:07 AM
To: Don Howarth <DHowarth@howarth-smith.com>; Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Tim Clyde <tim.clyde@katzkin.com>
Subject: RE: Search Certifications Katzkin, CLP

[Warning: EXTERNAL SENDER.]

Don, we are reviewing the document now.

Regarding paragraph 5, section h and i. What is the purpose of the lines?

h.     All existing mainframe computers, if any, which are as follows: _____ were accessed through the appropriate passwords: No mainframe computers used.
i.     All personal servers, if any, identified as being in existence for the following persons: _____ were accessed through appropriate passwords. No personal servers used.

Also, for the date field. Are you looking for the date of signature or date of search?

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

-----Original Message-----
From: Don Howarth <DHowarth@howarth-smith.com>
Sent: Wednesday, July 8, 2020 8:59 AM
To: Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Joe James <joe.james@halcyonft.com>; Tim Clyde <tim.clyde@katzkin.com>
Subject: RE: Search Certifications Katzkin, CLP

Thanks, Huy.

JJ000274

Don

Don Howarth
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, Ca. 90014
Phone (213) 955-9400
Fax   (213) 622-0791
dhowarth@howarth-smith.com
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information. If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it. Thank you.

-----Original Message-----
From: Huy DangVu <hdv@clearlightpartners.com>
Sent: Wednesday, July 8, 2020 8:47 AM
To: Don Howarth <DHowarth@howarth-smith.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Joe James <joe.james@halcyonft.com>; Tim Clyde
<tim.clyde@katzkin.com>
Subject: Re: Search Certifications Katzkin, CLP

[Warning: EXTERNAL SENDER.]

Don - Changes look good to me.

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com


> On Jul 8, 2020, at 8:43 AM, Don Howarth <DHowarth@howarth-smith.com> wrote:
>
> <CLP Cert redline 707.docx>

JJ000275

| From: | Tomas Glaspy |
|---|---|
| To: | Joe James |
| Cc: | dhowarth@howarth-smith.com; peter.kim@katzkin.com; tim.clyde@katzkin.com; hdv@clearlightpartners.com |
| Subject: | RE: Search Certifications Katzkin, CLP |
| Date: | Friday, July 10, 2020 12:42:51 PM |
| Attachments: | CLP Certification 710.docx |

Joe,

The final version is attached here for your signature.

Thanks,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential,
privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and
destroy this email and all copies of it.  Thank you.

-----Original Message-----
From: Joe James <joe.james@halcyonft.com>
Sent: Friday, July 10, 2020 12:08 PM
To: Tomas Glaspy <TGlaspy@howarth-smith.com>
Cc: Don Howarth <DHowarth@howarth-smith.com>; peter kim@katzkin.com; tim.clyde@katzkin.com;
hdv@clearlightpartners.com
Subject: RE: Search Certifications Katzkin, CLP

[Warning: EXTERNAL SENDER.]

Tomas,

Can you please reattach the final document for signature.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

-----Original Message-----
From: Tomas Glaspy <tglaspy@howarth-smith.com>
Sent: Friday, July 10, 2020 10:27 AM

JJ000276

To: Joe James <joe.james@halcyonft.com>
Cc: dhowarth@howarth-smith.com; peter kim@katzkin.com; tim.clyde@katzkin.com; hdv@clearlightpartners.com
Subject: RE: Search Certifications Katzkin, CLP

Joe,

There are no further edits to the certification, so please go ahead and date, sign, and send us back a scan of your
signature page so we can produce the executed certification today to plaintiffs with the documents.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential,
privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and
destroy this email and all copies of it.  Thank you.

-----Original Message-----
From: Don Howarth <DHowarth@howarth-smith.com>
Sent: Wednesday, July 8, 2020 1:04 PM
To: Joe James <joe.james@halcyonft.com>; Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy
<TGlaspy@howarth-smith.com>
Subject: RE: Search Certifications Katzkin, CLP

Thanks, we will let you know when everyone has approved,

Don

Don Howarth
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, Ca.  90014
Phone (213) 955-9400
Fax   (213) 622-0791
dhowarth@howarth-smith.com
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential,
privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and
destroy this email and all copies of it.  Thank you.

-----Original Message-----
From: Joe James <joe.james@halcyonft.com>
Sent: Wednesday, July 8, 2020 1:02 PM
To: Don Howarth <DHowarth@howarth-smith.com>; Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy
<TGlaspy@howarth-smith.com>
Subject: RE: Search Certifications Katzkin, CLP

JJ000277

[Warning: EXTERNAL SENDER.]

Thank you, Don. HalcyonFT has reviewed the document and we are good to sign it when the final edits are complete.

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

-----Original Message-----
From: Don Howarth <DHowarth@howarth-smith.com>
Sent: Wednesday, July 8, 2020 12:12 PM
To: Joe James <joe.james@halcyonft.com>; Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy
<TGlaspy@howarth-smith.com>
Subject: RE: Search Certifications Katzkin, CLP

Thanks, Joe.

Regarding paragraph 5, section h and I, they are left in to show that we complied with the Court order, but our response is that no mainframe computers or personal servers were used at CLP.  Advise if that is not correct.

The date will be the date of signature once we are all agreed.

Don

Don Howarth
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, Ca.  90014
Phone (213) 955-9400
Fax   (213) 622-0791
dhowarth@howarth-smith.com
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

-----Original Message-----
From: Joe James <joe.james@halcyonft.com>
Sent: Wednesday, July 8, 2020 9:07 AM
To: Don Howarth <DHowarth@howarth-smith.com>; Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Tim Clyde <tim.clyde@katzkin.com>
Subject: RE: Search Certifications Katzkin, CLP

[Warning: EXTERNAL SENDER.]

Don, we are reviewing the document now.

Regarding paragraph 5, section h and i. What is the purpose of the lines?

h.    All existing mainframe computers, if any, which are as follows: _____ were accessed through the appropriate passwords: No mainframe computers used.

i.    All personal servers, if any, identified as being in existence for the following persons: _____ were accessed through appropriate passwords. No personal servers used.

Also, for the date field. Are you looking for the date of signature or date of search?

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

-----Original Message-----
From: Don Howarth <DHowarth@howarth-smith.com>
Sent: Wednesday, July 8, 2020 8:59 AM
To: Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Joe James <joe.james@halcyonft.com>; Tim Clyde <tim.clyde@katzkin.com>
Subject: RE: Search Certifications Katzkin, CLP

Thanks, Huy.

Don

Don Howarth
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, Ca.  90014
Phone (213) 955-9400
Fax   (213) 622-0791
dhowarth@howarth-smith.com
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

-----Original Message-----
From: Huy DangVu <hdv@clearlightpartners.com>
Sent: Wednesday, July 8, 2020 8:47 AM
To: Don Howarth <DHowarth@howarth-smith.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Joe James <joe.james@halcyonft.com>; Tim Clyde <tim.clyde@katzkin.com>
Subject: Re: Search Certifications Katzkin, CLP

[Warning: EXTERNAL SENDER.]

Don - Changes look good to me.

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com


> On Jul 8, 2020, at 8:43 AM, Don Howarth <DHowarth@howarth-smith.com> wrote:
>
> <CLP Cert redline 707.docx>

**PRIVILEGED - NOTES FOR COUNSEL**

**ESI CERTIFICATION OF UNIVERSE OF DATA BASES AND SEARCH PROTOCOL DEPLOYED**

I Joseph D. James, Jr. hereby certify as follows;

1.	Pursuant to the agreement of the parties pursuant to the Court's order that they meet and confer with a Facilitator (Doc. 267) in the matter CST vs Katzkin, et al, Case No. 6:18-cv-01237-WWB-GJKMDFLA, I am a qualified Information Technology professional and have 16 years of experience in IT systems

2.	I am employed by Halcyon Financial Technology, LP in the role of Senior Information Services Advisor and I am familiar with all of the current ClearLight IT systems, including data storage, and I have inquired from their Chief Financial Officer as to their historical IT systems dating back to 2007.  I have also inquired about ClearLight's systems from a current partner of Halcyon, who provided IT support to ClearLight prior to my IT support of ClearLight.  Between us, we have provided IT support to ClearLight for all periods dating back to 2007.

3.	I have identified the following data bases that store electronic information (ESI):

   a.	.pst files maintained on each computer of Michael Kaye, Joe Schmidt, and Jeff Manassero

   b.	Cell phones used by Michael Kaye, Joe Schmidt, and Jeff Manassero

   c.	The data storage locations in the following [specify device] used for Katzkin networked devices for data sharing: I have not identified any data storage locations of Katzkin.

   d.	The data storage locations in the following Global Relay email archive used for CLP/CLM networked devices for data sharing.

   e.	The historical backups, if any, from [the agreed-upon time period] that backed up data from Katzkin's devices: Not applicable, I have not worked with Katzkin.

   f.	The historical backups, if any, as required by and for the time periods reflected on the attached Court order and Joint ESI Statement that backed up data from CLP/CLM's devices.

   g.	All existing mainframe computers, if any, which are as follows: No mainframe computers used.

   h.	All personal servers identified as being in existence, if any, for the following persons: No personal servers used.

   i.	The following personal devices: The cell phones of Michael Kaye, Joe Schmidt, and Jeff Manassero.

   l.	I did not identify any other sources of ESI.

4.   The following ESI locations were identified but were not searched: individual .pst files for Michael Kaye, Joe Schmidt, and Jeff Manassero were not searched because the global archive system captures all such electronic data. The Global Relay system is the most accurate and comprehensive way to search ClearLight's emails because the system captures all emails sent or received by ClearLight, and even if an individual deletes an email for their account, the email is preserved nonetheless in the Global Relay archive.

5.   Each of the ESI locations were searched as follows:

    a.   .pst files maintained on each computer of Michael Kaye, Joe Schmidt, and Jeff Manassero are captured by the Global Relay Email Archive which was searched for the years and the following searches: as specified on the attached Court order and Joint ESI Statement

    b.   Cell phones used by Michael Kaye, Joe Schmidt, and Jeff Manassero were obtained and powered up and the text message applications, chat applications, and all other text related applications were opened, using password access as appropriate and searched using software to retrieve text messages (including recoverable deleted messages) as per the attached Joint ESI Statement as modified by the attached Court order.

    c.   I obtained password access and accessed the following back up storage for each of the following cell phones as required by the attached Joint ESI Statement as modified by the attached Court order: Michael Kaye, Joe Schmidt, and Jeff Manssero and for the following dates specified on the attached Court order and Joint ESI Statement.

    d.   The data storage locations in the following [specify device] used for Katzkin networked devices for data sharing, were accessed by inserting the appropriate passwords which provided access: Not applicable, I have not worked with Katzkin.

    e.   The data storage locations in the following: Global Relay email archive used for CLP/CLM networked devices for data sharing for which I have administrator access that does not require a password.

    f.   The historical backups, if any, for [the agreed-upon time period] that backed up data from Katzkin's devices were searched as per the parties' agreement as follows: Not applicable, I have not worked with Katzkin

    g.   The historical backups, if any, for the time periods noted on the attached Court order and Joint ESI Statement that backed up data from CLP/CLM's devices were searched as per the attached Joint ESI Statement as modified by the attached Court order

    h.   All existing mainframe computers, if any, which are as follows: _____ were accessed through the appropriate passwords: No mainframe computers used.

    i.   All personal servers, if any, identified as being in existence for the following persons: _____ were accessed through appropriate passwords. No personal servers used.

The following personal devices: the cell phones of Michael Kaye, Joe Schmidt, and Jeff Manassero, were provided with passwords for searching all resident data bases.

m. The following desktops were made available and searched for resident documents: No desktops used.

6. I was provided or confirmed that the following devices had data deleted for the time frames agreed upon: searches conducted on the cell phones and Global Relay email archives included deleted messages.  Any such deleted messages that met the search criteria set forth above and attached hereto were provided with all other messages

I conducted the following searches on the above data bases:


The searches were performed as set forth in the Joint ESI Statement attached hereto, as modified by the attached Court order.


I declare under penalty of perjury that the foregoing is true and correct and this certification was executed on _____, 2020 at Mission Viejo, California.


_____
Joseph D. James, Jr.

| | |
|---|---|
| **From:** | Joe James |
| **To:** | Tomas Glaspy |
| **Cc:** | dhowarth@howarth-smith.com; peter.kim@katzkin.com; tim.clyde@katzkin.com; hdv@clearlightpartners.com |
| **Subject:** | RE: Search Certifications Katzkin, CLP |
| **Date:** | Friday, July 10, 2020 1:34:00 PM |
| **Attachments:** | CLP Certification 710.pdf |

Tomas,

The signed copy of the certification is attached.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

-----Original Message-----
From: Tomas Glaspy <tglaspy@howarth-smith.com>
Sent: Friday, July 10, 2020 12:43 PM
To: Joe James <joe.james@halcyonft.com>
Cc: dhowarth@howarth-smith.com; peter kim@katzkin.com; tim.clyde@katzkin.com; hdv@clearlightpartners.com
Subject: RE: Search Certifications Katzkin, CLP

Joe,

The final version is attached here for your signature.

Thanks,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential,
privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and
destroy this email and all copies of it.  Thank you.

-----Original Message-----
From: Joe James <joe.james@halcyonft.com>
Sent: Friday, July 10, 2020 12:08 PM
To: Tomas Glaspy <TGlaspy@howarth-smith.com>
Cc: Don Howarth <DHowarth@howarth-smith.com>; peter kim@katzkin.com; tim.clyde@katzkin.com;
hdv@clearlightpartners.com

JJ000284

Subject: RE: Search Certifications Katzkin, CLP

[Warning: EXTERNAL SENDER.]

Tomas,

Can you please reattach the final document for signature.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

-----Original Message-----
From: Tomas Glaspy <tglaspy@howarth-smith.com>
Sent: Friday, July 10, 2020 10:27 AM
To: Joe James <joe.james@halcyonft.com>
Cc: dhowarth@howarth-smith.com; peter kim@katzkin.com; tim.clyde@katzkin.com; hdv@clearlightpartners.com
Subject: RE: Search Certifications Katzkin, CLP

Joe,

There are no further edits to the certification, so please go ahead and date, sign, and send us back a scan of your signature page so we can produce the executed certification today to plaintiffs with the documents.

Best,
Tomas

Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

-----Original Message-----
From: Don Howarth <DHowarth@howarth-smith.com>
Sent: Wednesday, July 8, 2020 1:04 PM
To: Joe James <joe.james@halcyonft.com>; Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
Subject: RE: Search Certifications Katzkin, CLP

Thanks, we will let you know when everyone has approved,

JJ000285

Don

Don Howarth
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, Ca.  90014
Phone (213) 955-9400
Fax   (213) 622-0791
dhowarth@howarth-smith.com
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

-----Original Message-----
From: Joe James <joe.james@halcyonft.com>
Sent: Wednesday, July 8, 2020 1:02 PM
To: Don Howarth <DHowarth@howarth-smith.com>; Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
Subject: RE: Search Certifications Katzkin, CLP

[Warning: EXTERNAL SENDER.]

Thank you, Don. HalcyonFT has reviewed the document and we are good to sign it when the final edits are complete.

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

-----Original Message-----
From: Don Howarth <DHowarth@howarth-smith.com>
Sent: Wednesday, July 8, 2020 12:12 PM
To: Joe James <joe.james@halcyonft.com>; Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Tim Clyde <tim.clyde@katzkin.com>; Tomas Glaspy <TGlaspy@howarth-smith.com>
Subject: RE: Search Certifications Katzkin, CLP

Thanks, Joe.

Regarding paragraph 5, section h and I, they are left in to show that we complied with the Court order, but our response is that no mainframe computers or personal servers were used at CLP.  Advise if that is not correct.

The date will be the date of signature once we are all agreed.

Don

Don Howarth
Howarth & Smith

JJ000286

523 W. 6th Street, Suite 728
Los Angeles, Ca. 90014
Phone (213) 955-9400
Fax   (213) 622-0791
dhowarth@howarth-smith.com
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it.  Thank you.

-----Original Message-----
From: Joe James <joe.james@halcyonft.com>
Sent: Wednesday, July 8, 2020 9:07 AM
To: Don Howarth <DHowarth@howarth-smith.com>; Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Tim Clyde <tim.clyde@katzkin.com>
Subject: RE: Search Certifications Katzkin, CLP

[Warning: EXTERNAL SENDER.]

Don, we are reviewing the document now.

Regarding paragraph 5, section h and i. What is the purpose of the lines?

h.     All existing mainframe computers, if any, which are as follows: _____ were accessed through the appropriate passwords: No mainframe computers used.
i.     All personal servers, if any, identified as being in existence for the following persons: _____ were accessed through appropriate passwords. No personal servers used.

Also, for the date field. Are you looking for the date of signature or date of search?

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

-----Original Message-----
From: Don Howarth <DHowarth@howarth-smith.com>
Sent: Wednesday, July 8, 2020 8:59 AM
To: Huy DangVu <hdv@clearlightpartners.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Joe James <joe.james@halcyonft.com>; Tim Clyde <tim.clyde@katzkin.com>
Subject: RE: Search Certifications Katzkin, CLP

Thanks, Huy.

Don

Don Howarth
Howarth & Smith

JJ000287

523 W. 6th Street, Suite 728
Los Angeles, Ca.  90014
Phone (213) 955-9400
Fax   (213) 622-0791
dhowarth@howarth-smith.com
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential,
privileged information.  If you are not an intended recipient, please contact sender by telephone or reply email and
destroy this email and all copies of it.  Thank you.

-----Original Message-----
From: Huy DangVu <hdv@clearlightpartners.com>
Sent: Wednesday, July 8, 2020 8:47 AM
To: Don Howarth <DHowarth@howarth-smith.com>
Cc: Peter Kim <peter.kim@katzkin.com>; Joe James <joe.james@halcyonft.com>; Tim Clyde
<tim.clyde@katzkin.com>
Subject: Re: Search Certifications Katzkin, CLP

[Warning: EXTERNAL SENDER.]

Don - Changes look good to me.

Huy Dang Vu
Chief Financial Officer
100 Bayview Circle, Suite 5000
Newport Beach, CA 92660
Tel: (949) 725-6619 | Email: hdv@clearlightpartners.com


> On Jul 8, 2020, at 8:43 AM, Don Howarth <DHowarth@howarth-smith.com> wrote:
>
> <CLP Cert redline 707.docx>

JJ000288

**PRIVILEGED - NOTES FOR COUNSEL**

**ESI CERTIFICATION OF UNIVERSE OF DATA BASES AND SEARCH PROTOCOL DEPLOYED**

I Joseph D. James, Jr. hereby certify as follows;

1.      Pursuant to the agreement of the parties pursuant to the Court's order that they meet and confer with a Facilitator (Doc. 267) in the matter CST vs Katzkin, et al, Case No. 6:18-cv-01237-WWB-GJKMDFLA, I am a qualified Information Technology professional and have 16 years of experience in IT systems

2.      I am employed by Halcyon Financial Technology, LP in the role of Senior Information Services Advisor and I am familiar with all of the current ClearLight IT systems, including data storage, and I have inquired from their Chief Financial Officer as to their historical IT systems dating back to 2007.  I have also inquired about ClearLight's systems from a current partner of Halcyon, who provided IT support to ClearLight prior to my IT support of ClearLight.  Between us, we have provided IT support to ClearLight for all periods dating back to 2007.

3.      I have identified the following data bases that store electronic information (ESI):

   a.  .pst files maintained on each computer of Michael Kaye, Joe Schmidt, and Jeff Manassero
   b.  Cell phones used by Michael Kaye, Joe Schmidt, and Jeff Manassero
   c.  The data storage locations in the following [specify device] used for Katzkin networked devices for data sharing: I have not identified any data storage locations of Katzkin.
   d.  The data storage locations in the following Global Relay email archive used for CLP/CLM networked devices for data sharing.
   e.  The historical backups, if any, from [the agreed-upon time period] that backed up data from Katzkin's devices: Not applicable, I have not worked with Katzkin.
   f.  The historical backups, if any, as required by and for the time periods reflected on the attached Court order and Joint ESI Statement that backed up data from CLP/CLM's devices.
   g.  All existing mainframe computers, if any, which are as follows: No mainframe computers used.
   h.  All personal servers identified as being in existence, if any, for the following persons: No personal servers used.
   i.  The following personal devices: The cell phones of Michael Kaye, Joe Schmidt, and Jeff Manassero.
   l.  I did not identify any other sources of ESI.

JJ000289

4.  The following ESI locations were identified but were not searched: individual .pst files for Michael Kaye, Joe Schmidt, and Jeff Manassero were not searched because the global archive system captures all such electronic data. The Global Relay system is the most accurate and comprehensive way to search ClearLight's emails because the system captures all emails sent or received by ClearLight, and even if an individual deletes an email for their account, the email is preserved nonetheless in the Global Relay archive.

5.  Each of the ESI locations were searched as follows:

   a.  .pst files maintained on each computer of Michael Kaye, Joe Schmidt, and Jeff Manassero are captured by the Global Relay Email Archive which was searched for the years and the following searches: as specified on the attached Court order and Joint ESI Statement

   b.  Cell phones used by Michael Kaye, Joe Schmidt, and Jeff Manassero were obtained and powered up and the text message applications, chat applications, and all other text related applications were opened, using password access as appropriate and searched using software to retrieve text messages (including recoverable deleted messages) as per the attached Joint ESI Statement as modified by the attached Court order.

   c.  I obtained password access and accessed the following back up storage for each of the following cell phones as required by the attached Joint ESI Statement as modified by the attached Court order: Michael Kaye, Joe Schmidt, and Jeff Manssero and for the following dates specified on the attached Court order and Joint ESI Statement.

   d.  The data storage locations in the following [specify device] used for Katzkin networked devices for data sharing, were accessed by inserting the appropriate passwords which provided access: Not applicable, I have not worked with Katzkin.

   e.  The data storage locations in the following: Global Relay email archive used for CLP/CLM networked devices for data sharing for which I have administrator access that does not require a password.

   f.  The historical backups, if any, for [the agreed-upon time period] that backed up data from Katzkin's devices were searched as per the parties' agreement as follows: Not applicable, I have not worked with Katzkin

   g.  The historical backups, if any, for the time periods noted on the attached Court order and Joint ESI Statement that backed up data from CLP/CLM's devices were searched as per the attached Joint ESI Statement as modified by the attached Court order

   h.  All existing mainframe computers, if any, which are as follows: _____ were accessed through the appropriate passwords: No mainframe computers used.

   i.  All personal servers, if any, identified as being in existence for the following persons: _____ were accessed through appropriate passwords. No personal servers used.

The following personal devices: the cell phones of Michael Kaye, Joe Schmidt, and Jeff Manassero, were provided with passwords for searching all resident data bases.

JJ000290

m. The following desktops were made available and searched for resident documents: No desktops used.

6. I was provided or confirmed that the following devices had data deleted for the time frames agreed upon: searches conducted on the cell phones and Global Relay email archives included deleted messages.  Any such deleted messages that met the search criteria set forth above and attached hereto were provided with all other messages

I conducted the following searches on the above data bases:

· The searches were performed as set forth in the Joint ESI Statement attached hereto, as modified by the attached Court order.

I declare under penalty of perjury that the foregoing is true and correct and this certification was executed on _____7.10.20_____, 2020 at Mission Viejo, California.

_____

Joseph D. James, Jr.

# EXHIBIT 2

# EXHIBIT 2

| | |
|---|---|
| **From:** | Tomas Glaspy |
| **To:** | Joe James; Bones Ijeoma; Roger Rosas |
| **Cc:** | Don Howarth; Tim Clyde; Peter Kim; "Huy DangVu" |
| **Subject:** | Searches |
| **Date:** | Wednesday, June 17, 2020 9:24:58 PM |
| **Attachments:** | Search Protocol 617.xlsx |
| | Certification.pdf |

Joe, Roger, and Bones,

I am attaching a few documents here pursuant to our conference this afternoon.

First, you will find a spreadsheet that Peter and I prepared that spells out the specific searches to run. Note that the highlighted entries are searches that you do <u>not</u> need to run and can ignore for now.

I am also attaching the certification that the court approved that you will need to sign once the searches are completed. I think you previously saw this when we were discussing the issue with the facilitator. Now that we know what searches we are going to run, we will fill in the certification to reflect everything that was searched for, but this will give you an idea as to what you will ultimately be certifying.

In terms of phones, ClearLight will need to search the phones of (1) Michael Kaye, (2) Joe Schmidt, and (3) Jeff Manassero.

As we discussed today, collecting that material will obviously be the first priority, so let us know if there is anything you need from us to expedite that process.

Best,
Tomas


Tomas Glaspy
Howarth & Smith
523 W. 6th Street, Suite 728
Los Angeles, CA 90014
Phone (213) 955-9400
Fax   (213) 622-0791
www.howarth-smith.com

CONFIDENTIALITY NOTICE: This email is for the sole use of intended recipients and may contain confidential, privileged information. If you are not an intended recipient, please contact sender by telephone or reply email and destroy this email and all copies of it. Thank you.

# EXHIBIT 3

# EXHIBIT 3

Notes for Counsel

**Agenda Items**

a. Reiterate attorney client privilege reminders on communication
b. Magistrate's ruling
c. Timeline
    i.   Search criteria
    ii.   Send on a rolling basis. Complete by Monday 22nd. End of day
    iii.   Submission to court/other side by June 24th if at all possible
d. Walk through the spreadsheet on Zoom
    i.   Preliminary, still finishing it up
    ii.   But will give IT team and idea of scope, and whose phones and PST's they need to get
e. General search protocol points
    ii.   Texts – provide deleted and regular texts found – no  need to document deleted or unrecoverable texts
        1. IT needs to physically have the phone to recover deleted messages
        2. Sign certification
    iii.   Emails – when searching the text of the email
        1. Do we need IT to physically get computers, or can they examine, then get a PST via fedex on a USB drive?
        2. Exclude attachments
        3. When say "search text" of email, Exclude header block (subject, to, from etc.), signature block, and attachments?
            a. May need to do this manually later on the sig block
        4. Sign certification
        Need email address for to/from searches

v.  Which search # and what was searched - to Tomas

| | 25 | [to be finalized] | | | | | | | | | | | Need to discuss overall request (see separate tab) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**Completed  Items**

| Req 25 | | CLP operating agreement | Misc | | | | | | | | | Completed - Howarth and Smith have docs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Req 30-32 | | Market Share Source Documents | | | | | | | | | | Completed - Howarth and Smith have docs |

Note:     * Text message searches include: text message applicatinos, chat applications, other text related applications
the search performed by the IT consultants will include both deleted and current text messages to or from the relevant individuals. Responsive text messages will be produced whether they are current or deleted.
See separate tab with cell phone numbers to aid in search
** Search text of email (ignore header, sig block, attachments)

JJ000015

# EXHIBIT 4

# EXHIBIT 4

# ESI CERTIFICATION OF UNIVERSE OF DATA BASES AND SEARCH PROTOCOL DEPLOYED

I _____ hereby certify as follows;

1.     Pursuant to  the agreement of the parties pursuant to the Court's order that they meet and confer with a Facilitator (Doc. 267) in the matter CST vs Katzkin, et al, Case No. 6:18-cv-01237-WWB-GJKMDFLA, I am a qualified Information Technology professional and have _____years of experience in IT systems

2.     I am employed by [identify name of IT company] in the role of _____and I am familiar with all of the current [Katzkin or ClearLight] IT systems, including data storage, and I have inquired from their _____ as to their historical IT systems dating back to 2007.

3.     I have identified the following data bases that store electronic information (ESI):

    a. A L L    e m a i l    d a t a b a s e    f i l e s ,    ( f o r example .PST, .OST, .MBOX, .NSF), files maintained on each [insert devices] of Michael Kaye, Peter Kim, Jeff Manaserro, Tim Clyde, Brooks Mayberry, Ron Leslie, Bill North, and Dave Sheffler

    b. Cell phones, and ALL data contained on the phone as well as ALL data contained on apps on the cell phone [ used by Michael Kaye, Peter Kim, Jeff Manaserro,  Tim Clyde, Brooks Mayberry, Ron Leslie, Bill North, and Dave Sheffler

    c. ALL data storage locations, (both physical and virtual), and accessible network shares in the following [specify device] used for Katzkin networked devices for data sharing.

    d. ALL data storage locations, (both physical and virtual) and accessible network shares in the following [specify device] used for CLP/CLM networked devices for data sharing.

    e. The historical backups, if any, from [the agreed-upon time period] that backed up data from Katzkin's devices.

    f. The historical backups, if any, from [the agreed-upon time period]

that backed up data from CLP/CLM's devices.

    g. The cloud storage [as specifically agreed by the parties] that backed up data from all cell phones and data transmissions for the following cell phones: [list each phone and back up, including cloud services, such as dropbox, onedive, google drive, box com

    h. All existing mainframe computers, if any, which are as follows:_____

    i. All physical, VM, or CLOUD based servers identified as being in existence, if any, for the following persons:_____

    j. The following personal devices: [list]

l._____[all other ESI]

k. ALL Internal Communication services, apps, programs, or servers used. This includes things like Skype, What's App, Signal, AOL Instant Messenger, IRC, etc.

l. ALL Intranet or internal collaborative platforms or bulletin boards, such as SharePoint

m. ALL DATABASES that the company has used, such as SQL, Oracle Database, or other document storage technologies.

n. ALL devices assigned to the individuals when they are employed or while they are employed be included in the search. (Desktops, Laptops, Smartphone, Tablet, etc).

4. The following ESI locations were identified but were not searched:_____

5. Each of the ESI locations were searched as follows:

    a. .pst files maintained on each [specify device] of Michael Kaye, Peter Kim, Jeff Manaserro, Tim Clyde, Brooks Mayberry, Ron Leslie, Bill North, and Dave Sheffler were searched for the years_____ to _____ and the following searches: [list agreed searches for each device and data bases]

    b. Cell phones [specify as agreed in search protocol] used by Michael Kaye, Peter Kim, Jeff Manaserro, Tim Clyde, Brooks Mayberry, Ron Leslie, Bill North, and Dave Sheffler were obtained and powered up and the text message applications, chat applications, and all other text related applications were opened, using password access as appropriate and searched as per the parties' agreement as

follows: [specify]

    c. For all Cell phones agreed upon by the parties I identified the following back up cloud "restore" programs:
[list each phone and back up, e.g. Dave Sheffler, Verizon]

    d. I obtained password access and accessed the following back up storage for each of the following cell phones [list] and for the following dates: [list]

    e. The data storage locations in the following [specify device]  used for Katzkin networked devices for data sharing, were accessed by inserting the appropriate passwords which provided access.

    f. The data storage locations in the following [specify device] used for CLP/CLM networked devices for data sharing. were accessed by inserting the appropriate passwords which provided access.

    g. The historical backups, if any, for [the agreed-upon time period] that backed up data from Katzkin's devices were searched as per the parties' agreement as follows: [specify]

    h. The historical backups, if any, for [the agreed-upon time period] that backed up data from CLP/CLM's devices were searched as per the parties' agreement as follows: [specify].

    i. All existing mainframe computers, if any, which are as follows:_____ were accessed through the appropriate passwords:

    j. All personal servers, if any, identified as being in existence for the following persons:_____ were accessed through appropriate passwords.

The following personal devices:  [list], were provided with passwords for searching all resident data bases.

m. The following desktops were made available and searched for resident documents:_____
_____.

6. I was provided or confirmed that the following devices had data deleted for the time frames agreed upon: [list each device and deletion history]

I conducted the following searches on the above data bases:


[list all searches]

I declare under penalty of perjury that the foregoing is true and correct and this certification was executed on _____, 2020 at

_____


_____

IT Professional

# EXHIBIT 5

# EXHIBIT 5

## PRIVILEGED - NOTES FOR COUNSEL

## ESI CERTIFICATION OF UNIVERSE OF DATA BASES AND SEARCH PROTOCOL DEPLOYED

I Joseph D. James, Jr. hereby certify as follows;

1.      Pursuant to the agreement of the parties pursuant to the Court's order that they meet and confer with a Facilitator (Doc. 267) in the matter CST vs Katzkin, et al, Case No. 6:18-cv-01237-WWB-GJKMDFLA, I am a qualified Information Technology professional and have 16 years of experience in IT systems

2.      I am employed by Halcyon Financial Technology, LP in the role of Senior Information Services Advisor and I am familiar with all of the current ClearLight IT systems, including data storage, and I have inquired from their Chief Financial Officer as to their historical IT systems dating back to 2007. I have also inquired about ClearLight's systems from a current partner of Halcyon, who provided IT support to ClearLight prior to my IT support of ClearLight. Between us, we have provided IT support to ClearLight for all periods dating back to 2007.

3.      I have identified the following data bases that store electronic information (ESI):

   a.  .pst files maintained on each computer of Michael Kaye, Joe Schmidt, and Jeff Manassero
   b.  Cell phones used by Michael Kaye, Joe Schmidt, and Jeff Manassero
   c.  The data storage locations in the following [specify device] used for Katzkin networked devices for data sharing: I have not identified any data storage locations of Katzkin.
   d.  The data storage locations in the following Global Relay email archive used for CLP/CLM networked devices for data sharing.
   e.  The historical backups, if any, from [the agreed-upon time period] that backed up data from Katzkin's devices: Not applicable, I have not worked with Katzkin.
   f.  The historical backups, if any, as required by and for the time periods reflected on the attached Court order and Joint ESI Statement that backed up data from CLP/CLM's devices.
   g.  All existing mainframe computers, if any, which are as follows: No mainframe computers used.
   h.  All personal servers identified as being in existence, if any, for the following persons: No personal servers used.
   i.  The following personal devices: The cell phones of Michael Kaye, Joe Schmidt, and Jeff Manassero.
   l.  I did not identify any other sources of ESI.

JJ000289

4.   The following ESI locations were identified but were not searched: individual .pst files for Michael Kaye, Joe Schmidt, and Jeff Manassero were not searched because the global archive system captures all such electronic data. The Global Relay system is the most accurate and comprehensive way to search ClearLight's emails because the system captures all emails sent or received by ClearLight, and even if an individual deletes an email for their account, the email is preserved nonetheless in the Global Relay archive.

5.   Each of the ESI locations were searched as follows:

a.   .pst files maintained on each computer of Michael Kaye, Joe Schmidt, and Jeff Manassero are captured by the Global Relay Email Archive which was searched for the years and the following searches: as specified on the attached Court order and Joint ESI Statement

b.   Cell phones used by Michael Kaye, Joe Schmidt, and Jeff Manassero were obtained and powered up and the text message applications, chat applications, and all other text related applications were opened, using password access as appropriate and searched using software to retrieve text messages (including recoverable deleted messages) as per the attached Joint ESI Statement as modified by the attached Court order.

c.   I obtained password access and accessed the following back up storage for each of the following cell phones as required by the attached Joint ESI Statement as modified by the attached Court order: Michael Kaye, Joe Schmidt, and Jeff Manssero and for the following dates specified on the attached Court order and Joint ESI Statement.

d.   The data storage locations in the following [specify device] used for Katzkin networked devices for data sharing, were accessed by inserting the appropriate passwords which provided access: Not applicable, I have not worked with Katzkin.

e.   The data storage locations in the following: Global Relay email archive used for CLP/CLM networked devices for data sharing for which I have administrator access that does not require a password.

f.   The historical backups, if any, for [the agreed-upon time period] that backed up data from Katzkin's devices were searched as per the parties' agreement as follows: Not applicable, I have not worked with Katzkin

g.   The historical backups, if any, for the time periods noted on the attached Court order and Joint ESI Statement that backed up data from CLP/CLM's devices were searched as per the attached Joint ESI Statement as modified by the attached Court order

h.   All existing mainframe computers, if any, which are as follows: _____ were accessed through the appropriate passwords: No mainframe computers used.

i.   All personal servers, if any, identified as being in existence for the following persons: _____ were accessed through appropriate passwords. No personal servers used.

The following personal devices: the cell phones of Michael Kaye, Joe Schmidt, and Jeff Manassero, were provided with passwords for searching all resident data bases.

m. The following desktops were made available and searched for resident documents: No desktops used.

6. I was provided or confirmed that the following devices had data deleted for the time frames agreed upon: searches conducted on the cell phones and Global Relay email archives included deleted messages. Any such deleted messages that met the search criteria set forth above and attached hereto were provided with all other messages

I conducted the following searches on the above data bases:

The searches were performed as set forth in the Joint ESI Statement attached hereto, as modified by the attached Court order.

I declare under penalty of perjury that the foregoing is true and correct and this certification was executed on _____7.10.20_____, 2020 at Mission Viejo, California.

_____
Joseph D. James, Jr.

# EXHIBIT 6

# EXHIBIT 6

of Senior partner Kaye's emails to and from Katkzin will provide material evidence on this dispute. Attachments also must be included with no editing or deleting.

**Defendants' Position:**

Defendants discussed in the joint session that these requests were burdensome and duplicative of resolutions previously agreed upon with Plaintiffs and searches done as agreed. Plaintiffs asked whether the msk@clearlightpartners.com was the only email address that Mr. Kaye uses to conduct ClearLight business, whether in connection with Katzkin or otherwise, and Defendants confirmed in this response that it was. That was supposed to resolve these requests as having already been addressed by the prior agreement and search for emails to or from Michael Kaye at his email address msk@clearlightpartners.com. During the parties' joint conference, Plaintiffs took the position that those prior requests were not sufficient because Michael Kaye could have other relevant email addresses that were not searched. Defendants have confirmed that there is no other relevant email address for Mr. Kaye. As to email attachments, which Plaintiffs raise in their statement, but which are not relevant here since this was supposed to be resolved, as Defendants have informed Plaintiffs, where relevant its IT consultants will certify the search was done and that all emails were turned over to counsel with attachments, so that they can be reviewed by counsel for purposes such as responsiveness and privilege prior to production to Plaintiffs.

**Plaintiffs Reply:** This response avoids making any commitment to actually search Michal Kaye emails. Plaintiffs did not offer to resolve this by an uncertified statement of counsel that Mr. Kaye does not have or use for business a personal email. Once certified, that would eliminate that personal email account, but not the request to search and produce these highly probative emails which go to the disputed issue of CLP control.

# 6. Emails from Michael Kaye to Peter Kim (December 1, 2014 to July 1, 2015) [Katzkin 43]

43. Produce all emails from Michael Kaye to Peter Kim between December 1, 2014 and July 1, 2015.

Defendants' proposed compromise:
ClearLight will conduct an ESI search

# EXHIBIT 7

# EXHIBIT 7

**NOTES FOR COUNSEL**
**Discovery Set 2**

| Search # | Start Date | End Date | Search Terms | File Types | Search within: | Michael Kaye | Joe Schmidt | Jeff Manassero | Orlan Davies | Peter Kim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Req 38 | 1/1/2016 | 6/1/2016 | "Greg Vogel" | Email | Text of email** | x | x | x | x | x | Management to also search documents[counsel to advise] |
| Req 38 | 1/1/2016 | 6/1/2016 | "Greg Vogel" | Texts** | | x | x | x | | | |
| 1 | 7/1/2015 | 4/1/2016 | Search files for items related to visits to Orlando or Fl. | [not for IT] | | | x | | | | Manual search by users. |
| 2 | 1/1/2015 | 7/1/2018 | "Ron Leslie" and ("Ross" or "Albert") | Emails | Text of Email** | x | x | x | x | x | |
| 3 | 1/1/2007 | 12/31/2014 | Texts to or from Orlan Davies | Texts** | | x | | | | | |
| 5 | | | [N/A] | [no search] | | | | | | | |
| 6 | 12/1/2014 | 7/1/2015 | Emails from Michael Kaye to Peter Kim | Emails | | x | | | | x | |
| 7 | 3/1/2016 | 4/1/2016 | Texts to/from Michael Kaye to employees of Katzkin | Texts** | | x | | | | | |
| 8 | 3/1/2016 | 4/1/2016 | Texts to/from Michael Kaye to employees of ClearLight containing the word "Katzkin" | Texts** | | x | | | | | |
| 9 | 7/1/2015 | 7/1/2018 | Michael Kaye text messages (to/from Brooks Mayberry, Tim Clyde, Mike Wattles, Peter Kim, John McAlpine, Orlan Davies, Jeff Manassero, Elysha Thomas, Rachel Keal, Elizabeth Chavez, and Huy Dang Vu) and (containing the words "Classic Soft Trim" or "Roadwire") | Texts** | | x | | | | | Counsel to do manual review for applicability to search agreement |
| 11 | 12/31/2014 | 6/1/2015 | "Peter Kim" and "Katzkin" | Emails | Text of Email** | x | x | x | x | | |
| 12 | N/A - no search protocol agreed upon, counsel to confirm | | | | | | | | | | |
| 13 | 1/1/2015 | 7/1/2018 | (To/From Ron Leslie) and (include any of the following in the text "Ross", "Albert", "Dave", "Sheffler", "John", "Held") | Texts** | | x | x | x | | | |
| 14 | N/A - no search protocol agreed upon, counsel to confirm | | | | | | | | | | |
| 16 | N/A - no search protocol agreed upon, counsel to confirm | | | | | | | | | | |
| 17 | N/A - no search protocol agreed upon, counsel to confirm | | | | | | | | | | |
| 18 | 1/1/2015 | 7/1/2018 | "Dave Sheffler" w/in 30 words of "Classic Soft Trim" | Emails | Text of Email** | x | x | x | x | x | |
| 19 | 1/1/2015 | 7/1/2018 | "Dave Sheffler" w/in 30 words of "Roadwire" | Emails | Text of Email** | x | x | x | x | x | |
| 20 | 3/1/2016 | 4/1/2016 | Texts from Joe Schmidt to Katzkin employees | Texts** | | | x | | | | |
| 21 | 3/1/2016 | 4/1/2016 | Texts from Joe Schmidt to CearLight employees | Texts** | | | x | | | | Joe - can just do all text messages from Joe to CLP employees during period and attorneys can review for "Regarding Katzkin" |
| 23 | 1/1/2015 | 1/1/2018 | "Naomi Soto", "Danny Valencia", "Aaron Forrister", or "Dwight Forrister" | Emails | Text of Email** | x | x | x | x | x | Katzkin to also search for hardcopy files with these names on them |
| 24 | 1/1/2015 | 7/1/2018 | Messages to/from Ross Albert | Texts** | | x | x | x | | | |

# EXHIBIT 8

# EXHIBIT 8

| | |
|---|---|
| **From:** | Tomas Glaspy |
| **To:** | Roger Rosas; Joe James; Bones Ijeoma |
| **Cc:** | Don Howarth; Tim Clyde; Peter Kim; "Huy DangVu" |
| **Subject:** | RE: Searches |
| **Date:** | Thursday, June 18, 2020 8:34:57 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | Search Protocol 618.xlsx |
| | 2020-06-17 Order Granting in Part and Denying in Part Roadwire"s Motion to Compel ClearLight (Doc. No. 228) and Roadwire"s Motion to Compel Katzkin (Doc. No. 230).pdf |
| | 2020-06-08 Joint ESI Statement.pdf |

Roger, Bones, and Joe,

Further to our conversation yesterday, there are some additional searches we will need you to run. We have updated the attached chart that was circulated last night, but to summarize those additional searches are as follows:

**Search 12**: The phrase "Ron Leslie" and the word "Orlando" in the text of emails for the period January 1, 2015 to July 1, 2018. ██████████████████████████████████████████████████████████████████ ClearLight will search for responsive emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim.

**Search 14**: The phrase "Ron Leslie" within 30 words of "Roadwire" in the text of emails for the period January 1, 2015 to July 1, 2018. ██████████████████████████████████████ ClearLight will search for responsive emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim.

**Search 16**: The phrase "Ron Leslie" within 30 words of "Classic Soft Trim" in the text of emails for the period January 1, 2015 to July 1, 2018. ██████████████████████████████████████ ClearLight will search for responsive emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim.

**Search 17**: The phrase "Dave Sheffler" within 30 words of "Orlando" in the text of emails for the period January 1, 2015 to July 1, 2018. ██████████████████████████████████████ ClearLight will search for responsive emails to or from Michael Kaye, Joe Schmidt, Jeff Manassero, Orlan Davies and Peter Kim.

# EXHIBIT 9

# Intentionally Left Blank-Marked Confidential and/or Attorneys' Eyes Only

# EXHIBIT 9

# EXHIBIT 10

# EXHIBIT 10

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        09/27/2020
Run Time:        01:20:13
SMS Usage For:   (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature | Cell Location |
|------|-----------|------------------|--------------------|--------------------|------|------|------|----------|---------|---------------|
| 880 | 04/08/16 | 15:56:37 02 | | 14077480132 | 3520170716611011 APPLE IPHONE6 | 310410878641885 | SMST | | | [179531785:701296:-81.3429:28.7139:120:-1.0] |
| 881 | 04/08/16 | 15:56:38 | | 14077480132 | 3520170716611011 APPLE IPHONE6 | 310410878641885 | SMST | | | [179531785:701296:-81.3429:28.7139:120:-1.0] |
| 882 | 04/08/16 | 16:53:16 | 14077480132 | 14074684149 | | | SMSO | | | |
| 883 | 04/08/16 | 16:53:16 | 14077480132 | 14074684149 | | | SMSO | | | |
| 884 | 04/08/16 | 16:55:10 | 14074684149 | 14077480132 | | | SMST | | | |
| 885 | 04/08/16 | 17:03:23 | 14077480132 | 14074684149 | | | SMSO | | | |
| 886 | 04/08/16 | 18:51:12 | 14077480132 | 14072228388 | | | SMSO | | | |
| 887 | 04/08/16 | 19:36:21 | 14077480132 | 14076018246 | | 310410878641885 | SMSO | Image | | |
| 888 | 04/08/16 | 19:36:21 | 14077480132 | 14076018246 | | | SMSO | Image | | |
| 889 | 04/08/16 | 19:37:19 | 14076018246 | 14077480132 | | | SMST | | | |
| 890 | 04/08/16 | 19:59:36 | 14077480132 | 14043863609 | | 310410878641885 | SMSO | Image | | |
| 891 | 04/08/16 | 19:59:36 | 14077480132 | 14043863609 | | | SMST | Image | | |
| 892 | 04/08/16 | 19:59:36 | 14077480132 | 14047977920 | | 310410878641885 | SMSO | Image | | |
| 893 | 04/08/16 | 19:59:36 | 14077480132 | 14047977920 | | | SMST | Image | | |
| 894 | 04/08/16 | 20:10:52 | 14077480132 | 15127445523 | | | SMSO | | | |
| 895 | 04/08/16 | 20:12:47 | 15127445523 | 14077480132 | | | SMST | | | |
| 896 | 04/08/16 | 20:13:32 | 14077480132 | 15127445523 | | | SMSO | | | |
| 897 | 04/08/16 | 20:14:19 | 14077480132 | 15127445523 | | | SMSO | | | |
| 898 | 04/08/16 | 20:16:29 | 14077480132 | 15127445523 | | | SMSO | | | |
| 899 | 04/08/16 | 20:17:02 | 15127445523 | 14077480132 | | | SMST | | | |
| 900 | 04/08/16 | 21:39:55 02 | | 14077480132 | 3520170716611011 APPLE IPHONE6 | 310410878641885 | SMST | | | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 901 | 04/08/16 | 21:39:56 02 | | 14077480132 | 3520170716611011 APPLE IPHONE6 | 310410878641885 | SMST | | | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 902 | 04/08/16 | 21:41:11 | | 14077480132 | 3520170716611011 APPLE IPHONE6 | 310410878641885 | SMST | | | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 903 | 04/08/16 | 21:41:11 02 | | 14077480132 | 3520170716611011 APPLE IPHONE6 | 310410878641885 | SMST | | | [179575305:701466:-81.55764:28.53229:120:-1.0] |
| 904 | 04/08/16 | 22:28:08 | 14077480132 | 13524287524 | | | SMSO | | | |
| 905 | 04/09/16 | 16:12:48 02 | | 14077480132 | 3520170716611011 APPLE IPHONE6 | 310410878641885 | SMST | | | [179575305:701466:-81.55764:28.53229:120:-1.0] |

Albert
407-748-0132
to Lelsie
404-438-3609

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.

**MOBILITY**
**(with cell location)**

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

AT&T

Run Date:        09/27/2020
Run Time:        01:20:24
SMS Usage For:   (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature | Cell Location |
|------|-----------|------------------|-------------------|--------------------|------|------|------|----------|---------|---------------|
| 4588 | 07/28/16 | 14:23:40 | 14077480132 | 19546169704 | | 310410878641885 | SMSO | | | |
| 4589 | 07/28/16 | 14:24:49 | 19546169704 | 14077480132 | | 310410878641885 | SMST | | | |
| 4590 | 07/28/16 | 14:50:57 | 14074922506 | 14077480132 | | | SMSO | | | |
| 4591 | 07/28/16 | 14:50:57 | 14074922506 | 14077480132 | | 310410878641885 | SMST | | | |
| 4592 | 07/28/16 | 14:57:21 | 14079204677 | 14077480132 | | | SMSO | | | |
| 4593 | 07/28/16 | 14:57:21 | 14079204677 | 14077480132 | | 310410878641885 | SMST | | | |
| 4594 | 07/28/16 | 15:31:52 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179968265:703001:-80.63242:28.12986:120:-1.0] |
| 4595 | 07/28/16 | 15:31:53 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179968265:703001:-80.63242:28.12986:120:-1.0] |
| 4596 | 07/28/16 | 15:38:45 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179968272:703001:-80.63242:28.12986:120:-1.0] |
| 4597 | 07/28/16 | 15:41:40 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179968265:703001:-80.63242:28.12986:120:-1.0] |
| 4598 | 07/28/16 | 18:04:59 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179984650:703065:-80.75644:28.36581:240:-1.0] |
| 4599 | 07/28/16 | 18:05:43 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179984650:703065:-80.75644:28.36581:240:-1.0] |
| 4600 | 07/28/16 | 19:46:30 | 14077480132 | 13524287524 | | 310410878641885 | SMSO | | | |
| 4601 | 07/28/16 | 20:24:06 | 14077480132 | 13524287524 | | 310410878641885 | SMSO | Image,Text | | |
| 4602 | 07/28/16 | 20:24:06 | 14077480132 | 13524287524 | | | SMST | Image,Text | | |
| 4603 | 07/28/16 | 20:24:06 | 14077480132 | 14043863609 | | 310410878641885 | SMSO | Image,Text | | |
| 4604 | 07/28/16 | 20:24:06 | 14077480132 | 14043863609 | | | SMST | Image,Text | | |
| 4605 | 07/28/16 | 20:47:41 | 14077480132 | 14076948782 | | 310410878641885 | SMSO | Image | | |
| 4606 | 07/28/16 | 20:47:41 | 14077480132 | 14076948782 | | | SMST | Image | | |
| 4607 | 07/28/16 | 20:51:33 | 14077480132 | 13524287524 | | 310410878641885 | SMSO | Image | | |
| 4608 | 07/28/16 | 20:51:33 | 14077480132 | 13524287524 | | | SMST | Image | | |
| 4609 | 07/28/16 | 20:51:33 | 14077480132 | 14043863609 | | 310410878641885 | SMSO | Image | | |
| 4610 | 07/28/16 | 20:51:33 | 14077480132 | 14043863609 | | | SMST | Image | | |
| 4611 | 07/28/16 | 20:51:33 | 14077480132 | 14076948782 | | 310410878641885 | SMSO | Image | | |
| 4612 | 07/28/16 | 20:51:33 | 14077480132 | 14076948782 | | | SMST | Image | | |
| 4613 | 07/28/16 | 20:52:36 | 14077480132 | 13524287524 | | 310410878641885 | SMSO | Image | | |
| 4614 | 07/28/16 | 20:52:36 | 14077480132 | 13524287524 | | | SMST | Image | | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

MOBILITY
Case 6:18-cv-01237-WWB-GJK   Document 397   Filed 11/02/20   Page 343 of 379 PageID 16849
(with cell location)

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

AT&T

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Run Date: | | 09/27/2020 | | | | | | | |
| Run Time: | | 01:20:22 | | | | | | | |
| SMS Usage For: | | (407)748-0132 | | | | | | | |

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 3826 | 06/29/16 | 16:34:57 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [181532944:709113:-80.7275:28.35167:120:-1.0] |
| 3827 | 06/29/16 | 16:34:58 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [181532944:709113:-80.7275:28.35167:120:-1.0] |
| 3828 | 06/29/16 | 16:34:58 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [181532944:709113:-80.7275:28.35167:120:-1.0] |
| 3829 | 06/29/16 | 18:12:10 | 14077480132 | 13524287524 | | 310410878641885 | SMSO | | | |
| 3830 | 06/29/16 | 18:25:55 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179989768:703085:-80.60961:28.08844:0:-1.0] |
| 3831 | 06/29/16 | 18:25:56 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179989768:703085:-80.60961:28.08844:0:-1.0] |
| 3832 | 06/29/16 | 18:30:44 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179989768:703085:-80.60961:28.08844:0:-1.0] |
| 3833 | 06/29/16 | 19:53:09 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179968271:703001:-80.63242:28.12986:0:-1.0] |
| 3834 | 06/29/16 | 19:58:05 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179981840:703054:-80.66914:28.14103:120:-1.0] |
| 3835 | 06/29/16 | 20:06:55 | 14077480132 | 14043863609 | | 310410878641885 | SMSO | Image,Text | | |
| 3836 | 06/29/16 | 20:06:55 | 14077480132 | 14043863609 | | | SMST | Image,Text | | |
| 3837 | 06/29/16 | 20:06:55 | 14077480132 | 14047977920 | | 310410878641885 | SMSO | Image,Text | | |
| 3838 | 06/29/16 | 20:06:55 | 14077480132 | 14047977920 | | | SMST | Image,Text | | |
| 3839 | 06/29/16 | 20:08:20 | 14043863609 | 14077480132 | | | SMSO | Text | | |
| 3840 | 06/29/16 | 20:08:20 | 14043863609 | 14077480132 | | 310410878641885 | SMST | Text | | |
| 3841 | 06/29/16 | 20:08:21 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 3842 | 06/29/16 | 20:08:21 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 3843 | 06/29/16 | 20:08:22 | 1111301000 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179969809:703007:-80.71083:28.20778:210:-1.0] |
| 3844 | 06/29/16 | 20:08:23 | 1111301000 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179969809:703007:-80.71083:28.20778:210:-1.0] |
| 3845 | 06/29/16 | 23:45:58 | 13214318238 | 14077480132 | | 310410878641885 | SMST | | | |
| 3846 | 06/29/16 | 23:45:58 | 13214318238 | 14077480132 | | 310410878641885 | SMST | | | |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not
for general distribution.**

MOBILITY
(with cell location)

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        09/27/2020
Run Time:        01:20:34
SMS Usage For:   (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature | Cell Location |
|------|-----------|------------------|--------------------|--------------------|------|------|------|----------|---------|---------------|
| 7736 | 10/31/16 | 18:09:40 | 14043863609 | 14077480132 | | | SMSO | Text | | |
| 7737 | 10/31/16 | 18:09:40 | 14043863609 | 14077480132 | | 310410878641885 | SMST | Text | | |
| 7738 | 10/31/16 | 18:10:08 | 17607996150 | 14077480132 | | | SMSO | Text | | |
| 7739 | 10/31/16 | 18:10:08 | 17607996150 | 14077480132 | | 310410878641885 | SMST | Text | | |
| 7740 | 10/31/16 | 18:10:09 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 7741 | 10/31/16 | 18:10:09 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 7742 | 10/31/16 | 18:12:55 | 13218903969 | 14077480132 | | 310410878641885 | SMST | | | |
| 7743 | 10/31/16 | 18:13:01 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 7744 | 10/31/16 | 18:13:01 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 7745 | 10/31/16 | 18:13:01 | 13218903969 | 14077480132 | | | SMSO | Image | | |
| 7746 | 10/31/16 | 18:13:01 | 13218903969 | 14077480132 | | 310410878641885 | SMST | Image | | |
| 7747 | 10/31/16 | 18:13:03 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 7748 | 10/31/16 | 18:13:03 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 7749 | 10/31/16 | 18:13:03 | 13218903969 | 14077480132 | | | SMSO | Image | | |
| 7750 | 10/31/16 | 18:13:03 | 13218903969 | 14077480132 | | 310410878641885 | SMSO | Image | | |
| 7751 | 10/31/16 | 18:13:53 | 14077480132 | 13232157828 | | 310410878641885 | SMSO | Text | | |
| 7752 | 10/31/16 | 18:13:53 | 14077480132 | 13232157828 | | | SMST | Text | | |
| 7753 | 10/31/16 | 18:13:53 | 14077480132 | 13236104540 | | 310410878641885 | SMSO | Text | | |
| 7754 | 10/31/16 | 18:13:53 | 14077480132 | 13236104540 | | | SMST | Text | | |
| 7755 | 10/31/16 | 18:13:53 | 14077480132 | 13236403124 | | 310410878641885 | SMSO | Text | | |
| 7756 | 10/31/16 | 18:13:53 | 14077480132 | 13236403124 | | | SMST | Text | | |
| 7757 | 10/31/16 | 18:13:53 | 14077480132 | 14043863609 | | 310410878641885 | SMSO | Text | | |
| 7758 | 10/31/16 | 18:13:53 | 14077480132 | 14043863609 | | | SMST | Text | | |
| 7759 | 10/31/16 | 18:13:53 | 14077480132 | 14047977920 | | 310410878641885 | SMSO | Text | | |
| 7760 | 10/31/16 | 18:13:53 | 14077480132 | 14047977920 | | | SMST | Text | | |
| 7761 | 10/31/16 | 18:13:53 | 14077480132 | 17602188583 | | 310410878641885 | SMSO | Text | | |
| 7762 | 10/31/16 | 18:13:53 | 14077480132 | 17602188583 | | | SMST | Text | | |
| 7763 | 10/31/16 | 18:13:53 | 14077480132 | 17607996150 | | 310410878641885 | SMSO | Text | | |
| 7764 | 10/31/16 | 18:13:53 | 14077480132 | 17607996150 | | | SMST | Text | | |
| 7765 | 10/31/16 | 18:13:53 | 14077480132 | 18104447477 | | 310410878641885 | SMSO | Text | | |
| 7766 | 10/31/16 | 18:13:53 | 14077480132 | 18104447477 | | | SMST | Text | | |
| 7767 | 10/31/16 | 18:24:30 | 14077480132 | 13524287524 | | 310410878641885 | SMSO | Image,Text | | |
| 7768 | 10/31/16 | 18:24:30 | 14077480132 | 13524287524 | | | SMST | Image,Text | | |
| 7769 | 10/31/16 | 18:25:25 | 14077480132 | 13524287524 | | 310410878641885 | SMSO | | | |
| 7770 | 10/31/16 | 18:25:58 | 14077480132 | 13524287524 | | 310410878641885 | SMSO | Text | | |
| 7771 | 10/31/16 | 18:25:58 | 14077480132 | 13524287524 | | | SMST | Text | | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.

**MOBILITY**
(with cell location)

Case 6:18-cv-01237-WWB-GJK   Document 397   Filed 11/02/20   Page 345 of 379 PageID 16851

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Run Date: | | 09/27/2020 | | | | | | | |
| Run Time: | | 01:20:35 | | | | | | | |
| SMS Usage For: | | (407)748-0132 | | | | | | | |

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 8234 | 11/11/16 | 22:05:59 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179465482:701037:-81.45358:28.55047:0:-1.0] |
| 8235 | 11/11/16 | 22:05:59 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179465482:701037:-81.45358:28.55047:0:-1.0] |
| 8236 | 11/11/16 | 22:06:00 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179465482:701037:-81.45358:28.55047:0:-1.0] |
| 8237 | 11/11/16 | 22:16:05 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [181526794:709089:-81.47111:28.55139:240:-1.0] |
| 8238 | 11/11/16 | 22:16:06 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [181526794:709089:-81.47111:28.55139:240:-1.0] |
| 8239 | 11/11/16 | 22:16:13 | 94264 | 14077480132 | | 310410878641885 | SMST | | | |
| 8240 | 11/11/16 | 22:16:25 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [181526794:709089:-81.47111:28.55139:240:-1.0] |
| 8241 | 11/11/16 | 22:16:26 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [181526794:709089:-81.47111:28.55139:240:-1.0] |
| 8242 | 11/12/16 | 13:58:56 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 8243 | 11/12/16 | 13:58:56 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 8244 | 11/12/16 | 13:58:56 | 14043863609 | 14077480132 | | | SMSO | | Text | |
| 8245 | 11/12/16 | 13:58:56 | 14043863609 | 14077480132 | | 310410878641885 | SMST | | Text | |
| 8246 | 11/12/16 | 14:07:58 | 12882564782 | 14077480132 | | 310410878641885 | SMST | | | |
| 8247 | 11/12/16 | 14:07:58 | 12882564782 | 14077480132 | | 310410878641885 | SMST | | | |
| 8248 | 11/12/16 | 14:13:05 | 14047977920 | 14077480132 | | 310410878641885 | SMST | | Text | |
| 8249 | 11/12/16 | 15:08:31 | 14047977920 | 14077480132 | | 310410878641885 | SMST | | | |
| 8250 | 11/12/16 | 15:36:29 | 14077480132 | 14047977920 | | 310410878641885 | SMSO | | | |
| 8251 | 11/12/16 | 15:45:01 | 14077480132 | | | 310410878641885 | SMSO | Image | | |
| 8252 | 11/12/16 | 15:45:01 | 14077480132 | | | | MMST | Image | | |
| 8253 | 11/12/16 | 15:50:23 | | 14077480132 | | 310410878641885 | SMST | | Text | |
| 8254 | 11/12/16 | 15:50:23 | | | | | MMSO | | Text | |
| 8255 | 11/12/16 | 15:50:23 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 8256 | 11/12/16 | 15:50:23 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 8257 | 11/12/16 | 16:26:39 | 13524558319 | 14077480132 | | 310410878641885 | SMST | | | |
| 8258 | 11/12/16 | 17:07:23 | 14047977920 | 14077480132 | | 310410878641885 | SMST | | | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 397   Filed 11/02/20   Page 346 of 379 PageID 16852
(with cell location)

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        09/27/2020
Run Time:        01:20:33
SMS Usage For:   (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature | Cell Location |
|------|-----------|------------------|--------------------|--------------------|------|------|------|----------|---------|---------------|
| 7713 | 10/31/16 | 15:55:42 | 14079246281 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [092303228:360559:-115.150013:36.085229:0:360.0] |
| 7714 | 10/31/16 | 15:59:03 | 14077480132 | 14079246281 | | 310410878641885 | SMSO | | | |
| 7715 | 10/31/16 | 15:59:04 | 14077480132 | 14079246281 | | | SMST | | | |
| 7716 | 10/31/16 | 16:53:17 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [092260220:360391:-115.1495:36.13405:0:360.0] |
| 7717 | 10/31/16 | 16:53:18 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [092260220:360391:-115.1495:36.13405:0:360.0] |
| 7718 | 10/31/16 | 16:53:32 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [092260220:360391:-115.1495:36.13405:0:360.0] |
| 7719 | 10/31/16 | 16:53:42 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [092260220:360391:-115.1495:36.13405:0:360.0] |
| 7720 | 10/31/16 | 17:16:56 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [092260220:360391:-115.1495:36.13405:0:360.0] |
| 7721 | 10/31/16 | 17:21:08 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [092260220:360391:-115.1495:36.13405:0:360.0] |
| 7722 | 10/31/16 | 17:21:18 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [092260220:360391:-115.1495:36.13405:0:360.0] |
| 7723 | 10/31/16 | 17:21:19 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [092260220:360391:-115.1495:36.13405:0:360.0] |
| 7724 | 10/31/16 | 17:59:22 | 14073347833 | 14077480132 | | 310410878641885 | SMST | | | |
| 7725 | 10/31/16 | 18:02:30 | 14077480132 | 14073347833 | | | SMSO | | | |
| 7726 | 10/31/16 | 18:07:35 | 14043863609 | 14077480132 | | | SMSO | Text | | |
| 7727 | 10/31/16 | 18:07:35 | 14043863609 | 14077480132 | | 310410878641885 | SMST | Text | | |
| 7728 | 10/31/16 | 18:07:36 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 7729 | 10/31/16 | 18:07:36 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 7730 | 10/31/16 | 18:08:55 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 7731 | 10/31/16 | 18:08:55 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 7732 | 10/31/16 | 18:08:55 | 17607996150 | 14077480132 | | | SMSO | Text | | |
| 7733 | 10/31/16 | 18:08:55 | 17607996150 | 14077480132 | | 310410878641885 | SMST | Text | | |
| 7734 | 10/31/16 | 18:09:40 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 7735 | 10/31/16 | 18:09:40 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.

**MOBILITY**
**(with cell location)**

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        09/27/2020
Run Time:        01:20:35
SMS Usage For:   (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature | Cell Location |
|------|-----------|------------------|--------------------|--------------------|------|------|------|----------|---------|---------------|
| 8259 | 11/14/16 | 00:53:50 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [181518089:709055:-81.50503:28.51739:120:-1.0] |
| 8260 | 11/14/16 | 00:53:51 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [181518089:709055:-81.50503:28.51739:120:-1.0] |
| 8261 | 11/14/16 | 00:54:49 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [181518089:709055:-81.50503:28.51739:120:-1.0] |
| 8262 | 11/14/16 | 00:54:50 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [181518089:709055:-81.50503:28.51739:120:-1.0] |
| 8263 | 11/14/16 | 00:55:04 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [181518089:709055:-81.50503:28.51739:120:-1.0] |
| 8264 | 11/14/16 | 11:58:35 | 14047977920 | 14077480132 | | 310410878641885 | SMST | | | |
| 8265 | 11/14/16 | 13:07:46 | 14077480132 | 14076948782 | | 310410878641885 | SMSO | Text | | |
| 8266 | 11/14/16 | 13:07:46 | 14077480132 | 14076948782 | | | SMST | Text | | |
| 8267 | 11/14/16 | 15:53:02 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 8268 | 11/14/16 | 15:53:02 | 14043863609 | 14077480132 | | | SMSO | Image | | |
| 8269 | 11/14/16 | 15:53:02 | 14043863609 | 14077480132 | | 310410878641885 | SMST | Image | | |
| 8270 | 11/14/16 | 15:53:03 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 8271 | 11/14/16 | 16:23:08 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179353980:700601:-81.810486:26.41967:0:-1.0] |
| 8272 | 11/14/16 | 16:23:09 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179353980:700601:-81.810486:26.41967:0:-1.0] |
| 8273 | 11/14/16 | 16:25:04 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179353980:700601:-81.810486:26.41967:0:-1.0] |
| 8274 | 11/14/16 | 16:25:06 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179353980:700601:-81.810486:26.41967:0:-1.0] |
| 8275 | 11/14/16 | 16:39:29 | 14079246281 | 14077480132 | | | SMSO | | | |
| 8276 | 11/14/16 | 16:39:30 | 14079246281 | 14077480132 | | 310410878641885 | SMST | | | |
| 8277 | 11/14/16 | 16:48:35 | 14075782060 | 14077480132 | | 310410878641885 | SMST | | | |
| 8278 | 11/14/16 | 16:48:35 | 14075782060 | 14077480132 | | 310410878641885 | SMST | | | |
| 8279 | 11/14/16 | 16:57:41 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [180779018:706168:-81.78111:26.46556:240:-1.0] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 397   Filed 11/02/20   Page 348 of 379 PageID 16854
(with cell location)

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

Run Date:        09/27/2020
Run Time:        01:20:35
SMS Usage For:   (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature | Cell Location |
|------|-----------|------------------|--------------------|--------------------|------|------|------|----------|---------|---------------|
| 8280 | 11/14/16 | 16:57:42 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [180779018:706168:-81.78111:26.46556:240:-1.0] |
| 8281 | 11/14/16 | 16:59:43 | 14077480132 | 14079246281 | | 310410878641885 | SMSO | | | |
| 8282 | 11/14/16 | 16:59:44 | 14077480132 | 14079246281 | | | SMST | | | |
| 8283 | 11/14/16 | 17:00:54 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [180782089:706180:-81.82722:26.41667:120:-1.0] |
| 8284 | 11/14/16 | 17:01:25 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [180782089:706180:-81.82722:26.41667:120:-1.0] |
| 8285 | 11/14/16 | 17:26:36 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [180776639:706158:-81.76844:26.62653:0:-1.0] |
| 8286 | 11/14/16 | 17:45:36 | 14079246281 | 14077480132 | | | SMSO | | | |
| 8287 | 11/14/16 | 17:45:36 | 14079246281 | 14077480132 | | 310410878641885 | SMST | | | |
| 8288 | 11/14/16 | 17:47:55 | 14076948782 | 14077480132 | | 310410878641885 | SMST | | | |
| 8289 | 11/14/16 | 17:56:09 | 14077480132 | 14079246281 | | 310410878641885 | SMSO | | | |
| 8290 | 11/14/16 | 17:56:09 | 14077480132 | 14079246281 | | | SMST | | | |
| 8291 | 11/14/16 | 17:56:20 | 14077480132 | 14079246281 | | 310410878641885 | SMSO | | | |
| 8292 | 11/14/16 | 17:56:21 | 14077480132 | 14079246281 | | | SMST | | | |
| 8293 | 11/14/16 | 17:57:13 | 14079246281 | 14077480132 | | | SMSO | | | |
| 8294 | 11/14/16 | 17:57:13 | 14079246281 | 14077480132 | | 310410878641885 | SMST | | | |
| 8295 | 11/14/16 | 17:58:52 | 14077480132 | 14043863609 | | 310410878641885 | SMSO | Text | | |
| 8296 | 11/14/16 | 17:58:52 | 14077480132 | 14043863609 | | | SMST | Text | | |
| 8297 | 11/14/16 | 17:58:52 | 14077480132 | 14047977920 | | 310410878641885 | SMSO | Text | | |
| 8298 | 11/14/16 | 17:58:52 | 14077480132 | 14047977920 | | | SMST | Text | | |
| 8299 | 11/14/16 | 17:59:24 | 14077480132 | 14043863609 | | 310410878641885 | SMSO | Text | | |
| 8300 | 11/14/16 | 17:59:24 | 14077480132 | 14043863609 | | | SMST | Text | | |
| 8301 | 11/14/16 | 17:59:24 | 14077480132 | 14047977920 | | 310410878641885 | SMSO | Text | | |
| 8302 | 11/14/16 | 17:59:24 | 14077480132 | 14047977920 | | | SMST | Text | | |
| 8303 | 11/14/16 | 18:09:02 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [181758984:709996:-82.4638889:27.1511111:60:-1.0] |
| 8304 | 11/14/16 | 18:09:03 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [181758984:709996:-82.4638889:27.1511111:60:-1.0] |
| 8305 | 11/14/16 | 18:12:47 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [180618768:705542:-82.44969:27.23127:120:-1.0] |

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.

**MOBILITY**
Case 6:18-cv-01237-WWB-GJK   Document 397   Filed 11/02/20   Page 349 of 379 PageID 16855
(with cell location)

2986012.005
09/26/2020

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.

---

Run Date:        09/27/2020
Run Time:        01:20:38
SMS Usage For:   (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature | Cell Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 9244 | 12/08/16 | 12:14:42 | 14074922506 | 14077480132 | | 310410878641885 | SMST | | | |
| 9245 | 12/08/16 | 13:26:23 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179470344:701056:-81.40883:28.57536:0:-1.0] |
| 9246 | 12/08/16 | 13:50:19 | 14077480132 | 14043863609 | | 310410878641885 | SMSO | Image | | |
| 9247 | 12/08/16 | 13:50:19 | 14077480132 | 14043863609 | | | SMST | Image | | |
| 9248 | 12/08/16 | 13:50:19 | 14077480132 | 14047977920 | | 310410878641885 | SMSO | Image | | |
| 9249 | 12/08/16 | 13:50:19 | 14077480132 | 14047977920 | | | SMST | Image | | |
| 9250 | 12/08/16 | 13:52:18 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 9251 | 12/08/16 | 13:52:18 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 9252 | 12/08/16 | 13:52:18 | 14043863609 | 14077480132 | | | SMSO | Image | | |
| 9253 | 12/08/16 | 13:52:18 | 14043863609 | 14077480132 | | 310410878641885 | SMST | Image | | |
| 9254 | 12/08/16 | 15:39:04 | 14077480132 | 16462267602 | | 310410878641885 | SMSO | | | |
| 9255 | 12/08/16 | 15:39:05 | 14077480132 | 16462267602 | | | SMST | | | |
| 9256 | 12/08/16 | 15:39:07 | 14077480132 | 16462267602 | | | SMST | | | |
| 9257 | 12/08/16 | 15:39:30 | 14077447904 | 14077480132 | | 310410878641885 | SMST | | | |
| 9258 | 12/08/16 | 15:42:36 | 14077480132 | 14077447904 | | 310410878641885 | SMSO | | | |
| 9259 | 12/08/16 | 15:46:19 | 14077480132 | 14077447904 | | 310410878641885 | SMST | | | |
| 9260 | 12/08/16 | 15:46:32 | 14077447904 | 14077480132 | | 310410878641885 | SMST | | | |
| 9261 | 12/08/16 | 16:00:13 | 14077480132 | 14077447904 | | 310410878641885 | SMSO | | | |
| 9262 | 12/08/16 | 16:05:52 | 14077480132 | 14077447904 | | 310410878641885 | SMST | | | |
| 9263 | 12/08/16 | 16:07:35 | 14077480132 | 14077447904 | | 310410878641885 | SMSO | | | |
| 9264 | 12/08/16 | 16:09:49 | 14077447904 | 14077480132 | | 310410878641885 | SMST | | | |
| 9265 | 12/08/16 | 17:30:34 | 14079246281 | 14077480132 | | | SMSO | | | |
| 9266 | 12/08/16 | 17:30:35 | 14079246281 | 14077480132 | | 310410878641885 | SMST | | | |
| 9267 | 12/08/16 | 18:08:58 | 14077398718 | 14077480132 | | 310410878641885 | SMST | | | |
| 9268 | 12/08/16 | 18:09:18 | 14077398718 | 14077480132 | | 310410878641885 | SMST | | | |
| 9269 | 12/08/16 | 21:35:16 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [180227592:704014:-81.23944:28.94444:0:-1.0] |
| 9270 | 12/08/16 | 21:40:27 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [180225040:704004:-81.27944:28.89139:210:-1.0] |
| 9271 | 12/08/16 | 21:40:28 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [180225040:704004:-81.27944:28.89139:210:-1.0] |
| 9272 | 12/08/16 | 21:40:28 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [180225040:704004:-81.27944:28.89139:210:-1.0] |

---

**AT&T Proprietary**

The information contained here is for use by authorized persons only and is not
for general distribution.

**MOBILITY**
**(with cell location)**

2986012.005
09/26/2020

AT&T

AT&T has queried for records from 01/01/2016 12:00:00am to 12/31/2016 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        09/27/2020
Run Time:        01:20:38
SMS Usage For:   (407)748-0132

| Item | Conn. Date | Conn. Time (UTC) | Originating Number | Terminating Number | IMEI | IMSI | Desc | MMS Type | Feature | Cell Location |
|------|-----------|------------------|--------------------|--------------------|------|------|------|----------|---------|---------------|
| 9296 | 12/09/16 | 15:28:42 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179467784:701046:-81.41132:28.5475:30:-1.0] |
| 9297 | 12/09/16 | 15:45:58 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [181526794:709089:-81.47111:28.55139:240:-1.0] |
| 9298 | 12/09/16 | 15:45:59 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [181526794:709089:-81.47111:28.55139:240:-1.0] |
| 9299 | 12/09/16 | 15:46:59 | 13525090214 | 14077480132 | | 310410878641885 | SMST | | | |
| 9300 | 12/09/16 | 15:49:08 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [181526794:709089:-81.47111:28.55139:240:-1.0] |
| 9301 | 12/09/16 | 16:18:59 | 14077480132 | 13524287524 | | 310410878641885 | SMSO | | | |
| 9302 | 12/09/16 | 17:28:00 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179519512:701248:-81.71889:28.54694:240:-1.0] |
| 9303 | 12/09/16 | 17:28:01 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179519512:701248:-81.71889:28.54694:240:-1.0] |
| 9304 | 12/09/16 | 17:40:36 | 14077480132 | 13524558319 | | 310410878641885 | SMSO | | | |
| 9305 | 12/09/16 | 18:13:09 | | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179468296:701048:-81.415455:28.527808:0:-1.0] |
| 9306 | 12/09/16 | 18:13:09 | 02 | 14077480132 | 3520170716611013 APPLE IPHONE6 | 310410878641885 | SMST | | | [179468296:701048:-81.415455:28.527808:0:-1.0] |
| 9307 | 12/09/16 | 20:24:43 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 9308 | 12/09/16 | 20:24:43 | 1111301000 | 14077480132 | | 310410878641885 | SMST | | | |
| 9309 | 12/09/16 | 20:24:43 | 13524287524 | 14077480132 | | | SMSO | Image | | |
| 9310 | 12/09/16 | 20:24:43 | 13524287524 | 14077480132 | | 310410878641885 | SMSO | Image | | |
| 9311 | 12/09/16 | 20:37:33 | 14077480132 | 14043863609 | | 310410878641885 | SMSO | Image | | |
| 9312 | 12/09/16 | 20:37:33 | 14077480132 | 14043863609 | | | SMST | Image | | |
| 9313 | 12/09/16 | 20:37:33 | 14077480132 | 14047977920 | | 310410878641885 | SMSO | Image | | |
| 9314 | 12/09/16 | 20:37:33 | 14077480132 | 14047977920 | | | SMST | Image | | |
| 9315 | 12/09/16 | 21:14:36 | 14077480132 | 13218903969 | | 310410878641885 | SMSO | Image | | |
| 9316 | 12/09/16 | 21:14:36 | 14077480132 | 13218903969 | | | SMST | Image | | |
| 9317 | 12/09/16 | 21:14:36 | 14077480132 | 13218908250 | | 310410878641885 | SMSO | Image | | |
| 9318 | 12/09/16 | 21:14:36 | 14077480132 | 13218908250 | | | SMST | Image | | |
| 9319 | 12/09/16 | 21:36:19 | 14077480132 | 13057472627 | | 310410878641885 | SMSO | | | |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

# EXHIBIT 11

# EXHIBIT 11

| | |
|---|---|
| **From:** | Joe James |
| **To:** | Tomas Glaspy; Roger Rosas; Bones Ijeoma |
| **Cc:** | Don Howarth; Tim Clyde; Peter Kim; "Huy DangVu" |
| **Subject:** | RE: Searches |
| **Date:** | Friday, June 19, 2020 5:05:00 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |

Team,

Cell phone searches for all named CLP employees are now complete. Tomas, I will add the findings to the OneDrive file later tonight.

All current email searches are now complete, and PST requests submitted to Global Relay.

Search results:

Search Req 38 – 23 emails
Search # 2 – 525 emails
Search # 6 – 70 emails
Search # 11 -  128 emails
Search # 12 – 950 - emails
Search # 14 – 46 emails
Search # 16 -  1 email
Search # 17 -  6 emails
Search # 18 -  2 emails
Search # 19 – 0 emails ( No .PST needed)
Search # 23 – 11 emails

Thank you,


Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

---

**From:** Tomas Glaspy <TGlaspy@howarth-smith.com>
**Sent:** Thursday, June 18, 2020 8:35 PM
**To:** Roger Rosas <rrosas@allsafeit.com>; Joe James <joe.james@halcyonft.com>; Bones Ijeoma <bijeoma@allsafeit.com>
**Cc:** Don Howarth <DHowarth@howarth-smith.com>; Tim Clyde <tim.clyde@katzkin.com>; Peter Kim <peter.kim@katzkin.com>; 'Huy DangVu' <hdv@clearlightpartners.com>
**Subject:** RE: Searches

Roger, Bones, and Joe,

Further to our conversation yesterday, there are some additional searches we will need you to run. We have updated the attached chart that was circulated last night, but to summarize those additional searches are as follows:

**Search 12**: The phrase "Ron Leslie" and the word "Orlando" in the text of emails for the period January 1, 2015 to July

JJ000223

| | |
|---|---|
| **From:** | Joe James |
| **To:** | Peter Kim; Tomas Glaspy (tglaspy@howarth-smith.com); Bones Ijeoma; rrosas@allsafeit.com; Tim Clyde; Brooks Mayberry |
| **Subject:** | RE: Attorney Client Communication - Discovery |
| **Date:** | Tuesday, June 23, 2020 3:11:00 PM |

Team,

Search # 1 – 3 emails discovered
Search # 22 – 20 emails discovered
Search # 25 -  2 emails discovered

Tomas – I will keep you updated once I get the PST files and upload them to the Howarth & Smith OneDrive.

Thank you,

Joe James
Senior Information Services Advisor
Halcyon Financial Technology, L.P.
Email: joe.james@halcyonft.com
Direct: 415-960-4367

HalcyonFT Support:
Non-Urgent: help@halcyonft.com
Urgent: 415-967-7276

**From:** Peter Kim <peter.kim@katzkin.com>
**Sent:** Monday, June 22, 2020 5:00 PM
**To:** Tomas Glaspy (tglaspy@howarth-smith.com) <tglaspy@howarth-smith.com>; Bones Ijeoma <bijeoma@allsafeit.com>; rrosas@allsafeit.com; Joe James <joe.james@halcyonft.com>; Tim Clyde <tim.clyde@katzkin.com>; Brooks Mayberry <brooks@katzkin.com>
**Subject:** Attorney Client Communication - Discovery

Privileged – Attorney Client Communication:

Tomas and team:
1. Please find attached the additional searches we agreed upon
2. Tomas – please email the users directly re: hardcopy searches at the bottom of the page

Peter

JJ000238

# EXHIBIT 12

# EXHIBIT 12

| Number | Date | Bate Number |
|---|---|---|
| 1 | 21-Jul-03 | Katzkin007789-90 |
| 2 | 7-Aug-03 | Katzkin007793-95 |
| 3 | 1-Oct-03 | Katzkin007796 |
| 4 | 5-Oct-03 | Katzkin007797-98 |
| 5 | 28-Oct-04 | Katzkin007799 |
| 6 | 28-Oct-04 | Katzkin007799-800 |
| 7 | 10-Nov-04 | Katzkin007801-807 |
| 8 | 29-Nov-04 | Katzkin007808-09 |
| 9 | 29-Nov-04 | Katzkin007810-11 |
| 10 | 8-Dec-04 | Katzkin007812-13 |
| 11 | 20-Jun-05 | Katzkin008157-95 |
| 12 | 30-Sep-05 | Katzkin007814-16 |
| 13 | 3-Oct-05 | Katzkin007817-20 |
| 14 | 3-Oct-05 | Katzkin007821-24 |
| 15 | 21-Nov-05 | Katzkin007825 |
| 16 | 21-Nov-05 | Katzkin007826-27 |
| 17 | 21-Nov-05 | Katzkin007828-29 |
| 18 | 22-Nov-05 | Katzkin007830-31 |
| 19 | 6-Dec-05 | Katzkin007832-34 |
| 20 | 13-Dec-05 | Katzkin007835-40 |
| 21 | 22-Dec-05 | Katzkin007841-47 |
| 22 | 28-Dec-05 | Katzkin007848-55 |
| 23 | 28-Dec-05 | Katzkin007856-63 |
| 24 | 11-Jan-06 | Katzkin007864-74 |
| 25 | 12-Jan-06 | Katzkin007875-85 |
| 26 | 12-Jan-06 | Katzkin007886-96 |
| 27 | 12-Jan-06 | Katzkin007897, 007909, 007921, |
| 28 | 12-Jan-06 | Katzkin007898-908 |
| 29 | 12-Jan-06 | Katzkin007910-33 |
| 30 | 17-Jan-06 | Katzkin007944-46 |
| 31 | 18-Jan-06 | Katzkin007940-43 |
| 32 | 24-Jan-06 | Katzkin007938-39 |
| 33 | 27-Jan-06 | Katzkin007936-37 |
| 34 | 4-Dec-14 | Katzkin/CLP009030-32 |
| 35 | 12-Dec-14 | Katzkin/CLP009024-29 |
| 36 | 5-Jan-15 | Katzkin/CLP009023 |
| 37 | 8-Jan-15 | Katzkin/CLP009022 |
| 38 | 15-Jan-15 | Katzkin/CLP009021 |
| 39 | 25-Jan-15 | Katzkin/CLP009020 |
| 40 | 25-Jan-15 | Katzkin/CLP009018-19 |
| 41 | 25-Jan-15 | Katzkin/CLP009015-17 |
| 42 | 28-Jan-15 | Katzkin/CLP009012-14 |
| 43 | 29-Jan-15 | Katzkin/CLP009010-11 |
| 44 | 7-Feb-15 | Katzkin/CLP009008-9 |
| 45 | 7-Feb-15 | Katzkin/CLP009006-7 |
| 46 | 10-Feb-15 | Katzkin/CLP009033-38 |

| | | |
|---|---|---|
| 47 | 11-Feb-15 | Katzkin/CLP009080-83 |
| 48 | 12-Feb-15 | Katzkin007570-71, Katzkin/CLP0 |
| 49 | 13-Feb-15 | Katzkin007568-69,  Katzkin/CLP0 |
| 50 | 12-Feb-15 | Katzkin007567, Katzkin/CLP0090 |
| 51 | 12-Feb-15 | Katzkin007565-66, Katzkin/CLP0 |
| 52 | 12-Feb-15 | Katzkin/CLP009097-98 |
| 53 | 25-Feb-15 | Katzkin/CLP009039-42 |
| 54 | 10-Mar-15 | Katzkin007561-64 |
| 55 | 11-Mar-15 | Katzkin/CLP009043 |
| 56 | 12-Mar-15 | Katzkin/CLP009044-47 |
| 57 | 13-Mar-15 | Katzkin/CLP009099-104 |
| 58 | 13-Mar-15 | Katzkin/CLP009105-110 |
| 59 | 13-Mar-15 | Katzkin/CLP009063-64 |
| 60 | 13-Mar-15 | Katzkin007560 |
| 61 | 14-Mar-15 | Katzkin/CLP009062 |
| 62 | 14-Mar-15 | Katzkin/CLP009061 |
| 63 | 15-Mar-15 | Katzkin/CLP009058-60 |
| 64 | 15-Mar-15 | Katzkin/CLP009057 |
| 65 | 16-Mar-15 | Katzkin/CLP009111-14 |
| 66 | 16-Mar-15 | Katzkin/CLP009056 |
| 67 | 16-Mar-15 | Katzkin/CLP009055 |
| 68 | 16-Mar-15 | Katzkin/CLP009054 |
| 69 | 16-Mar-15 | Katzkin/CLP009052-53 |
| 70 | 16-Mar-15 | Katzkin/CLP009050-51 |
| 71 | 17-Mar-15 | Katzkin/CLP009115 |
| 72 | 17-Mar-15 | Katzkin/CLP009116 |
| 73 | 17-Mar-15 | Katzkin/CLP009117-118 |
| 74 | 17-Mar-15 | Katzkin/CLP009048-49 |
| 75 | 17-Mar-15 | Katzkin/CLP009065-68 |
| 76 | 18-Mar-15 | Katzkin/CLP009079 |
| 77 | 20-Mar-15 | Katzkin/CLP009078 |
| 78 | 20-Mar-15 | Katzkin/CLP009077 |
| 79 | 13-Apr-15 | Katzkin007559 |
| 80 | 14-Apr-15 | Katzkin/CLP009119-22 |
| 81 | 14-Apr-15 | Katzkin007553-55, Katzkin/CLP0 |
| 82 | 14-Apr-15 | Katzkin007556-57 |
| 83 | 14-Apr-15 | Katzkin007558 |
| 84 | 20-Apr-15 | Katzkin/CLP009076 |
| 85 | 22-Apr-15 | Katzkin/CLP009075 |
| 86 | 7-May-15 | Katzkin/CLP009072-74 |
| 87 | 10-May-15 | Katzkin/CLP009071 |
| 88 | 24-May-15 | Katzkin/CLP009070 |
| 89 | 29-May-15 | Katzkin007551-52 |
| 90 | 6-Jun-15 | Katzkin/CLP009069 |
| 91 | 1-Jul-15 | Katzkin/CLP009166-67 |
| 92 | 7-Jul-15 | Katzkin/CLP009168 |
| 93 | 12-Jan-16 | Katzkin/CLP009510-618 |

| | | |
|---|---|---|
| 94 | 13-Jan-16 | Katzkin/CLP009401-509 |
| 95 | 13-Jan-16 | Katzkin/CLP009316-400 |
| 96 | 14-Jan-16 | Katzkin/CLP009231-315 |
| 97 | 5-Feb-16 | Katzkin008230-42 |
| 98 | 11-Feb-16 | Katzkin/CLP009630-40 |
| 99 | 15-Feb-16 | Katzkin/CLP009218-30 |
| 100 | 17-Feb-16 | Katzkin/CLP009211 |
| 101 | 17-Feb-16 | Katzkin007740-41, Katzkin/CLP0 |
| 102 | 17-Feb-16 | Katzkin/CLP009214-15 |
| 103 | 18-Feb-16 | Katzkin/CLP009216-17 |
| 104 | 26-Feb-16 | Katzkin007947-52, Katzkin/CLP0 |
| 105 | 26-Feb-16 | Katzkin007953-62, Katzkin/CLP0 |
| 106 | 26-Feb-16 | Katzkin007963-65, Katzkin/CLP0 |
| 107 | 29-Feb-16 | Katzkin/CLP009619-29 |
| 108 | 3-May-16 | Katzkin008243-59 |
| 109 | 4-May-16 | Katzkin007004-07 |
| 110 | 12-May-16 | Katzkin007008-11 |
| 111 | 9-Mar-16 | Katzkin/CLP009208-10 |
| 112 | 14-Mar-16 | Katzkin006956-61 |
| 113 | 14-Mar-16 | Katzkin006962-67 |
| 114 | 14-Mar-16 | Katzkin006968 |
| 115 | 14-Mar-16 | Katzkin006969-74 |
| 116 | 14-Mar-16 | Katzkin/CLP009202-07 |
| 117 | 16-Mar-16 | Katzkin006975-79 |
| 118 | 16-Mar-16 | Katzkin006980-83 |
| 119 | 18-Mar-16 | Katzkin006984-87 |
| 120 | 20-Mar-16 | Katzkin006988-89 |
| 121 | 22-Mar-16 | Katzkin006990-91 |
| 122 | 23-Mar-16 | Katzkin006992-93 |
| 123 | 25-Mar-16 | Katzkin/CLP009199-201 |
| 124 | 30-Mar-16 | Katzkin006994-95 |
| 125 | 7-Apr-16 | Katzkin/CLP009158-59 |
| 126 | 7-Apr-16 | Katzkin/CLP009160-61 |
| 127 | 7-Apr-16 | Katzkin/CLP009162-63 |
| 128 | 7-Apr-16 | Katzkin/CLP009164-65 |
| 129 | 12-Apr-16 | Katzkin/CLP009003-05 |
| 130 | 13-Apr-16 | Katzkin006996-99 |
| 131 | 18-Apr-16 | Katzkin007966-67, Katzkin/CLP0 |
| 132 | 18-Apr-16 | Katzkin007968-71, Katzkin/CLP0 |
| 133 | 21-Apr-16 | Katzkin007972-77 |
| 134 | 21-Apr-16 | Katzkin007978-80 |
| 135 | 21-Apr-16 | Katzkin007981-83 |
| 136 | 25-Apr-16 | Katzkin007984-87 |
| 137 | 25-Apr-16 | Katzkin007988-89 |
| 138 | 26-Apr-16 | Katzkin007990-91 |
| 139 | 26-Apr-16 | Katzkin007992-94 |
| 140 | 26-Apr-16 | Katzkin007995-97 |

| 141 | 27-Apr-16 | Katzkin007000-03 |
| 142 | 28-Apr-16 | Katzkin007998-8000 |
| 143 | 28-Apr-16 | Katzkin008001-03 |
| 144 | 28-Apr-16 | Katzkin008004-06 |
| 145 | 28-Apr-16 | Katzkin008007-09 |
| 146 | 28-Apr-16 | Katzkin008010-12 |
| 147 | 28-Apr-16 | Katzkin008013-15 |
| 148 | 28-Apr-16 | Katzkin008016-18 |
| 149 | 28-Apr-16 | Katzkin008019-21 |
| 150 | 29-Apr-16 | Katzkin008022 |
| 151 | 29-Apr-16 | Katzkin008023 |
| 152 | 29-Apr-16 | Katzkin008026-27 |
| 153 | 29-Apr-16 | Katzkin008024-25 |
| 154 | 29-Apr-16 | Katzkin008028-29 |
| 155 | 29-Apr-16 | Katzkin008030-31 |
| 156 | 29-Apr-16 | Katzkin008032-33 |
| 157 | 29-Apr-16 | Katzkin008034-35 |
| 158 | 29-Apr-16 | Katzkin008036-37 |
| 159 | 29-Apr-16 | Katzkin008038-41 |
| 160 | 29-Apr-16 | Katzkin008042-44 |
| 161 | 29-Apr-16 | Katzkin008045-47 |
| 162 | 29-Apr-16 | Katzkin008048-50 |
| 163 | 29-Apr-16 | Katzkin008051-54 |
| 164 | 29-Apr-16 | Katzkin008055-58 |
| 165 | 16-May-16 | Katzkin008059-67 |
| 166 | 17-May-16 | Katzkin008068-79 |
| 167 | 17-May-16 | Katzkin008080-91 |
| 168 | 18-May-16 | Katzkin008092 |
| 169 | 18-May-16 | Katzkin008093-94 |
| 170 | 19-May-16 | Katzkin007012-15 |
| 171 | 18-May-16 | Katzkin008095 |
| 172 | 20-May-16 | Katzkin008096-101 |
| 173 | 20-May-16 | Katzkin008102-03 |
| 174 | 23-May-16 | Katzkin008104-07 |
| 175 | 25-May-16 | Katzkin007016-19 |
| 176 | 25-May-16 | Katzkin008108-09 |
| 177 | 25-May-16 | Katzkin008110-11 |
| 178 | 25-May-16 | Katzkin008112-13 |
| 179 | 27-May-16 | Katzkin008114-15 |
| 180 | 30-May-16 | Katzkin008116-21 |
| 181 | 31-May-16 | Katzkin008122-39 |
| 182 | 1-Jun-16 | Katzkin007020-23 |
| 183 | 8-Jun-16 | Katzkin007024-27 |
| 184 | 9-Jun-16 | Katzkin/CLP009185-98 |
| 185 | 9-Jun-16 | Katzkin/CLP009170-84 |
| 186 | 15-Jun-16 | Katzkin007028-31 |
| 187 | 22-Jun-16 | Katzkin007032-35 |

| | | |
|---|---|---|
| 188 | 29-Jun-16 | Katzkin007036-39 |
| 189 | 6-Jul-16 | Katzkin007040-43 |
| 190 | 13-Jul-16 | Katzkin007044-47 |
| 191 | 20-Jul-16 | Katzkin007048-51 |
| 192 | 27-Jul-16 | Katzkin007052-55 |
| 193 | 3-Aug-16 | Katzkin007056-59 |
| 194 | 10-Aug-16 | Katzkin007060-63 |
| 195 | 17-Aug-16 | Katzkin007064-67 |
| 196 | 24-Aug-16 | Katzkin007068-71 |
| 197 | 31-Aug-16 | Katzkin007072-75 |
| 198 | 7-Sep-16 | Katzkin007076-79 |
| 199 | 16-Sep-16 | Katzkin007080-83 |
| 200 | 23-Sep-16 | Katzkin007084-87 |
| 201 | 28-Sep-16 | Katzkin007088-91 |
| 202 | 12-Oct-16 | Katzkin007092-95 |
| 203 | 19-Oct-16 | Katzkin007096-99 |
| 204 | 26-Oct-16 | Katzkin007100-03 |
| 205 | 9-Nov-16 | Katzkin007104-07 |
| 206 | 16-Nov-16 | Katzkin007108-11 |
| 207 | 18-Nov-16 | Katzkin007112-13 |
| 208 | 18-Nov-16 | Katzkin007114-19 |
| 209 | 18-Nov-16 | Katzkin007120-25 |
| 210 | 21-Nov-16 | Katzkin007126-34 |
| 211 | 22-Nov-16 | Katzkin007135-42 |
| 212 | 23-Nov-16 | Katzkin007143-46 |
| 213 | 28-Nov-16 | Katzkin007147-57 |
| 214 | 2-Dec-16 | Katzkin007158-71 |
| 215 | 2-Dec-16 | Katzkin007172-75 |
| 216 | 6-Dec-16 | Katzkin007176-93 |
| 217 | 6-Dec-16 | Katzkin007194-206 |
| 218 | 7-Dec-16 | Katzkin007207-10 |
| 219 | 7-Dec-16 | Katzkin007211-20 |
| 220 | 8-Dec-16 | Katzkin007221-22 |
| 221 | 9-Dec-16 | Katzkin007223-34 |
| 222 | 9-Dec-16 | Katzkin007235-48 |
| 223 | 12-Dec-16 | Katzkin007249-53, Katzkin/CLP0 |
| 224 | 12-Dec-16 | Katzkin/CLP008993-97, Katzkin/( |
| 225 | 12-Dec-16 | Katzkin007572-86, Katzkin00725 |
| 226 | 14-Dec-16 | Katzkin007259-62 |
| 227 | 21-Dec-16 | Katzkin007263-68 |
| 228 | 4-Jan-17 | Katzkin007269-72 |
| 229 | 18-Jan-17 | Katzkin007273-76 |
| 230 | 24-Jan-17 | Katzkin007277-80 |
| 231 | 25-Jan-17 | Katzkin007281-84 |
| 232 | 1-Feb-17 | Katzkin007285-88 |
| 233 | 8-Feb-17 | Katzkin007289-92 |
| 234 | 15-Feb-17 | Katzkin007293-96 |

| | | |
|---|---|---|
| 235 | 21-Feb-17 | Katzkin007297-300 |
| 236 | 8-Mar-17 | Katzkin007301-04 |
| 237 | 15-Mar-17 | Katzkin007305-10 |
| 238 | 29-Mar-17 | Katzkin007311-14 |
| 239 | 7-Apr-17 | Katzkin007315-18 |
| 240 | 11-Apr-17 | Katzkin007319-38 |
| 241 | 11-Apr-17 | Katzkin007339-46 |
| 242 | 11-Apr-17 | Katzkin007347-54 |
| 243 | 13-Apr-17 | Katzkin007355-90 |
| 244 | 13-Apr-17 | Katzkin007391-98 |
| 245 | 13-Apr-17 | Katzkin007399-413 |
| 246 | 3-May-17 | Katzkin007414-15 |
| 247 | 13-May-17 | Katzkin007700-03 |
| 248 | 13-May-17 | Katzkin007694-99 |
| 249 | 14-May-17 | Katzkin007688-93 |
| 250 | 15-May-17 | Katzkin007704-23 |
| 252 | 15-May-17 | Katzkin007736-39 |
| 253 | 15-May-17 | Katzkin/CLP009151-53 |
| 254 | 15-May-17 | Katzkin/CLP009154-57 |
| 255 | 17-May-17 | Katzkin007730-35 |
| 256 | 17-May-17 | Katzkin007416-17 |
| 257 | 24-May-17 | Katzkin007418-19 |
| 258 | 31-May-17 | Katzkin007420-21 |
| 259 | 31-May-17 | Katzkin007422-24 |
| 260 | 31-May-17 | Katzkin007425-30 |
| 261 | 31-May-17 | Katzkin007431-39 |
| 262 | 31-May-17 | Katzkin007440-51 |
| 263 | 31-May-17 | Katzkin007452-55 |
| 264 | 31-May-17 | Katzkin007456-59 |
| 265 | 5-Jun-17 | Katzkin007460-64 |
| 267 | 5-Jun-17 | Katzkin007465-69 |
| 268 | 7-Jun-17 | Katzkin007470-71 |
| 269 | 12-Jun-17 | Katzkin007602-13? (or 12) |
| 270 | 12-Jun-17 | Katzkin007664-87 |
| 271 | 14-Jun-17 | Katzkin007472-73 |
| 272 | 16-Jun-17 | Katzkin007724-29 |
| 273 | 21-Jun-17 | Katzkin007474-75 |
| 274 | 28-Jun-17 | Katzkin007476-77 |
| 275 | 28-Jun-17 | Katzkin007614-39 |
| 276 | 28-Jun-17 | Katzkin007640-63 |
| 277 | 5-Jul-17 | Katzkin007478-79 |
| 278 | 26-Jul-17 | Katzkin007480-81 |
| 279 | 2-Aug-17 | Katzkin007482-83 |
| 280 | 10-Aug-17 | Katzkin007484-85 |
| 281 | 16-Aug-17 | Katzkin007486-87 |
| 282 | 23-Aug-17 | Katzkin007488-89 |
| 283 | 30-Aug-17 | Katzkin007490-91 |

| | | |
|---|---|---|
| 284 | 6-Sep-17 | Katzkin007492-93 |
| 285 | 13-Sep-17 | Katzkin007494-95 |
| 286 | 27-Sep-17 | Katzkin007496-97 |
| 287 | 4-Oct-17 | Katzkin007498-500 |
| 288 | 11-Oct-17 | Katzkin007501-02 |
| 289 | 18-Oct-17 | Katzkin007503-04 |
| 290 | 25-Oct-17 | Katzkin007505-06 |
| 291 | 8-Nov-17 | Katzkin007507-08 |
| 292 | 15-Nov-17 | Katzkin007509-10 |
| 293 | 29-Nov-17 | Katzkin007511-12 |
| 294 | 7-Dec-17 | Katzkin007513-14 |
| 295 | 27-Dec-17 | Katzkin007515-16 |

Pages 2237-2253 are texts

| | | |
|---|---|---|
| 296 | 3-Jan-18 | Katzkin007517-18 |
| 297 | 10-Jan-18 | Katzkin007519-20 |
| 298 | 15-Jan-18 | Katzkin007742-54 |
| 299 | 15-Jan-18 | Katzkin007759-76 |
| 300 | 15-Jan-18 | Katzkin007755-58 |
| 301 | 15-Jan-18 | Katzkin007785-88 |
| 302 | 15-Jan-18 | Katzkin007777-84 |
| 303 | 17-Jan-18 | Katzkin007521-22 |
| 304 | 31-Jan-18 | Katzkin007523-24 |
| 305 | 6-Feb-18 | Katzkin007525-26 |
| 306 | 14-Feb-18 | Katzkin007527-28 |
| 307 | 21-Feb-18 | Katzkin007529-30 |
| 308 | 28-Feb-18 | Katzkin007531-32 |
| 309 | 7-Mar-18 | Katzkin007533-34 |
| 310 | 14-Mar-18 | Katzkin007535-36 |
| 311 | 21-Mar-18 | Katzkin007537-38 |
| 312 | 4-Apr-18 | Katzkin007539-40 |
| 313 | 11-Apr-18 | Katzkin007541-42 |
| 314 | 18-Apr-18 | Katzkin007543-44 |
| 315 | 24-Apr-18 | Katzkin007545-46 |
| 316 | 2-May-18 | Katzkin007547-50 |

| Sending | Receiving | Subject |
|---------|-----------|---------|
| Mitch Katz | Ron Leslie | An Update on Incentives |
| Ron Leslie | Mitch Katz | SEMA eNews (Vol. 6, No. 31) |
| FEisen777@aol.com | alanp@katzkin.com; fredjr@katz | very, very nice september |
| FEisen777@aol.com | alanp@katzkin.com; fredjr@katz | repeated subject questions from |
| Ron Leslie | Mitch Katz | Sema Theme this year |
| Mitch Katz | Sandy Tickle; RonL@katzkin.com | Sema Theme this year |
| Alan Pittle | Mitch Katz; Sandy Tickle; RonL@ | No in seat airbags ?? please conf |
| Brooks Mayberry | ycchan@dk-schweizer.com | Your call |
| Chan Yew Chong | Brooks Mayberry | Your Call |
| Crowne Plaza Resort | carmen@katzkin.com | Crowne Plaza Resort Confirmatio |
| efax message@inbound.efaxcon | brooks@katzkincom | efax from 3233950299 |
| Doug Brown | Ron Leslie | Issues, Pattern Questions & Mor |
| Rodney Wells | Brooks Mayberry | Issues, Pattern Questions & Mor |
| Ron Leslie Bell South | Mitch Katz | Issues, Pattern Questions & Mor |
| Ron Leslie Bell South | mitch@katzkin.com, Brooks May | Territory Distribution |
| Ron Leslie Bell South | mitch@katzkin.com, Brooks May | Territory Distribution |
| Ron Leslie Bell South | mitch@katzkin.com, Brooks May | Territory Distribution |
| Mitch Katz | ronl@katzkin.com | Territory Distribution |
| Brooks Mayberry | Danny Koek, Chan Yew Chong, M | Future Strategy |
| Chan Yew Chong | Brooks Mayberry, Mitch Katz, Da | Dk-Katzkin Future Strategy |
| Brooks Mayberry | Danny Koek, Chan Yew Chong, M | Dk-Katzkin Future Strategy |
| Brooks Mayberry | Mitch Katz | Dk-Katzkin Future Strategy |
| Brooks Mayberry | Danny Koek, Chan Yew Chong, M | Dk-Katzkin Future Strategy |
| Brooks Mayberry | Mitch Katz | Please Review this Draft & Advis |
| Mitch Katz | Brooks Mayberry | Please Review this Draft & Advis |
| Brooks Mayberry | Rodney Wells | Dk-Katzkin Future Strategy |
| Brooks Mayberry | Brooks Mayberry | Automotive News Articles |
| Brooks Mayberry | Rodney Wells | Dk-Katzkin Future Strategy |
| Brooks Mayberry | Danny Koek, Chan Yew Chong, M | Dk-Katzkin Future Strategy |
| Mitch Katz | ronl@katzkin.com | FYI |
| Ron Leslie Bell South | Mitch Katz | FYI |
| dsheffler@katzkin.com | ronl@katzkin.com, Mitch Katz | RAWHIDE |
| Ron Leslie Bell South | dsheffler@katzkin.com | RAWHIDE |
| Michael S. Kaye | Peter Y. Kim | Investment Banking Referrals |
| Michael S. Kaye | Joseph J Schmidt, Peter Y. Kim | Katzkin? |
| Michael S. Kaye | Joseph J Schmidt, Peter Y. Kim | Tim's comp proposal for Ron Les |
| Michael S. Kaye | Peter Y. Kim | Lunch Tomorrow |
| Michael S. Kaye | David Frosh, msk@clearlightpart | Tim Clyde |
| Michael S. Kaye | Joseph J Schmidt, Peter Y. Kim | Katzkin-offsite review to CLP |
| Michael S. Kaye | Peter Y. Kim | Katzkin-offsite review to CLP |
| Michael S. Kaye | Joseph J Schmidt, Peter Y. Kim | Katzkin |
| Michael S. Kaye | Joseph J Schmidt, Peter Y. Kim | Katzkin |
| Michael S. Kaye | Joseph J Schmidt, Peter Y. Kim, Is | Katzkin Budget Review |
| Michael S. Kaye | Joseph J Schmidt, Peter Y. Kim | Katzkin write up for CLP annual r |
| Michael S. Kaye | Joseph J Schmidt, Peter Y. Kim | Katzkin write up for CLP annual r |
| Michael S. Kaye | Robert J. Martin; Joseph J. Schm | Katzkin Budget Narrative for Sec |

| | | |
|---|---|---|
| Rachel A. Keal | Paul Louie | NDA |
| Rachel A. Keal | Joseph J. Schmidt, Peter Y. Kim, I | Rosen Electronics Management I |
| Tim Clyde | Rachel A. Keal, Joseph J. Schmidt | Rosen Electronics Management I |
| Peter Y. Kim | mkelley@cascadiacapital.com, | Follow-up - ClearLight/Rosen Me |
| Peter Y. Kim | Tim Clyde, Jospeh J. Schmidt, Ro | Rosen Electronics Management I |
| Brooks Mayberry | Peter Y. Kim | Rosen Electronics Management I |
| Michael S. Kaye | Robert J Martin, Joseph J. Schmi | Revised Katzkin Chronology |
| Peter Y. Kim | Jenn Cotton, Tyler Mercer, Alex : | Katzkin- Management Fees |
| Michael S. Kaye | John H McAlpine, Joseph J. Schm | Katzkin |
| Michael S. Kaye | Jay Shepherd, Joshua Mack, John | Possible candidate for help with |
| Tim Clyde | Luz Miranda, Peter Y Kim | pattersn available & % productio |
| Luz Miranda | Tim Clyde, Peter Y. Kim | pattersn available & % productio |
| Michael S. Kaye | Joseph J. Schmidt, Peter Y. Kim, I | Katzkin Call w/MSK |
| Peter Y. Kim | Alex S. Burt, Jenn Cotton | Katzkin- Management Fees |
| Michael S. Kaye | Tim Clyde, Peter Y Kim, Joseph J. | Call |
| Michael S. Kaye | Tim Clyde, Peter Y Kim, Joseph J. | Call |
| Michael S. Kaye | Tim Clyde, Peter Y Kim, Joseph J. | MCF Presentation |
| Michael S. Kaye | Tim Clyde, Peter Y Kim, Joseph J. | Katzkin 1Q2015 Presentation to |
| Tim Clyde | Luz Miranda, Peter Y Kim | pattersn available & % productio |
| Michael S. Kaye | Robert J Martin, Joseph J. Schmi | Bank presentation draft |
| Michael S. Kaye | John H. McAlpine, Peter Y. Kim | Kibel Green on Wed |
| Michael S. Kaye | Tim Clyde, Robert J Martin, Josep | Bank presentation draft |
| Michael S. Kaye | John H. McAlpine, Peter Y. Kim | Kibel Green on Wed |
| Michael S. Kaye | Joseph J. Schmidt, Peter Y Kim | Kibel Green on Wed |
| Warren Feder | David W. Reed; Keith S. Daniels | RE |
| David W. Reed | Warren Feder, Keith S. Daniels Jz | Re |
| Warren Feder | David W. Reed; Keith S. Daniels | RE |
| Michael S. Kaye | Robert J. Martin; Joseph J. Schm | Bank presentation draft |
| Michael S. Kaye | Robert J. Martin, Peter Y. Kim, Jc | Bank presentation draft |
| Michael S. Kaye | Robert J. Martin, Peter Y. Kim, Jc | Analyst for Katzkin |
| Michael S. Kaye | Tim Clyde, Joseph J. Schmidt, Pe | Sales |
| Michael S. Kaye | Tim Clyde, Joseph J. Schmidt, Pe | Sales |
| Miles Hubbard | Brooks Mayberry, Tim Clyde | SEMA |
| Tim Clyde | Joseph J. Schmidt, Peter Y Kim | SEMA |
| Peter Y. Kim | Tim Clyde, Joseph J Schmidt | SEMA |
| Miles Hubbard | Tim Clyde, Brooks Mayberry | SEMA |
| Tim Clyde | Miles Hubbard, Brooks Mayberr | SEMA |
| Michael S. Kaye | Peter Y. Kim | Katzkin- Madison |
| Michael S. Kaye | Jay Shepherd, Kyle Burke, Peter | R Madison Meeting |
| Michael S. Kaye | Joseph J. Schmidt, Peter Y Kim | Madison/Katzkin |
| Michael S. Kaye | Joseph J. Schmidt, Peter Y. Kim, I | Katzkin forecast by 6/5 |
| Michael S. Kaye | Tim Clyde, Peter Y. Kim, Joseph J | NYTimes: Detroit's Chief Instigat |
| Ron Leslie | Alan Pittle; Bill North; Dan McAr | Peter Kim Announcement |
| Michael S. Kaye | Joseph J. Schmidt, Peter Y. Kim, I | Katzkin long-term plan |
| Tim Clyde | Ron Leslie, Brooks Mayberry, Pe | Orlando - 5,000 unit growth prop |
| Peter Y. Kim | Mike Wattles | Orlando - 5,000 unit growth prop |
| Ron Leslie | Brooks Mayberry, Tim Clyde, Pet | Current Sales Meeting File |

| | | |
|---|---|---|
| Peter Y. Kim | Joseph J Schmidt, Jeff R. Manass | Current Sales Meeting File |
| Ron Leslie | Peter Y. Kim | Sales Meeting 160113 v15.pptx |
| Peter Y. Kim | Mike Wattles | Sales Meeting 160113 v15.pptx |
| Ron Leslie | David Sheffer, Brooks Mayberry | Orlando TSM Area.xlsx |
| Peter Y. Kim | Ron Leslie, Brooks Mayberry, Tin | Orlando - Ross offer and covenan |
| Ron Leslie | Tim Clyde, Brooks Mayberry, Pet | Sales Action Plans 2016 |
| Ron Leslie | Tim Clyde, Brooks Mayberry, Pet | SAT Price Increase Proposal |
| Ron Leslie | Tim Clyde, Brooks Mayberry, Pet | SAT Price Increase Proposal |
| Tim Clyde | Ron Leslie, Brooks Myberry, Pete | SAT Price Increase Proposal |
| Ron Leslie | Tim Clyde, Brooks Mayberry, Pet | SAT Price Increase Proposal |
| Peter Y. Kim | Tim Clyde, Brooks Mayberry, Ron | New restyler - summary of pricin |
| Ron Leslie | Tim Clyde, Brooks Mayberry, Pet | New restyler - summary of pricin |
| Tim Clyde | Ron Leslie, Brooks Mayberry, Pet | New restyler - summary of pricin |
| Peter Y. Kim | Brooks Mayberry | Ross |
| Peter Y. Kim | Mike Wattles, Liz Chavez | Privileged - Notes for Counsel. O |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| Tim Clyde | Ron Leslie, Brooks Mayberry, Peter Y. Kim | |
| American express Travel | Ron Leslie | Your Reservation Confirmation f |
| Ron Leslie | TripIt | Your Reservation Confirmation f |
| Tim Clyde | Ron Leslie | |
| Ron Leslie | Tim Clyde | |
| Tim Clyde | Michael S kaye, Joseph J Schmidt | Lunch Tuesday |
| Ron Leslie | TripIt | [SPAM] Your priceline itinerary f |
| Priceline Customer Service | Ron Leslie | [SPAM] Your priceline itinerary f |
| Priceline.com | Ron Leslie | [SPAM] Your priceline itinerary f |
| American Airlines | lesliere@yahoo.com | American Airlines check-in remir |
| American Airlines | lesliere@yahoo.com | American Airlines check-in remir |
| Uber Receipts | lesliere@yahoo.com | Your Wednesday evening trip wi |
| Peter Y. Kim | Orlan Davies | Lunch Tuesday |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| Tim Clyde | "Brooks Mayberry"; "Dara Ward | discussion items |
| Brooks Mayberry | Tim Clyde; "Dara Ward"; "Miles I | discussion items |
| Miles Hubbard | Tim Clyde, Brooks Mayberry "Da | discussion items |
| Peter Y. Kim | Tim Clyde | discussion items |
| Elizabeth Chavez | Time Clyde, Peter Y. Kim | |
| AT Conference | Ron leslie | Phone Conference - Usage Repo |
| Ron leslie | Tim Clyde, Brooks Mayberry, Pet | Quick Side Bar Today? |
| Tim Clyde | Ron Leslie, Brooks Mayberry, Tin | Quick Side Bar Today? |
| Ron leslie | New Accounts | New Acct |
| Ron Leslie | New Accounts | New Acct |
| New Accounts | Ron Leslie | New Acct |
| Ron Leslie | Tim Clyde, Brooks Mayberry | |
| Tim Clyde | Ron Leslie | |
| Tim Clyde | Ron Leslie, Brooks Mayberry | |
| Ron Leslie | Tim Clyde | |
| Tim Clyde | Ron Leslie | |

| | | |
|---|---|---|
| AT Conference | Ron leslie | Phone Conference - Usage Repo |
| New Accounts | Ron Leslie, Bill North | New Acct |
| Ron Leslie | Bill North, New Accounts | New Acct |
| Bill North | Ron leslie, New Accounts | New Acct |
| Ron Leslie | Bill North, New Accounts | New Acct |
| Ron leslie | Tim Clyde | FIRST Trip - Baltimore/D.C/NYC |
| Bill North | Ron leslie | New Acct |
| Ron Leslie | Bill North | New Acct |
| Ron Leslie | Bill North | New Acct |
| Bill North | Greg Vogel, Ron Leslie | Account |
| Greg Vogel | Bill North, Ron leslie | Account |
| Ron Leslie | Greg Vogel, Bill North | Account |
| Ron Leslie | Elizabeth Chavez | Account |
| Ron leslie | Greg Vogel, Bill North | Account |
| Elizabeth Chavez | Ron Leslie | Account |
| Ron Leslie | Greg Vogel, Bill North | Account |
| Ron Leslie | Elizabeth Chavez | Account |
| Ron Leslie | Greg Vogel, Bill North | Account |
| Greg Vogel | Bill North, Ron leslie | Account |
| Ron Leslie | Bill North | Account |
| Ron leslie | Bill North | Account |
| Bill North | Ron Leslie | Account |
| Ron Leslie | Bill North | Account |
| Ron Leslie | Bill North | Account |
| Ron Leslie | Tim Clyde | Partner Presentation |
| Ron Leslie | Tim Clyde | Partner Presentation |
| Tim Clyde | Ron leslie | Partner Presentation |
| Bill North | Karina Silva, Ron Leslie, newaccc | 19210 housekeeping |
| Karina Silva | David Giddings, Todd Feeher, Bil | 19210 housekeeping |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| Bill North | Karina Silva, Ron Leslie, newaccc | 19210 housekeeping |
| Karina Silva | Ricardo Slutzki, Jorge Alexandro | CarMax dealer 7240, Dayton |
| Todd Feehrer | Bill North, Greg Vogel | Carmax RO# 61632 |
| Bill North | Greg Vogel | Carmax RO# 61632 |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| Bill North | carid@katzkin.com, Dara Ward, | Opt-In |
| Angie Hubbard | carid@katzkin.com, Dara Ward, | Opt-In |
| Bill North | Angie Hubbard | Opt-In |
| Bill North | Ron Leslie, Tim Clyde | Tim/Ron visit to OH/IN |
| Tim Clyde | Bill North, Ron leslie | Tim/Ron visit to OH/IN |
| Bill North | Ron Leslie, Tim Clyde | Tim/Ron visit to OH/IN |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| David Giddings | Brooks Mayberry, Tim Clyde, Pet | DK Deck |
| David Giddings | Brooks Mayberry, Tim Clyde, Liz | DK Deck - Final |
| AT Conference | Ron leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |

| | | |
|---|---|---|
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| Larry Riggle | ricardo.ferrer@hilton.com, Ron | Rooms for Katzkin |
| Ricardo Ferrer | Larry Riggle, Ron Leslie, Cristina | Rooms for Katzkin |
| Larry Riggle | Ron Leslie | Preferred Corporate Rate for Kat |
| Antonia Wu | Larry Riggle, Ron Leslie, Cristina | Preferred Corporate Rate for Kat |
| Antonia Wu | Ron Leslie, Larry Riggle | Katzkin - 1/10 & 1/11 |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| Larry Riggle | Ron Leslie | Preferred Corporate Rate for Kat |
| Cristina Lin | Ron Leslie, Larry Riggle | Preferred Corporate Rate for Kat |
| Cristina Lin | Ron Leslie, Larry Riggle | Preferred Corporate Rate for Kat |
| Cristina Lin | Ron Leslie, Larry Riggle | Preferred Corporate Rate for Kat |
| Ron Leslie | Cristina Lin, Larry Riggle | Preferred Corporate Rate for Kat |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| Cristina Lin | Ron Leslie, Antonia Wu, Larry Rig | Preferred Corporate Rate for Kat |
| Larry Riggle | Ron Leslie | Beatdown confermation#s |
| Ron Leslie | McAra; Bill North; David | Sales Meeting Room Confirmatic |
| Bill North | "Ron Leslie"; "Ross Albert"; "Alan Pittle"; "Dan McAra"; "David Sh |
| Elizabeth Chavez | Jeff R. Manassero, Orland Davies | Katzkin 2017 budget submission |
| Jeff R. Manassero | Orlan Davies | Katzkin 2017 budget submission |
| Jeff R. Manassero | Elizabeth Chaves, Orlan Davies, | Katzkin 2017 budget submission |
| AT Conference | Ron leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| Dara Ward | Ron Leslie | FOOTBALLS |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |

| | | |
|---|---|---|
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| Sandie Falagan | Brooks Mayberry, Ron Leslie | New Email Group - salesmanage |
| Brooks Mayberry | Sandie Falagan, Bill Waters, Ron | New Email Group - salesmanage |
| Sandie Falagan | Brooks Mayberry, Ron Leslie | New Email Group - salesmanage |
| Bil Waters | Sandie Falagan, Brooks Mayberr | New Email Group - salesmanage |
| Brooks Mayberry | Sandie Falagan, Bill Waters, Ron | New Email Group - salesmanage |
| Bill Waters | Sandie Falagan, Brooks Mayberr | New Email Group - salesmanage |
| Sandie Falagan | Brooks Mayberry, Bill Waters, Ro | New Email Group - salesmanage |
| AT Conference | Ron leslie | Phone Conference - Usage Repo |
| Ron Leslie | Ramiro Cordova, Dave Sheffler, A | Trying to pull all the HR/Hiring fo |
| Bill North | Ron Leslie, Ramiro Cordova, Tim | Trying to pull all the HR/Hiring fo |
| Ron Leslie | Bill North | Trying to pull all the HR/Hiring fo |
| Ramiro Cordova | Ron Leslie, Dave Sheffler, Alan Pi | Trying to pull all the HR/Hiring fo |
| Alan Pittle | Ron Leslie | Trying to pull all the HR/Hiring fo |
| Brooks Mayberry | Tim Clyde, Peter Y Kim | Trying to pull all the HR/Hiring fo |
| Tim Clyde | Brooks Mayberry, Peter Y Kim | Trying to pull all the HR/Hiring fo |
| Ron Leslie | David Sheffler, Ramiro Cordova | Trying to pull all the HR/Hiring fo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| Bill North | Angie Hubard, Mail Room | New Swatch Cards |
| Angie Hubbard | Bill North, mail room, Miles Hub | New Swatch Cards |
| Mail Room | Angie Hubbard, Bill North, Miles | New Swatch Cards |
| Bill North | Angie Hubbard, Mail Room, Mile | New Swatch Cards |
| Angie Hubbard | Bill North, mail room, Miles Hub | New Swatch Cards |
| Bill North | Angie Hubbard | New Swatch Cards |
| Angie Hubbard | Mail Room, Bill North | New Swatch Cards |
| Bill North | Angie Hubbard, Mail Room | New Swatch Cards |
| Bill North | Angie Hubbard, Mail Room | New Swatch Cards |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| Sam Klement | Ron Leslie, Sandie Falagan, Rip S | Katzkin Partnership for ORGILL s |
| Ron Leslie | Sam.klement@seihq.com Sandie | Katzkin Partnership for ORGILL s |
| AT Conference | Rn Leslie | Phone Conference - Usage Repo |
| Bill North | Ron Leslie, Ramiro Cordova | Trying to pull all the HR/Hiring fo |
| Ross Albert | Ron Leslie | Ron, please add me to you Linke |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| Ron Leslie | Sam.klement@seihq.com Sandie | Katzkin Partnership for ORGILL s |
| Sam Klement | Ron Leslie, Sandie Falagan, Rip S | Katzkin Partnership for ORGILL s |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |

| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
|---|---|---|
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| | | |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| Ron Leslie | Elizabeth Chavez | Discrepancies |
| Liz Chavez | Ron Leslie | Discrepancies |
| Elizabeth Chavez | Ron leslie, Lisa Alvarado, Karina : | Discrepancies |
| Ron Leslie | Elizabeth Chavez, Lisa Alvarado, | Discrepancies |
| Elizabeth Chavez | Ron leslie, Lisa Alvarado, Karina : | Discrepancies |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |
| AT Conference | Ron Leslie | Phone Conference - Usage Repo |

Attachment
forwarded emails
forwarded emails
No
No
No
No
forwarded emails
email chain
email chain
No
Yes, fax images and Non-Competition and Severance Agreement
forwarded emails
forwarded emails
Email chain
No
Email chain
Email chain
forwarded emails
No
email chain
Forwarded emails
forwarded emails
forwarded emails
forwarded emails
forwarded emails
forwarded emails
Yes, URLs and Invoice
forwarded emails
Yes, Invoice and forwarded email and chain
email chain
email chain
No
forwarded emails
forwarded emails
Yes, email chain and resume
Forwarded emails
No
Forwarded emails
No
Forwarded emails
Yes, Forwarded email and image
Yes, Forwarded email and image
Forwarded emails
Forwarded emails
Forwarded emails
Yes, Email chain and Portfolio Company Review

Forwarded emails
Email Chain
Email Chain
email chain
email chain
email chain
Yes, Katzkin CLP Deal Review
Email chain
No
Yes, Resume
no
no
email chain
email chain
No
email chain
email chain
Yes, powerpoint, but it is  not attached
Yes, an excel file is referenced but not attached
No
Forwarded emails
Forwarded emails
Forwarded emails
Forwarded emails
no
no
forwarded emails
forwarded emails
Yes, presentation
No
Email chain
Email chain
No
email chain
email chain
email chain
No
No
email chain
email chain
email chain
No
email chain
email chain
email chain
email chain
Yes, powerpoint

Yes, Powerpoint
Yes, powerpoint
Yes, powerpoint
Yes, excel spreadsheets
Yes, Ross Albert offer letter pdf and Ross Albert restrictive covenants pdf
Yes, Sales Action Plan excel sheet
No
Email chain
email chain
email chain
Yes, Excel sheet and email chain
email chain
email chain
Yes, Ross Albert offer letter pdf and Ross Albert restrictive covenants pdf
Yes, Orlando Mopar Carmax excel sheet
Phone records
Phone records
Yes, CST Branch Summary excel sheet
Trip Information
Forwarded Email
No
Email Chain
Yes, CST Branch Summary excel sheet
Forwarded emails
Trip Information
Trip Information
Trip Information
Trip Information
Trip Information
Yes, CST Branch Summary excel sheet
Phone records
Forwarded emails
Forwarded emails
Forwarded emails
Forwarded emails
Yes, Dept restyler sales excel sheet
Phone records
email chain
email chain
Yes, Katzkin Application Signed pdf
Yes, images
Yes, images
Email Chain
Email Chain
Email Chain
Email Chain
Email Chain

Phone records
Yes, images
Email Chain
Email Chain
Email Chain
Trip Information
Email Chain
Email Chain
Email Chain
Forwarded Emails
Forwarded Emails
Forwarded Emails
Forwarded Emails
Forwarded Emails
Forwarded Emails
Forwarded Emails
Forwarded Emails
Forwarded Emails
Forwarded Emails
Forwarded Emails
Forwarded Emails
Forwarded Emails
Forwarded Emails
Forwarded Emails
Email chain
Trip Information
Trip Information
No
Forwarded Emails
Phone records
Forwarded emails
Yes, images
Forwarded Emails
Forwarded Emails
Phone records
No
Forwarded Emails
Forwarded Emails
Trip Information
Trip Information
Trip Information
Phone records
Phone records
Yes, DK Deck 2016 powerpoint
Yes, DK Deck 2016 powerpoint
Phone records
Phone records

Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
No
Forwarded Emails
Forwarded emails
Forwarded emails
Yes, Meeting Package pdf
Phone records
Forwarded emails
Yes, Preferred Corporate Rate Agreement pdf
No, Preferred Corporate Rate Agreement pdf referenced but not attached
Yes, Preferred Corporate Rate Agreement pdf
Forwarded Emails
Phone records
Forwarded emails
Forwarded emails
Forwarded emails
Forwarded Emails
email chain
Forwarded Emails
Forwarded emails
Phone records
Phone records
Phone records
Phone records
Forwarded Emails
Phone records
Phone records
Phone records
Phone records

Phone records
Phone records
Phone records
Phone records
Email Chain
Email Chain
Email Chain
Email Chain
Email Chain
Email Chain
Email Chain
Phone records
Email Chain
Email Chain
Email Chain
Yes, Customer Recruitment Status Report pdf
Forwarded Emails
Email chain
Yes, Excel Customer Recruitment Status Report
Email chain
Phone records
Phone records
Forwarded Emails
Forwarded Emails
Forwarded Emails
Forwarded Emails
Forwarded Emails
Forwarded Emails
Forwarded Emails
Forwarded Emails
Forwarded Emails
Forwarded Emails
Yes, Talladega Experience promotion jpg
Forwarded Emails
Phone records
Forwarded Emails
Link
Phone records
email chain
email chain
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records

Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records

Phone records
Phone records
Yes, 1711-Sun auto tops 2015 - Current v5 excel
Yes, 1711-Sun auto tops 2015 - Current v5 excel
No, mentions but doesn't attach 1711-Sun auto tops 2015 - Current v5 excel
Forwarded Emails
Forwarded Emails
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records
Phone records

# EXHIBIT 13

# Intentionally Left Blank-Marked Confidential and/or Attorneys' Eyes Only

# EXHIBIT 13

# EXHIBIT 14

# EXHIBIT 14

**Subject:** Classic Design Board Response - Request for access
**Date:** Monday, June 6, 2016 at 5:55:05 PM Eastern Daylight Time
**From:** Ron Leslie (via Google Sheets) <katzkinron@gmail.com>
**To:** classicdesignleather@gmail.com <classicdesignleather@gmail.com>

Ron Leslie is **requesting access** to the following spreadsheet:

Classic Design Board Response

**Open sharing settings**

Google Sheets: Create and edit spreadsheets online.

## CERTIFICATE OF SERVICE

I certify that on November 2, 2020 I electronically filed a copy of the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing

to the following:

| | |
|---|---|
| Kevin W. Shaughnessy<br>kshaughnessy@bakerlaw.com<br>Paul Alexander Quimby<br>aquimby@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>SunTrust Center<br>200 South Orange Avenue, Suite 2300<br>Orlando, FL 32802<br><br>***Attorneys for Plaintiffs, Classic Soft Trim, Inc. and Roadwire, LLC*** | Don Howarth<br>Suzelle M. Smith<br>Tomas S. Glaspy<br>HOWARTH & SMITH<br>523 W. 6th St., Suite 728<br>Los Angeles, CA 90014<br>Email: dhowarth@howarth-smith.com<br>Email: ssmith@howarth-smith.com<br>Email: tglaspy@howarth-smith.com<br><br>***Attorneys for Katzkin Leather, Inc., Clearlight Partners, LLC and Clearlight Partners Management, LLC*** |
| Courtney B Wilson, Esq.<br>LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 SE 2nd Ave., Ste. 2700<br>Miami, FL 33131<br>Email: CWilson@littler.com<br><br>***Attorneys for Defendant Ross Albert*** | |

Stephen Rapaport

27